UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

BELLWOOD CORP., et al.,

      Plaintiffs,

v.                                        CIVIL ACTION NO.   5:21-cv-00320

CARTER BANK & TRUST, et al.,

      Defendants.

## ORDER AND NOTICE

Pursuant to *Local Rule of Civil Procedure* 16.1, it is **ORDERED** that the following dates are hereby fixed as the time by or on which certain events must occur:

**08/02/2021**   Motion Under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof.  (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).)

**08/30/2021**   Last day for Rule 26(f) meeting.

**09/07/2021**   Last day to file Report of Parties Planning Meeting and Scheduling Order Worksheet, available on the Court's website.   See LR Civ P 16.1.

**09/20/2021**   Telephonic Scheduling Conference at **3:00 p.m.**, before the undersigned, unless canceled. Please use call-in information: 571-353-2300; access code 590626132.

**09/30/2021**   Entry of Scheduling Order.

**10/04/2021**   Last day to serve FR Civ P 26(a)(1) disclosures

## NOTICE

The provision of *Federal Rules of Civil Procedure* 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to *Local Rules of Civil Procedure* 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C.§ 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (*Local Rule of Civil Procedure* 73.1, Form 34), or by so indicating on the Report of Parties Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

ENTERED: July 1, 2021

Frank W. Volk
United States District Judge