# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### Beckley Division

| | |
|---|---|
| BELLWOOD CORP.,<br>GREENBRIER HOTEL CORP.,<br>GREENBRIER GOLF AND TENNIS CLUB CORP.,<br>GREENBRIER MEDICAL INSTITUTE, LLC,<br>THE GREENBRIER SPORTING CLUB DEVELOPMENT COMPANY, INC.,<br>THE GREENBRIER SPORTING CLUB, INC.,<br>JUSTICE FAMILY GROUP, LLC,<br>JAMES C. JUSTICE COMPANIES, INC.<br>JUSTICE FARMS OF NORTH CAROLINA, LLC,<br>JUSTICE LOW SEAM MINING, INC.,<br>OAKHURST CLUB, LLC,<br>TAMS MANAGEMENT, INC.<br>TRIPLE J PROPERTIES LLC,<br>JAMES C. JUSTICE II,<br>CATHY L. JUSTICE, AND<br>JAMES C. JUSTICE III<br><br>                Plaintiffs,<br>    v.<br>CARTER BANK & TRUST, et al.<br>                Defendants. | Civil Action No.  5:21-cv-00320 |

### CARTER BANK'S MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO <u>TRANSFER VENUE TO THE WESTERN DISTRICT OF VIRGINIA</u>

Defendant Carter Bank & Trust ("Carter Bank"), by counsel and pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, 28 U.S.C. §§ 1404(a) & 1406(a), and Local Rule 7.1(a)(2), moves to dismiss Plaintiffs' Complaint for improper venue or, in the alternative to transfer this case to the proper venue in the Western District of Virginia.  The reasons supporting this Motion are set forth in the accompanying Memorandum in Support and the exhibits attached hereto.

117353807v1

Dated: July 14, 2021                                    Respectfully submitted,

                                                         /s/ R. Booth Goodwin II
R. Booth Goodwin II (WVSB #7165)
Carrie Goodwin Fenwick (WVSB #7164)
Goodwin & Goodwin, LLP
300 Summers Street, Suite 500
Charleston, West Virginia 25301
Telephone: (304) 346-9700
Facsimile: (304) 344-9692
E-mail: rbg@goodwingoodwin.com

John C. Lynch (WVSB # 6627)
Megan E. Burns (WVSB #13290)
Troutman Sanders Hamilton Pepper LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: john.lynch@trotuman.com
Email: megan.burns@troutman.com

*Counsel for Defendant Carter Bank & Trust*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

BELLWOOD CORP., et al.,

      Plaintiffs,

v.

      Civil Action No. 5:21-cv-00320
      Honorable Frank W. Volk, Judge

CARTER BANK & TRUST, et al.,

      Defendants.

## CERTIFICATE OF SERVICE

I, Carrie Goodwin Fenwick, hereby certify that I served a true and correct copy of **Carter Bank's Motion to Dismiss For Improper Venue or, In the Alternative, To Transfer Venue to the Western District of Virginia** upon the following counsel of record on July 14, 2021, via the Court's CM/ECF system.

| | |
|---|---|
| Steven R. Ruby | H. Rodgin Cohen |
| David R. Pogue | James L. Bromley |
| Carey, Douglas, Kessler, & Ruby, PLLC | Benjamin S. Beller |
| 707 Virginia Street, East | Sullivan & Cromwell, LLP |
| 901 Chase Tower | 125 Broad Street |
| Charleston, WV 25301 | New York, NY 10004 |
| sruby@cdkrlaw.com | cohenhr@sullcrom.com |
| dpogue@cdkrlaw.com | bromleyj@sullcrom.com |
| *Counsel for Plaintiffs* | bellerb@sullcrom.com |
| | *Counsel for Plaintiffs* |
| Christopher Schroeck | |
| Bluestone Resources, Inc. | |
| 302 S. Jefferson Street | |
| Roanoke, VA 24011 | |
| chris.schroek@bluestone-coal.com | |
| *Counsel for Plaintiffs* | |

      /s/ Carrie Goodwin Fenwick
      Carrie Goodwin Fenwick (W. Va. Bar No. 7164)