# EXHIBIT 1

Bellwood Corporation et al. v. Carter Bank & Trust et al.
Venue Selection Documents

1. **Exhibit 1.A.** January 12, 2017 – Justice Low Seam Mining Loan

    a. January 12, 2017 Loan Agreement – Justice Low Seam Mining, Inc. (¶ 10.15)

2. **Exhibit 1.B.** May 22, 2017 – Greenbrier Hotel Corporation Loan Renewal and Advance

    a. Promissory Note – Greenbrier Hotel Corporation, Players Club, LLC, Justice Family Group, LLC, Greenbrier Golf and Tennis Club Corporation, Greenbrier Medical Institute, LLC, The Greenbrier Sporting Club Development Company, Inc., The Greenbrier Sporting Club, Inc., and Oakhurst Club, LLC (¶ 17)

    b. Loan Agreement – Greenbrier Hotel Corporation, Players Club, LLC, Justice Family Group, LLC, Greenbrier Golf and Tennis Club Corporation, Greenbrier Medical Institute, LLC, The Greenbrier Sporting Club Development Company, Inc., The Greenbrier Sporting Club, Inc., and Oakhurst Club, LLC (¶ 10.03)

    c. Security Agreement – Greenbrier Hotel Corporation (¶ 13)

    d. Security Agreement – Greenbrier Golf and Tennis Club Corporation (¶ 13)

    e. Security Agreement – The Greenbrier Sporting Club Development Company, Inc. (¶ 13)

    f. Subordination Agreement - Greenbrier Hotel Corporation, Players Club, LLC, Justice Family Group, LLC, Greenbrier Golf and Tennis Club Corporation, Greenbrier Medical Institute, LLC, The Greenbrier Sporting Club Development Company, Inc., The Greenbrier Sporting Club, Inc., and Oakhurst Club, LLC (Page 3)

3. **Exhibit 1.C.** November 2017 – January 2018 Forbearance Agreement and 2 Amendments

    a. November 22, 2017 Forbearance Agreement – Greenbrier Hotel Corporation, Justice Family Group, LLC, Player's Club, LLC, Greenbrier Golf and Tennis Club Corporation, Greenbrier Medical Institute, LLC, Oakhurst Club, LLC, The Greenbrier Sporting Club, Inc., The Greenbrier Sporting Club Development Company, Inc., Southern Coal Corporation, A&G Coal Corporation, Bardo Mining, LLC, Liggett Mining, LLC, Sequoia Energy, LLC, Infinity Energy, LLC, Cane-Patch Mining Company, Inc., Meg-Lynn Land Company, Inc., Premium Coal Company, Inc., Baden Reclamation Company, Nine Mile Mining, Inc., Bellwood Corporation, Bluestone Energy Sales Corporation, Justice Coal of Alabama, LLC, formerly known as Alabama Carbon, LLC, Virginia Fuel Corporation, Justice Loa Seam Mining Inc., Kentucky Fuel Corporation, Bluestone Resources Inc., National Resources Inc., Tams Management, Inc., Justice Farms of North Carolina, LLC,

James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc., Triple J, LLC, James C. Justice, III, James C. Justice, II, Cathy L. Justice, Chesapeake and Ohio Traveler, Inc., The Greenbrier Resort and Club Management Company, Greenbrier IA, Inc., Old White Club Corporation, The Old White Development Company, Southeast Cotton, Inc., American Turf Grass Corporation, Rapidan, LLC, Blue Ridge Farm Center, Inc., Justice Family Farms, LLC, Black River Coal, LLC, and Greenthorn LLC (¶10)

b. December 26, 2017 First Amended and Restated Forbearance Agreement - Greenbrier Hotel Corporation, Justice Family Group, LLC, Player's Club, LLC, Greenbrier Golf and Tennis Club Corporation, Greenbrier Medical Institute, LLC, Oakhurst Club, LLC, The Greenbrier Sporting Club, Inc., The Greenbrier Sporting Club Development Company, Inc., Southern Coal Corporation, A&G Coal Corporation, Bardo Mining, LLC, Liggett Mining, LLC, Sequoia Energy, LLC, Infinity Energy, LLC, Cane-Patch Mining Company, Inc., Meg-Lynn Land Company, Inc., Premium Coal Company, Inc., Baden Reclamation Company, Nine Mile Mining, Inc., Bellwood Corporation, Bluestone Energy Sales Corporation, Justice Coal of Alabama, LLC, formerly known as Alabama Carbon, LLC, Virginia Fuel Corporation, Justice Loa Seam Mining Inc., Kentucky Fuel Corporation, Bluestone Resources Inc., National Resources Inc., Tams Management, Inc., Justice Farms of North Carolina, LLC, James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc., Triple J, LLC, James C. Justice, III, James C. Justice, II, Cathy L. Justice, Chesapeake and Ohio Traveler, Inc., The Greenbrier Resort and Club Management Company, Greenbrier IA, Inc., Old White Club Corporation, The Old White Development Company, Southeast Cotton, Inc., American Turf Grass Corporation, Rapidan, LLC, Blue Ridge Farm Center, Inc., Justice Family Farms, LLC, Black River Coal, LLC, and Greenthorn LLC (¶10)

c. January 26, 2018 First Amended and Restated Forbearance Agreement - Greenbrier Hotel Corporation, Justice Family Group, LLC, Player's Club, LLC, Greenbrier Golf and Tennis Club Corporation, Greenbrier Medical Institute, LLC, Oakhurst Club, LLC, The Greenbrier Sporting Club, Inc., The Greenbrier Sporting Club Development Company, Inc., Southern Coal Corporation, A&G Coal Corporation, Bardo Mining, LLC, Liggett Mining, LLC, Sequoia Energy, LLC, Infinity Energy, LLC, Cane-Patch Mining Company, Inc., Meg-Lynn Land Company, Inc., Premium Coal Company, Inc., Baden Reclamation Company, Nine Mile Mining, Inc., Bellwood Corporation, Bluestone Energy Sales Corporation, Justice Coal of Alabama, LLC, formerly known as Alabama Carbon, LLC, Virginia Fuel Corporation, Justice Loa Seam Mining Inc., Kentucky Fuel Corporation, Bluestone Resources Inc., National Resources Inc., Tams Management, Inc., Justice Farms of North Carolina, LLC, James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc., Triple J, LLC, James C. Justice, III, James C. Justice, II, Cathy L. Justice, Chesapeake and Ohio Traveler, Inc., The Greenbrier Resort and Club Management Company, Greenbrier IA, Inc., Old White Club Corporation, The Old White Development Company, Southeast Cotton, Inc., American Turf

   Grass Corporation, Rapidan, LLC, Blue Ridge Farm Center, Inc., Justice Family Farms, LLC, Black River Coal, LLC, and Greenthorn LLC (¶10)

4. **Exhibit 1.D.**

   *December 1, 2017 – Greenbrier Hotel Corporation Restructure*

   a. December 1, 2017 Amended and Restated Promissory Note – Greenbrier Hotel Corporation, Players Club, LLC, Justice Family Group, LLC (¶ 16)

   b. December 1, 2017 Guaranty – Greenbrier Hotel Corporation, Players Club, LLC, Justice Family Group, LLC (Borrowers), James C. Justice, II (Guarantor) (¶ 14)

   c. December 1, 2017 Guaranty – Greenbrier Hotel Corporation, Players Club, LLC, Justice Family Group, LLC (Borrowers), Cathy L. Justice (Guarantor) (¶ 14)

   d. December 1, 2017 Security Agreement - – Greenbrier Hotel Corporation, Players Club, LLC, Justice Family Group, LLC, Greenbrier Medical Institute, LLC, Greenbrier Golf and Tennis Corporation (¶ 13)

   *December 1, 2017 - Greenbrier Golf & Tennis Club Corp. Restructure*

   a. December 1, 2017 – Amended and Restated Promissory Note (¶ 16)

   b. December 1, 2017 – Guaranty – Greenbrier Golf and Tennis Club Corporation (Borrower), Greenbrier Hotel Corporation, Greenbrier Medical Institute, LLC, The Greenbrier Sporting Club Development Company, Inc., The Greenbrier Sporting Club, Inc., Justice Family Group, LLC, Oakhurst Club, LLC, Players Club, LLC (Guarantors) (¶ 14)

   *December 1, 2017 – Greenbrier Medical Institute Restructure*

   a. December 1, 2017 Amended and Restated Promissory Note (¶ 16)

5. **Exhibit 1.E.**  December 15, 2017 – James C. Justice Companies, Inc. Restructure

   a. December 15, 2017 – Amended and Restated Promissory Note – James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc. (¶ 16)

   b. December 15, 2017 – Guaranty - James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc. (borrowers), James C. Justice, II (Guarantor) (¶ 14)

   c. December 15, 2017 – Guaranty - James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc. (borrowers), Cathy L. Justice (Guarantor) (¶ 14)

   d. December 15, 2017 – Guaranty - James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc. (borrowers), Justice Low Seam Mining, Inc. (Guarantor) (¶ 14)

   e. December 15, 2017 – Loan Agreement - James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc. (¶ 10.15)

6. **Exhibit 1.F.**

   *January 1, 2018 – Justice Low Seam Mining Restructure*

   a. Amended and Restated Promissory Note – Justice Low Seam Mining, Inc. (¶ 16)

   b. Guaranty - Justice Low Seam Mining, Inc. (borrower), James C. Justice, II (Guarantor) (¶ 14)

   c. Guaranty - Justice Low Seam Mining, Inc. (borrower), Cathy L. Justice, (Guarantor) (¶ 14)

   d. Loan Agreement – Justice Low Seam Mining, Inc., James C. Justice, II and Cathy L. Justice (Guarantors)(¶10.15)

   e. Environmental Indemnity Agreement (¶ 12)

   *January 1, 2018 – Bellwood Corporation Restructure*

   a. Amended and Restated Promissory Note – Bellwood Corporation (¶ 16)

   b. Guaranty – Bellwood Corporation (Borrower), James C. Justice, II (Guarantor) (¶ 14)

   c. Guaranty – Bellwood Corporation (Borrower), Cathy L. Justice (Guarantor) (¶ 14)

   d. Loan Agreement – Bellwood Corporation (¶10.03)

   e. Environmental Indemnity Agreement (¶ 12)

7. **Exhibit 1.G.** March 19, 2018 – Justice Low Seam Mining, Inc. Loan Extension

   a. Promissory Note - Justice Low Seam Mining, Inc. (¶16)

   b. Guaranty Justice Low Seam Mining, Inc. (Borrower), James C. Justice, III (Guarantor) (¶ 14)

   c. Loan Agreement - Justice Low Seam Mining, Inc. and James C. Justice, III (¶10.03)

8. **Exhibit 1.H.**  April 30, 2018 – Bellwood Corporation Renewal Loan

    a. Amended and Restated Promissory Note – Bellwood Corporation (¶ 16)

    b. Loan Agreement – Bellwood Corporation (Borrower), James C. Justice, II (Guarantor) and Cathy L. Justice (Guarantor) ((¶10.03)

9. **Exhibit 1.I.**  May 30, 2018 – Justice Low Seam Mining, Inc. Renewal Loan

    a. Promissory Note – Justice Low Seam Mining, Inc. (¶16)

    b. Guaranty Justice Low Seam Mining, Inc. (Borrower), James C. Justice, III (Guarantor) (¶ 14)

    c. Loan Agreement – Justice Low Seam Mining, Inc., (Borrower), James C. Justice, III (Guarantor) (¶10.15)

10. **Exhibit 1.J.**

    *December 1, 2018 – James C. Justice Companies, Inc. Loan extension*

    a. Amended and Restated Promissory Note – James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc. (¶ 16)

    b. Loan Agreement – James C. Justice Companies, Inc., Twin Fir Estates, LLC, and Wilcox Industries, Inc. (¶10.03)

    *December 1, 2018 – Justice Low Seam Mining, Inc. Restructured Loan*

    a. Amended and Restated Promissory Note – Justice Low Seam Mining, Inc. (Borrower) (¶16)

    b. Loan Agreement – Justice Low Seam Mining, Inc. (Borrower), James C. Justice, III (Guarantor) (¶10.03)

11. **Exhibit 1.K.**  May 28, 2019 – Justice Low Seam Mining, Inc. Loan Renewal

    a. Amended and Restated Promissory Note – Justice Low Seam Mining, Inc. (Borrower) (¶16)

    b. Guaranty - Justice Low Seam Mining, Inc. (Borrower), James C. Justice, III (Guarantor) (¶14)

    c. Loan Agreement – Justice Low Seam Mining, Inc. (Borrower), James C. Justice, II, Cathy L. Justice and James C. Justice, III (Guarantors) (¶10.15)

12. **Exhibit 1.L.**

    *December 12, 2019 – James C. Justice Companies, Inc. Loan Renewal*

    a. Amended and Restated Promissory Note – James C. Justice Companies, Inc., Twin Fir Estates, LLC, and Wilcox Industries, Inc. (¶16)

    *January 2020 – James C. Justice Companies, Inc. Loan renewals*

    a. January 15, 2020 Amended and Restated Promissory Note – James C. Justice Companies, Inc., Twin Fir Estates, LLC, and Wilcox Industries, Inc. (¶16)

    b. January 29, 2020 Amended and Restated Promissory Note – James C. Justice Companies, Inc., Twin Fir Estates, LLC, and Wilcox Industries, Inc. (¶16)

    c. Guaranty – James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc. (Borrowers), James C. Justice, II and Cathy L. Justice (Guarantors) (¶14)

    *March 19, 2020 – James C. Justice Companies, Inc. Loan Renewal*

    a. Amended and Restated Promissory Note – James C. Justice Companies, Inc., Twin Fir Estates, LLC, and Wilcox Industries, Inc. (¶16)

13. **Exhibit 1.M.**  June 30, 2020 – Overall restructure

    a. Amended and Restated Promissory Note – Bellwood Corporation (¶16)

    b. Loan Agreement – Bellwood Corporation (Borrower), James C. Justice, II and Cathy L. Justice (Guarantors) (¶10.15)

    c. Guaranty – Bellwood Corporation (Borrower), James C. Justice, II and Cathy L. Justice (Guarantors) (¶14)

    d. Amended and Restated Promissory Note – Greenbrier Golf and Tennis Club Corporation (¶16)

    e. Guaranty – Greenbrier Golf and Tennis Club Corporation (Borrower), James C. Justice, II and Cathy L. Justice (Guarantors) (¶14)

    f. Guaranty – Greenbrier Golf and Tennis Club Corporation (Borrower), Greenbrier Hotel Corporation, Greenbrier Medical Institute, LLC, The Greenbrier Sporting Club Development Company, Inc., The Greenbrier Sporting Club, Inc., Justice Family Group, LLC, Oakhurst Club, LLC, and Players Club, LLC (Guarantors) – (¶14)

g. Amended and Restated Promissory Note – Greenbrier Hotel Corporation, Players Club, LLC, Justice Family Group, LLC (¶16)

h. Guaranty – Greenbrier Hotel Corporation, Players Club, LLC, Justice Family Group, LLC (Borrowers), James C. Justice, II and Cathy L. Justice (Guarantors) (¶14)

i. Loan Agreement - Greenbrier Hotel Corporation, Players Club, LLC, Justice Family Group, LLC (¶10.15)

j. Amended and Restated Promissory Note – Greenbrier Medical Institute, LLC (¶16)

k. Guaranty – Greenbrier Medical Institute, LLC (Borrower), James C. Justice, II and Cathy L. Justice (Guarantors) (¶14)

l. Loan Agreement – The Greenbrier Sporting Club Development Company, Inc. and The Greenbrier Sporting Club, LLC (¶10.15)

m. Guaranty – The Greenbrier Sporting Club Development Company, Inc. and The Greenbrier Sporting Club, LLC (Borrowers), James C. Justice, II and Cathy L. Justice (Guarantors) (¶14)

n. Amended and Restated Promissory Note – James C. Justice, III (¶16)

o. Guaranty – James C. Justice, III, (Borrowers), James C. Justice, II and Cathy L. Justice (Guarantors) (¶14)

p. Guaranty – James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc. (Borrowers), James C. Justice, II and Cathy L. Justice, James C. Justice, III (Guarantors) (¶14)

q. Guaranty – James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc. (Borrowers), Justice Low Seam Mining, Inc. (Guarantor) (¶14)

r. Loan Agreement – James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc. (¶10.15)

s. Amended and Restated Promissory Note - James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc. (¶16)

t. Loan Agreement – Justice Farms of North Carolina, LLC (¶10.15)

u. Amended and Restated Promissory Note – Justice Farms of North Carolina, LLC (¶16)

v. Guaranty – Justice Farms of North Carolina (Borrowers), James C. Justice, II and Cathy L. Justice, James C. Justice, III (Guarantors) (¶14)

w. Loan Agreement – Justice Low Seam Mining, Inc. (¶10.15)

x. Amended and Restated Promissory Note – Justice Low Seam Mining, Inc. (¶16)

y. Guaranty – Justice Low Seam Mining, Inc. (Borrower), James C. Justice, II and Cathy L. Justice (Guarantors) (¶14)

z. Loan Agreement – Oakhurst Club, LLC (¶10.15)

aa. Guaranty – Oakhurst Club, LLC (Borrower) James C. Justice, II and Cathy L. Justice (Guarantors) (¶14)

bb. Loan Agreement – Tams Management, Inc. (¶10.03)

cc. Guaranty – Tams Management, Inc. James C. Justice, II and Cathy L. Justice, James C. Justice, III (Guarantors) (¶14)

14. **Exhibit 1.N.** May 2017 – June 30, 2020 – 12 Release and Reaffirmation Agreements

a. May 22, 2017 – Release and Reaffirmation Agreement – Greenbrier Hotel Corporation, Justice Family Group, LLC, Players Club, LLC, Greenbrier Golf and Tennis Club Corporation, Greenbrier Medical Institute, LLC, Oakhurst Club, LLC, The Greenbrier Sporting Club, Inc., The Greenbrier Sporting Club Development Company, Inc., Southern Coal Corporation, A&G Coal Corporation, Bardo Mining, LLC, Liggett Mining, LLC, Sequoia Energy, LLC, Infinity Energy, LLC, Cane-Patch Mining Company, Inc., Meg-Lynn Land Company, Inc., Premium Coal Company, Inc., Baden Reclamation Company, Nine Mile Mining, Inc., Bellwood Corporation, Bluestone Energy Sales Corporation, Justice Coal of Alabama, LLC, Virginia Fuel Corporation, Justice Loa Seam Mining Inc., Kentucky Fuel Corporation, Bluestone Resources Inc., National Resources Inc., Tams Management, Inc., Justice Farms of North Carolina, LLC, James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc., Triple J. LLC, James C. Justice, III, James C. Justice, II, Cathy L. Justice, Chesapeake and Ohio Traveler, Inc., The Greenbrier Resort and Club Management Company, Greenbrier IA, Inc., Old White Club Corporation, The Old White Development Company, Southeast Cotton, Inc, American Turf Grass Corporation, Rapidan, LLC, Blue Ridge Farm Center, Inc., Justice Family Farms, LLC, Greenthorn LLC, Black River Coal, LLC (¶ 7)

b. February 27, 2018 – Release and Reaffirmation Agreement - Greenbrier Hotel Corporation, Justice Family Group, LLC, Players Club, LLC, Greenbrier Golf and Tennis Club Corporation, Oakhurst Club, LLC, The Greenbrier Sporting Club, Inc., The Greenbrier Sporting Club Development Company, Inc., Bellwood

    Corporation, Bluestone Energy Sales Corporation, Justice Low Seam Mining, Inc., Bluestone Resources Inc., Tams Management, Inc., Justice Farms of North Carolina, LLC, James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc., Triple J. LLC, James C. Justice, III, James C. Justice, II, Cathy L. Justice, The Chesapeake and Ohio Traveler, Inc., The Greenbrier Resort and Club Management Company, Greenbrier IA, Inc., Old White Club Corporation, The Old White Development Company, Southeast Cotton, Inc., American Turf Grass Corporation, Rapidan, LLC, Blue Ridge Farm Center, Inc., Justice Family Farms, LLC, Greenthorn LLC, Black River Coal, LLC, Cumberland Valley Contractors, Inc., Kentucky Valley Contractors, Inc., Seneca Energy, LLC, Harlan-Leslie Fuels, LLC, Bluestone Coal Corporation, Kirby Land Company, S and H Mining, Inc., Wintergreen Partners, Inc., Grain Development, Inc., Environmental Fund, LLC, Black River Farms, LLC, Evergreen Turf Corporation, Justice Farm Supply, Inc., Stoney Brook Plantation, Inc., Ten Mile Bay, LLC, Southern Coal Corporation, A&G Coal Corporation, Bardo Mining, LLC, Liggett Mining, LLC, Sequoia Energy, LLC, Infinity Energy, LLC, Cane Patch Mining, Inc., Meg-Lynn Land Company, Inc., Premium Coal Company, Incorporated, Baden Reclamation Company, Nine Mile Mining, Inc., Justice Coal of Alabama, LLC, Virginia Fuel Corporation, Kentucky Fuel Corporation, National Resources Inc. (¶ 9)

  c.  May 31, 2018 – Release and Reaffirmation Agreement - Greenbrier Hotel Corporation, Justice Family Group, LLC, Players Club, LLC, Greenbrier Golf and Tennis Club Corporation, Greenbrier Medical Institute, LLC, Oakhurst Club, LLC, The Greenbrier Sporting Club, Inc., The Greenbrier Sporting Club Development Company, Inc., Southern Coal Corporation, A&G Coal Corporation, Bardo Mining, LLC, Liggett Mining, LLC, Sequoia Energy, LLC, Infinity Energy, LLC, Cane-Patch Mining Company, Inc., Meg-Lynn Land Company, Inc., Premium Coal Company, Inc., Baden Reclamation Company, Nine Mile Mining, Inc., Bellwood Corporation, Bluestone Energy Sales Corporation, Justice Coal of Alabama, LLC formerly known as Alabama Carbon, LLC, Virginia Fuel Corporation, Justice Low Seam Mining Inc., Kentucky Fuel Corporation, Bluestone Resources Inc., National Resources Inc., Tams Management, Inc., Justice Farms of North Carolina, LLC, James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc., Triple J, LLC, James C. Justice, III, James C. Justice, II, Cathy L. Justice, The Chesapeake and Ohio Traveler, Inc., The Greenbrier Resort and Club Management Company, Greenbrier IA, Inc., Old White Club Corporation, The Old White Development Company, Southeast Cotton, Inc., American Turf Grass Corporation, Rapidan, LLC, Blue Ridge Farm Center, Inc., Justice Family Farms, LLC, Greenthorn LLC, Black River Coal, LLC, Cumberland Valley Contractors, Inc., Kentucky Valley Contractors, Inc., Seneca Energy, LLC, Larlan-Leslie Fuels, LLC, Bluestone Coal Corporation, Kirby Land Company, Inc., S and H Mining, Inc., Wintergreen Partners, Inc., Grain Development, Inc., Environmental Fund, LLC, Black River Farms, LLC, Evergreen Turf Corporation, Justice Farm Supply, Inc., Stoney Brook Plantation, Inc., Ten Mile Bay, LLC (¶ 11)

    d. December 12, 2019 – Release and Reaffirmation Agreement - Greenbrier Hotel Corporation, Justice Family Group, LLC, Players Club, LLC, Greenbrier Golf and Tennis Club Corporation, Greenbrier Medical Institute, LLC, Oakhurst Club, LLC, The Greenbrier Sporting Club, Inc., The Greenbrier Sporting Club Development Company, Inc., Southern Coal Corporation, A&G Coal Corporation, Bardo Mining, LLC, Liggett Mining, LLC, Sequoia Energy, LLC, Infinity Energy, LLC, Cane-Patch Mining Company, Inc., Meg-Lynn Land Company, Inc., Premium Coal Company, Inc., Baden Reclamation Company, Nine Mile Mining, Inc., Bellwood Corporation, Bluestone Energy Sales Corporation, Justice Coal of Alabama, LLC formerly known as Alabama Carbon, LLC, Virginia Fuel Corporation, Justice Low Seam Mining Inc., Kentucky Fuel Corporation, Bluestone Resources Inc., National Resources Inc., Tams Management, Inc., Justice Farms of North Carolina, LLC, James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc., Triple J, LLC, James C. Justice, III, James C. Justice, II, Cathy L. Justice, The Chesapeake and Ohio Traveler, Inc., The Greenbrier Resort and Club Management Company, Greenbrier IA, Inc., Old White Club Corporation, The Old White Development Company, Southeast Cotton, Inc., American Turf Grass Corporation, Rapidan, LLC, Blue Ridge Farm Center, Inc., Justice Family Farms, LLC, Greenthorn LLC, Black River Coal, LLC, Kirby Land Company, Inc., S and H Mining, Inc., Wintergreen Partners, Inc., Grain Development, Inc., Environmental Fund, LLC, Black River Farms, LLC, Evergreen Turf Corporation, Justice Farm Supply, Inc., Stoney Brook Plantation, Inc., Ten Mile Bay, LLC, Greenbrier Resort and Club Management, Inc., Greenbrier Golf and Tennis Club, Inc., Greenbrier IA [Intellectual Assets], Inc., Old White Charities, Inc. (¶ 11)

    e. January 15, 2020 – Release and Reaffirmation Agreement - Greenbrier Hotel Corporation, Justice Family Group, LLC, Players Club, LLC, Greenbrier Golf and Tennis Club Corporation, Greenbrier Medical Institute, LLC, Oakhurst Club, LLC, The Greenbrier Sporting Club, Inc., The Greenbrier Sporting Club Development Company, Inc., Southern Coal Corporation, A&G Coal Corporation, Bardo Mining, LLC, Liggett Mining, LLC, Sequoia Energy, LLC, Infinity Energy, LLC, Cane-Patch Mining Company, Inc., Meg-Lynn Land Company, Inc., Premium Coal Company, Inc., Baden Reclamation Company, Nine Mile Mining, Inc., Bellwood Corporation, Bluestone Energy Sales Corporation, Justice Coal of Alabama, LLC formerly known as Alabama Carbon, LLC, Virginia Fuel Corporation, Justice Low Seam Mining Inc., Kentucky Fuel Corporation, Bluestone Resources Inc., National Resources Inc., Tams Management, Inc., Justice Farms of North Carolina, LLC, James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc., Triple J, LLC, James C. Justice, III, James C. Justice, II, Cathy L. Justice, The Chesapeake and Ohio Traveler, Inc., The Greenbrier Resort and Club Management Company, Greenbrier IA, Inc., Old White Club Corporation, The Old White Development Company, Southeast Cotton, Inc., American Turf Grass Corporation, Rapidan, LLC, Blue Ridge Farm Center, Inc., Justice Family Farms, LLC, Greenthorn LLC, Black River Coal, LLC, Kirby Land Company, Inc., S and H Mining, Inc., Wintergreen Partners, Inc., Grain Development, Inc., Environmental Fund, LLC, Black River Farms, LLC, Evergreen Turf Corporation, Justice Farm

Supply, Inc., Stoney Brook Plantation, Inc., Ten Mile Bay, LLC, Greenbrier Resort and Club Management, Inc., Greenbrier Golf and Tennis Club, Inc., Greenbrier IA [Intellectual Assets], Inc., Old White Charities, Inc. (¶11)

f.  January 29, 2020 – Release and Reaffirmation Agreement - Greenbrier Hotel Corporation, Justice Family Group, LLC, Players Club, LLC, Greenbrier Golf and Tennis Club Corporation, Greenbrier Medical Institute, LLC, Oakhurst Club, LLC, The Greenbrier Sporting Club, Inc., The Greenbrier Sporting Club Development Company, Inc., Southern Coal Corporation, A&G Coal Corporation, Bardo Mining, LLC, Liggett Mining, LLC, Sequoia Energy, LLC, Infinity Energy, LLC, Cane-Patch Mining Company, Inc., Meg-Lynn Land Company, Inc., Premium Coal Company, Inc., Baden Reclamation Company, Nine Mile Mining, Inc., Bellwood Corporation, Bluestone Energy Sales Corporation, Justice Coal of Alabama, LLC formerly known as Alabama Carbon, LLC, Virginia Fuel Corporation, Justice Low Seam Mining Inc., Kentucky Fuel Corporation, Bluestone Resources Inc., National Resources Inc., Tams Management, Inc., Justice Farms of North Carolina, LLC, James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc., Triple J, LLC, James C. Justice, III, James C. Justice, II, Cathy L. Justice, The Chesapeake and Ohio Traveler, Inc., The Greenbrier Resort and Club Management Company, Greenbrier IA, Inc., Old White Club Corporation, The Old White Development Company, Southeast Cotton, Inc., American Turf Grass Corporation, Rapidan, LLC, Blue Ridge Farm Center, Inc., Justice Family Farms, LLC, Greenthorn LLC, Black River Coal, LLC, Kirby Land Company, Inc., S and H Mining, Inc., Wintergreen Partners, Inc., Grain Development, Inc., Environmental Fund, LLC, Black River Farms, LLC, Evergreen Turf Corporation, Justice Farm Supply, Inc., Stoney Brook Plantation, Inc., Ten Mile Bay, LLC, Greenbrier Resort and Club Management, Inc., Greenbrier Golf and Tennis Club, Inc., Greenbrier IA [Intellectual Assets], Inc., Old White Charities, Inc. (¶11)

g.  March 19, 2020 – Release and Reaffirmation Agreement - Greenbrier Hotel Corporation, Justice Family Group, LLC, Players Club, LLC, Greenbrier Golf and Tennis Club Corporation, Greenbrier Medical Institute, LLC, Oakhurst Club, LLC, The Greenbrier Sporting Club, Inc., The Greenbrier Sporting Club Development Company, Inc., Southern Coal Corporation, A&G Coal Corporation, Bardo Mining, LLC, Liggett Mining, LLC, Sequoia Energy, LLC, Infinity Energy, LLC, Cane-Patch Mining Company, Inc., Meg-Lynn Land Company, Inc., Premium Coal Company, Inc., Baden Reclamation Company, Nine Mile Mining, Inc., Bellwood Corporation, Bluestone Energy Sales Corporation, Justice Coal of Alabama, LLC formerly known as Alabama Carbon, LLC, Virginia Fuel Corporation, Justice Low Seam Mining Inc., Kentucky Fuel Corporation, Bluestone Resources Inc., National Resources Inc., Tams Management, Inc., Justice Farms of North Carolina, LLC, James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc., Triple J, LLC, James C. Justice, III, James C. Justice, II, Cathy L. Justice, The Chesapeake and Ohio Traveler, Inc., The Greenbrier Resort and Club Management Company, Greenbrier IA, Inc., Old White Club Corporation, The Old White Development Company, Southeast Cotton, Inc., American Turf Grass Corporation,

Rapidan, LLC, Blue Ridge Farm Center, Inc., Justice Family Farms, LLC, Greenthorn LLC, Black River Coal, LLC, Kirby Land Company, Inc., S and H Mining, Inc., Wintergreen Partners, Inc., Grain Development, Inc., Environmental Fund, LLC, Black River Farms, LLC, Evergreen Turf Corporation, Justice Farm Supply, Inc., Stoney Brook Plantation, Inc., Ten Mile Bay, LLC, Greenbrier Resort and Club Management, Inc., Greenbrier Golf and Tennis Club, Inc., Greenbrier IA [Intellectual Assets], Inc., Old White Charities, Inc. (¶11)

h. March 30, 2020 – Release and Reaffirmation Agreement – Greenbrier Hotel Corporation, Justice Family Group, LLC, Players Club, LLC, Greenbrier Golf and Tennis Club Corporation, Oakhurst Club, LLC, The Greenbrier Sporting Club, Inc., The Greenbrier Sporting Club Development Company, Inc., Bellwood Corporation, Bluestone Energy Sales Corporation, Justice Low Seam Mining, Inc., Bluestone Resources Inc., Tams Management, Inc., Justice Farms of North Carolina, LLC, James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc., Triple J. LLC, James C. Justice, III, James C. Justice, II, Cathy L. Justice, The Chesapeake and Ohio Traveler, Inc., The Greenbrier Resort and Club Management Company, Greenbrier IA, Inc., Old White Club Corporation, The Old White Development Company, Southeast Cotton, Inc., American Turf Grass Corporation, Rapidan, LLC, Blue Ridge Farm Center, Inc., Justice Family Farms, LLC, Greenthorn LLC, Black River Coal, LLC, Kirby Land Company, S and H Mining, Inc., Wintergreen Partners, Inc., Grain Development, Inc., Environmental Fund, LLC, Black River Farms, LLC, Evergreen Turf Corporation, Justice Farm Supply, Inc., Stoney Brook Plantation, Inc., Ten Mile Bay, LLC, Greenbrier Resort and Club Management, Inc., Greenbrier IA [Intellectual Assets], Inc., Greenbrier IA, Inc., Old White Charities, Inc., Southern Coal Corporation, A&G Coal Corporation, Bardo Mining, LLC, Liggett Mining, LLC, Sequoia Energy, LLC, Infinity Energy, LLC, Cane Patch Mining, Inc., Meg-Lynn Land Company, Inc., Premium Coal Company, Incorporated, Baden Reclamation Company, Nine Mile Mining, Inc., Justice Coal of Alabama, LLC, Virginia Fuel Corporation, Kentucky Fuel Corporation, National Resources Inc. (¶11)

i. April 30, 2020 – Release and Reaffirmation Agreement - Greenbrier Hotel Corporation, Justice Family Group, LLC, Players Club, LLC, Greenbrier Golf and Tennis Club Corporation, Oakhurst Club, LLC, The Greenbrier Sporting Club, Inc., The Greenbrier Sporting Club Development Company, Inc., Bellwood Corporation, Bluestone Energy Sales Corporation, Justice Low Seam Mining, Inc., Bluestone Resources Inc., Tams Management, Inc., Justice Farms of North Carolina, LLC, James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc., Triple J. LLC, James C. Justice, III, James C. Justice, II, Cathy L. Justice, The Chesapeake and Ohio Traveler, Inc., The Greenbrier Resort and Club Management Company, Greenbrier IA, Inc., Old White Club Corporation, The Old White Development Company, Southeast Cotton, Inc., American Turf Grass Corporation, Rapidan, LLC, Blue Ridge Farm Center, Inc., Justice Family Farms, LLC, Greenthorn LLC, Black River Coal, LLC, Kirby Land Company, S and H Mining, Inc., Wintergreen Partners, Inc., Grain Development, Inc., Environmental

Fund, LLC, Black River Farms, LLC, Evergreen Turf Corporation, Justice Farm Supply, Inc., Stoney Brook Plantation, Inc., Ten Mile Bay, LLC, Greenbrier Resort and Club Management, Inc., Greenbrier IA [Intellectual Assets], Inc., Greenbrier IA, Inc., Old White Charities, Inc., Southern Coal Corporation, A&G Coal Corporation, Bardo Mining, LLC, Liggett Mining, LLC, Sequoia Energy, LLC, Infinity Energy, LLC, Cane Patch Mining, Inc., Meg-Lynn Land Company, Inc., Premium Coal Company, Incorporated, Baden Reclamation Company, Nine Mile Mining, Inc., Justice Coal of Alabama, LLC, Virginia Fuel Corporation, Kentucky Fuel Corporation, National Resources Inc. (¶11)

j.  May 8, 2020 – Release and Reaffirmation Agreement – Greenbrier Hotel Corporation, Justice Family Group, LLC, Players Club, LLC, Greenbrier Golf and Tennis Club Corporation, Oakhurst Club, LLC, The Greenbrier Sporting Club, Inc., The Greenbrier Sporting Club Development Company, Inc., Bellwood Corporation, Bluestone Energy Sales Corporation, Justice Low Seam Mining, Inc., Bluestone Resources Inc., Tams Management, Inc., Justice Farms of North Carolina, LLC, James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc., Triple J. LLC, James C. Justice, III, James C. Justice, II, Cathy L. Justice, The Chesapeake and Ohio Traveler, Inc., The Greenbrier Resort and Club Management Company, Greenbrier IA, Inc., Old White Club Corporation, The Old White Development Company, Southeast Cotton, Inc., American Turf Grass Corporation, Rapidan, LLC, Blue Ridge Farm Center, Inc., Justice Family Farms, LLC, Greenthorn LLC, Black River Coal, LLC, Kirby Land Company, S and H Mining, Inc., Wintergreen Partners, Inc., Grain Development, Inc., Environmental Fund, LLC, Black River Farms, LLC, Evergreen Turf Corporation, Justice Farm Supply, Inc., Stoney Brook Plantation, Inc., Ten Mile Bay, LLC, Greenbrier Resort and Club Management, Inc., Greenbrier IA [Intellectual Assets], Inc., Greenbrier IA, Inc., Old White Charities, Inc., Southern Coal Corporation, A&G Coal Corporation, Bardo Mining, LLC, Liggett Mining, LLC, Sequoia Energy, LLC, Infinity Energy, LLC, Cane Patch Mining, Inc., Meg-Lynn Land Company, Inc., Premium Coal Company, Incorporated, Baden Reclamation Company, Nine Mile Mining, Inc., Justice Coal of Alabama, LLC, Virginia Fuel Corporation, Kentucky Fuel Corporation, National Resources Inc.  (¶11)

k.  May 14, 2020 – Release and Reaffirmation Agreement - Greenbrier Hotel Corporation, Justice Family Group, LLC, Players Club, LLC, Greenbrier Golf and Tennis Club Corporation, Oakhurst Club, LLC, The Greenbrier Sporting Club, Inc., The Greenbrier Sporting Club Development Company, Inc., Bellwood Corporation, Bluestone Energy Sales Corporation, Justice Low Seam Mining, Inc., Bluestone Resources Inc., Tams Management, Inc., Justice Farms of North Carolina, LLC, James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc., Triple J. LLC, James C. Justice, III, James C. Justice, II, Cathy L. Justice, The Chesapeake and Ohio Traveler, Inc., The Greenbrier Resort and Club Management Company, Greenbrier IA, Inc., Old White Club Corporation, The Old White Development Company, Southeast Cotton, Inc., American Turf Grass Corporation, Rapidan, LLC, Blue Ridge Farm Center, Inc., Justice Family Farms,


LLC, Greenthorn LLC, Black River Coal, LLC, Kirby Land Company, S and H Mining, Inc., Wintergreen Partners, Inc., Grain Development, Inc., Environmental Fund, LLC, Black River Farms, LLC, Evergreen Turf Corporation, Justice Farm Supply, Inc., Stoney Brook Plantation, Inc., Ten Mile Bay, LLC, Greenbrier Resort and Club Management, Inc., Greenbrier IA [Intellectual Assets], Inc., Greenbrier IA, Inc., Old White Charities, Inc., Southern Coal Corporation, A&G Coal Corporation, Bardo Mining, LLC, Liggett Mining, LLC, Sequoia Energy, LLC, Infinity Energy, LLC, Cane Patch Mining, Inc., Meg-Lynn Land Company, Inc., Premium Coal Company, Incorporated, Baden Reclamation Company, Nine Mile Mining, Inc., Justice Coal of Alabama, LLC, Virginia Fuel Corporation, Kentucky Fuel Corporation, National Resources Inc. (¶11)

l. June 30, 2020 Release and Reaffirmation Agreement - Greenbrier Hotel Corporation, Justice Family Group, LLC, Players Club, LLC, Greenbrier Golf and Tennis Club Corporation, Oakhurst Club, LLC, The Greenbrier Sporting Club, Inc., The Greenbrier Sporting Club Development Company, Inc., Bellwood Corporation, Bluestone Energy Sales Corporation, Justice Low Seam Mining, Inc., Bluestone Resources Inc., Tams Management, Inc., Justice Farms of North Carolina, LLC, James C. Justice Companies, Inc., Twin Fir Estates, LLC, Wilcox Industries, Inc., Triple J. LLC, James C. Justice, III, James C. Justice, II, Cathy L. Justice, The Chesapeake and Ohio Traveler, Inc., The Greenbrier Resort and Club Management Company, Greenbrier IA, Inc., Old White Club Corporation, The Old White Development Company, Southeast Cotton, Inc., American Turf Grass Corporation, Rapidan, LLC, Blue Ridge Farm Center, Inc., Justice Family Farms, LLC, Greenthorn LLC, Black River Coal, LLC, Kirby Land Company, S and H Mining, Inc., Wintergreen Partners, Inc., Grain Development, Inc., Environmental Fund, LLC, Black River Farms, LLC, Evergreen Turf Corporation, Justice Farm Supply, Inc., Stoney Brook Plantation, Inc., Ten Mile Bay, LLC, Greenbrier Resort and Club Management, Inc., Greenbrier IA [Intellectual Assets], Inc., Greenbrier IA, Inc., Old White Charities, Inc., Southern Coal Corporation, A&G Coal Corporation, Bardo Mining, LLC, Liggett Mining, LLC, Sequoia Energy, LLC, Infinity Energy, LLC, Cane Patch Mining, Inc., Meg-Lynn Land Company, Inc., Premium Coal Company, Incorporated, Baden Reclamation Company, Nine Mile Mining, Inc., Justice Coal of Alabama, LLC, Virginia Fuel Corporation, Kentucky Fuel Corporation, National Resources Inc. (¶13)