# EXHIBIT 1.N

## RELEASE AND REAFFIRMATION AGREEMENT

Each of the undersigned persons or entities (individually and collectively, the "Justice Entities") has executed and/or delivered to **CARTER BANK & TRUST**, a Virginia banking corporation (the "Bank") loan agreements, promissory notes, security agreements, pledge agreements, negative pledge agreements, deeds of trust, assignments, guaranties and/or other documents, instruments and/or agreements that evidence, guarantee, secure or otherwise were executed and/or delivered in connection with loans, financial accommodations and/or other extensions of credit by the Bank to one or more of the Justice Entities (collectively, the "Loan Documents").

In consideration of the Bank's agreement to extend one or more additional loans to one or more of the Justice Entities on or after the date hereof (which loans shall be made only in the sole and absolute discretion of the Bank), the adequacy and sufficiency of which consideration is hereby expressly acknowledged by each of the Justice Entities, each of the Justice Entities hereby agrees as follows:

1.      Each of the Justice Entities, on behalf of itself and its respective agents, directors, shareholders, members, managers, attorneys, accountants, consultants, insurers, administrators, successors and/or assigns, hereby releases, acquits and forever discharges the Bank, the Bank's parent, and all of their respective subsidiaries, affiliates, employees, officers, directors, shareholders, agents, attorneys, accountants, appraisers, consultants, insurers, successors and/or assigns (collectively, the "Bank Parties"), from any and all claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, and all liabilities and responsibilities of every kind or character (all such claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, liabilities and responsibilities shall collectively be referred to as the "Liabilities"), howsoever arising, whether now existing or hereafter arising, including without limitation Liabilities arising out of or in connection with the Loan Documents and/or any and all indebtedness, liabilities and obligations evidenced by, arising from or associated with any of Loan Documents (collectively, the "Obligations"), regardless of whether the Liabilities are known or unknown, now existing or hereafter arising, joint or several, at law or in equity, arising by statute, contract, warranty or tort, and regardless of whether the Liabilities have heretofore been asserted.

2.      Each of the Justice Entities hereby represents, warrants and agrees that it will not commence, join in, prosecute or participate in any suit or other proceeding in a position that is adverse to the Bank in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents.  Each of the Justice Entities hereby agrees, jointly and severally, to indemnify and hold the Bank Parties harmless from any and all Liabilities, howsoever arising, out of or in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents, and each hereby agrees to pay all amounts payable under this Section 2 upon demand by the Bank.

3.      None of the Justice Entities has any defenses, affirmative or otherwise, rights of setoff, rights of recoupment, claims, counterclaims, actions or causes of action of any kind or nature whatsoever against any of the Bank Parties, directly or indirectly, arising out of, based upon, or in any manner connected with, any transaction, event, circumstance, action, failure to act, or occurrence of any sort or type, whether known or unknown, which occurred, existed, was taken, permitted, or began prior to or on the date of this Agreement or accrued, existed, was taken, permitted or begun in accordance with, pursuant to, or by virtue of any of the Obligations or any of the Loan Documents, or which directly or indirectly relate to or arise out of or in any manner are connected with any of the Obligations or any of the Loan Documents, including without limitation under or in connection with the Equal Credit Opportunity Act, 15 U.S.C. Sections 1691 et seq., or Regulation B, 12 CFR Part 202; TO THE EXTENT THAT ANY SUCH DEFENSES, AFFIRMATIVE OR OTHERWISE, RIGHTS OF SETOFF, RIGHTS OF RECOUPMENT, CLAIMS, COUNTERCLAIMS,

ACTIONS OR CAUSES OF ACTION EXIST, SUCH DEFENSES, RIGHTS, CLAIMS, COUNTERCLAIMS, ACTIONS AND CAUSES OF ACTION ARE HEREBY FOREVER WAIVED, DISCHARGED AND RELEASED BY EACH OF THE JUSTICE ENTITIES.

4.      Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) each of the Loan Documents constitutes the legal, valid and binding obligation of each of the Justice Entities to the extent each is a party thereto, enforceable against each of the Justice Entities to the extent each is a party thereto in accordance with its respective terms, and (ii) none of the Loan Documents, nor the execution, delivery or performance of this Agreement or any of the Loan Documents by each of the Justice Entities to the extent each is a party thereto (A) violates any law, rule or regulation, or any order of any governmental authority or entity having jurisdiction over any of the Justice Entities or any of their respective properties or assets, (B) conflicts with or results in the termination of, constitutes a default or event of default under, or accelerates any performance required by any indenture, mortgage, deed of trust, lease, agreement or any other instrument to which any of the Justice Entities is a party or by which any of the Justice Entities or any of their respective properties or assets is bound or (C) results in the creation or imposition of any lien, charge or encumbrance upon any of the assets of any of the Justice Entities, except for the liens in favor of the Bank.  Furthermore, each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) all information provided by any of the Justice Entities prior to or on the date hereof to the Bank, including, without limitation, all financial statements, was, at the date of delivery, and is as of the date hereof, true, correct and complete in all respects, and (ii) none of such information contains any material misstatement of fact or omits to state any fact necessary to make the statement contained therein not misleading.

5.      Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that CERTAIN OF THE LOAN DOCUMENTS CONTAIN A CONFESSION OF JUDGMENT PROVISION, AND EACH SUCH CONFESSION OF JUDGMENT PROVISION HAS NOT BEEN MODIFIED, ALTERED OR AMENDED IN ANY WAY AND REMAINS IN FULL FORCE AND EFFECT IN ALL RESPECTS.  Furthermore, each of the Justice Entities hereby affirms, confirms and reaffirms each of its obligations, covenants and agreements under each of the Loan Documents to which it is a party.

6.      Each of the Justice Entities hereby acknowledges and agrees that any default under this Agreement shall be an immediate default and event of default under each of the Loan Documents for which there is no notice, grace or cure period, and, upon the occurrence of any such default, the Bank shall have the immediate right to exercise one or more of the rights and remedies contained in the Loan Documents, at law and/or in equity, all of which rights and remedies are hereby expressly reserved.

7.      This Agreement shall be construed according to the laws of the Commonwealth of Virginia.  Each of the Justice Entities hereby irrevocably agrees that any legal action or proceeding arising out of or relating to this Agreement may be instituted in the Circuit Court of the City of Martinsville, Virginia, or the United States District Court for the Western District of Virginia, or in such other appropriate court and venue as the Bank may choose in its sole discretion.  Each of the Justice Entities hereby consents to the jurisdiction of such courts and waives any objection relating to the basis for personal or in rem jurisdiction or to venue which each of the undersigned may now or hereafter have in any such legal action or proceedings.

8.      UNLESS EXPRESSLY PROHIBITED BY APPLICABLE LAW, EACH OF THE JUSTICE ENTITIES HEREBY WAIVES THE RIGHT TO TRIAL BY JURY OF ANY MATTERS OR CLAIMS ARISING OUT OF THIS AGREEMENT OR ANY OF THE LOAN DOCUMENTS OR OUT OF THE CONDUCT OF THE RELATIONSHIP BETWEEN EACH OF THE JUSTICE ENTITIES AND THE BANK, IN EACH CASE WHETHER SOUNDING IN

CONTRACT OR TORT OR OTHERWISE. EACH OF THE JUSTICE ENTITIES AGREES AND CONSENTS THAT ANY SUCH CLAIM, DEMAND, ACTION OR CAUSE OF ACTION SHALL BE DECIDED BY COURT TRIAL WITHOUT A JURY, AND THAT THE BANK MAY FILE AN ORIGINAL COUNTERPART OR A COPY OF THIS PARAGRAPH WITH ANY COURT AS WRITTEN EVIDENCE OF THE CONSENT OF EACH OF THE JUSTICE ENTITIES TO THE WAIVER OF ITS RIGHT TO TRIAL BY JURY. THIS PROVISION IS A MATERIAL INDUCEMENT FOR THE BANK TO ENTER INTO THIS AGREEMENT. FURTHER, EACH OF THE JUSTICE ENTITIES HEREBY CERTIFIES THAT NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT THE BANK WOULD NOT SEEK TO ENFORCE THIS WAIVER OF RIGHT TO JURY TRIAL PROVISION. NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS THE AUTHORITY TO WAIVE, CONDITION OR MODIFY THIS PROVISION. EACH OF THE JUSTICE ENTITIES ACKNOWLEDGES IT HAS HAD THE OPPORTUNITY TO CONSULT WITH COUNSEL REGARDING THIS PARAGRAPH, THAT IT FULLY UNDERSTANDS ITS TERMS, CONTENT AND EFFECT, AND THAT IT VOLUNTARILY AND KNOWINGLY AGREES TO THE TERMS OF THIS PARAGRAPH.

IN WITNESS WHEREOF, each of the Justice Entities has executed this Agreement or caused this Agreement to be executed by its duly authorized officer, member or manager under seal as of this 22 day of May, 2017.

**Greenbrier Hotel Corporation**

By: _Jillean L Justice_ (SEAL)
Name: Jillean L. Justice
Title: President

State of W. V. )
) ss.
City/County of Greenbrier )

I, Connie Vance , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Hotel Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this 22 day of May, 2017.

_Connie Vance_
Notary Public

My Commission expires: February 16, 2023
Notary Registration Number:_____

**Justice Family Group, LLC**

By: _Jillean L. Justice_ (SEAL)
Name: Jillean L. Justice
Title: President

State of __W. V.__ )
City/County of __Greenbrier__ ) ss.

I, _Connie L. Vance_ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Justice Family Group, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_Connie L. Vance_
Notary Public

My Commission expires: _February 16, 2023_
Notary Registration Number: _____

**Players Club, LLC**

By: _Jillean L. Justice_ (SEAL)
Name: Jillean L. Justice
Title: President

State of __W. V.__ )
City/County of __GBR__ ) ss.

I, _Connie G. Vance_ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Players Club, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_Connie L. Vance_
Notary Public

My Commission expires: _February 16, 2023_
Notary Registration Number: _____

**Greenbrier Golf and Tennis Club Corporation**

By: _____ (SEAL)
Name: Jillean L. Justice
Title: President

State of ___W. V.___ )
                          ) ss.
City/County of __GREENBRIER__ )

I, __Connie L Vance__, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club Corporation, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires: February 16, 2023
Notary Registration Number: _____

**Greenbrier Medical Institute, LLC**

By: _____ (SEAL)
Name: Jillean L. Justice
Title: President

State of ___W. V.___ )
                          ) ss.
City/County of __GBR__ )

I, __Connie L Vance__, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Medical Institute, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires: February 16, 2023
Notary Registration Number: _____

Oakhurst Club, LLC

By: _____ (SEAL)
Name: Jillean L. Justice
Title: Member

State of _____WV_____ )
                        ) ss.
City/County of _GREENBRIER_ )

I, _Connie Vance_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is a Member of Oakhurst Club, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.

Witness my hand and official stamp or seal, this _22nd_ day of May, 2017.

_____
Notary Public

My Commission expires: _February 16, 2023_
Notary Registration Number: _____

NOTARY PUBLIC OFFICIAL SEAL
CONNIE G VANCE
State of West Virginia
My Comm. Expires Feb 16, 2023
159 Waynes Mountain Rd
White Sulpher Springs WV 74986

The Greenbrier Sporting Club, Inc.

By: _____ (SEAL)
Name: James T. Miller
Title: Treasure

State of _West VA_ )
                     ) ss.
City/County of _GBR_ )

I, _Connie Vance_, a Notary Public of the City/County and State aforesaid, certify that James T Miller who is Treasurer of The Greenbrier Sporting Club, Inc. a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this _22nd_ day of May, 2017.

_____
Notary Public

My Commission expires: _February 16, 2023_
Notary Registration Number: _____

NOTARY PUBLIC OFFICIAL SEAL
CONNIE G VANCE
State of West Virginia
My Comm. Expires Feb 16, 2023
159 Waynes Mountain Rd
White Sulpher Springs WV 74986

The   Greenbrier   Sporting   Club   Development
Company, Inc.

By: _____ (SEAL)
Name:  Jillean L. Justice
Title:  President

State of ___West VA___ )
                       ) ss.
City/County of ___GBR___ )

I, ___Connie G Vance___ , a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company,
Inc., a Delaware limited liability company, personally appeared before me this day and acknowledged the
due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires February 16, 2023
Notary Registration Number: _____

```
NOTARY PUBLIC OFFICIAL SEAL
CONNIE G VANCE
State of West Virginia
My Comm. Expires Feb 16, 2023
159 Waynes Mountain Rd
White Sulpher Springs WV 24986
```

Southern Coal Corporation

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _____ )
                           ) ss.
City/County of _____ )

I, _____ , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Southern Coal Corporation, a Delaware corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.

Witness my hand and official stamp or seal, this _____ day of May, 2017.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

The    Greenbrier    Sporting    Club    Development
Company, Inc.


By: _____ (SEAL)
Name:  Jillean L. Justice
Title:  President


State of _____ )
                             ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company,
Inc., a Delaware limited liability company, personally appeared before me this day and acknowledged the
due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this _____ day of May, 2017.


_____
Notary Public


My Commission expires:_____
Notary Registration Number:_____


Southern Coal Corporation

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President


State of __Virginia__ )
                      ) ss.
City/County of __Roanoke__ )

I, __Leslie Ann Wells__, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Southern Coal Corporation, a Delaware corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.

Witness my hand and official stamp or seal, this __22nd__ day of May, 2017.


_Leslie Ann Wells_
Notary Public


My Commission expires: __5-31-2017__
Notary Registration Number: __7560729__

-7-

**A&G Coal Corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia__ )
                                    ) ss.
City/County of __Roanoke__ )

I, __Leslie Ann Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of A&G Coal Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this **22ⁿᵈ** day of May, 2017.

_____
Notary Public

My Commission expires: __5-31-2017__
Notary Registration Number: __7560729__

**Bardo Mining, LLC**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia__ )
                                    ) ss.
City/County of __Roanoke__ )

I, __Leslie Ann Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bardo Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.

Witness my hand and official stamp or seal, this **22ⁿᵈ** day of May, 2017.

_____
Notary Public

My Commission expires: __5-31-2017__
Notary Registration Number: __7560729__

-8-

Liggett Mining, LLC

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Liggett Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires: _5-31-2017_
Notary Registration Number: _7560729_

Sequoia Energy, LLC

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Sequoia Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires: _5-31-2017_
Notary Registration Number: _7560729_

-9-

Infinity Energy, LLC

By: _____ (SEAL)
Name: James C. Justice, III
Title:  President

State of  Virginia          )
                                       ) ss.
City/County of  Roanoke   )

    I, __Leslie Ann Wells__, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Infinity Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.

    Witness my hand and official stamp or seal, this 22ᴺᴰ day of May, 2017.

_____
Notary Public

My Commission expires: __5-31-2017__
Notary Registration Number: __7560729__

Cane-Patch Mining Company, Inc.

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of  Virginia          )
                                       ) ss.
City/County of  Roanoke   )

    I, __Leslie Ann Wells__, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Cane-Patch Mining Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

    Witness my hand and official stamp or seal, this 22ᴺᴰ day of May, 2017.

_____
Notary Public

My Commission expires: __5-31-2017__
Notary Registration Number: __7560729__

-10-

Meg-Lynn Land Company, Inc.

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Meg-Lynn Land Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this _22nd_ day of May, 2017.

_____
Notary Public

My Commission expires: _5-31-2017_
Notary Registration Number: _7560729_

Premium Coal Company, Inc.

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Premium Coal Company, Inc., a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this _22nd_ day of May, 2017.

_____
Notary Public

My Commission expires: _5-31-2017_
Notary Registration Number: _7560729_

-11-

**Baden Reclamation Company**

By _____ (SEAL)
Name: ~~James C. Justice, III~~
Title:  President

State of  Virginia            )
                              ) ss.
City/County of  Roanoke       )

I,  Leslie Ann Wells        , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Baden Reclamation Company, a Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires:  5-31-2017
Notary Registration Number:  7560729

**Nine Mile Mining, Inc.**

By _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of  Virginia            )
                              ) ss.
City/County of  Roanoke       )

I,  Leslie Ann Wells        , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Nine Mile Mining, Inc. a Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires:  5-31-2017
Notary Registration Number:  7560729

-12-

**Bellwood Corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
                  ) ss.
City/County of Roanoke )

I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires: 5-31-2017
Notary Registration Number: 7560729

**Bluestone Energy Sales Corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
                  ) ss.
City/County of Roanoke )

I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Energy Sales Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires: 5-31-2017
Notary Registration Number: 7560729

-13-

**Justice Coal of Alabama, LLC,**
**formerly known as Alabama Carbon, LLC**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
                  ) ss.
City/County of Roanoke )

I, Leslie Ann Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires: 5-31-2017
Notary Registration Number: 7560729

**Virginia Fuel Corporation**

By: _____ (SEAL)
Name: James C. Justice, IV
Title: President

State of Virginia )
                  ) ss.
City/County of Roanoke )

I, Leslie Ann Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Virginia Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires: 5-31-2017
Notary Registration Number: 7560729

-14-

**Justice Low Seam Mining Inc.**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia__ )
                                          ) ss.
City/County of __Roanoke__ )

I, __Leslie Ann Wells__, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Low Seam Mining Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this __22nd__ day of May, 2017.

_____
Notary Public

My Commission expires: __5-31-2017__
Notary Registration Number: __7560729__

**Kentucky Fuel Corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia__ )
                                          ) ss.
City/County of __Roanoke__ )

I, __Leslie Ann Wells__, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Kentucky Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this __22nd__ day of May, 2017.

_____
Notary Public

My Commission expires: __5-31-2017__
Notary Registration Number: __7560729__

-15-

**Bluestone Resources Inc.**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Resources Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this **22nd** day of May, 2017.

_____
Notary Public

My Commission expires: **5-31-2017**
Notary Registration Number: **7560729**

**National Resources Inc.**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of National Resources Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this **22nd** day of May, 2017.

_____
Notary Public

My Commission expires: **5-31-2017**
Notary Registration Number: **7560729**

-16-

**Tams Management, Inc.**

By _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia__ )
                        ) ss.
City/County of __Roanoke__ )

I, __Leslie Ann Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Tams Management, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this **22nd** day of May, 2017.

_____
Notary Public

My Commission expires: **5-31-2017**
Notary Registration Number: **7560729**

LESLIE ANN WELLS
NOTARY PUBLIC
REG. #7560729
MY COMMISSION EXPIRES
5-31-20**17**
COMMONWEALTH OF VIRGINIA

**Justice Farms of North Carolina, LLC**

By _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia__ )
                        ) ss.
City/County of __Roanoke__ )

I, __Leslie Ann Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Farms of North Carolina, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.

Witness my hand and official stamp or seal, this **22nd** day of May, 2017.

_____
Notary Public

My Commission expires: **5-31-2017**
Notary Registration Number: **7560729**

LESLIE ANN WELLS
NOTARY PUBLIC
REG. #7560729
MY COMMISSION EXPIRES
5-31-20**17**
COMMONWEALTH OF VIRGINIA

-17-

James C. Justice Companies, Inc.

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of   Virginia )
                     ) ss.
City/County of   Roanoke )

I,   Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of James C. Justice Companies, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this 22 nd day of May, 2017.

_____
Notary Public

My Commission expires: 5-31-2017
Notary Registration Number: 7560729

Twin Fir Estates, LLC

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of   Virginia )
                     ) ss.
City/County of   Roanoke )

I,   Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Twin Fir Estates, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.

Witness my hand and official stamp or seal, this 22 nd day of May, 2017.

_____
Notary Public

My Commission expires: 5-31-2017
Notary Registration Number: 7560729

-18-

**Wilcox Industries, Inc.**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _Virginia_ )
)ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wilcox Industries, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires: _5-31-2017_
Notary Registration Number: _7560729_

**Triple J, LLC**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _Virginia_ )
)ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Triple J, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires: _5-31-2017_
Notary Registration Number: _7560729_

-19-

Name: **James C. Justice, III** _____ (SEAL)

State of _____ )
                                              ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III personally appeared before me this day and acknowledged the due execution of this Agreement.

    Witness my hand and official stamp or seal, this ___ day of May, 2017.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

Name: **James C. Justice, II** _____ (SEAL)

State of _West VA_ )
                              ) ss.
City/County of _Greenbrier_ )

    I, _Connie G Vance_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II personally appeared before me this day and acknowledged the due execution of this Agreement.

    Witness my hand and official stamp or seal, this _22nd_ day of May, 2017.

_Connie G Vance_
Notary Public

My Commission expires: _February 16, 2023_
Notary Registration Number: _____

NOTARY PUBLIC OFFICIAL SEAL
CONNIE G VANCE
State of West Virginia
My Comm. Expires Feb 16, 2023
159 Waynes Mountain Rd
White Sulpher Springs WV 24986

_____ (SEAL)

Name:   James C. Justice, III

State of ___Virginia___ )
                                          ) ss.
City/County of ___Roanoke___ )

I, ___Leslie Ann Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III personally appeared before me this day and acknowledged the due execution of this Agreement.

Witness my hand and official stamp or seal, this **22nd** day of May, 2017.

_____
                        Notary Public

My Commission expires: **5-31-2017**
Notary Registration Number: **7560729**

_____ (SEAL)

Name:  **James C. Justice, II**

State of _____ )
                                          ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II personally appeared before me this day and acknowledged the due execution of this Agreement.

Witness my hand and official stamp or seal, this _____ day of May, 2017.

_____
                        Notary Public

My Commission expires:_____
Notary Registration Number:_____

-20-

_____ (SEAL)
Name: **Cathy L. Justice**

State of _West VA_ )
) ss.
City/County of _Greenbrier_ )

I, _Connie G. Vance_ , a Notary Public of the City/County and State aforesaid, certify that Cathy L. Justice personally appeared before me this day and acknowledged the due execution of this Agreement.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires _February 16, 2023_
Notary Registration Number: _____

NOTARY PUBLIC OFFICIAL SEAL
CONNIE G VANCE
State of West Virginia
My Comm. Expires Feb 16, 2023
159 Waynes Mountain Rd
White Sulpher Springs WV 24986

**Chesapeake and Ohio Traveler, Inc.**

By: _____ (SEAL)
Name: Jillean L. Justice
Title: President

State of _West VA_ )
) ss.
City/County of _Greenbrier_ )

I, _Connie G Vance_ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Chesapeake and Ohio Traveler, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires _February 16, 2023_
Notary Registration Number: _____

NOTARY PUBLIC OFFICIAL SEAL
CONNIE G VANCE
State of West Virginia
My Comm. Expires Feb 16, 2023
159 Waynes Mountain Rd
White Sulpher Springs WV 24986

The Greenbrier Resort and Club Management Company

By: _____ (SEAL)
Name: Jillean L. Justice
Title: President

State of _West Virginia_
                                ) ss.
City/County of _Grbb_          )

I, _Connie G. Vance_ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_Connie G Vance_
Notary Public

My Commission expires: _February 16, 2023_
Notary Registration Number: _____

NOTARY PUBLIC OFFICIAL SEAL
CONNIE G VANCE
State of West Virginia
My Comm. Expires Feb 16, 2023
159 Waynes Mountain Rd
White Sulpher Springs WV 24986

Greenbrier IA, Inc.

By: _____ (SEAL)
Name: Jillean L. Justice
Title: President

State of _West Virginia_
                                ) ss.
City/County of _Greenbrier_    )

I, _Connie G Vance_ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_Connie G Vance_
Notary Public

My Commission expires: _February 16, 2023_
Notary Registration Number: _____

NOTARY PUBLIC OFFICIAL SEAL
CONNIE G VANCE
State of West Virginia
My Comm. Expires Feb 16, 2023
159 Waynes Mountain Rd
White Sulpher Springs WV 24986

-22-

**Old White Club Corporation**

By: _Jillean Justice_ (SEAL)
Name: Jillean L. Justice
Title: President

State of _West Virginia_ )
                          ) ss.
City/County of _Greenbrier_ )

I, _Connie G Vance_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Old White Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this _22nd_ day of May, 2017.

_Connie G Vance_
Notary Public

My Commission expires: _February 16, 2023_
Notary Registration Number: _____

> NOTARY PUBLIC OFFICIAL SEAL
> CONNIE G VANCE
> State of West Virginia
> My Comm. Expires Feb 16, 2023
> 159 Waynes Mountain Rd
> White Sulpher Springs WV 24986

**The Old White Development Company**

By: _Jillean Justice_ (SEAL)
Name: Jillean L. Justice
Title: President

State of _West Virginia_ )
                          ) ss.
City/County of _Greenbrier_ )

I, _Connie Vance_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this _22nd_ day of May, 2017.

_Connie G Vance_
Notary Public

My Commission expires: _February 16, 2023_
Notary Registration Number: _____

> NOTARY PUBLIC OFFICIAL SEAL
> CONNIE G VANCE
> State of West Virginia
> My Comm. Expires Feb 16, 2023
> 159 Waynes Mountain Rd
> White Sulpher Springs WV 24986

-23-

**Southeast Cotton, Inc.**

By _____ (SEAL)
Name:   James C. Justice, III
Title:  President

State of Virginia )
                        ) ss.
City/County of Roanoke )

I, Leslie Ann Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires: 5-31-2017
Notary Registration Number: 7560729

**American Turf Grass Corporation**

By _____ (SEAL)
Name:   James C. Justice, III
Title:  President

State of Virginia )
                        ) ss.
City/County of Roanoke )

I, Leslie Ann Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of American Turf Grass Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires: 5-31-2017
Notary Registration Number: 7560729

-24-

Rapidan, LLC

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _Virginia_ )
                                     ) ss.
City/County of _Roanok_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Rapidan, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires:  5-31-2017
Notary Registration Number:  7560729

Blue Ridge Farm Center, Inc.

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _Virginia_ )
                                     ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Blue Ridge Farm Center, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires:  5-31-2017
Notary Registration Number:  7560729

-25-

Justice Family Farms, LLC

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of __Virginia__  )
                       ) ss.
City/County of __Roanoke__  )

I, __Leslie Ann Wells__, a Notary Public of the City/County and State aforesaid, certify that Justice Family Farms, LLC who is President of Justice Family Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.

Witness my hand and official stamp or seal, this 22ⁿᵈ day of May, 2017.

_____
Notary Public

My Commission expires: __5-31-2017__
Notary Registration Number: __7560729__

Greenthorn LLC

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of __Virginia__  )
                       ) ss.
City/County of __Roanoke__  )

I, __Leslie Ann Wells__, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Greenthorn LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.

Witness my hand and official stamp or seal, this 22ⁿᵈ day of May, 2017.

_____
Notary Public

My Commission expires: __5-31-2017__
Notary Registration Number: __7560729__

-26-

**Black River Coal, LLC**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of ___Virginia___ )
                        ) ss.
City/County of ___Roanoke___ )

I, ___Leslie Ann Wells___ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Coal, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.

Witness my hand and official stamp or seal, this 22nd day of May, 2017.

_____
Notary Public

My Commission expires: 5-31-2017
Notary Registration Number: 7560729

-27-

## RELEASE AND REAFFIRMATION AGREEMENT

Each of the undersigned persons or entities (individually and collectively, the "Justice Entities") has executed and/or delivered to **CARTER BANK & TRUST**, a Virginia banking corporation (the "Bank") loan agreements, promissory notes, security agreements, pledge agreements, negative pledge agreements, deeds of trust, assignments, guaranties and/or other documents, instruments and/or agreements that evidence, guarantee, secure or otherwise were executed and/or delivered in connection with loans, financial accommodations and/or other extensions of credit by the Bank to one or more of the Justice Entities (collectively, the "Loan Documents").

In consideration of the Bank's agreement to extend one or more additional loans to one or more of the Justice Entities on or after the date hereof (which loans shall be made only in the sole and absolute discretion of the Bank), the adequacy and sufficiency of which consideration is hereby expressly acknowledged by each of the Justice Entities, each of the Justice Entities hereby agrees as follows:

1.      Each of the Justice Entities, on behalf of itself and its respective agents, directors, shareholders, members, managers, attorneys, accountants, consultants, insurers, administrators, successors and/or assigns, hereby releases, acquits and forever discharges the Bank, the Bank's parent, and all of their respective subsidiaries, affiliates, employees, officers, directors, shareholders, agents, attorneys, accountants, appraisers, consultants, insurers, successors and/or assigns (collectively, the "Bank Parties"), from any and all claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, and all liabilities and responsibilities of every kind or character (all such claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, liabilities and responsibilities shall collectively be referred to as the "Liabilities"), howsoever arising, whether now existing or hereafter arising, including without limitation Liabilities arising out of or in connection with the Loan Documents and/or any and all indebtedness, liabilities and obligations evidenced by, arising from or associated with any of Loan Documents (collectively, the "Obligations"), regardless of whether the Liabilities are known or unknown, now existing or hereafter arising, joint or several, at law or in equity, arising by statute, contract, warranty or tort, and regardless of whether the Liabilities have heretofore been asserted.

2.      Each of the Justice Entities hereby represents, warrants and agrees that it will not commence, join in, prosecute or participate in any suit or other proceeding in a position that is adverse to the Bank in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents.  Each of the Justice Entities hereby agrees, jointly and severally, to indemnify and hold the Bank Parties harmless from any and all Liabilities, howsoever arising, out of or in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents, and each hereby agrees to pay all amounts payable under this Section 2 upon demand by the Bank.

3.      None of the Justice Entities has any defenses, affirmative or otherwise, rights of setoff, rights of recoupment, claims, counterclaims, actions or causes of action of any kind or nature whatsoever against any of the Bank Parties, directly or indirectly, arising out of, based upon, or in any manner connected with, any transaction, event, circumstance, action, failure to act, or occurrence of any sort or type, whether known or unknown, which occurred, existed, was taken, permitted, or began prior to or on the date of this Agreement or accrued, existed, was taken, permitted or begun in accordance with, pursuant to, or by virtue of any of the Obligations or any of the Loan Documents, or which directly or indirectly relate to or arise out of or in any manner are connected with any of the Obligations or any of the Loan Documents, including without limitation under or in connection with the Equal Credit Opportunity Act, 15 U.S.C. Sections 1691 et seq., or Regulation B, 12 CFR Part 202; TO THE EXTENT THAT ANY SUCH DEFENSES, AFFIRMATIVE OR OTHERWISE, RIGHTS OF SETOFF, RIGHTS OF RECOUPMENT, CLAIMS, COUNTERCLAIMS,

ACTIONS OR CAUSES OF ACTION EXIST, SUCH DEFENSES, RIGHTS, CLAIMS, COUNTERCLAIMS, ACTIONS AND CAUSES OF ACTION ARE HEREBY FOREVER WAIVED, DISCHARGED AND RELEASED BY EACH OF THE JUSTICE ENTITIES.

4.     Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) each of the Loan Documents constitutes the legal, valid and binding obligation of each of the Justice Entities to the extent each is a party thereto, enforceable against each of the Justice Entities to the extent each is a party thereto in accordance with its respective terms, and (ii) none of the Loan Documents, nor the execution, delivery or performance of this Agreement or any of the Loan Documents by each of the Justice Entities to the extent each is a party thereto (A) violates any law, rule or regulation, or any order of any governmental authority or entity having jurisdiction over any of the Justice Entities or any of their respective properties or assets, (B) conflicts with or results in the termination of, constitutes a default or event of default under, or accelerates any performance required by any indenture, mortgage, deed of trust, lease, agreement or any other instrument to which any of the Justice Entities is a party or by which any of the Justice Entities or any of their respective properties or assets is bound or (C) results in the creation or imposition of any lien, charge or encumbrance upon any of the assets of any of the Justice Entities, except for the liens in favor of the Bank.  Furthermore, each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) all information provided by any of the Justice Entities prior to or on the date hereof to the Bank, including, without limitation, all financial statements, was, at the date of delivery, and is as of the date hereof, true, correct and complete in all respects, and (ii) none of such information contains any material misstatement of fact or omits to state any fact necessary to make the statement contained therein not misleading.

5.     Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that CERTAIN OF THE LOAN DOCUMENTS CONTAIN A CONFESSION OF JUDGMENT PROVISION, AND EACH SUCH CONFESSION OF JUDGMENT PROVISION HAS NOT BEEN MODIFIED, ALTERED OR AMENDED IN ANY WAY AND REMAINS IN FULL FORCE AND EFFECT IN ALL RESPECTS.  Furthermore, each of the Justice Entities hereby affirms, confirms and reaffirms each of its obligations, covenants and agreements under each of the Loan Documents to which it is a party.

6.     Each of the Justice Entities hereby acknowledges and agrees that any default under this Agreement or any of the Loan Documents shall be an immediate default and event of default under all of the Loan Documents for which there shall be no notice, grace or cure period, and, upon the occurrence of any such default, the Bank shall have the immediate right to exercise one or more of the rights and remedies contained in any of the Loan Documents, at law and/or in equity, all of which rights and remedies are hereby expressly reserved.

7.     Each of the Justice Entities hereby agrees that in the event any Justice Entity sells, transfer, assigns, leases or otherwise disposes of any real or personal property associated with any Justice Entity, directly or indirectly engaged in the business coal mining, distribution or sale that is not otherwise subject to a lien in favor of Bank, the Justices Entities shall pay to Bank fifty percent (50%) of the Net Proceeds of any such sale, transfer, assignment, lease or disposition.  Net Proceeds shall be defined as gross proceeds resulting from such sale, transfer, assignment, lease or disposition minus associated capital gains taxes, associated obligations, if any, to Mechel, attorney's fees associated with such transaction and such liens as shall be required to be satisfied in order to effect such transaction.  Such Net Proceeds shall be applied to such debts of the Justice Entities and in such order as the Bank shall determine in its sole and absolute discretion.

8.     Each of the Justice Entities hereby acknowledges and agrees that certain of the Loan Documents contain provisions governing the application and disposition of loan proceeds resulting from

loans by each of Goldman Sachs Group, Inc. and Bank of Montreal, and each the Justice Entities agrees to be bound by and strictly comply with such applications and dispositions. Each of the Justice Entities hereby further acknowledges and agrees that certain of the Loan Documents contain provisions governing the sale of assets owned by one or more of the Justice Entities, and each of the Justice Entities hereby agrees to be bound by and strictly comply with such sale provisions. In addition, each of the Justice Entities hereby agrees that the Bank shall have right to engage a consultant of its choosing to (1) interview the management of the Justice Entities, (2) review any plan of the Justice Entities, (3) review and monitor past, present and future transactions of the Justice Entities, (4) review and monitor bank account balances at all financial institutions at which any of the Justice Entities maintains accounts, (5) review cash management procedures and controls, (6) prepare reports and (7) perform such other and further services as the Bank shall determine in its sole and absolute opinion are necessary or desirable (collectively, the "Consulting Services"). Each of the Justice Entities shall assist and cooperate fully, and cause all of its officers, members, managers, employees, agents and all other persons under its control, to assist and cooperate fully with such consultant's provision of the Consulting Services; and the Justice Entities, jointly and severally, shall pay to the Bank on demand for all costs, fees and other charges associated with the Consulting Services.

9.    This Agreement shall be construed according to the laws of the Commonwealth of Virginia. Each of the Justice Entities hereby irrevocably agrees that any legal action or proceeding arising out of or relating to this Agreement shall be instituted in the Circuit Court of the City of Martinsville, Virginia, or the United States District Court for the Western District of Virginia, or in such other appropriate court and venue as the Bank may choose in its sole discretion. Each of the Justice Entities hereby consents to the jurisdiction of such courts and waives any objection relating to the basis for personal or in rem jurisdiction or to venue which each of the undersigned may now or hereafter have in any such legal action or proceedings.

10.   **UNLESS EXPRESSLY PROHIBITED BY APPLICABLE LAW, EACH OF THE JUSTICE ENTITIES HEREBY WAIVES THE RIGHT TO TRIAL BY JURY OF ANY MATTERS OR CLAIMS ARISING OUT OF THIS AGREEMENT OR ANY OF THE LOAN DOCUMENTS OR OUT OF THE CONDUCT OF THE RELATIONSHIP BETWEEN EACH OF THE JUSTICE ENTITIES AND THE BANK, IN EACH CASE WHETHER SOUNDING IN CONTRACT OR TORT OR OTHERWISE. EACH OF THE JUSTICE ENTITIES AGREES AND CONSENTS THAT ANY SUCH CLAIM, DEMAND, ACTION OR CAUSE OF ACTION SHALL BE DECIDED BY COURT TRIAL WITHOUT A JURY, AND THAT THE BANK MAY FILE AN ORIGINAL COUNTERPART OR A COPY OF THIS PARAGRAPH WITH ANY COURT AS WRITTEN EVIDENCE OF THE CONSENT OF EACH OF THE JUSTICE ENTITIES TO THE WAIVER OF ITS RIGHT TO TRIAL BY JURY. THIS PROVISION IS A MATERIAL INDUCEMENT FOR THE BANK TO ENTER INTO THIS AGREEMENT. FURTHER, EACH OF THE JUSTICE ENTITIES HEREBY CERTIFIES THAT NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT THE BANK WOULD NOT SEEK TO ENFORCE THIS WAIVER OF RIGHT TO JURY TRIAL PROVISION. NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS THE AUTHORITY TO WAIVE, CONDITION OR MODIFY THIS PROVISION. EACH OF THE JUSTICE ENTITIES ACKNOWLEDGES IT HAS HAD THE OPPORTUNITY TO CONSULT WITH COUNSEL REGARDING THIS PARAGRAPH, THAT IT FULLY UNDERSTANDS ITS TERMS, CONTENT AND EFFECT, AND THAT IT VOLUNTARILY AND KNOWINGLY AGREES TO THE TERMS OF THIS PARAGRAPH.**

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, each of the Justice Entities has executed this Agreement or caused this Agreement to be executed by its duly authorized officer, member or manager under seal as of this ___ day of February, 2018.

**Greenbrier Hotel Corporation,**
**a West Virginia corporation**

By: *Jillean L. Justice* (SEAL)

Jillean L. Justice, President

State of *West Va* )
) ss.
City/County of *Greenbrier* )

I, *Connie G Vance*, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Hotel Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this *27th* day of *February*, 2018.

*Connie G Vance*
Notary Public

My Commission expires: *February 16, 2023*
Notary Registration Number: _____

NOTARY PUBLIC OFFICIAL SEAL
CONNIE G VANCE
State of West Virginia
My Comm. Expires Feb 16, 2023
159 Waynes Mountain Rd
White Sulpher Springs WV 24986

-4-

**Justice Family Group, LLC,**
**a Delaware limited liability company**

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of _WEST VIRGINIA_
City/County of _GREENBRIER_ }ss.

I, _Connie G Vance_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Justice Family Group, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27_ day of _FEBRUARY_, 2018.

_Connie G Vance_
Notary Public

My Commission expires: _February 16, 2023_
Notary Registration Number: _____

NOTARY PUBLIC OFFICIAL SEAL
CONNIE G VANCE
State of West Virginia
My Comm. Expires Feb 16, 2023
159 Waynes Mountain Rd
White Sulpher Springs WV 24986

**Players Club, LLC,**
**a Delaware limited liability company**

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of _WEST VIRGINIA_
City/County of _GREENBRIER_ }ss.

I, _Connie G. Vance_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Players Club, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27_ day of _FEBRUARY_, 2018.

_Connie G Vance_
Notary Public

My Commission expires: _February 16, 2023_
Notary Registration Number: _____

NOTARY PUBLIC OFFICIAL SEAL
CONNIE G VANCE
State of West Virginia
My Comm. Expires Feb 16, 2023
159 Waynes Mountain Rd
White Sulpher Springs WV 24986

-5-

**Greenbrier Golf and Tennis Club Corporation,
a West Virginia corporation**

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of _WEST VIRGINIA_
City/County of _GREENBRIER_ ss.

I, _Connie G. Vance_, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club Corporation, a West
Virginia corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation.  She [*check one*] ☒ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this _27_ day of _FEBRUARY_, 2018.

_Connie G. Vance_
Notary Public

My Commission expires: _February 16, 2023_
Notary Registration Number: _____

> NOTARY PUBLIC OFFICIAL SEAL
> CONNIE G VANCE
> State of West Virginia
> My Comm. Expires Feb 16, 2023
> 159 Waynes Mountain Rd
> White Sulphur Springs WV 24986

**Greenbrier Medical Institute, LLC,
a West Virginia limited liability company**

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of _WEST VIRGINIA_
City/County of _GREENBRIER_ ss.

I, _Connie G. Vance_, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Greenbrier Medical Institute, LLC, a West Virginia
limited liability company, personally appeared before me this day and acknowledged the due execution of
this Agreement on behalf of the limited liability company.  She [*check one*] ☒ is personally known to me
or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27_ day of _FEBRUARY_, 2018.

_Connie G. Vance_
Notary Public

My Commission expires: _February 16, 2023_
Notary Registration Number: _____

> NOTARY PUBLIC OFFICIAL SEAL
> CONNIE G VANCE
> State of West Virginia
> My Comm. Expires Feb 16, 2023
> 159 Waynes Mountain Rd
> White Sulphur Springs WV 24986

-6-

**Oakhurst Club, LLC,**
**a West Virginia limited liability company**

By: _Jillean Justice_ (SEAL)
     Jillean L. Justice, Member

State of _WEST VIRGINIA_
                                              } ss.
City/County of _GREENBRIER_

I, _Connie Vance_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is a Member of Oakhurst Club, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27_ day of _February_ 2018

_Connie Vance_
                              Notary Public

My Commission expires: _February 16 2023_
Notary Registration Number: _____

NOTARY PUBLIC OFFICIAL SEAL
CONNIE G VANCE
State of West Virginia
My Comm. Expires Feb 16, 2023
159 Waynes Mountain Rd
White Sulphur Springs WV 24986

**The Greenbrier Sporting Club, Inc.,**
**a West Virginia corporation**

By: _Stephen Ball_ (SEAL)
Name: _Stephen W. Ball_
Title: _Vice President_

State of _Virginia_
                                              } ss.
City/County of _Roanoke_

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that _Stephen Ball_ who is _Vice President_ of The Greenbrier Sporting Club, Inc. a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27_ day of _February_, 2018.

_Leslie Ann Wells_
                              Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

-7-

Oakhurst Club, LLC,
a West Virginia limited liability company

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, Member

State of _WEST VIRGINIA_ )
) ss.
City/County of _GREENBRIER_ )

I, _Connie G Vance_ a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is a Member of Oakhurst Club, LLC, a West Virginia limited liability
company, personally appeared before me this day and acknowledged the due execution of this Agreement
on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this _27_ day of _FEBRUARY_ 2018

_Connie G Vance_
Notary Public

My Commission expires: _February 16 2023_
Notary Registration Number: _____

> NOTARY PUBLIC OFFICIAL SEAL
> CONNIE G VANCE
> State of West Virginia
> My Comm  Expires Feb 16, 2023
> 159 Waynes Mountain Rd
> White Sulpher Springs WV 24986

The Greenbrier Sporting Club, Inc.,
a West Virginia corporation

By: _Stephen Ball_ (SEAL)
Name: _Stephen W. Ball_
Title: _Vice President_

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid,
certify that _Stephen Ball_ who is _Vice President_ of The Greenbrier Sporting Club, Inc. a
West Virginia corporation, personally appeared before me this day and acknowledged the due execution
of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this _27th_ day of _February_, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

-7-

The Greenbrier Sporting Club Development
Company, Inc., a Delaware corporation

By: _____ (SEAL)
    Jillean L. Justice, President

State of _Virginia_ )
                 ) ss.
City/County of _Roanoke_ )

    I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company,
Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due
execution of this Agreement on behalf of the corporation. She [check one] ☑ is personally known to me
or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _19th_ day of _March_, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

Southern Coal Corporation,
a Delaware corporation

By _____ (SEAL)
   James C. Justice, III, President

State of _Virginia_ )
                 ) ss.
City/County of _Roanoke_ )

    I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Southern Coal Corporation, a Delaware corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.  He [check one] ☑ is personally known to me or ☐ has produced
_____ as identification.

    Witness my hand and official stamp or seal, this _27th_ day of _February_, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

-8-

**The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation**

By: _____ (SEAL)
             Jillean L. Justice, President

State of _____ )
                          ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2018.

_____
                    Notary Public

My Commission expires: _____
Notary Registration Number: _____

**Southern Coal Corporation, a Delaware corporation**

By: _____ (SEAL)
             James C. Justice, III, President

State of Virginia )
                  ) ss.
City/County of Roanoke )

I, Leslie Ann Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southern Coal Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27th day of February, 2018.

_____
                    Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-8-

**A&G Coal Corporation,**
**a Virginia corporation**

By _(signature)_ (SEAL)

James C. Justice, III, President

State of _Virginia_ )
                          ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of A&G Coal Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27ᵗʰ day of _February_, 2018.

_(signature)_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Bardo Mining, LLC,**
**a Kentucky limited liability company**

By: _(signature)_ (SEAL)

James C. Justice, III, President

State of _Virginia_ )
                          ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bardo Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27ᵗʰ day of _February_, 2018.

_(signature)_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Liggett Mining, LLC,**
**a Kentucky limited liability company**

By _____ (SEAL)
    James C. Justice, III, President

State of _Virginia_ )
                     ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Liggett Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27th_ day of _February_ , 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

**Sequoia Energy, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
    James C. Justice, III, President

State of _Virginia_ )
                     ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Sequoia Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27th_ day of _February_ , 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

-10-

Infinity Energy, Inc.,
a Kentucky corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_____ )
                            ) ss.
City/County of _Roanoke__ )

I, _Leslie Ann Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Infinity Energy, Inc., a Kentucky corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He *[check one]* ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27ᵗʰ day of _February____, 2018.

_____
Notary Public

My Commission expires: _5-31-2021___
Notary Registration Number: _7560729___

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Cane Patch Mining Company, Inc.,
a Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_____ )
                            ) ss.
City/County of _Roanoke__ )

I, _Leslie Ann Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Cane Patch Mining Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He *[check one]* ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27ᵗʰ day of _February____, 2018.

_____
Notary Public

My Commission expires: _5-31-2021___
Notary Registration Number: _7560729___

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-11-

**Meg-Lynn Land Company, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of ___Virginia___ )
                                          ) ss.
City/County of ___Roanoke___ )

I, ___Leslie Ann Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Meg-Lynn Land Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27th day of ___February___, 2018.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

**Premium Coal Company, Incorporated,**
**a Tennessee corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of ___Virginia___ )
                                          ) ss.
City/County of ___Roanoke___ )

I, ___Leslie Ann Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Premium Coal Company, Incorporated, a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27th day of ___February___, 2018.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

-12-

**Baden Reclamation Company,
a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                              ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Baden Reclamation Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27th day of _February_, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Nine Mile Mining, Inc.,
a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                              ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Nine Mile Mining, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27th day of _February_, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

-13-

**Baden Reclamation Company,**
**a Virginia corporation**

By: _____ (SEAL)
    James C. Justice, III, President

State of Virginia )
                   ) ss.
City/County of Roanoke )

    I, Leslie Ann Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Baden Reclamation Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 27ᵗʰ day of February, 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Nine Mile Mining, Inc.**
**a Virginia corporation**

By: _____ (SEAL)
    James C. Justice, III, President

State of Virginia )
                   ) ss.
City/County of Roanoke )

    I, Leslie Ann Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Nine Mile Mining, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 27ᵗʰ day of February, 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

-13-

**Bellwood Corporation,**
**a West Virginia corporation**

By _(signature)_ (SEAL)

James C. Justice, III, President

State of  Virginia        )
                          ) ss.
City/County of  Roanoke   )

    I, Leslie Ann Wells        , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 27th day of February    , 2018.

_(signature)_
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

**Bluestone Energy Sales Corporation,**
**a Virginia corporation**

By _(signature)_ (SEAL)

Name: James C. Justice, III
Title:  President

State of  Virginia        )
                          ) ss.
City/County of  Roanoke   )

    I, Leslie Ann Wells        , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Energy Sales Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

    Witness my hand and official stamp or seal, this 27th day of February    , 2018.

_(signature)_
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

-14-

**Justice Coal of Alabama, LLC,**
**an Alabama limited liability company,**
**formerly known as Alabama Carbon, LLC**

By: _____ (SEAL)
James C. Justice, II, Member

By: _____ (SEAL)
James C. Justice, II, Member

By: _____ (SEAL)
Jillean L. Justice, Member

State of _Virginia_ )
                              ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27th_ day of _February_, 2018.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

LESLiE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 202**1**

State of _____ )
                                  ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2018.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

-15-

**Justice Coal of Alabama, LLC,**
**an Alabama limited liability company,**
**formerly known as Alabama Carbon, LLC**

By: _____ (SEAL)
        James C. Justice, III, Member

By: _____ (SEAL)
        James C. Justice, II, Member

By: _____ (SEAL)
        Jillean L. Justice, Member

State of _____ )
                                          ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2018.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

State of _West Virginia_ )
                                           ) ss.
City/County of _Raleigh_ )

    I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _27th_ day of _February_, 2018.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
106 Lockheed Drive
Beaver, WV 25813
My commission expires April 13, 2022

-15-

Justice Coal of Alabama, LLC,
an Alabama limited liability company,
formerly known as Alabama Carbon, LLC

By: _____ (SEAL)
James C. Justice, III, Member

By: _____ (SEAL)
James C. Justice, II, Member

By: _____ (SEAL)
Jillean L. Justice, Member

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27th_ day of _February_, 2018.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

State of _____ )
                          ) ss.
City/County of _____ )

I, _____ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2018.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

-15-

State of _Virginia_ )
                         } ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice, who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19th_ day of _March_, 2018.

_Leslie Ann Wells_
                                        Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

Virginia Fuel Corporation,
a Delaware corporation

By _[signature]_ (SEAL)
   James C. Justice, III, President

State of _Virginia_ )
                         } ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Virginia Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27th_ day of _February_, 2018.

_Leslie Ann Wells_
                                        Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

-16-

State of _____ )
                            ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice, who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2018.

                                      _____
                                             Notary Public

My Commission expires: _____
Notary Registration Number: _____

                         **Virginia Fuel Corporation,**
                         **a Delaware corporation**

                      By_____ (SEAL)
                         James C. Justice, III, President

State of Virginia            )
                             ) ss.
City/County of Roanoke       )

    I, Leslie Ann Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Virginia Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 27th day of February, 2018.

                                        _____
                                         Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

<div style="border:1px solid">
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021
</div>

**Justice Low Seam Mining Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of ___Virginia___ )
                              ) ss.
City/County of ___Roanoke___ )

I, ___Leslie Ann Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Low Seam Mining Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27th day of ___February___, 2018.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Kentucky Fuel Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of ___Virginia___ )
                              ) ss.
City/County of ___Roanoke___ )

I, ___Leslie Ann Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Kentucky Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27th day of ___February___, 2018.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

-17-

Bluestone Resources Inc.,
a Delaware corporation

By _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Resources Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27th_ day of _February_, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No 7560729
> My Commission Expires May 31, 20 _21_

National Resources Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of National Resources Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27th_ day of _February_, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 _21_

-18-

**Tams Management, Inc.,**
**a West Virginia corporation**

By _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                             ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Tams Management, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27th_ day of _February_ , 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Justice Farms of North Carolina, LLC,**
**a Virginia limited liability company**

By _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                             ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Farms of North Carolina, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27th_ day of _February_ , 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7590729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

-19-

**James C. Justice Companies, Inc.,**
**a Delaware corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of ___Virginia___ )
                              ) ss.
City/County of ___Roanoke___ )

I, ___Leslie Ann Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of James C. Justice Companies, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27th day of ___February___, 2018.

_____
Notary Public

My Commission expires: ___5-31-2021___
Notary Registration Number: ___7560729___

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Twin Fir Estates, LLC,**
**a Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of ___Virginia___ )
                              ) ss.
City/County of ___Roanoke___ )

I, ___Leslie Ann Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Twin Fir Estates, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27th day of ___February___, 2018.

_____
Notary Public

My Commission expires: ___5-31-2021___
Notary Registration Number: ___7560729___

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Wilcox Industries, Inc.,**
**a West Virginia corporation**

By _____ (SEAL)
James C. Justice, III, President

State of __Virginia__ )
                                            ) ss.
City/County of __Roanoke__ )

I, __Leslie Ann Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wilcox Industries, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __27th__ day of __February__ , 2018.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20**21**

**Triple J, LLC,**
**a Virginia limited liability company**

By _____ (SEAL)
James C. Justice, III, President

State of __Virginia__ )
                                            ) ss.
City/County of __Roanoke__ )

I, __Leslie Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Triple J, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __27th__ day of __February__ , 2018.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20**21**

-21-

_____ (SEAL)

James C. Justice, III

State of __Virginia__ )
                        ) ss.
City/County of __Roanoke__ )

I, __Leslie Ann Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III personally appeared before me this day and acknowledged the due execution of this Agreement. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27th day of __February__ , 2018.

_____
Notary Public

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

_____ (SEAL)

James C. Justice, II

State of _____ )
                                    ) ss.
City/County of _____ )

I, _____ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II personally appeared before me this day and acknowledged the due execution of this Agreement. He [check one] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2018.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

-22-

_____ (SEAL)

**Cathy L. Justice**

State of _____ )
                                                    ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that Cathy L. Justice personally appeared before me this day and acknowledged the due execution of this Agreement. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2018.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

**The Chesapeake and Ohio Traveler, Inc.,
a Virginia corporation**

By: _____ (SEAL)
    Jillean L. Justice, President

State of *WEST VIRGINIA*
                                                    ) ss.
City/County of *GREENBRIER*

    I, *Connie G Vance*, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this *27* day of *FEBRUARY*, 2018.

*Connie G Vance*
Notary Public

My Commission expires: *February 16, 2023*
Notary Registration Number: _____

NOTARY PUBLIC OFFICIAL SEAL
CONNIE G VANCE
State of West Virginia
My Comm. Expires Feb 16, 2023
159 Waynes Mountain Rd
White Sulpher Springs WV 24986

-23-

_(signature)_ (SEAL)

Cathy L. Justice

State of _West Virginia_ )

~~City~~/County of _Raleigh_ ) ss.

I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that Cathy L. Justice personally appeared before me this day and acknowledged the due execution of this Agreement.   She [_check one_]  ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27ᵗʰ day of _February_, 2018.

_(signature)_

Notary Public

My Commission expires: _April 13, 2022_

Notary Registration Number: _____

OFFICIAL SEAL
Notary Public  State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
106 Lockheed Drive
Beaver, WV  25813
My commission expires April 13, 2022

**The Chesapeake and Ohio Traveler, Inc.,
a Virginia corporation**

By: _____ (SEAL)

Jillean L. Justice, President

State of _____ )

City/County of _____ ) ss.

I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement.   She [_check one_] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2018.

_____

Notary Public

My Commission expires: _____

Notary Registration Number: _____

-23-

The Greenbrier Resort and Club Management
Company, a Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of *West Virginia*
City/County of *Greenbrier*                ss.

I, _____, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company,
a Virginia corporation, personally appeared before me this day and acknowledged the due execution of
this Agreement on behalf of the corporation.  She [*check one*] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this *27* day of *February*, 2018.

_____
Notary Public

My Commission expires: *February 16, 2023*
Notary Registration Number: _____

> NOTARY PUBLIC OFFICIAL SEAL
> CONNIE G VANCE
> State of West Virginia
> My Comm. Expires Feb 16, 2023
> 159 Waynes Mountain Rd
> White Sulpher Springs WV 24986

Greenbrier IA, Inc.,
a Delaware corporation

By: _____ (SEAL)
Jillean L. Justice , President

State of *West Virginia*
City/County of *Greenbrier*                ss.

I, _____, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally
appeared before me this day and acknowledged the due execution of this Agreement on behalf of the
corporation.    She [*check one*] ☑ is  personally  known  to  me  or  ☐ has  produced
_____ as identification.

Witness my hand and official stamp or seal, this *27* day of *February* 2018.

_____
Notary Public

My Commission expires: *February 16, 2023*
Notary Registration Number: _____

> NOTARY PUBLIC OFFICIAL SEAL
> CONNIE G VANCE
> State of West Virginia
> My Comm Expires Feb 16, 2023
> 159 Waynes Mountain Rd
> White Sulpher Springs WV 24986

-24-

**Old White Club Corporation,**
**a West Virginia corporation**

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of _WEST VIRGINIA_
City/County of _GREENBRIER_ ) ss.

I, _Connie G Vance_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Old White Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27_ day of _FEBRUARY_, 2018.

_Connie G Vance_
Notary Public

My Commission expires: _February 16, 2023_
Notary Registration Number: _____

> NOTARY PUBLIC OFFICIAL SEAL
> CONNIE G VANCE
> State of West Virginia
> My Comm. Expires Feb 16, 2023
> 159 Waynes Mountain Rd
> White Sulpher Springs WV 24986

**The Old White Development Company,**
**a West Virginia corporation**

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of _WEST VIRGINIA_
City/County of _GREENBRIER_ ) ss.

I, _Connie G Vance_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27_ day of _FEBRUARY_, 2018.

_Connie G Vance_
Notary Public

My Commission expires: _February 16, 2023_
Notary Registration Number: _____

> NOTARY PUBLIC OFFICIAL SEAL
> CONNIE G VANCE
> State of West Virginia
> My Comm. Expires Feb 16, 2023
> 159 Waynes Mountain Rd
> White Sulpher Springs WV 24986

-25-

**Southeast Cotton, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
     James C. Justice, III, President

State of ___Virginia___ )
                                    ) ss.
City/County of __Roanoke__ )

I, __Leslie Ann Wells__, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27th day of __February__, 2018.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**American Turf Grass Corporation,**
**a Virginia corporation**

By: _____ (SEAL)
     James C. Justice, III, President

State of ___Virginia___ )
                                    ) ss.
City/County of __Roanoke__ )

I, __Leslie Ann Wells__, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of American Turf Grass Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27th day of __February__, 2018.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-26-

**Rapidan, LLC,**
**a West Virginia limited liability company**

By _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                              ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Rapidan, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27th_ day of _February_, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

**Blue Ridge Farm Center, Inc.,**
**a Virginia corporation**

By _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                              ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Blue Ridge Farm Center, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27th_ day of _February_, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

-27-

**Justice Family Farms, LLC,**
**a West Virginia limited liability company**

By _(signature)_ _____ (SEAL)
    James C. Justice, III, President

State of __Virginia__ )
               ) ss.
City/County of __Roanoke__ )

    I, __Leslie Ann Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III, who is President of Justice Family Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __27th__ day of __February__ , 2018.

_(signature)_ _____
             Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Greenthorn LLC,**
**a Kentucky limited liability company**

By: _(signature)_ _____ (SEAL)
    James C. Justice, III, President

State of __Virginia__ )
               ) ss.
City/County of __Roanoke__ )

    I, __Leslie Ann Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Greenthorn LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __27th__ day of __February__ , 2018.

_(signature)_ _____
             Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Black River Coal, LLC,**
**a Delaware limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_          )
                             ) ss.
City/County of _Roanoke_     )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Coal, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27th_ day of _February_ , 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Cumberland Valley Contractors, Inc.,**
**a Kentucky corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_          )
                             ) ss.
City/County of _Roanoke_     )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Cumberland Valley Contractors, Inc., a Kentucky corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27th_ day of _February_ , 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

-29-

**Kentucky Valley Contractors, Inc.,**
**a Kentucky corporation**

By _____ (SEAL)
   James C. Justice, III, President

State of ___Virginia___ )
                                      ) ss.
City/County of ___Roanoke___ )

   I, ___Leslie Ann Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Kentucky Valley Contractors, Inc., a Kentucky corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

   Witness my hand and official stamp or seal, this 27th day of February, 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Seneca Energy, LLC,**
**a Kentucky limited liability company**

By _____ (SEAL)
   James C. Justice, III, President

State of ___Virginia___ )
                                      ) ss.
City/County of ___Roanoke___ )

   I, ___Leslie Ann Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Seneca Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

   Witness my hand and official stamp or seal, this 27th day of February, 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Harlan-Leslie Fuels, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Harlan-Leslie Fuels, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27th_ day of _February_ , 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

```
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021
```

**Bluestone Coal Corporation,**
**a West Virginia corporation**

By: _____ (SEAL)
Name: _____
Title: _____

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that _James C. Justice III_ who is _President_ of Bluestone Coal Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _27th_ day of _February_ , 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

```
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021
```

**Kirby Land Company, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Name: _____
Title: _____

State of __Virginia__ )
                                        ) ss.
City/County of __Roanoke__ )

I, __Leslie Ann Wells__ , a Notary Public of the City/County and State aforesaid, certify that __James C. Justice III__ who is __President__ of Kirby Land Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  S/he [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27ᵗʰ day of __February__ , 2018.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 **21**

**S and H Mining, Inc.,**
**a Tennessee corporation**

By: _____
Name: _____ (SEAL)
Title: _____

State of __Virginia__ )
                                        ) ss.
City/County of __Roanoke__ )

I, __Leslie Ann Wells__ , a Notary Public of the City/County and State aforesaid, certify that __James C. Justice III__ who is __President__ of S and H Mining, Inc., a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  S/he [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27ᵗʰ day of __February__ , 2018.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 **21**

-32-

**Wintergreen Partners, Inc.,**
**a Virginia corporation**

By _____ (SEAL)
    James C. Justice, III, President

State of  Virginia )
                      ) ss.
City/County of  Roanoke )

    I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wintergreen Partners, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 27ᵗʰ day of February , 2018.

_____
Notary Public

My Commission expires:  5-31-2021
Notary Registration Number:  7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20**21**

**Grain Development, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
    James C. Justice, III, President

State of  Virginia )
                      ) ss.
City/County of  Roanoke )

    I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Grain Development, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 27ᵗʰ day of February , 2018.

_____
Notary Public

My Commission expires:  5-31-2021
Notary Registration Number:  7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20**21**

**Environmental Fund, LLC,**
**a Virginia limited liability company**


By:    Wintergreen Hospitality Partners, LLC, Sole Member

      By:    Wintergreen Partners, Inc., Sole Member

            By: _____(SEAL)
                  James C. Justice, III, President


State of  Virginia                        )
                        ) ss.
City/County of  Roanoke       )

    I,  Leslie Ann Wells                    , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wintergreen Partners, Inc., Sole Member of Wintergreen Hospitality Partners, LLC, Sole Member of Environmental Fund, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 27ᵗʰ day of  February      , 2018.

                        _____
                        Notary Public

My Commission expires:  5-31-2021
Notary Registration Number:  7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Black River Farms, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Name: _____
Title: _____

State of ___Virginia___ )
                                        ) ss.
City/County of ___Roanoke___ )

   I, __Leslie Ann Wells__, a Notary Public of the City/County and State aforesaid, certify that __James C. Justice III__ who is __President__ of Black River Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

   Witness my hand and official stamp or seal, this __27th__ day of __February__, 2018.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Evergreen Turf Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name: _____
Title: _____

State of ___Virginia___ )
                                        ) ss.
City/County of ___Roanoke___ )

   I, __Leslie Ann Wells__, a Notary Public of the City/County and State aforesaid, certify that __James C. Justice III__ who is __President__ of Evergreen Turf Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

   Witness my hand and official stamp or seal, this __27th__ day of __February__, 2018.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-35-

**Justice Farm Supply, Inc.,**
**a West Virginia corporation**

By _____ (SEAL)
Name: _____
Title: _____

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that _James C. Justice III_ who is _President_ of Justice Farm Supply, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27th day of _February_ , 2018.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Stoney Brook Plantation, Inc.,**
**a West Virginia corporation**

By _____ (SEAL)
Name: _____
Title: _____

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that _James C. Justice III_ who is _President_ of Stoney Brook Plantation, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 27th day of _February_ , 2018.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

-36-

**Ten Mile Bay, LLC,**
**a West Virginia limited liability company**

By _____ (SEAL)
Name: _____
Title: _____

State of __Virginia__ )
                              ) ss.
City/County of __Roanoke__ )

I, __Leslie Ann Wells__ , a Notary Public of the City/County and State aforesaid,
certify that __James C. Justice III__ who is __President__ of Ten Mile Bay, LLC, a West
Virginia limited liability company, personally appeared before me this day and acknowledged the due
execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to
me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __27th__ day of __February__ , 2018.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

33856575v1

-37-

## RELEASE AND REAFFIRMATION AGREEMENT

Each of the undersigned persons or entities (individually and collectively, the "Justice Entities") has executed and/or delivered to **CARTER BANK & TRUST**, a Virginia banking corporation (the "Bank") loan agreements, promissory notes, security agreements, pledge agreements, negative pledge agreements, deeds of trust, assignments, guaranties and/or other documents, instruments and/or agreements that evidence, guarantee, secure or otherwise were executed and/or delivered in connection with loans, financial accommodations and/or other extensions of credit by the Bank to one or more of the Justice Entities (collectively, the "Loan Documents").

In consideration of the Bank's agreement to extend one or more additional loans to one of more of the Justice Entities on or after the date hereof (which loans shall be made only in the sole and absolute discretion of the Bank), the adequacy and sufficiency of which consideration is hereby expressly acknowledged by each of the Justice Entities, each of the Justice Entities hereby agrees as follows:

1.       Each of the Justice Entities, on behalf of itself and its respective agents, directors, shareholders, members, managers, attorneys, accountants, consultants, insurers, administrators, successors and/or assigns, hereby releases, acquits and forever discharges the Bank, the Bank's parent, and all of their respective subsidiaries, affiliates, employees, officers, directors, shareholders, agents, attorneys, accountants, appraisers, consultants, insurers, successors and/or assigns (collectively, the "Bank Parties"), from any and all claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, and all liabilities and responsibilities of every kind or character (all such claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, liabilities and responsibilities shall collectively be referred to as the "Liabilities"), howsoever arising, whether now existing or hereafter arising, including without limitation Liabilities arising out of or in connection with the Loan Documents and/or any and all indebtedness, liabilities and obligations evidenced by, arising from or associated with any of Loan Documents (collectively, the "Obligations"), regardless of whether the Liabilities are known or unknown, now existing or hereafter arising, joint or several, at law or in equity, arising by statute, contract, warranty or tort, and regardless of whether the Liabilities have heretofore been asserted.

2.       Each of the Justice Entities hereby represents, warrants and agrees that it will not commence, join in, prosecute or participate in any suit or other proceeding in a position that is adverse to the Bank in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents.  Each of the Justice Entities hereby agrees, jointly and severally, to indemnify and hold the Bank Parties harmless from any and all Liabilities, howsoever arising, out of or in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents, and each hereby agrees to pay all amounts payable under this Section 2 upon demand by the Bank.

3.       None of the Justice Entities has any defenses, affirmative or otherwise, rights of setoff, rights of recoupment, claims, counterclaims, actions or causes of action of any kind or nature whatsoever against any of the Bank Parties, directly or indirectly, arising out of, based upon, or in any manner connected with, any transaction, event, circumstance, action, failure to act, or occurrence of any sort or type, whether known or unknown, which occurred, existed, was taken, permitted, or began prior to or on the date of this Agreement or accrued, existed, was taken, permitted or begun in accordance with, pursuant to, or by virtue of any of the Obligations or any of the Loan Documents, or which directly or indirectly relate to or arise out of or in any manner are connected with any of the Obligations or any of the Loan Documents, including without limitation under or in connection with the Equal Credit Opportunity Act, 15 U.S.C. Sections 1691 et seq., or Regulation B, 12 CFR Part 202; TO THE EXTENT THAT ANY SUCH DEFENSES, AFFIRMATIVE OR OTHERWISE, RIGHTS OF SETOFF, RIGHTS OF RECOUPMENT, CLAIMS, COUNTERCLAIMS,

ACTIONS OR CAUSES OF ACTION EXIST, SUCH DEFENSES, RIGHTS, CLAIMS, COUNTERCLAIMS, ACTIONS AND CAUSES OF ACTION ARE HEREBY FOREVER WAIVED, DISCHARGED AND RELEASED BY EACH OF THE JUSTICE ENTITIES.

4.      Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) each of the Loan Documents constitutes the legal, valid and binding obligation of each of the Justice Entities to the extent each is a party thereto, enforceable against each of the Justice Entities to the extent each is a party thereto in accordance with its respective terms, and (ii) none of the Loan Documents, nor the execution, delivery or performance of this Agreement or any of the Loan Documents by each of the Justice Entities to the extent each is a party thereto (A) violates any law, rule or regulation, or any order of any governmental authority or entity having jurisdiction over any of the Justice Entities or any of their respective properties or assets, (B) conflicts with or results in the termination of, constitutes a default or event of default under, or accelerates any performance required by any indenture, mortgage, deed of trust, lease, agreement or any other instrument to which any of the Justice Entities is a party or by which any of the Justice Entities or any of their respective properties or assets is bound or (C) results in the creation or imposition of any lien, charge or encumbrance upon any of the assets of any of the Justice Entities, except for the liens in favor of the Bank.  Furthermore, each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) all information provided by any of the Justice Entities prior to or on the date hereof to the Bank, including, without limitation, all financial statements, was, at the date of delivery, and is as of the date hereof, true, correct and complete in all respects, and (ii) none of such information contains any material misstatement of fact or omits to state any fact necessary to make the statement contained therein not misleading.

5.      Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that CERTAIN OF THE LOAN DOCUMENTS CONTAIN A CONFESSION OF JUDGMENT PROVISION, AND EACH SUCH CONFESSION OF JUDGMENT PROVISION HAS NOT BEEN MODIFIED, ALTERED OR AMENDED IN ANY WAY AND REMAINS IN FULL FORCE AND EFFECT IN ALL RESPECTS.  Furthermore, each of the Justice Entities hereby affirms, confirms and reaffirms each of its obligations, covenants and agreements under each of the Loan Documents to which it is a party.

6.      Each of the Justice Entities hereby acknowledges and agrees that any default under this Agreement or any of the Loan Documents shall be an immediate default and event of default under all of the Loan Documents for which there shall be no notice, grace or cure period, and, upon the occurrence of any such default, the Bank shall have the immediate right to exercise one or more of the rights and remedies contained in any of the Loan Documents, at law and/or in equity, all of which rights and remedies are hereby expressly reserved.

7.      Each of the Justice Entities hereby agrees that in the event any Justice Entity sells, transfer, assigns, leases or otherwise disposes of any real or personal property associated with any Justice Entity, directly or indirectly engaged in the business of coal mining, distribution or sale that is not otherwise subject to a lien in favor of Bank, the Justices Entities shall pay to Bank fifty percent (50%) of the Net Proceeds of any such sale, transfer, assignment, lease or disposition.  Net Proceeds shall be defined as gross proceeds resulting from such sale, transfer, assignment, lease or disposition minus associated capital gains taxes, associated obligations, if any, to Mechel, attorney's fees associated with such transaction and such liens as shall be required to be satisfied in order to effect such transaction.  Such Net Proceeds shall be applied to such debts of the Justice Entities and in such order as the Bank shall determine in its sole and absolute discretion.

8.      Each of the Justice Entities hereby acknowledges and agrees that certain of the Loan Documents contain provisions governing the application and disposition of loan proceeds resulting from

-2-

loans by each of Goldman Sachs Group, Inc. and Bank of Montreal, and each the Justice Entities agrees to be bound by and strictly comply with such applications and dispositions. Each of the Justice Entities hereby further acknowledges and agrees that certain of the Loan Documents contain provisions governing the sale of assets owned by one or more of the Justice Entities, and each of the Justice Entities hereby agrees to be bound by and strictly comply with such sale provisions. In addition, each of the Justice Entities hereby agrees that the Bank shall have right to engage a consultant of its choosing to (1) interview the management of the Justice Entities, (2) review any plan of the Justice Entities, (3) review and monitor past, present and future transactions of the Justice Entities, (4) review and monitor bank account balances at all financial institutions at which any of the Justice Entities maintains accounts, (5) review cash management procedures and controls, (6) prepare reports and (7) perform such other and further services as the Bank shall determine in its sole and absolute opinion are necessary or desirable (collectively, the "Consulting Services"). Each of the Justice Entities shall assist and cooperate fully, and cause all of its officers, members, managers, employees, agents and all other persons under its control, to assist and cooperate fully with such consultant's provision of the Consulting Services; and the Justice Entities, jointly and severally, shall pay to the Bank on demand for all costs, fees and other charges associated with the Consulting Services.

9.     This Agreement shall be construed according to the laws of the Commonwealth of Virginia. Each of the Justice Entities hereby irrevocably agrees that any legal action or proceeding arising out of or relating to this Agreement shall be instituted in the Circuit Court of the City of Martinsville, Virginia, or the United States District Court for the Western District of Virginia, or in such other appropriate court and venue as the Bank may choose in its sole discretion. Each of the Justice Entities hereby consents to the jurisdiction of such courts and waives any objection relating to the basis for personal or in rem jurisdiction or to venue which each of the undersigned may now or hereafter have in any such legal action or proceedings.

10.     **UNLESS EXPRESSLY PROHIBITED BY APPLICABLE LAW, EACH OF THE JUSTICE ENTITIES HEREBY WAIVES THE RIGHT TO TRIAL BY JURY OF ANY MATTERS OR CLAIMS ARISING OUT OF THIS AGREEMENT OR ANY OF THE LOAN DOCUMENTS OR OUT OF THE CONDUCT OF THE RELATIONSHIP BETWEEN EACH OF THE JUSTICE ENTITIES AND THE BANK, IN EACH CASE WHETHER SOUNDING IN CONTRACT OR TORT OR OTHERWISE. EACH OF THE JUSTICE ENTITIES AGREES AND CONSENTS THAT ANY SUCH CLAIM, DEMAND, ACTION OR CAUSE OF ACTION SHALL BE DECIDED BY COURT TRIAL WITHOUT A JURY, AND THAT THE BANK MAY FILE AN ORIGINAL COUNTERPART OR A COPY OF THIS PARAGRAPH WITH ANY COURT AS WRITTEN EVIDENCE OF THE CONSENT OF EACH OF THE JUSTICE ENTITIES TO THE WAIVER OF ITS RIGHT TO TRIAL BY JURY. THIS PROVISION IS A MATERIAL INDUCEMENT FOR THE BANK TO ENTER INTO THIS AGREEMENT. FURTHER, EACH OF THE JUSTICE ENTITIES HEREBY CERTIFIES THAT NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT THE BANK WOULD NOT SEEK TO ENFORCE THIS WAIVER OF RIGHT TO JURY TRIAL PROVISION. NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS THE AUTHORITY TO WAIVE, CONDITION OR MODIFY THIS PROVISION. EACH OF THE JUSTICE ENTITIES ACKNOWLEDGES IT HAS HAD THE OPPORTUNITY TO CONSULT WITH COUNSEL REGARDING THIS PARAGRAPH, THAT IT FULLY UNDERSTANDS ITS TERMS, CONTENT AND EFFECT, AND THAT IT VOLUNTARILY AND KNOWINGLY AGREES TO THE TERMS OF THIS PARAGRAPH.**

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, each of the Justice Entities has executed this Agreement or caused this Agreement to be executed by its duly authorized officer, member or manager under seal as of this 31st day of May, 2018.

**Greenbrier Hotel Corporation,**
**a West Virginia corporation**

By: _Jillean L. Justice_ (SEAL)
Jillean L. Justice, President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Hotel Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_, 2018.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-4-

**Justice Family Group, LLC,**
**a Delaware limited liability company**

By: _____ (SEAL)
Jillean L. Justice, President

State of _Virginia_ )
                                      ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Justice Family Group, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Players Club, LLC,**
**a Delaware limited liability company**

By: _____ (SEAL)
Jillean L. Justice, President

State of _Virginia_ )
                                      ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Players Club, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

-5-

**Greenbrier Golf and Tennis Club Corporation,**
**a West Virginia corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of _Virginia_ )
                            ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Greenbrier Medical Institute, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Jillean L. Justice, President

State of _Virginia_ )
                            ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Medical Institute, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-6-

**Oakhurst Club, LLC,**
**a West Virginia limited liability company**

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, Member

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is a Member of Oakhurst Club, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of _June_, 2018

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

```
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021
```

**The Greenbrier Sporting Club, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Name: _Stephen W. Ball_
Title: _Secretary_

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that _Stephen W. Ball_ who is _Secretary_ of The Greenbrier Sporting Club, Inc. a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of _June_, 2018.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

```
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021
```

-7-

The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie Ann Wells _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June, 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

Southern Coal Corporation,
a Delaware corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _____ )
) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southern Coal Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2018.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

-8-

**The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation**

By: _____ (SEAL)
　　　Jillean L. Justice, President

State of ___Virginia___ )
　　　　　　　　　　　　 ) ss.
City/County of ___Roanoke___ )

I, ___Leslie Ann Wells___, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June, 2018.

　　　　　　　　　　　　_Leslie Ann Wells_
　　　　　　　　　　　　Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Southern Coal Corporation, a Delaware corporation**

By: _____ (SEAL)
　　　James C. Justice, III, President

State of ___Virginia___ )
　　　　　　　　　　　　 ) ss.
City/County of ___Roanoke___ )

I, ___Leslie Ann Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southern Coal Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June, 2018.

　　　　　　　　　　　　_Leslie Ann Wells_
　　　　　　　　　　　　Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

-8-

**A&G Coal Corporation,**
**a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie Ann Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of A&G Coal Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June, 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Bardo Mining, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie Ann Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bardo Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June, 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-9-

**Liggett Mining, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of  Virginia )
City/County of  Roanoke ) ss.

I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Liggett Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June , 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Sequoia Energy, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of  Virginia )
City/County of  Roanoke ) ss.

I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Sequoia Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June , 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

-10-

Infinity Energy, Inc.,
a Kentucky corporation

By: _____ (SEAL)
    James C. Justice, III, President

State of _Virginia_    )
                     ) ss.
City/County of _Roanoke_  )

    I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Infinity Energy, Inc., a Kentucky corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 1st day of _June_ , 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

Cane Patch Mining Company, Inc.,
a Virginia corporation

By: _____ (SEAL)
    James C. Justice, III, President

State of _Virginia_    )
                     ) ss.
City/County of _Roanoke_  )

    I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Cane Patch Mining Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 1st day of _June_ , 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

-11-

**Meg-Lynn Land Company, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)

James C. Justice, III, President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Meg-Lynn Land Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June , 2018.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Premium Coal Company, Incorporated,**
**a Tennessee corporation**

By: _____ (SEAL)

James C. Justice, III, President
Stephen W. Ball, Vice President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Premium Coal Company, Incorporated, a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June , 2018.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-12-

**Baden Reclamation Company,**
**a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Baden Reclamation Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_, 2018.

_____
Notary Public

My Commission expires: _5/31/2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Nine Mile Mining, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President
Stephen W. Ball, Vice President

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Nine Mile Mining, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_, 2018.

_____
Notary Public

My Commission expires: _5/31/2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

-13-

**Bellwood Corporation,**
**a West Virginia corporation**

By: _____ (SEAL)
~~James C. Justice, III, President~~

State of _Virginia_ )
                                         ) ss.
City/County of _Roanoke_ )

    I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _9th_ day of _June_, 2018.

_____
Notary Public

My Commission expires: _5/31/2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Bluestone Energy Sales Corporation,**
**a Virginia corporation**

By: _____ (SEAL)
Name: ~~James C. Justice, III~~ Stephen W. Bell
Title: ~~President~~ Vice President

State of _Virginia_ )
                                         ) ss.
City/County of _Roanoke_ )

    I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that ~~James C. Justice, III~~ who is President *Vice President* of Bluestone Energy Sales Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

    Witness my hand and official stamp or seal, this _9th_ day of _June_, 2018.

Stephen Ball

_____
Notary Public

My Commission expires: _5/31/~~2018~~ 2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

-14-

**Justice Coal of Alabama, LLC,**
**an Alabama limited liability company,**
**formerly known as Alabama Carbon, LLC**

By: _____ (SEAL)
James C. Justice, III, Member

By: _____ (SEAL)
James C. Justice, II, Member

By: _____ (SEAL)
Jillean L. Justice, Member

State of ___Virginia___ )
                                        ) ss.
City/County of ___Roanoke___ )

I, ___Leslie Ann Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __9th__ day of __June__, 2018.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> **LESLIE ANN WELLS**
> **NOTARY PUBLIC**
> **Commonwealth of Virginia**
> Registration No. 7560729
> My Commission Expires May 31, 20**21**

State of _____ )
                                        ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2018.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

-15-

**Justice Coal of Alabama, LLC,
an Alabama limited liability company,
formerly known as Alabama Carbon, LLC**

By: _____ (SEAL)
    James C. Justice, III, Member

By: _____ (SEAL)
    James C. Justice, II, Member

By: _____ (SEAL)
    Jillean L. Justice, Member

State of _Virginia_ )
                  ) ss.
City/County of _Roanoke_ )

    I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _9th_ day of _June_, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 _21_

State of _Virginia_ )
                  ) ss.
City/County of _Roanoke_ )

    I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _9th_ day of _June_, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 _21_

-15-

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice, who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_____, 2018.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

**Virginia Fuel Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Virginia Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_____, 2018.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

-16-

State of _Virginia_ )
                                          ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice, who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of _June_, 2018.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Virginia Fuel Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                                          ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Virginia Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of _June_, 2018.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-16-

**Justice Low Seam Mining Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)

James C. Justice, III, President

*Stephen W. Ball*

*Vice President*

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that ~~James C. Justice, III~~ who is President of Justice Low Seam Mining Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_ , 2018.

_Stephen Ball_

_Leslie Ann Wells_
Notary Public

My Commission expires: _5/31/2021_
Notary Registration Number: _7560729_

```
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021
```

**Kentucky Fuel Corporation,**
**a Delaware corporation**

By: _____ (SEAL)

James C. Justice, III, President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Kentucky Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_ , 2018.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5/31/2021_
Notary Registration Number: _7560729_

```
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021
```

**Bluestone Resources Inc.,**
**a Delaware corporation**

By: _____ (SEAL)
    James C. Justice, III, President
    *Stephen W. Ball, Vice President*

State of Virginia )
                  ) ss.
City/County of Roanoke )

                                    *Vice President*

I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that ~~James C. Justice, III who is President~~ of Bluestone Resources Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

*Stephen Ball*

Witness my hand and official stamp or seal, this 9th day of June , 2018.

                                    Leslie Ann Wells
                                    Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**National Resources Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
    James C. Justice, III, President

State of Virginia )
                  ) ss.
City/County of Roanoke )

I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of National Resources Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June , 2018.

                                    Leslie Ann Wells
                                    Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

-18-

Tams Management, Inc.,
a West Virginia corporation

By: _____ (SEAL)
~~James C. Justice, III, President~~
Stephen W. Ball, Vice President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

_Vice President_

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that ~~James C. Justice, III~~ who is ~~President of~~ Tams Management, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

_Stephen Ball_

Witness my hand and official stamp or seal, this _9th_ day of _June_ , 2018.

_____
Notary Public

My Commission expires: _5/31/2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

Justice Farms of North Carolina, LLC,
a Virginia limited liability company

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Farms of North Carolina, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_ , 2018.

_____
Notary Public

My Commission expires: _5/31/2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

-19-

**James C. Justice Companies, Inc.,**
**a Delaware corporation**

By: _____ (SEAL)
James C. Justice, III, President
Stephen W. Ball, Vice President

Vice President

State of Virginia _____ )
City/County of Roanoke _____ ) ss.

I, Leslie Ann Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of James C. Justice Companies, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June _____, 2018.

Stephen Ball

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Twin Fir Estates, LLC,**
**a Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia _____ )
City/County of Roanoke _____ ) ss.

I, Leslie Ann Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Twin Fir Estates, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June _____, 2018.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-20-

**Wilcox Industries, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
~~James C. Justice, III, President~~
Stephen W. Ball, Vice President

State of Virginia )
City/County of Roanoke ) ss.

Vice President

I, Leslie Ann Wells _____, a Notary Public of the City/County and State aforesaid, certify that ~~James C. Justice, III~~ who is ~~President~~ of Wilcox Industries, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Stephen Ball

Witness my hand and official stamp or seal, this 9th day of June _____, 2018.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Triple J, LLC,**
**a Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
City/County of Roanoke ) ss.

I, Leslie Ann Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Triple J, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June _____, 2018.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-21-

_____ (SEAL)
James C. Justice, III

State of __Virginia__ )
City/County of __Roanoke__ ) ss.

I, __Leslie Ann Wells__, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III personally appeared before me this day and acknowledged the due execution of this Agreement.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __9th__ day of __June__, 2018.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

_____ (SEAL)
James C. Justice, II

State of __Virginia__ )
City/County of __Roanoke__ ) ss.

I, __Leslie Ann Wells__, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II personally appeared before me this day and acknowledged the due execution of this Agreement.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __9th__ day of __June__, 2018.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

_____ (SEAL)

**James C. Justice, III**

State of _____ )

                              ) ss.

City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III personally appeared before me this day and acknowledged the due execution of this Agreement.  He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2018.

_____

Notary Public

My Commission expires: _____

Notary Registration Number: _____

_____ (SEAL)

**James C. Justice, II**

State of <u>Virginia</u> )

                            ) ss.

City/County of <u>Roanoke</u> )

I, <u>Leslie Ann Wells</u>, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II personally appeared before me this day and acknowledged the due execution of this Agreement.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this <u>9th</u> day of <u>June</u>, 2018.

_____

Notary Public

My Commission expires: <u>5-31-2021</u>

Notary Registration Number: <u>7560729</u>

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

_____ (SEAL)
**Cathy L. Justice**

State of _Virginia_ )
                            ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that Cathy L. Justice personally appeared before me this day and acknowledged the due execution of this Agreement.   She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_ , 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> **LESLIE ANN WELLS**
> **NOTARY PUBLIC**
> **Commonwealth of Virginia**
> Registration No. 7560729
> My Commission Expires May 31, 2021

**The Chesapeake and Ohio Traveler, Inc.,
a Virginia corporation**

By_____ (SEAL)
Jillean L. Justice, President

State of _Virginia_ )
                            ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_ , 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> **LESLIE ANN WELLS**
> **NOTARY PUBLIC**
> **Commonwealth of Virginia**
> Registration No. 7560729
> My Commission Expires May 31, 2021

-23-

The Greenbrier Resort and Club Management
Company, a Virginia corporation

By: _____ (SEAL)
    Jillean L. Justice, President

State of Virginia )
                   ) ss.
City/County of Roanoke )

I, Leslie Ann Wells _____, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company,
a Virginia corporation, personally appeared before me this day and acknowledged the due execution of
this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June _____, 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Greenbrier IA, Inc.,
a Delaware corporation

By: _____ (SEAL)
    Jillean L. Justice, President

State of Virginia )
                   ) ss.
City/County of Roanoke )

I, Leslie Ann Wells _____, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally
appeared before me this day and acknowledged the due execution of this Agreement on behalf of the
corporation. She [*check one*] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this 9th day of June _____, 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-24-

**Old White Club Corporation,**
**a West Virginia corporation**

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Old White Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of _June_, 2018.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**The Old White Development Company,**
**a West Virginia corporation**

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of _June_, 2018.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-25-

Southeast Cotton, Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President
Stephen W. Ball, Vice President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June , 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

American Turf Grass Corporation,
a Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of American Turf Grass Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June , 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

-26-

**Rapidan, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President
Stephen W. Ball, Vice President

State of Virginia )
                          ) ss.
City/County of Roanoke )

I, Leslie Ann Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Rapidan, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June, 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Blue Ridge Farm Center, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                          ) ss.
City/County of Roanoke )

I, Leslie Ann Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Blue Ridge Farm Center, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June, 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-27-

**Justice Family Farms, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President
*Stephen W. Ball, Vice President*

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie Ann Wells, a Notary Public of the City/County and State aforesaid, certify that ~~James C. Justice, III,~~ who is ~~President~~ of Justice Family Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 1st day of June, 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Greenthorn LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie Ann Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Greenthorn LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 1st day of June, 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

-28-

**Black River Coal, LLC,**
**a Delaware limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

Stephen W. Ball, Vice President

State of Virginia )
 ) ss.
City/County of Roanoke )

I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Coal, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 1st day of June , 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Cumberland Valley Contractors, Inc.,**
**a Kentucky corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
 ) ss.
City/County of Roanoke )

I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Cumberland Valley Contractors, Inc., a Kentucky corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 1st day of June , 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-29-

**Kentucky Valley Contractors, Inc.,**
**a Kentucky corporation**

By: _____ (SEAL)

James C. Justice, III, President

State of Virginia )
                          ) ss.
City/County of Roanoke )

I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that ~~James C. Justice, III~~ who is ~~President~~ of Kentucky Valley Contractors, Inc., a Kentucky corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June , 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Seneca Energy, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)

James C. Justice, III, President

State of Virginia )
                          ) ss.
City/County of Roanoke )

I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Seneca Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June , 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-30-

**Harlan-Leslie Fuels, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
~~James C. Justice, III, President~~
Stephen W. Ball, Vice President

State of _Virginia_ )
)  ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that ~~James C. Justice, III~~ who is ~~President~~ of Harlan-Leslie Fuels, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Bluestone Coal Corporation,**
**a West Virginia corporation**

By _____ (SEAL)
Name: _James C. Justice III_
Title: _President_

State of _Virginia_ )
)  ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that _____ who is _____ of Bluestone Coal Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-31-

Kirby Land Company, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name: _Stephen W. Ball_
Title: _Vice President_

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

　　　I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that _____ who is _____ of Kirby Land Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

　　　Witness my hand and official stamp or seal, this _9_ day of _June_ , 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

S and H Mining, Inc.,
a Tennessee corporation

By: _____ (SEAL)
Name: _James C. Justice III_
Title: _President_

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

　　　I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that _____ who is _____ of S and H Mining, Inc., a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

　　　Witness my hand and official stamp or seal, this _9th_ day of _June_ , 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

-32-

**Wintergreen Partners, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie Ann Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wintergreen Partners, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.    He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_____, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Grain Development, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie Ann Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Grain Development, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.    He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_____, 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

-33-

**Environmental Fund, LLC,**
**a Virginia limited liability company**

By:    Wintergreen Hospitality Partners, LLC, Sole
       Member

By:    Wintergreen Partners, Inc., Sole
       Member

By: _____ (SEAL)
       James C. Justice, III, President

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie Ann Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wintergreen Partners, Inc., Sole Member of Wintergreen Hospitality Partners, LLC, Sole Member of Environmental Fund, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _9th_ day of _June_ , 2018.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

-34-

**Black River Farms, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Name: _____
Title: _____

State of Virginia )
                                    ) ss.
City/County of Roanoke )

I, Leslie Ann Wells _____, a Notary Public of the City/County and State aforesaid,
certify that _____ who is _____ of Black River Farms, LLC, a
West Virginia limited liability company, personally appeared before me this day and acknowledged the
due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known
to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 4th day of June _____, 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

**Evergreen Turf Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name: _____
Title: _____

State of Virginia )
                                    ) ss.
City/County of Roanoke )

I, Leslie Ann Wells _____, a Notary Public of the City/County and State aforesaid,
certify that _____ who is _____ of Evergreen Turf Corporation, a
Delaware corporation, personally appeared before me this day and acknowledged the due execution of
this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 4th day of June _____, 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

-35-

**Justice Farm Supply, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Name: _____
Title: _____

State of Virginia )
                          ) ss.
City/County of Roanoke )

I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that _____ who is _____ of Justice Farm Supply, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June , 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Stoney Brook Plantation, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Name: _____
Title: _____

State of Virginia )
                          ) ss.
City/County of Roanoke )

I, Leslie Ann Wells , a Notary Public of the City/County and State aforesaid, certify that _____ who is _____ of Stoney Brook Plantation, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of June , 2018.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

-36-

**Ten Mile Bay, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Name: _____
Title: _____

State of __Virginia__ )
                                    ) ss.
City/County of __Roanoke__ )

I, __Leslie Ann Wells__, a Notary Public of the City/County and State aforesaid, certify that _____ who is _____ of Ten Mile Bay, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of __June__, 2018.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

35375472v1

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20__21__

-37-

## RELEASE AND REAFFIRMATION AGREEMENT

Each of the undersigned persons or entities (individually and collectively, the "Justice Entities") has executed and/or delivered to CARTER BANK & TRUST, a Virginia banking corporation (the "Bank") loan agreements, promissory notes, security agreements, pledge agreements, negative pledge agreements, deeds of trust, assignments, guaranties and/or other documents, instruments and/or agreements that evidence, guarantee, secure or otherwise were executed and/or delivered in connection with loans, financial accommodations and/or other extensions of credit by the Bank to one or more of the Justice Entities (collectively, the "Loan Documents").

In consideration of the Bank's agreement to extend one or more additional loans to one or more of the Justice Entities on or after the date hereof (which loans shall be made only in the sole and absolute discretion of the Bank), the adequacy and sufficiency of which consideration is hereby expressly acknowledged by each of the Justice Entities, each of the Justice Entities hereby agrees as follows:

1.      Each of the Justice Entities, on behalf of itself and its respective agents, directors, shareholders, members, managers, attorneys, accountants, consultants, insurers, administrators, successors and/or assigns, hereby releases, acquits and forever discharges the Bank, and all of its affiliates, employees, officers, directors, shareholders, agents, attorneys, accountants, appraisers, consultants, insurers, successors and/or assigns (collectively, the "Bank Parties"), from any and all claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, and all liabilities and responsibilities of every kind or character (all such claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, liabilities and responsibilities shall collectively be referred to as the "Liabilities"), howsoever arising, whether now existing or hereafter arising, including without limitation Liabilities arising out of or in connection with the Loan Documents and/or any and all indebtedness, liabilities and obligations evidenced by, arising from or associated with any of Loan Documents (collectively, the "Obligations"), regardless of whether the Liabilities are known or unknown, now existing or hereafter arising, joint or several, at law or in equity, arising by statute, contract, warranty or tort, and regardless of whether the Liabilities have heretofore been asserted.

2.      Each of the Justice Entities hereby represents, warrants and agrees that it will not commence, join in, prosecute or participate in any suit or other proceeding in a position that is adverse to the Bank in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents. Each of the Justice Entities hereby agrees, jointly and severally, to indemnify and hold the Bank Parties harmless from any and all Liabilities, howsoever arising, out of or in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents, and each hereby agrees to pay all amounts payable under this Section 2 upon demand by the Bank.

3.      None of the Justice Entities has any defenses, affirmative or otherwise, rights of setoff, rights of recoupment, claims, counterclaims, actions or causes of action of any kind or nature whatsoever against any of the Bank Parties, directly or indirectly, arising out of, based upon, or in any manner connected with, any transaction, event, circumstance, action, failure to act, or occurrence of any sort or type, whether known or unknown, which occurred, existed, was taken, permitted, or began prior to or on the date of this Agreement or accrued, existed, was taken, permitted or begun in accordance with, pursuant to, or by virtue of any of the Obligations or any of the Loan Documents, or which directly or indirectly relate to or arise out of or in any manner are connected with any of the Obligations or any of the Loan Documents, including without limitation under or in connection with the Equal Credit Opportunity Act, 15 U.S.C. Sections 1691 et seq., or Regulation B, 12 CFR Part 202; TO THE EXTENT THAT ANY SUCH DEFENSES, AFFIRMATIVE OR OTHERWISE, RIGHTS OF SETOFF, RIGHTS OF RECOUPMENT, CLAIMS, COUNTERCLAIMS,

ACTIONS OR CAUSES OF ACTION EXIST, SUCH DEFENSES, RIGHTS, CLAIMS, COUNTERCLAIMS, ACTIONS AND CAUSES OF ACTION ARE HEREBY FOREVER WAIVED, DISCHARGED AND RELEASED BY EACH OF THE JUSTICE ENTITIES.

4.      Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) each of the Loan Documents constitutes the legal, valid and binding obligation of each of the Justice Entities to the extent each is a party thereto, enforceable against each of the Justice Entities to the extent each is a party thereto in accordance with its respective terms, and (ii) none of the Loan Documents, nor the execution, delivery or performance of this Agreement or any of the Loan Documents by each of the Justice Entities to the extent each is a party thereto (A) violates any law, rule or regulation, or any order of any governmental authority or entity having jurisdiction over any of the Justice Entities or any of their respective properties or assets, (B) conflicts with or results in the termination of, constitutes a default or event of default under, or accelerates any performance required by any indenture, mortgage, deed of trust, lease, agreement or any other instrument to which any of the Justice Entities is a party to or by which any of the Justice Entities or any of their respective properties or assets is bound or (C) results in the creation or imposition of any lien, charge or encumbrance upon any of the assets of any of the Justice Entities, except for the liens in favor of the Bank. Furthermore, each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) all information provided by any of the Justice Entities prior to or on the date hereof to the Bank, including, without limitation, all financial statements, was, at the date of delivery, and is as of the date hereof, true, correct and complete in all respects, and (ii) none of such information contains any material misstatement of fact or omits to state any fact necessary to make the statement contained therein not misleading.

5.      Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that CERTAIN OF THE LOAN DOCUMENTS CONTAIN A CONFESSION OF JUDGMENT PROVISION, AND EACH SUCH CONFESSION OF JUDGMENT PROVISION HAS NOT BEEN MODIFIED, ALTERED OR AMENDED IN ANY WAY AND REMAINS IN FULL FORCE AND EFFECT IN ALL RESPECTS. Furthermore, each of the Justice Entities hereby affirms, confirms and reaffirms each of its obligations, covenants and agreements under each of the Loan Documents to which it is a party.

6.      Each of the Justice Entities hereby acknowledges and agrees that any default under this Agreement or any of the Loan Documents shall be an immediate default and event of default under all of the Loan Documents for which there shall be no notice, grace or cure period, and, upon the occurrence of any such default, the Bank shall have the immediate right to exercise one or more of the rights and remedies contained in any of the Loan Documents, at law and/or in equity, all of which rights and remedies are hereby expressly reserved.

7.      Each of the Justice Entities hereby agrees that Bluestone Resources, Inc. is in the process of marketing through Goldman Sachs the sale of certain of its real estate coal assets. In the event of any sale of the Bluestone Resources real estate coal assets, the Bank shall be entitled to 50% of the Net Proceeds (as defined below) above One Hundred and Ninety-Two Million Nine Hundred and Thirty-One Thousand Two Hundred and Fifty Dollars ($192,931,250.00) from such sale. The Justice Entities hereby acknowledge and agree that the Bank shall have the right to apply such proceeds received by the Bank to such of the debts of one or more Justice Entities owed to the Bank and in such order of application as the Bank shall determine, each in the Bank's sole and absolute discretion. Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of the marketing and/or sale of the Bluestone Resources, Inc. real estate coal assets including, but not limited to, all marketing data, all sale-related communications, all offers or counter-offers, all closing documents, all direct or indirect communication with Goldman Sachs marketing representatives and closing attorneys,

and all presentations made to bidders or prospective bidders for all or any portion of the Bluestone Resources, Inc. real estate coal assets.

"Net Proceeds" is defined as gross sales proceeds resulting from the sale of the Bluestone Resources, Inc. real estate coal assets presently being marketed by Goldman Sachs minus (a) the amount necessary to pay in full the lien held by Greensill Capital (UK) Limited, as Financial Institution, (b) capital gains taxes associated with the sale of such real estate coal assets not to exceed 27.5% of the gross sales proceeds, (c) obligations, if any, associated with such real estate coal assets owed to Mechel not to exceed 12.5% of the gross sales proceeds, (d) Goldman Sachs' fees not to exceed $6,000,000.00 plus 2% of the gross sales proceeds in excess of $400,000,000.00, (e) Goldman Sachs' expenses not to exceed $50,000.00, (f) employee bonuses not to exceed $2,500,000.00, (g) attorney's fees associated with the sale of such real estate coal assets not to exceed $1,500,000.00 and (h) engineering and accounting fees not to exceed $700,000.00; provided, that, prior to the payment of any such deductions from the gross sales proceeds, the Justice Entities shall provide to the Bank, and the Bank shall have confirmed, proof of the actual amount of and appropriate documentation for each such expense.

8.      Each of the Justice Entities hereby agrees that the Bank shall have right to engage a consultant of its choosing to (1) interview the management of the Justice Entities, (2) review any plan of the Justice Entities, (3) review and monitor past, present and future transactions of the Justice Entities, (4) review and monitor bank account balances at all financial institutions at which any of the Justice Entities maintains accounts, (5) review cash management procedures and controls, (6) prepare reports and (7) perform such other and further services as the Bank shall determine in its sole and absolute opinion are necessary or desirable (collectively, the "Consulting Services"). Each of the Justice Entities shall assist and cooperate fully, and cause all of its officers, members, managers, employees, agents and all other persons under its control, to assist and cooperate fully with such consultant's provision of the Consulting Services; and the Justice Entities, jointly and severally, shall pay to the Bank on demand for all costs, fees and other charges associated with the Consulting Services.

9.      Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of (a) the prosecution of insurance claims relating to the damage to the Greenbrier Hotel and environs caused by or associated with the flood that occurred in 2016, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (b) the defense of the "New London" litigation presently pending in the United States District Court, Eastern District of Kentucky, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (c) the refinancing of any indebtedness owed by Greenbrier Hotel Corporation and/or its affiliates, including but not limited to all communications and correspondence associated with term sheets, loan documents, collateral documents, and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (d) the defense of the law suit styled United States of America v. Southern Coal Corporation et al., Case No. 7:19cv354 filed in the United States District Court for the Western District of Virginia, Roanoke Division, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (e) the prosecution of the law suit styled James C. Justice III et al. v. Office of Surface Mining Reclamation and Enforcement, United States Department of the Interior, Case No. 7:19cv381 filed in the United States District Court for the Western District of Virginia, Roanoke Division, (f) all of the other civil, criminal, administrative, mediation, arbitration or other matters or proceedings to which any of the Justice Entities is a plaintiff, defendant or other party, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities and (g) all of the unsatisfied or unreleased judgments entered against any of the Justice Entities in an amount greater than $50,000, including but not limited to all communications and correspondence and

direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities.

10.     This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which constitute one and the same instrument.

11.     This Agreement shall be construed according to the laws of the Commonwealth of Virginia. Each of the Justice Entities hereby irrevocably agrees that any legal action or proceeding arising out of or relating to this Agreement shall be instituted in the Circuit Court of the City of Martinsville, Virginia, or the United States District Court for the Western District of Virginia, or in such other appropriate court and venue as the Bank may choose in its sole discretion. Each of the Justice Entities hereby consents to the jurisdiction of such courts and waives any objection relating to the basis for personal or in rem jurisdiction or to venue which each of the undersigned may now or hereafter have in any such legal action or proceedings.

12.     UNLESS EXPRESSLY PROHIBITED BY APPLICABLE LAW, EACH OF THE JUSTICE ENTITIES HEREBY WAIVES THE RIGHT TO TRIAL BY JURY OF ANY MATTERS OR CLAIMS ARISING OUT OF THIS AGREEMENT OR ANY OF THE LOAN DOCUMENTS OR OUT OF THE CONDUCT OF THE RELATIONSHIP BETWEEN EACH OF THE JUSTICE ENTITIES AND THE BANK, IN EACH CASE WHETHER SOUNDING IN CONTRACT OR TORT OR OTHERWISE. EACH OF THE JUSTICE ENTITIES AGREES AND CONSENTS THAT ANY SUCH CLAIM, DEMAND, ACTION OR CAUSE OF ACTION SHALL BE DECIDED BY COURT TRIAL WITHOUT A JURY, AND THAT THE BANK MAY FILE AN ORIGINAL COUNTERPART OR A COPY OF THIS PARAGRAPH WITH ANY COURT AS WRITTEN EVIDENCE OF THE CONSENT OF EACH OF THE JUSTICE ENTITIES TO THE WAIVER OF ITS RIGHT TO TRIAL BY JURY. THIS PROVISION IS A MATERIAL INDUCEMENT FOR THE BANK TO ENTER INTO THIS AGREEMENT. FURTHER, EACH OF THE JUSTICE ENTITIES HEREBY CERTIFIES THAT NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT THE BANK WOULD NOT SEEK TO ENFORCE THIS WAIVER OF RIGHT TO JURY TRIAL PROVISION. NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS THE AUTHORITY TO WAIVE, CONDITION OR MODIFY THIS PROVISION. EACH OF THE JUSTICE ENTITIES ACKNOWLEDGES IT HAS HAD THE OPPORTUNITY TO CONSULT WITH COUNSEL REGARDING THIS PARAGRAPH, THAT IT FULLY UNDERSTANDS ITS TERMS, CONTENT AND EFFECT, AND THAT IT VOLUNTARILY AND KNOWINGLY AGREES TO THE TERMS OF THIS PARAGRAPH.

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, each of the Justice Entities has executed this Agreement or caused this Agreement to be executed by its duly authorized officer, member or manager under seal as of this 12th day of December, 2019.

Greenbrier Hotel Corporation,
a West Virginia corporation

By: _Jillean L. Justice_ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
City/County of _Greenbrier_ ) ss.

I, _Sandy King_ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Hotel Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13_ day of _December_ , 2019.

_Sandy King_
Notary Public

My Commission expires: _Nov. 14, 2022_
Notary Registration Number: _210137_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
236 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

5

Justice Family Group, LLC,
a Delaware limited liability company

By: _John L. Justice_ (SEAL)
Jillean L. Justice, President

State of West Virginia )
City/County of Greenbrier ) ss.

I, Sandy King _____, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Justice Family Group, LLC, a Delaware limited liability
company, personally appeared before me this day and acknowledged the due execution of this Agreement
on behalf of the limited liability company. She [check one] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 13 day of December, 2019.

_Sandy King_
Notary Public

My Commission expires: Nov. 14 2022
Notary Registration Number: 210137

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
236 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

Players Club, LLC,
a Delaware limited liability company

By: _John L. Justice_ (SEAL)
Jillean L. Justice, President

State of West Virginia )
City/County of Greenbrier ) ss.

I, Sandy King _____, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Players Club, LLC, a Delaware limited liability
company, personally appeared before me this day and acknowledged the due execution of this Agreement
on behalf of the limited liability company. She [check one] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 13 day of December, 2019.

_Sandy King_
Notary Public

My Commission expires: Nov. 14 2022
Notary Registration Number: 210137

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
236 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

6

Greenbrier Golf and Tennis Club Corporation,
a West Virginia corporation

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
) ss.
City/County of _Greenbrier_ )

I, _Sandy King_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13_ day of _December_, 2019.

_Sandy King_
Notary Public

My Commission expires: _Nov. 14, 2022_
Notary Registration Number: _210137_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
236 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

Greenbrier Medical Institute, LLC,
a West Virginia limited liability company

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
) ss.
City/County of _Greenbrier_ )

I, _Sandy King_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Medical Institute, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13_ day of _December_, 2019.

_Sandy King_
Notary Public

My Commission expires: _Nov 14, 2022_
Notary Registration Number: _210137_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
236 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

7

Oakhurst Club, LLC,
a West Virginia limited liability company

By _____ (SEAL)
Jillean L. Justice, Member

State of _WeST Virginia_ )
                              ) ss.
City/County of _Greenbrier_ )

I, _Sandy King_____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is a Member of Oakhurst Club, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13_ day of _December_, 2019

_____
Notary Public

My Commission expires: _Nov. 14, 2022_
Notary Registration Number: _210137_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
238 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

The Greenbrier Sporting Club, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name: _Stephen W. Ball_
Title: _Vice President_

State of _Virginia_ )
                        ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that _Stephen W. Ball_ who is _Vice President_ of The Greenbrier Sporting Club, Inc. a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _May 31, 2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

8

The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation

By: _____ (SEAL)

Jillean L. Justice, President

State of WEST Virgina )
City/County of Greenbrier ) ss.

I, Sandy King _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 13 day of December, 2019.

_____
Notary Public

My Commission expires: Nov. 14, 2022
Notary Registration Number: 210137

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
235 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

Bellwood Corporation,
a West Virginia corporation

By: _____ (SEAL)

James C. Justice, III, President

State of _____ )
City/County of _____ ) ss.

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2019.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

9

The Greenbrier Sporting Club Development
Company, **Inc.**, a Delaware corporation

By: _____ (SEAL)
          Jillean L. Justice, President

State of _____ )
                                             } ss.
City/County of _____ )

I, _____, a Notary Public **of** the City/County and State aforesaid,
certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company,
Inc., a Delaware corporation, personally appeared before me this day and acknowledged **the** due
execution **of** this Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me
**or** ☐ has produced _____ as identification.

Witness my hand and official stamp **or** seal, this _____ **day** of _____, 2019.

_____
                    Notary Public

My Commission expires: _____
Notary Registration Number: _____

Bellwood Corporation,
a West Virginia corporation

By: _____ (SEAL)
          James C. Justice, III, President

State of *West Virginia* )
                                            } ss.
City/County of *Raleigh* )

I, *Cynthia L. White* _____, a Notary Public of the City/County and State aforesaid,
certify **that** James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation,
personally appeared before **me** this day and acknowledged the due execution of this Agreement on behalf
of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced
_____ **as** identification.

Witness my hand and official stamp or seal, this *13th* day of *December*, 2019.

*Cynthia L. White*
                    Notary Public

My Commission expires: *April 13, 2022*
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box **2179**
Beaver, WV 25813
My commission expires April 13, 2022

9

Bluestone Energy Sales Corporation,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _West Virginia_ )
                         ) ss.
City/County of _Raleigh_ )

I, _Cynthia L. White_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Energy Sales Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this _13th_ day of _December_ , 2019.

_____
Notary Public

My Commission expires: _April 13 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

Justice Low Seam Mining Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _West Virginia_ )
                         ) ss.
City/County of _Raleigh_ )

I, _Cynthia L. White_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Low Seam Mining Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_ , 2019.

_____
Notary Public

My Commission expires: _April 13 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

10

Bluestone Resources Inc.,
a Delaware corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _West Virginia_ )
                          ) ss.
City/County of _Raleigh_ )

I, _Cynthia L. White_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Resources Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _April 13 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2021

Tams Management, Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _West Virginia_ )
                          ) ss.
City/County of _Raleigh_ )

I, _Cynthia L. White_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Tams Management, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _April 13 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

11

Justice Farms of North Carolina, LLC,
a Virginia limited liability company

By: _____ (SEAL)
James C. Justice, III, President

State of _West Virginia_ )
City/County of _Raleigh_ ) ss.

I, _Cynthia L White_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Farms of North Carolina, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_ , 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

James C. Justice Companies, Inc.,
a Delaware corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _West Virginia_ )
City/County of _Raleigh_ ) ss.

I, _Cynthia L. White_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of James C. Justice Companies, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_ , 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

Twin Fir Estates, LLC,
a Virginia limited liability company

By: _____ (SEAL)
James C. Justice, III, President

State of _West Virginia_ )
City/County of _Raleigh_ ) ss.

I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Twin Fir Estates, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L. WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

Wilcox Industries, Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _West Virginia_ )
City/County of _Raleigh_ ) ss.

I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wilcox Industries, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L. WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

Triple J, LLC,
a Virginia limited liability company

By _____ (SEAL)
James C. Justice, III, President

State of _West Virginia_ )
                         ) ss.
City/County of _Raleigh_ )

I, _Cynthia L. White_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Triple J, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally **known** to **me** or ☐ has produced _____ as identification.

Witness my hand and official stamp or **seal**, this _13th_ day of _December_ , 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

_____ (SEAL)
James C. Justice, III

State of _West Virginia_ )
                         ) ss.
City/County of _Raleigh_ )

I, _Cynthia L White_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III personally appeared before me this day and acknowledged the due execution of this Agreement. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_ , 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

14

_____ (SEAL)
James C. Justice, II

State **of** _West Virginia_     )
                                 )  ss.
City/County of _Greenbrier_      )

I, _Sandy King_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II personally appeared before me this day **and** acknowledged the due execution **of** this Agreement.   **He** [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13_ day of _December_, 2019.

_Sandy King_____
Notary Public

My Commission expires: _Nov. 14, 2022_
Notary Registration Number: _210137_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
236 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

_____ (SEAL)
Cathy L. Justice

State of _West Virginia_     )
                             )  ss.
City/County of _Greenbrier_  )

I, _Sandy King_____, a Notary Public of the City/County **and** State aforesaid, certify that Cathy L. Justice personally appeared before me this day and acknowledged the due execution **of** this Agreement.   She [*check one*] ☑ is personally known to me **or** ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13_ day of _December_, 2019.

_Sandy King_____
Notary Public

My Commission expires: _Nov. 14, 2022_
Notary Registration Number: _210137_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
236 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

15

The Chesapeake and Ohio Traveler, Inc.,
a Virginia corporation

By _____ (SEAL)
Jillean L. Justice, President

State of __WIST Virginia__ )
                                    ) ss.
City/County of __Greenbrier__ )

I, __Sandy King_____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __13__ day of __December__, 2019.

_____
Notary Public

My Commission expires: __Nov. 14, 2022__
Notary Registration Number: __210137__

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
236 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

The Greenbrier Resort and Club Management
Company, a Virginia corporation

By _____ (SEAL)
Jillean L. Justice, President

State of __West Virginia__ )
                                    ) ss.
City/County of __Greenbrier__ )

I, __Sandy King_____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __13__ day of __December__, 2019.

_____
Notary Public

My Commission expires: __Nov. 14, 2022__
Notary Registration Number: __210137__

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
236 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

16

Greenbrier IA, Inc.,
a Delaware corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ ⎫
                        ⎬ ss.
City/County of _Greenbrier_ ⎭

I, _Sandy King_____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.    She [*check one*] ☑ is   personally   known   to   me   or   ☐   has   produced _____ as identification.

Witness my hand and official stamp or seal, this _13_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _Nov. 14, 2022_
Notary Registration Number: _210137_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
236 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

Old White Club Corporation,
a West Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ ⎫
                        ⎬ ss.
City/County of _Greenbrier_ ⎭

I, _Sandy King_____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Old White Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.    She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _Nov. 14, 2022_
Notary Registration Number: _210137_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
236 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

17

The Old White Development Company,
a West Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
City/County of _Greenbrier_ } ss.

I, _Sandy King_____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _Nov. 14, 2022_
Notary Registration Number: _210131_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
236 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

Southeast Cotton, Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _____ )
City/County of _____ } ss.

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2019.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

18

The Old White Development Company,
a West Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _____ )
                           ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2019.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

Southeast Cotton, Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of *West Virginia* )
                         ) ss.
City/County of *Raleigh* )

I, *Cynthia L White*, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this *13th* day of *December*, 2019.

*Cynthia White*
_____
Notary Public

My Commission expires: *April 13, 2022*
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

18

American Turf Grass Corporation,
a Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _West Virginia_ )
                         ) ss.
City/County of _Raleigh_ )

I, _Cynthia L White_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of American Turf Grass Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_ , 2019.

_Cynthia L White_
Notary Public

My Commission expires: _April 13 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

Rapidan, LLC,
a West Virginia limited liability company

By _____ (SEAL)
James C. Justice, III, President

State of _West Virginia_ )
                         ) ss.
City/County of _Raleigh_ )

I, _Cynthia L. White_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Rapidan, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_ , 2019.

_Cynthia L White_
Notary Public

My Commission expires: _April 13 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

19

Blue Ridge Farm Center, Inc.,
a Virginia corporation

By _____ (SEAL)
James C. Justice, III, President

State of _West Virginia_ )
                                      ) ss.
City/County of _Raleigh_ )

I, _Cynthia L. White_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Blue Ridge Farm Center, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_____, 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L. WHITE
James C Justice Companies Inc
P.O. Box 2179
Beaver, WV 25813
My commission expires April 13, 2022

Justice Family Farms, LLC,
a West Virginia limited liability company

By _____ (SEAL)
James C. Justice, III, President

State of _West Virginia_ )
                                      ) ss.
City/County of _Raleigh_ )

I, _Cynthia L. White_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III, who is President of Justice Family Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_____, 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L. WHITE
James C Justice Companies Inc
P.O. Box 2179
Beaver, WV 25813
My commission expires April 13, 2022

Greenthorn LLC,
a Kentucky limited liability company

By: _____ (SEAL)
James C. Justice, III, President

State of _West Virginia_ )
                         ) ss.
City/County of _Raleigh_ )

I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Greenthorn LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

Black River Coal, LLC,
a Delaware limited liability company

By: _____ (SEAL)
James C. Justice, III, President

State of _West Virginia_ )
                         ) ss.
City/County of _Raleigh_ )

I, _Cynthia L White_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Coal, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

21

Kirby Land Company, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name: _James C. White, III____
Title: _President_____

State of _West Virginia_ ⎫
                        ⎬ ss.
City/County of _Raleigh_ ⎭

I, _Cynthia L. White_____, a Notary Public **of the** City/County and State aforesaid,
certify that _James C. Justice, III_ who is _President_____ of Kirby Land Company, a West
Virginia corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf **of** the corporation.  S/He [*check one*] ☒ is personally known **to** me or ☐ has
produced _____ **as** identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_____, 2019.

_Cynthia L. White_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

S and H Mining, Inc.,
a Tennessee corporation

By: _____ (SEAL)
Name: _James C. Justice, III___
Title: _President_____

State of _West Virginia_ ⎫
                        ⎬ ss.
City/County **of** _Raleigh_ ⎭

I, _Cynthia L. White_____, **a** Notary Public of the City/County and State aforesaid,
certify that _James C. Justice, III_ who is _President_____ of S and H Mining, Inc., **a**
Tennessee corporation, personally appeared before me this day and acknowledged the due execution of
this Agreement on behalf of the corporation.  S/He [*check one*] ☒ is personally known to me **or** ☐ has
produced _____ **as** identification.

Witness my hand **and** official stamp or **seal**, this _13th_ day **of** _December_____, 2019.

_Cynthia L. White_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

22

Wintergreen Partners, Inc.,
a Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _West Virginia_ )
City/County of _Raleigh_ ) ss.

I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wintergreen Partners, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_Cynthia P. White_
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

Grain Development, Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _West Virginia_ )
City/County of _Raleigh_ ) ss.

I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Grain Development, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_Cynthia L. White_
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

23

Environmental Fund, LLC,
a Virginia limited liability company

**By:**     Wintergreen Hospitality Partners, LLC, Sole
Member

By:     Wintergreen Partners, Inc., Sole
Member

(SEAL)
James C. Justice, III, President

State of _West Virginia_ )
City/County of _Raleigh_ ) ss.

I, _Cynthia L. White_ , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Wintergreen Partners, Inc., Sole Member of
Wintergreen Hospitality Partners, LLC, Sole Member of Environmental Fund, LLC, a Virginia limited
liability company, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the limited liability company. S/He [check one] ☒ is personally known to me or
☐ has produced _____
as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_ , 20**19**.

Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

24

Black River Farms, LLC,
a West Virginia limited liability company

By: _____
Name: _James C. Justice, III_____ (SEAL)
Title: _President_____

State of _West Virginia___ )
                                        ) ss.
City/County of _Raleigh___ )

I, _Cynthia L. White_____, a Notary Public of the City/County and State aforesaid,
certify that _James C. Justice III_ who is _President_____ of Black River Farms, LLC, a
West Virginia limited liability company, personally appeared before me this day and acknowledged the
due execution of this Agreement on behalf of the corporation. S/He [check one] ☒ is personally known
to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_____, 2019.

_Cynthia L. White_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

Evergreen Turf Corporation,
a Delaware corporation

By: _____
Name: _James C. Justice, III_____ (SEAL)
Title: _President_____

State of _West Virginia___ )
                                        ) ss.
City/County of _Raleigh___ )

I, _Cynthia L. White_____, a Notary Public of the City/County and State aforesaid,
certify that _James C. Justice III_ who is _President_____ of Evergreen Turf Corporation, a
Delaware corporation, personally appeared before me this day and acknowledged the due execution of
this Agreement on behalf of the corporation. S/He [check one] ☒ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_____, 2019.

_Cynthia L. White_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

25

Justice Farm Supply, Inc.,
a West Virginia corporation

By _____ (SEAL)
Name: _James C. Justice III___
Title: _President_

State of _West Virginia_ }
City/County of _Raleigh_ } ss.

I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that _James C. Justice, III_ who is _President_ of Justice Farm Supply, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_Cynthia L. White_
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

Stoney Brook Plantation, Inc.,
a West Virginia corporation

By _____ (SEAL)
Name: _James C. Justice III___
Title: _President_

State of _West Virginia_ }
City/County of _Raleigh_ } ss.

I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that _James C. Justice, III_ who is _President_ of Stoney Brook Plantation, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_Cynthia L. White_
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

26

Ten Mile Bay, LLC,
a West Virginia limited liability company

By: _____ (SEAL)
Name: _James C. Justice, II___
Title: _President___

State of _West Virginia_ )
                         ) ss.
City/County of _Raleigh_ )

I, _Cynthia L White_, a Notary Public of the City/County and State aforesaid, certify that _James C. Justice III_ who is _President_ of Ten Mile Bay, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

My Commission expires: _April 13, 2022_

Notary Registration Number: _____

Notary Public _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

Greenbrier Resort and Club Management, Inc.,
a _____ corporation

By: _____ (SEAL)
    Jillean L. Justice, President

State of _____ )
                                   ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Resort and Club Management, Inc., a _____ corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this ____ day of _____, 2019.

My Commission expires: _____
Notary Registration Number: _____

Notary Public _____

27

Ten Mile Bay, **LLC**,
a West Virginia limited liability company

By: _____ (SEAL)
Name: _____
Title: _____

State of _____ )
                                          } ss.
City/County of_____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that _____ who is _____ of Ten Mile Bay, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of **this** Agreement **on** behalf of the corporation. S/He [*check one*] ☐ is personally known **to** me or ☐ has produced _____ **as** identification.

Witness my hand and official stamp **or** seal, this _____ day of _____, 2019.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

Greenbrier Resort and Club Management, Inc.,
a ___WV___ corporation

By: _Jillean L. Justice_ (SEAL)
     Jillean L. Justice, President

State of West Virginia )
                                      ) ss.
City/County of Greenbrier )

I, _Sandy King_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Resort and Club Management, Inc., a _____ corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ **is** personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or **seal**, this _18_ day of _December_, 2019.

_Sandy King_
Notary Public

My Commission expires: _Nov 14, 2022_
Notary Registration Number: _210137_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
236 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

27

Greenbrier Golf and Tennis Club, Inc.,
a _____WV_____ corporation

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
City/County of _Greenbrier_ ) ss.

I, _Sandy King_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club, Inc., a _____ corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] [✓] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this _13_ day of _December_, 2019.

_Sandy King_
Notary Public

My Commission expires: _Nov. 14, 2022_
Notary Registration Number: _210137_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
236 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

Greenbrier IA [Intellectual Assets], Inc.,
a _____DE_____ corporation

By: _Jillean Justice_ (SEAL)
Name: _Jillean L. Justice_
Title: _President_

State of _West Virginia_ )
City/County of _Greenbrier_ ) ss.

I, _Sandy King_, a Notary Public of the City/County and State aforesaid, certify that _Jillean L. Justice_ who is _President_ of Greenbrier IA [Intellectual Assets], Inc., a _____ corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [check one] [✓] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this _13_ day of _December_, 2019.

_Sandy King_
Notary Public

My Commission expires: _Nov. 14, 2022_
Notary Registration Number: _210137_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
236 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

28

Greenbrier IA, Inc.,
a Delaware corporation

By: _Jillean Justice_ (SEAL)
Name: _Jillean L Justice_
Title: _President_

State of _West Virginia_ )
                        ) ss.
City/County of _Greenbrier_ )

I, _Sandy King_, a Notary Public of the City/County and State aforesaid, certify that "_Jillean L Justice_ who is _President_ of Greenbrier IA, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [check one] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13_ day of _December_, 2019.

_Sandy King_
Notary Public

My Commission expires: _Nov. 14, 2022_
Notary Registration Number: _210137_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
236 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

Old White Charities, Inc.,
a West Virginia corporation

By: _Jillean L Justice_ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
                        ) ss.
City/County of _Greenbrier_ )

I, _Sandy King_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Old White Charities, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13_ day of _December_, 2019.

_Sandy King_
Notary Public

My Commission expires: _Nov. 14, 2022_
Notary Registration Number: _210137_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
236 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

29

Southern Coal Corporation,
a Delaware corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _West Virginia_ )
                          ) ss.
City/County of _Raleigh_  )

I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southern Coal Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

A&G Coal Corporation,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _West Virginia_ )
                          ) ss.
City/County of _Raleigh_  )

I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of A&G Coal Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

30

Bardo Mining, LLC,
a Kentucky limited liability company

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of West Virginia )
                       ) ss.
City/County of Raleigh )

I, Cynthia L. White, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bardo Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 13th day of December, 2019.

_____
Notary Public

My Commission expires: April 13 2022
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2176
Beaver, WV 25813
My commission expires April 13, 2022

31

Liggett Mining, LLC,
a Kentucky limited liability company

By _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _West Virginia_ )
                          } ss.
City/County of _Raleigh_ )

    I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Liggett Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

> OFFICIAL SEAL
> Notary Public, State of West Virginia
> CYNTHIA L WHITE
> James C Justice Companies Inc
> P.O. Box 2178
> Beaver, WV 25813
> My commission expires April 13, 2022

Sequoia Energy, LLC,
a Kentucky limited liability company

By _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _West Virginia_ )
                          } ss.
City/County of _Raleigh_ )

    I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Sequoia Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

> OFFICIAL SEAL
> Notary Public, State of West Virginia
> CYNTHIA L WHITE
> James C Justice Companies Inc
> P.O. Box 2178
> Beaver, WV 25813
> My commission expires April 13, 2022

32

Infinity Energy, LLC,
a Kentucky limited liability company

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _West Virginia_ )
City/County of _Raleigh_ } ss.

I, _Cynthia L White_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Infinity Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

33

Cane Patch Mining Company, Inc.,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _West Virginia_ )
                          ) ss.
City/County of _Raleigh_ )

I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Cane Patch Mining Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

Meg-Lynn Land Company, Inc.,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _West Virginia_ )
                          ) ss.
City/County of _Raleigh_ )

I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Meg-Lynn Land Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

34

Premium Coal Company, Incorporated,
a Tennessee corporation

Name: James C. Justice, III                    (SEAL)
Title: President

State of _West Virginia_ }
City/County of _Raleigh_ } ss.

I, _Cynthia L. White_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Premium Coal Company, Incorporated, a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☒ is personally known to me or ☐ has produced _____ as identification

Witness my hand and official stamp or seal, this _13th_ day of _December_ , 2019.

_Cynthia L. White_
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L. WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

35

Baden Reclamation Company,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _West Virginia_  )
                          ) ss.
City/County of _Raleigh_  )

I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Baden Reclamation Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_Cynthia L White_
Notary Public

My Commission expires: _April 13 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

Nine Mile Mining, Inc.,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _West Virginia_  )
                          ) ss.
City/County of _Raleigh_  )

I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Nine Mile Mining, Inc. a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_Cynthia L White_
Notary Public

My Commission expires: _April 13 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

Justice Coal of Alabama, LLC,
formerly known as Alabama Carbon, LLC,
an Alabama limited liability company

By: _____ (SEAL)
Name: James C. Justice, II
Title: Member

By: _____ (SEAL)
Name: Jillean L. Justice
Title: Member

By: _____ (SEAL)
Name: James C. Justice, III
Title: Member

State of West Virginia
                          ) ss.
City/County of Greenbrier )

I, Sandy King _____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited
liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the limited liability company. He [check one] [✓] is personally known to me or [ ] has produced
_____ as identification.

Witness my hand and official stamp or seal, this 13 day of December, 2019.

_____
                          Notary Public

My Commission expires: Nov 14, 2022
Notary Registration Number: 21037

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
230 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

37

Justice Coal of Alabama, LLC,
formerly known as Alabama Carbon, LLC,
an Alabama limited liability company

By: _____ (SEAL)
Name: James C. Justice, II
Title: Member

By: _____ (SEAL)
Name: Jillean L. Justice
Title: Member

By: _____ (SEAL)
Name: James C. Justice, III
Title: Member

State of _____ )
                           ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2019.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

State of _____ )
                                   ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillian L. Justice who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2019.

                                   _____
                                            Notary Public

My Commission expires: _____
Notary Registration Number: _____

State of *West Virginia* )
                         ) ss.
City/County of *Raleigh* )

I, *Cynthia L. White*, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this *13th* day of *December*, 2019.

                                   *Cynthia L. White*
                                            Notary Public

My Commission expires: *April 13, 2022*
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

State of West Virginia )
                        ) ss.
City/County of Greenbrier )

I, Sandy King , a Notary Public of the City/County and State aforesaid, certify that Jillian L. Justice who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  She [check one] [✓] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this 18 day of December, 2019.

_____
Notary Public

My Commission expires: Nov. 14, 2022
Notary Registration Number: 210137

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDY KING
238 Evans Mountain Rd
Crawley, WV 24931
My Commission Expires November 14, 2022

State of _____ )
                         ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [check one] [ ] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2019.

_____
Notary Public

My Commission expires:_____
Notary Registration Number:_____

38

Virginia Fuel Corporation,
a Delaware corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _West Virginia_ )
                        ) ss.
City/County of _Raleigh_ )

I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Virginia Fuel Corporation, a Delaware corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.   He [*check one*] ☒ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

Kentucky Fuel Corporation,
a Delaware corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _West Virginia_ )
                        ) ss.
City/County of _Raleigh_ )

I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Kentucky Fuel Corporation, a Delaware corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.   He [*check one*] ☒ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

39

National Resources Inc.,
a West Virginia corporation

By _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _West Virginia_ }
City/County of _Raleigh_ } ss.

I, _Cynthia L. White_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of National Resources Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _13th_ day of _December_, 2019.

_____
Notary Public

My Commission expires: _April 13, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
CYNTHIA L WHITE
James C Justice Companies Inc
P.O. Box 2178
Beaver, WV 25813
My commission expires April 13, 2022

40

## RELEASE AND REAFFIRMATION AGREEMENT

Each of the undersigned persons or entities (individually and collectively, the "Justice Entities") has executed and/or delivered to **CARTER BANK & TRUST**, a Virginia banking corporation (the "Bank") loan agreements, promissory notes, security agreements, pledge agreements, negative pledge agreements, deeds of trust, assignments, guaranties and/or other documents, instruments and/or agreements that evidence, guarantee, secure or otherwise were executed and/or delivered in connection with loans, financial accommodations and/or other extensions of credit by the Bank to one or more of the Justice Entities (collectively, the "Loan Documents").

In consideration of the Bank's agreement to extend one or more additional loans to one or more of the Justice Entities on or after the date hereof (which loans shall be made only in the sole and absolute discretion of the Bank), the adequacy and sufficiency of which consideration is hereby expressly acknowledged by each of the Justice Entities, each of the Justice Entities hereby agrees as follows:

1.      Each of the Justice Entities, on behalf of itself and its respective agents, directors, shareholders, members, managers, attorneys, accountants, consultants, insurers, administrators, successors and/or assigns, hereby releases, acquits and forever discharges the Bank, and all of its affiliates, employees, officers, directors, shareholders, agents, attorneys, accountants, appraisers, consultants, insurers, successors and/or assigns (collectively, the "Bank Parties"), from any and all claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, and all liabilities and responsibilities of every kind or character (all such claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, liabilities and responsibilities shall collectively be referred to as the "Liabilities"), howsoever arising, whether now existing or hereafter arising, including without limitation Liabilities arising out of or in connection with the Loan Documents and/or any and all indebtedness, liabilities and obligations evidenced by, arising from or associated with any of Loan Documents (collectively, the "Obligations"), regardless of whether the Liabilities are known or unknown, now existing or hereafter arising, joint or several, at law or in equity, arising by statute, contract, warranty or tort, and regardless of whether the Liabilities have heretofore been asserted.

2.      Each of the Justice Entities hereby represents, warrants and agrees that it will not commence, join in, prosecute or participate in any suit or other proceeding in a position that is adverse to the Bank in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents. Each of the Justice Entities hereby agrees, jointly and severally, to indemnify and hold the Bank Parties harmless from any and all Liabilities, howsoever arising, out of or in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents, and each hereby agrees to pay all amounts payable under this Section 2 upon demand by the Bank.

3.      None of the Justice Entities has any defenses, affirmative or otherwise, rights of setoff, rights of recoupment, claims, counterclaims, actions or causes of action of any kind or nature whatsoever against any of the Bank Parties, directly or indirectly, arising out of, based upon, or in any manner connected with, any transaction, event, circumstance, action, failure to act, or occurrence of any sort or type, whether known or unknown, which occurred, existed, was taken, permitted, or began prior to or on the date of this Agreement or accrued, existed, was taken, permitted or begun in accordance with, pursuant to, or by virtue of any of the Obligations or any of the Loan Documents, or which directly or indirectly relate to or arise out of or in any manner are connected with any of the Obligations or any of the Loan Documents, including without limitation under or in connection with the Equal Credit Opportunity Act, 15 U.S.C. Sections 1691 et seq., or Regulation B, 12 CFR Part 202; TO THE EXTENT THAT ANY SUCH DEFENSES, AFFIRMATIVE OR OTHERWISE, RIGHTS OF SETOFF, RIGHTS OF RECOUPMENT, CLAIMS, COUNTERCLAIMS,

ACTIONS OR CAUSES OF ACTION EXIST, SUCH DEFENSES, RIGHTS, CLAIMS, COUNTERCLAIMS, ACTIONS AND CAUSES OF ACTION ARE HEREBY FOREVER WAIVED, DISCHARGED AND RELEASED BY EACH OF THE JUSTICE ENTITIES.

4.      Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) each of the Loan Documents constitutes the legal, valid and binding obligation of each of the Justice Entities to the extent each is a party thereto, enforceable against each of the Justice Entities to the extent each is a party thereto in accordance with its respective terms, and (ii) none of the Loan Documents, nor the execution, delivery or performance of this Agreement or any of the Loan Documents by each of the Justice Entities to the extent each is a party thereto (A) violates any law, rule or regulation, or any order of any governmental authority or entity having jurisdiction over any of the Justice Entities or any of their respective properties or assets, (B) conflicts with or results in the termination of, constitutes a default or event of default under, or accelerates any performance required by any indenture, mortgage, deed of trust, lease, agreement or any other instrument to which any of the Justice Entities is a party or by which any of the Justice Entities or any of their respective properties or assets is bound or (C) results in the creation or imposition of any lien, charge or encumbrance upon any of the assets of any of the Justice Entities, except for the liens in favor of the Bank. Furthermore, each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) all information provided by any of the Justice Entities prior to or on the date hereof to the Bank, including, without limitation, all financial statements, was, at the date of delivery, and is as of the date hereof, true, correct and complete in all respects, and (ii) none of such information contains any material misstatement of fact or omits to state any fact necessary to make the statement contained therein not misleading.

5.      Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that CERTAIN OF THE LOAN DOCUMENTS CONTAIN A CONFESSION OF JUDGMENT PROVISION, AND EACH SUCH CONFESSION OF JUDGMENT PROVISION HAS NOT BEEN MODIFIED, ALTERED OR AMENDED IN ANY WAY AND REMAINS IN FULL FORCE AND EFFECT IN ALL RESPECTS. Furthermore, each of the Justice Entities hereby affirms, confirms and reaffirms each of its obligations, covenants and agreements under each of the Loan Documents to which it is a party.

6.      Each of the Justice Entities hereby acknowledges and agrees that any default under this Agreement or any of the Loan Documents shall be an immediate default and event of default under all of the Loan Documents for which there shall be no notice, grace or cure period, and, upon the occurrence of any such default, the Bank shall have the immediate right to exercise one or more of the rights and remedies contained in any of the Loan Documents, at law and/or in equity, all of which rights and remedies are hereby expressly reserved.

7.      Each of the Justice Entities hereby agrees that Bluestone Resources, Inc. is in the process of marketing through Goldman Sachs the sale of certain of its real estate coal assets. In the event of any sale of the Bluestone Resources real estate coal assets, the Bank shall be entitled to 50% of the Net Proceeds (as defined below) above One Hundred and Ninety-Two Million Nine Hundred and Thirty-One Thousand Two Hundred and Fifty Dollars ($192,931,250.00) from such sale. The Justice Entities hereby acknowledge and agree that the Bank shall have the right to apply such proceeds received by the Bank to such of the debts of one or more Justice Entities owed to the Bank and in such order of application as the Bank shall determine, each in the Bank's sole and absolute discretion. Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of the marketing and/or sale of the Bluestone Resources, Inc. real estate coal assets including, but not limited to, all marketing data, all sale-related communications, all offers or counter-offers, all closing documents, all direct or indirect communication with Goldman Sachs marketing representatives and closing attorneys,

and all presentations made to bidders or prospective bidders for all or any portion of the Bluestone Resources, Inc. real estate coal assets.

"Net Proceeds" is defined as gross sales proceeds resulting from the sale of the Bluestone Resources, Inc. real estate coal assets presently being marketed by Goldman Sachs minus (a) the amount necessary to pay in full the lien held by Greensill Capital (UK) Limited, as Financial Institution, (b) capital gains taxes associated with the sale of such real estate coal assets not to exceed 27.5% of the gross sales proceeds, (c) obligations, if any, associated with such real estate coal assets owed to Mechel not to exceed 12.5% of the gross sales proceeds, (d) Goldman Sachs' fees not to exceed $6,000,000.00 plus 2% of the gross sales proceeds in excess of $400,000,000.00, (e) Goldman Sachs' expenses not to exceed $50,000.00, (f) employee bonuses not to exceed $2,500,000.00, (g) attorney's fees associated with the sale of such real estate coal assets not to exceed $1,500,000.00 and (h) engineering and accounting fees not to exceed $700,000.00; provided, that, prior to the payment of any such deductions from the gross sales proceeds, the Justice Entities shall provide to the Bank, and the Bank shall have confirmed, proof of the actual amount of and appropriate documentation for each such expense.

8.      Each of the Justice Entities hereby agrees that the Bank shall have right to engage a consultant of its choosing to (1) interview the management of the Justice Entities, (2) review any plan of the Justice Entities, (3) review and monitor past, present and future transactions of the Justice Entities, (4) review and monitor bank account balances at all financial institutions at which any of the Justice Entities maintains accounts, (5) review cash management procedures and controls, (6) prepare reports and (7) perform such other and further services as the Bank shall determine in its sole and absolute opinion are necessary or desirable (collectively, the "Consulting Services"). Each of the Justice Entities shall assist and cooperate fully, and cause all of its officers, members, managers, employees, agents and all other persons under its control, to assist and cooperate fully with such consultant's provision of the Consulting Services; and the Justice Entities, jointly and severally, shall pay to the Bank on demand for all costs, fees and other charges associated with the Consulting Services.

9.      Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of (a) the prosecution of insurance claims relating to the damage to the Greenbrier Hotel and environs caused by or associated with the flood that occurred in 2016, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (b) the defense of the "New London" litigation presently pending in the United States District Court, Eastern District of Kentucky, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (c) the refinancing of any indebtedness owed by Greenbrier Hotel Corporation and/or its affiliates, including but not limited to all communications and correspondence associated with term sheets, loan documents, collateral documents, and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (d) the defense of the law suit styled United States of America v. Southern Coal Corporation et al., Case No. 7:19cv354 filed in the United States District Court for the Western District of Virginia, Roanoke Division, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (e) the prosecution of the law suit styled James C. Justice III et al. v. Office of Surface Mining Reclamation and Enforcement, United States Department of the Interior, Case No. 7:19cv381 filed in the United States District Court for the Western District of Virginia, Roanoke Division, (f) all of the other civil, criminal, administrative, mediation, arbitration or other matters or proceedings to which any of the Justice Entities is a plaintiff, defendant or other party, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities and (g) all of the unsatisfied or unreleased judgments entered against any of the Justice Entities in an amount greater than $50,000, including but not limited to all communications and correspondence and

3

direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities.

      10.     This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which constitute one and the same instrument.

      11.     This Agreement shall be construed according to the laws of the Commonwealth of Virginia. Each of the Justice Entities hereby irrevocably agrees that any legal action or proceeding arising out of or relating to this Agreement shall be instituted in the Circuit Court of the City of Martinsville, Virginia, or the United States District Court for the Western District of Virginia, or in such other appropriate court and venue as the Bank may choose in its sole discretion. Each of the Justice Entities hereby consents to the jurisdiction of such courts and waives any objection relating to the basis for personal or in rem jurisdiction or to venue which each of the undersigned may now or hereafter have in any such legal action or proceedings.

      12.     UNLESS EXPRESSLY PROHIBITED BY APPLICABLE LAW, EACH OF THE JUSTICE ENTITIES HEREBY WAIVES THE RIGHT TO TRIAL BY JURY OF ANY MATTERS OR CLAIMS ARISING OUT OF THIS AGREEMENT OR ANY OF THE LOAN DOCUMENTS OR OUT OF THE CONDUCT OF THE RELATIONSHIP BETWEEN EACH OF THE JUSTICE ENTITIES AND THE BANK, IN EACH CASE WHETHER SOUNDING IN CONTRACT OR TORT OR OTHERWISE. EACH OF THE JUSTICE ENTITIES AGREES AND CONSENTS THAT ANY SUCH CLAIM, DEMAND, ACTION OR CAUSE OF ACTION SHALL BE DECIDED BY COURT TRIAL WITHOUT A JURY, AND THAT THE BANK MAY FILE AN ORIGINAL COUNTERPART OR A COPY OF THIS PARAGRAPH WITH ANY COURT AS WRITTEN EVIDENCE OF THE CONSENT OF EACH OF THE JUSTICE ENTITIES TO THE WAIVER OF ITS RIGHT TO TRIAL BY JURY. THIS PROVISION IS A MATERIAL INDUCEMENT FOR THE BANK TO ENTER INTO THIS AGREEMENT. FURTHER, EACH OF THE JUSTICE ENTITIES HEREBY CERTIFIES THAT NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT THE BANK WOULD NOT SEEK TO ENFORCE THIS WAIVER OF RIGHT TO JURY TRIAL PROVISION. NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS THE AUTHORITY TO WAIVE, CONDITION OR MODIFY THIS PROVISION. EACH OF THE JUSTICE ENTITIES ACKNOWLEDGES IT HAS HAD THE OPPORTUNITY TO CONSULT WITH COUNSEL REGARDING THIS PARAGRAPH, THAT IT FULLY UNDERSTANDS ITS TERMS, CONTENT AND EFFECT, AND THAT IT VOLUNTARILY AND KNOWINGLY AGREES TO THE TERMS OF THIS PARAGRAPH.

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, each of the Justice Entities has executed this Agreement or caused this Agreement to be executed by its duly authorized officer, member or manager under seal as of this 15th day of January, 2020.

Greenbrier Hotel Corporation,
a West Virginia corporation

By: _~Jillean Justice~_ (SEAL)
Jillean L. Justice, President

State of _West Virginie_ )
                          ) ss.
City/County of _Greenbridge_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Hotel Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15_ day of _January_, 2020.

_Karen Stanley_
Notary Public

My Commission expires: _12/30/2022_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

5

Justice Family Group, LLC,
a Delaware limited liability company

By: _____ (SEAL)
Jillean L. Justice, President

State of West Virginia )
                       ) ss.
City/County of Greenbrier )

I, Karen Stanley , a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Justice Family Group, LLC, a Delaware limited liability
company, personally appeared before me this day and acknowledged the due execution of this Agreement
on behalf of the limited liability company. She [check one] ☐ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 15 day of January , 2020.

_____
Notary Public

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

My Commission expires: 12/30/2022
Notary Registration Number: _____

Players Club, LLC,
a Delaware limited liability company

By: _____ (SEAL)
Jillean L. Justice, President

State of West Virginia )
                       ) ss.
City/County of Greenbrier )

I, Karen Stanley , a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Players Club, LLC, a Delaware limited liability
company, personally appeared before me this day and acknowledged the due execution of this Agreement
on behalf of the limited liability company. She [check one] ☐ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 15 day of January , 2020.

_____
Notary Public

My Commission expires: 12/30/2022
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

6

**Greenbrier Golf and Tennis Club Corporation,**
**a West Virginia corporation**

By: _Jillean L. Justice_ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
                                          ) ss.
City/County of _Greenbrier_

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15_ day of _January_, 2020.

_Karen Stanley_
Notary Public

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

My Commission expires: _12/30/2022_
Notary Registration Number: _____

**Greenbrier Medical Institute, LLC,**
**a West Virginia limited liability company**

By: _Jillean L. Justice_ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
                                          ) ss.
City/County of _Greenbrier_

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Medical Institute, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15_ day of _January_, 2020.

_Karen Stanley_
Notary Public

My Commission expires: _12/30/2022_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

7

Oakhurst Club, LLC,
a West Virginia limited liability company

By: _____ (SEAL)
Jillean L. Justice, Member

State of _West Virginia_ )
                          ) ss.
City/County of _Greenbrier_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is a Member of Oakhurst Club, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [check one] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15_ day of _January_, 2020.

_____
Notary Public

My Commission expires: _12/30/2022_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

The Greenbrier Sporting Club, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name: _Stephen W. Ball_
Title: _Vice President_

State of _Virginia_ )
                     ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that _Stephen Ball_ who is _VP_ of The Greenbrier Sporting Club, Inc. a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15_ day of _January_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

8

The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of West Virginia )
                        ) ss.
City/County of Greenbrier )

I, Karen Stanley _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15 day of January , 2020.

_____
Notary Public

My Commission expires: 12/30/2022
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

Bellwood Corporation,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _____ )
                           ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

9

The   Greenbrier   Sporting   Club   Development
Company, Inc., a Delaware corporation

By: _____ (SEAL)
       Jillean L. Justice, President

State of _____ )
                                          ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company,
Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due
execution of this Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me
or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
                        Notary Public

My Commission expires: _____
Notary Registration Number: _____

Bellwood Corporation,
a West Virginia corporation

By: _____ (SEAL)
       James C. Justice, III, President

State of Virginia )
                         ) ss.
City/County of Roanoke )

I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this 15th day of January, 2020.

_____
                        Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

┌─────────────────────────────────────┐
│        LESLIE ANN WELLS              │
│        NOTARY PUBLIC                 │
│     Commonwealth of Virginia         │
│      Registration No. 7560729        │
│   My Commission Expires May 31, 2021 │
└─────────────────────────────────────┘

9

Bluestone Energy Sales Corporation,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Energy Sales Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this _15th_ day of _January_, 2020.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

Justice Low Seam Mining Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Low Seam Mining Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _January_, 2020.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

10

Bluestone Resources Inc.,
a Delaware corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

     I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Resources Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

     Witness my hand and official stamp or seal, this _15th_ day of _January_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Tams Management, Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

     I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Tams Management, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

     Witness my hand and official stamp or seal, this _15th_ day of _January_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

11

Justice Farms of North Carolina, LLC,
a Virginia limited liability company

By _____ (SEAL)
James C. Justice, III, President

State of _Virginia_____ )
                       ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Justice Farms of North Carolina, LLC, a Virginia
limited liability company, personally appeared before me this day and acknowledged the due execution of
this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me
or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of _January_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
Commission Expires May 31, 2021

James C. Justice Companies, Inc.,
a Delaware corporation

By _____ (SEAL)
James C. Justice, III, President

State of _Virginia_____ )
                       ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of James C. Justice Companies, Inc., a Delaware
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of _January_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

12

Twin Fir Estates, LLC,
a Virginia limited liability company

By: _____ (SEAL)
James C. Justice, III President

State of _Virginia_ )
                          ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Twin Fir Estates, LLC, a Virginia limited liability
company, personally appeared before me this day and acknowledged the due execution of this Agreement
on behalf of the limited liability company.  He [check one] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 15ᵗʰ day of _January_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560739_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Wilcox Industries, Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                          ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Wilcox Industries, Inc., a West Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.   He [check one] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this 15ᵗʰ day of _January_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560739_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

13

Triple J, LLC,
a Virginia limited liability company

By _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Triple J, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15ᵗʰ day of January, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

_____ (SEAL)
James C. Justice, III

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III personally appeared before me this day and acknowledged the due execution of this Agreement. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15 day of January, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

14

_(signature)_ **(SEAL)**

James C. Justice, II

State of _West Virginia_ )
                        ) ss.
City/County of _Greenbrier_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II personally appeared before me this day and acknowledged the due execution of this Agreement.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15_ day of _January_, 2020.

_(signature)_
Notary Public

My Commission expires: _12/30/2022_
Notary Registration Number: _____

> OFFICIAL SEAL
> Karen Stanley
> Notary Public
> State of West Virginia
> My Commission Expires
> December 30, 2022
> HC 66 Box 316
> Renick, WV 24966

_(signature)_ **(SEAL)**

Cathy L. Justice

State of _West Virginia_ )
                        ) ss.
City/County of _Greenbrier_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Cathy L. Justice personally appeared before me this day and acknowledged the due execution of this Agreement.  She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15_ day of _January_, 2020.

_(signature)_
Notary Public

My Commission expires: _12/30/2022_
Notary Registration Number: _____

> OFFICIAL SEAL
> Karen Stanley
> Notary Public
> State of West Virginia
> My Commission Expires
> December 30, 2022
> HC 66 Box 316
> Renick, WV 24966

15

The Chesapeake and Ohio Traveler, Inc.,
a Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _West Virginia_,
City/County of _Greenbrier_ } ss.

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15_ day of _January_, 2020.

_____
Notary Public

My Commission expires: _12/30/2022_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

The Greenbrier Resort and Club Management Company, a Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _West Virginia_,
City/County of _Greenbrier_ } ss.

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15_ day of _January_, 2020.

_____
Notary Public

My Commission expires: _12/30/2022_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

16

Greenbrier IA, Inc.,
a Delaware corporation

By: _____ (SEAL)
Jillean L. Justice , President

State of _West Virginia_,
City/County of _Greenbrier_ } ss.

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally
appeared before me this day and acknowledged the due execution of this Agreement on behalf of the
corporation.   She [check one] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this _15_ day of _January_, 2020.

_____
Notary Public

My Commission expires: _12 / 30 / 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

Old White Club Corporation,
a West Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _West Virginia_,
City/County of _Greenbrier_ } ss.

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Old White Club Corporation, a West Virginia
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation. She [check one] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this _15_ day of _January_, 2020.

_____
Notary Public

My Commission expires: _12 / 30 / 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

17

The Old White Development Company,
a West Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of West Virginia )
                                    ) ss.
City/County of Greenbrier )

    I, Karen Stanley, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 15 day of February, 2020.

_____
Notary Public

My Commission expires: 12/30/2022
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

Southeast Cotton, Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _____ )
                                    ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

18

The Old White Development Company,
a West Virginia corporation

By: _____ (SEAL)
      Jillean L. Justice, President

State of _____ )
                        ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

Southeast Cotton, Inc.,
a West Virginia corporation

By _____ (SEAL)
    James C. Justice, III, President

State of _Virginia_ )
                       ) ss.
City/County of _Roanoke_ )

    I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _15th_ day of _January_, 2020.

_____
Notary Public

My Commission expires: _6-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

18

American Turf Grass Corporation,
a Virginia corporation

By _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                        ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of American Turf Grass Corporation, a Virginia
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation. He [check one] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of January , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Rapidan, LLC,
a West Virginia limited liability company

By _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                        ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Rapidan, LLC, a West Virginia limited liability
company, personally appeared before me this day and acknowledged the due execution of this Agreement
on behalf of the limited liability company. He [check one] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of January , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

19

**Blue Ridge Farm Center, Inc.,**
**a Virginia corporation**

By: _(signature)_ (SEAL)
James C. Justice, III, President

State of __Virginia__ )
City/County of __Roanoke__ ) ss.

I, __Leslie A. Wells__ , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Blue Ridge Farm Center, Inc., a Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this __15th__ day of __January__ , 2020.

_(signature)_ Leslie Ann Wells
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Justice Family Farms, LLC,**
**a West Virginia limited liability company**

By: _(signature)_ (SEAL)
James C. Justice, III, President

State of __Virginia__ )
City/County of __Roanoke__ ) ss.

I, __Leslie A. Wells__ , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III, who is President of Justice Family Farms, LLC, a West Virginia limited
liability company, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or
☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __15th__ day of __January__ , 2020.

_(signature)_ Leslie Ann Wells
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

20

Greenthorn LLC,
a Kentucky limited liability company

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_____ )
                              ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Greenthorn LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of January_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

Black River Coal, LLC,
a Delaware limited liability company

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_____ )
                              ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Coal, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of January_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

21

Kirby Land Company, Inc.,
a West Virginia corporation

By _____ (SEAL)
Name: _James C. Justice III_
Title: _President_

State of _Virginia_ )
                            ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that _James C. Justice III_ who is _President_ of Kirby Land Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _January_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

S and H Mining, Inc.,
a Tennessee corporation

By _____ (SEAL)
Name: _James C. Justice III_
Title: _President_

State of _Virginia_ )
                            ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that _James C. Justice III_ who is _President_ of S and H Mining, Inc., a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _January_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

22

Wintergreen Partners, Inc.,
a Virginia corporation

By _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Wintergreen Partners, Inc., a Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation. He [check one] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this 15th day of _January_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Grain Development, Inc.,
a West Virginia corporation

By _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Grain Development, Inc., a West Virginia
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation. He [check one] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of _January_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

23

Environmental Fund, LLC,
a Virginia limited liability company

By:    Wintergreen Hospitality Partners, LLC, Sole
Member

By:    Wintergreen Partners, Inc., Sole
Member

By: _____(SEAL)
James C. Justice, III, President

State of ___Virginia_____ )
City/County of __Roanoke__ ) ss.

I, ___Leslie A. Wells___ , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Wintergreen Partners, Inc., Sole Member of
Wintergreen Hospitality Partners, LLC, Sole Member of Environmental Fund, LLC, a Virginia limited
liability company, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the limited liability company. S/He [*check one*] ☑ is personally known to me or
☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 10th day of ___January___ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560759_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

24

**Black River Farms, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Name: _James C. Justice III_
Title: _President_

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that _James C. Justice III_ who is _President_ of Black River Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _January_ , 2020.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Evergreen Turf Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name: _James C. Justice III_
Title: _President_

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that _James C. Justice III_ who is _President_ of Evergreen Turf Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _January_ , 2020.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

25

Justice Farm Supply, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name: _James C. Justice III_
Title: _President_

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid,
certify that _James C. Justice III_ who is _President_____ of Justice Farm Supply, Inc., a
West Virginia corporation, personally appeared before me this day and acknowledged the due execution
of this Agreement on behalf of the corporation. S/He [check one] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _January_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

Stoney Brook Plantation, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name: _James C. Justice III_
Title: _President_

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid,
certify that _James C. Justice III_ who is _President_____ of Stoney Brook Plantation, Inc., a
West Virginia corporation, personally appeared before me this day and acknowledged the due execution
of this Agreement on behalf of the corporation. S/He [check one] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _January_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

26

Ten Mile Bay, LLC,
a West Virginia limited liability company

By: _____ (SEAL)
Name: _____
Title: _____

State of _Virginia_ )
 ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid,
certify that _James C. Justice, III_ who is _President_ of Ten Mile Bay, LLC, a West
Virginia limited liability company, personally appeared before me this day and acknowledged the due
execution of this Agreement on behalf of the corporation. S/He [check one] ☑ is personally known to
me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _January_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Greenbrier Resort and Club Management, Inc.,
a _____ corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _____ )
 ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Greenbrier Resort and Club Management, Inc., a
_____ corporation, personally appeared before me this day and acknowledged the due
execution of this Agreement on behalf of the corporation. She [check one] ☐ is personally known to me
or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

27

Ten Mile Bay, LLC,
a West Virginia limited liability company

By: _____ (SEAL)
Name: _____
Title: _____

State of _____ )
                        ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid,
certify that _____ who is _____ of Ten Mile Bay, LLC, a West
Virginia limited liability company, personally appeared before me this day and acknowledged the due
execution of this Agreement on behalf of the corporation.  S/He [*check one*] ☐ is personally known to
me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
                    Notary Public

My Commission expires: _____
Notary Registration Number: _____

Greenbrier Resort and Club Management, Inc.,
a ___VA___ corporation

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
                        ) ss.
City/County of _Greenbrier_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Greenbrier Resort and Club Management, Inc., a
___VA___ corporation, personally appeared before me this day and acknowledged the due
execution of this Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me
or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15_ day of _January_, 2020.

_Karen Stanley_
                    Notary Public

My Commission expires: _12/30/2022_
Notary Registration Number: _____



OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

27

Greenbrier Golf and Tennis Club, Inc.,
a ___WV___ corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
                          ) ss.
City/County of _Greenbrier_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club, Inc., a ___WV___ corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15_ day of _January_, 2020.

_____
Notary Public

My Commission expires: _12/30/2022_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

Greenbrier IA [Intellectual Assets], Inc.,
a ___DE___ corporation

By: _____ (SEAL)
Name: _Jillean L. Justice_
Title: _President_

State of _West Virginia_ )
                          ) ss.
City/County of _Greenbrier_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that _Jillean Justice_ who is _President_ of Greenbrier IA [Intellectual Assets], Inc., a ___DE___ corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. S/He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15_ day of _January_, 2020.

_____
Notary Public

My Commission expires: _12/30/2022_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

28

Greenbrier IA, Inc.,
a Delaware corporation

By: _____ (SEAL)
Name: Jillean L. Justice
Title: President

State of West Virginia
                        ) ss.
City/County of Greenbrier )

I, Karen Stanley , a Notary Public of the City/County and State aforesaid,
certify that Jillean Justice who is President of Greenbrier IA, Inc., a Delaware
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation. S/He [check one]: ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 15 day of January , 2020.

_____
Notary Public

My Commission expires: 12/30/2022
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

Old White Charities, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of West Virginia
                        ) ss.
City/County of Greenbrier )

I, Karen Stanley , a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Old White Charities, Inc., a West Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation. She [check one] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this 15 day of January , 2020.

_____
Notary Public

My Commission expires: 12/30/2022
Notary Registration Number: 1

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

29

Southern Coal Corporation,
a Delaware corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                         ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Southern Coal Corporation, a Delaware corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this 15th day of January, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

A&G Coal Corporation,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                         ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of A&G Coal Corporation, a Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this 15th day of January, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _756 0729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

30

Bardo Mining, LLC,
a Kentucky limited liability company

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of ___Virginia___ )
                        ) ss.
City/County of ___Roanoke___ )

I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bardo Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of ___January___, 2020.

_____
Notary Public

My Commission expires: 5-31-2031
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2031

31

Liggett Mining, LLC,
a Kentucky limited liability company

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia__ )
                            ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Liggett Mining, LLC, a Kentucky limited liability
company, personally appeared before me this day and acknowledged the due execution of this Agreement
on behalf of the limited liability company.  He [check one] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this __15th__ day of __January__, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

Sequoia Energy, LLC,
a Kentucky limited liability company

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia__ )
                            ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Sequoia Energy, LLC, a Kentucky limited liability
company, personally appeared before me this day and acknowledged the due execution of this Agreement
on behalf of the limited liability company.  He [check one] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this __15th__ day of __January__, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

32

Infinity Energy, LLC,
a Kentucky limited liability company

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Infinity Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _January_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

33

Cane Patch Mining Company, Inc.,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
City/County of Roanoke ) ss.

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Cane Patch Mining Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of January , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Meg-Lynn Land Company, Inc.,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
City/County of Roanoke ) ss.

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Meg-Lynn Land Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification

Witness my hand and official stamp or seal, this 15th day of January , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

34

Premium Coal Company, Incorporated,
a Tennessee corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of ___Virginia___ )
                        } ss.
City/County of ___Roanoke___ )

I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Premium Coal Company, Incorporated, a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification

Witness my hand and official stamp or seal, this 15th day of ___January___, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

35

Baden Reclamation Company,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia__ )
) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Baden Reclamation Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 6th day of __January__, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Nine Mile Mining, Inc.,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia__ )
) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Nine Mile Mining, Inc. a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of __January__, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

36

Justice Coal of Alabama, LLC,
formerly known as Alabama Carbon, LLC,
an Alabama limited liability company

By: _____ (SEAL)
Name:  James C. Justice, II
Title:  Member

By: _____ (SEAL)
Name:  Jillean L. Justice
Title:  Member

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  Member

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] [✓] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _January_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

37

Justice Coal of Alabama, LLC,
formerly known as Alabama Carbon, LLC,
an Alabama limited liability company

By: _____ (SEAL)
Name: James C. Justice, II
Title: Member

By: _____ (SEAL)
Name: Jillean L. Justice
Title: Member

By: _____ (SEAL)
Name: James C. Justice, III
Title: Member

State of West Virginia                   )
                                          ) ss.
City/County of Greenbrier                 )

I, Karen Stanley _____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, II who is/a Member of Justice Coal of Alabama, LLC, an Alabama limited
liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the limited liability company. He [check one] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this 15 day of January, 2020.

_____
Karen Stanley
Notary Public

My Commission expires: 12/30/2022
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

37

State of _West Virginia_ )
                        ) ss.
City/County of _Greenbrier_ )

    I, _Karen Stanley_ , a Notary Public of the City/County and State aforesaid, certify that Jillian L. Justice who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _15_ day of _January_ , 2020.

                                       _Karen Stanley_
                                       Notary Public

My Commission expires: _12/30/2022_
Notary Registration Number: _____

                                    OFFICIAL SEAL
                                    Karen Stanley
                                    Notary Public
                                    State of West Virginia
                                    My Commission Expires
                                    December 30, 202?
                                    HC 66 Box 316
                                    Renick, WV 24966

State of _____ )
                             ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

                               _____
                                   Notary Public

My Commission expires:_____
Notary Registration Number:_____

38

Virginia Fuel Corporation,
a Delaware corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Virginia Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.    He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _January_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

Kentucky Fuel Corporation,
a Delaware corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Kentucky Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.    He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _January_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

39

National Resources Inc.,
a West Virginia corporation

By _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of National Resources Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _January_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

40

## RELEASE AND REAFFIRMATION AGREEMENT

Each of the undersigned persons or entities (individually and collectively, the "Justice Entities") has executed and/or delivered to **CARTER BANK & TRUST**, a Virginia banking corporation (the "Bank") loan agreements, promissory notes, security agreements, pledge agreements, negative pledge agreements, deeds of trust, assignments, guaranties and/or other documents, instruments and/or agreements that evidence, guarantee, secure or otherwise were executed and/or delivered in connection with loans, financial accommodations and/or other extensions of credit by the Bank to one or more of the Justice Entities (collectively, the "Loan Documents").

In consideration of the Bank's agreement to extend one or more additional loans to one or more of the Justice Entities on or after the date hereof (which loans shall be made only in the sole and absolute discretion of the Bank), the adequacy and sufficiency of which consideration is hereby expressly acknowledged by each of the Justice Entities, each of the Justice Entities hereby agrees as follows:

1.      Each of the Justice Entities, on behalf of itself and its respective agents, directors, shareholders, members, managers, attorneys, accountants, consultants, insurers, administrators, successors and/or assigns, hereby releases, acquits and forever discharges the Bank, and all of its affiliates, employees, officers, directors, shareholders, agents, attorneys, accountants, appraisers, consultants, insurers, successors and/or assigns (collectively, the "Bank Parties"), from any and all claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, and all liabilities and responsibilities of every kind or character (all such claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, liabilities and responsibilities shall collectively be referred to as the "Liabilities"), howsoever arising, whether now existing or hereafter arising, including without limitation Liabilities arising out of or in connection with the Loan Documents and/or any and all indebtedness, liabilities and obligations evidenced by, arising from or associated with any of Loan Documents (collectively, the "Obligations"), regardless of whether the Liabilities are known or unknown, now existing or hereafter arising, joint or several, at law or in equity, arising by statute, contract, warranty or tort, and regardless of whether the Liabilities have heretofore been asserted.

2.      Each of the Justice Entities hereby represents, warrants and agrees that it will not commence, join in, prosecute or participate in any suit or other proceeding in a position that is adverse to the Bank in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents. Each of the Justice Entities hereby agrees, jointly and severally, to indemnify and hold the Bank Parties harmless from any and all Liabilities, howsoever arising, out of or in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents, and each hereby agrees to pay all amounts payable under this Section 2 upon demand by the Bank.

3.      None of the Justice Entities has any defenses, affirmative or otherwise, rights of setoff, rights of recoupment, claims, counterclaims, actions or causes of action of any kind or nature whatsoever against any of the Bank Parties, directly or indirectly, arising out of, based upon, or in any manner connected with, any transaction, event, circumstance, action, failure to act, or occurrence of any sort or type, whether known or unknown, which occurred, existed, was taken, permitted, or began prior to or on the date of this Agreement or accrued, existed, was taken, permitted or begun in accordance with, pursuant to, or by virtue of any of the Obligations or any of the Loan Documents, or which directly or indirectly relate to or arise out of or in any manner are connected with any of the Obligations or any of the Loan Documents, including without limitation under or in connection with the Equal Credit Opportunity Act, 15 U.S.C. Sections 1691 et seq., or Regulation B, 12 CFR Part 202; TO THE EXTENT THAT ANY SUCH DEFENSES, AFFIRMATIVE OR OTHERWISE, RIGHTS OF SETOFF, RIGHTS OF RECOUPMENT, CLAIMS, COUNTERCLAIMS,

ACTIONS OR CAUSES OF ACTION EXIST, SUCH DEFENSES, RIGHTS, CLAIMS, COUNTERCLAIMS, ACTIONS AND CAUSES OF ACTION ARE HEREBY FOREVER WAIVED, DISCHARGED AND RELEASED BY EACH OF THE JUSTICE ENTITIES.

4.      Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) each of the Loan Documents constitutes the legal, valid and binding obligation of each of the Justice Entities to the extent each is a party thereto, enforceable against each of the Justice Entities to the extent each is a party thereto in accordance with its respective terms, and (ii) none of the Loan Documents, nor the execution, delivery or performance of this Agreement or any of the Loan Documents by each of the Justice Entities to the extent each is a party thereto (A) violates any law, rule or regulation, or any order of any governmental authority or entity having jurisdiction over any of the Justice Entities or any of their respective properties or assets, (B) conflicts with or results in the termination of, constitutes a default or event of default under, or accelerates any performance required by any indenture, mortgage, deed of trust, lease, agreement or any other instrument to which any of the Justice Entities is a party or by which any of the Justice Entities or any of their respective properties or assets is bound or (C) results in the creation or imposition of any lien, charge or encumbrance upon any of the assets of any of the Justice Entities, except for the liens in favor of the Bank. Furthermore, each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) all information provided by any of the Justice Entities prior to or on the date hereof to the Bank, including, without limitation, all financial statements, was, at the date of delivery, and is as of the date hereof, true, correct and complete in all respects, and (ii) none of such information contains any material misstatement of fact or omits to state any fact necessary to make the statement contained therein not misleading.

5.      Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that CERTAIN OF THE LOAN DOCUMENTS CONTAIN A CONFESSION OF JUDGMENT PROVISION, AND EACH SUCH CONFESSION OF JUDGMENT PROVISION HAS NOT BEEN MODIFIED, ALTERED OR AMENDED IN ANY WAY AND REMAINS IN FULL FORCE AND EFFECT IN ALL RESPECTS. Furthermore, each of the Justice Entities hereby affirms, confirms and reaffirms each of its obligations, covenants and agreements under each of the Loan Documents to which it is a party.

6.      Each of the Justice Entities hereby acknowledges and agrees that any default under this Agreement or any of the Loan Documents shall be an immediate default and event of default under all of the Loan Documents for which there shall be no notice, grace or cure period, and, upon the occurrence of any such default, the Bank shall have the immediate right to exercise one or more of the rights and remedies contained in any of the Loan Documents, at law and/or in equity, all of which rights and remedies are hereby expressly reserved.

7.      Each of the Justice Entities hereby agrees that Bluestone Resources, Inc. is in the process of marketing through Goldman Sachs the sale of certain of its real estate coal assets. In the event of any sale of the Bluestone Resources real estate coal assets, the Bank shall be entitled to 50% of the Net Proceeds (as defined below) above One Hundred and Ninety-Two Million Nine Hundred and Thirty-One Thousand Two Hundred and Fifty Dollars ($192,931,250.00) from such sale. The Justice Entities hereby acknowledge and agree that the Bank shall have the right to apply such proceeds received by the Bank to such of the debts of one or more Justice Entities owed to the Bank and in such order of application as the Bank shall determine, each in the Bank's sole and absolute discretion. Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of the marketing and/or sale of the Bluestone Resources, Inc. real estate coal assets including, but not limited to, all marketing data, all sale-related communications, all offers or counter-offers, all closing documents, all direct or indirect communication with Goldman Sachs marketing representatives and closing attorneys,

2

and all presentations made to bidders or prospective bidders for all or any portion of the Bluestone Resources, Inc. real estate coal assets.

"Net Proceeds" is defined as gross sales proceeds resulting from the sale of the Bluestone Resources, Inc. real estate coal assets presently being marketed by Goldman Sachs minus (a) the amount necessary to pay in full the lien held by Greensill Capital (UK) Limited, as Financial Institution, (b) capital gains taxes associated with the sale of such real estate coal assets not to exceed 27.5% of the gross sales proceeds, (c) obligations, if any, associated with such real estate coal assets owed to Mechel not to exceed 12.5% of the gross sales proceeds, (d) Goldman Sachs' fees not to exceed $6,000,000.00 plus 2% of the gross sales proceeds in excess of $400,000,000.00, (e) Goldman Sachs' expenses not to exceed $50,000.00, (f) employee bonuses not to exceed $2,500,000.00, (g) attorney's fees associated with the sale of such real estate coal assets not to exceed $1,500,000.00 and (h) engineering and accounting fees not to exceed $700,000.00; provided, that, prior to the payment of any such deductions from the gross sales proceeds, the Justice Entities shall provide to the Bank, and the Bank shall have confirmed, proof of the actual amount of and appropriate documentation for each such expense.

8.      Each of the Justice Entities hereby agrees that the Bank shall have right to engage a consultant of its choosing to (1) interview the management of the Justice Entities, (2) review any plan of the Justice Entities, (3) review and monitor past, present and future transactions of the Justice Entities, (4) review and monitor bank account balances at all financial institutions at which any of the Justice Entities maintains accounts, (5) review cash management procedures and controls, (6) prepare reports and (7) perform such other and further services as the Bank shall determine in its sole and absolute opinion are necessary or desirable (collectively, the "Consulting Services"). Each of the Justice Entities shall assist and cooperate fully, and cause all of its officers, members, managers, employees, agents and all other persons under its control, to assist and cooperate fully with such consultant's provision of the Consulting Services; and the Justice Entities, jointly and severally, shall pay to the Bank on demand for all costs, fees and other charges associated with the Consulting Services.

9.      Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of (a) the prosecution of insurance claims relating to the damage to the Greenbrier Hotel and environs caused by or associated with the flood that occurred in 2016, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (b) the defense of the "New London" litigation presently pending in the United States District Court, Eastern District of Kentucky, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (c) the refinancing of any indebtedness owed by Greenbrier Hotel Corporation and/or its affiliates, including but not limited to all communications and correspondence associated with term sheets, loan documents, collateral documents, and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (d) the defense of the law suit styled United States of America v. Southern Coal Corporation et al., Case No. 7:19cv354 filed in the United States District Court for the Western District of Virginia, Roanoke Division, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (e) the prosecution of the law suit styled James C. Justice III et al. v. Office of Surface Mining Reclamation and Enforcement, United States Department of the Interior, Case No. 7:19cv381 filed in the United States District Court for the Western District of Virginia, Roanoke Division, (f) all of the other civil, criminal, administrative, mediation, arbitration or other matters or proceedings to which any of the Justice Entities is a plaintiff, defendant or other party, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities and (g) all of the unsatisfied or unreleased judgments entered against any of the Justice Entities in an amount greater than $50,000, including but not limited to all communications and correspondence and

3

direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities.

10.     This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which constitute one and the same instrument.

11.     This Agreement shall be construed according to the laws of the Commonwealth of Virginia. Each of the Justice Entities hereby irrevocably agrees that any legal action or proceeding arising out of or relating to this Agreement shall be instituted in the Circuit Court of the City of Martinsville, Virginia, or the United States District Court for the Western District of Virginia, or in such other appropriate court and venue as the Bank may choose in its sole discretion. Each of the Justice Entities hereby consents to the jurisdiction of such courts and waives any objection relating to the basis for personal or in rem jurisdiction or to venue which each of the undersigned may now or hereafter have in any such legal action or proceedings.

12.     UNLESS EXPRESSLY PROHIBITED BY APPLICABLE LAW, EACH OF THE JUSTICE ENTITIES HEREBY WAIVES THE RIGHT TO TRIAL BY JURY OF ANY MATTERS OR CLAIMS ARISING OUT OF THIS AGREEMENT OR ANY OF THE LOAN DOCUMENTS OR OUT OF THE CONDUCT OF OR THE RELATIONSHIP BETWEEN EACH OF THE JUSTICE ENTITIES AND THE BANK, IN EACH CASE WHETHER SOUNDING IN CONTRACT OR TORT OR OTHERWISE. EACH OF THE JUSTICE ENTITIES AGREES AND CONSENTS THAT ANY SUCH CLAIM, DEMAND, ACTION OR CAUSE OF ACTION SHALL BE DECIDED BY COURT TRIAL WITHOUT A JURY, AND THAT THE BANK MAY FILE AN ORIGINAL COUNTERPART OR A COPY OF THIS PARAGRAPH WITH ANY COURT AS WRITTEN EVIDENCE OF THE CONSENT OF EACH OF THE JUSTICE ENTITIES TO THE WAIVER OF ITS RIGHT TO TRIAL BY JURY. THIS PROVISION IS A MATERIAL INDUCEMENT FOR THE BANK TO ENTER INTO THIS AGREEMENT. FURTHER, EACH OF THE JUSTICE ENTITIES HEREBY CERTIFIES THAT NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT THE BANK WOULD NOT SEEK TO ENFORCE THIS WAIVER OF RIGHT TO JURY TRIAL PROVISION. NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS THE AUTHORITY TO WAIVE, CONDITION OR MODIFY THIS PROVISION. EACH OF THE JUSTICE ENTITIES ACKNOWLEDGES IT HAS HAD THE OPPORTUNITY TO CONSULT WITH COUNSEL REGARDING THIS PARAGRAPH, THAT IT FULLY UNDERSTANDS ITS TERMS, CONTENT AND EFFECT, AND THAT IT VOLUNTARILY AND KNOWINGLY AGREES TO THE TERMS OF THIS PARAGRAPH.

[Remainder of Page Intentionally Left Blank]

4

IN WITNESS WHEREOF, each of the Justice Entities has executed this Agreement or caused this Agreement to be executed by its duly authorized officer, member or manager under seal as of this 29th day of January, 2020.

Greenbrier Hotel Corporation,
a West Virginia corporation

By: _Jillean L. Justice_ _____ (SEAL)
Jillean L. Justice, President

State of West Virginia )
                       ) ss.
City/County of Greenbrier )

I, Karen Stanley _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Hotel Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☒ is personally known to me or ☐ has produced _____ _____ as identification.

Witness my hand and official stamp or seal, this 30 day of Jan. _____, 2020.

_Karen Stanley_
Notary Public

My Commission expires: 12 - 30 - 22
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

Justice Family Group, LLC,
a Delaware limited liability company

By: _____ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
                        ) ss.
City/County of _Greenbrier_

I, _Karen Stanley_ _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Justice Family Group, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _Jan._ _____, 2020.

_____
Notary Public

My Commission expires: _12-30-22_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

Players Club, LLC,
a Delaware limited liability company

By: _____ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
                        ) ss.
City/County of _Greenbrier_

I, _Karen Stanley_ _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Players Club, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _Jan._ _____, 2020.

_____
Notary Public

My Commission expires: _12-30-22_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

6

Greenbrier Golf and Tennis Club Corporation,
a West Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of West Virginia )
                       ) ss.
City/County of Greenbrier )

I, Karen Stanley, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of Jan , 2020.

_____
Notary Public

My Commission expires: 12-30-22
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

Greenbrier Medical Institute, LLC,
a West Virginia limited liability company

By: _____ (SEAL)
Jillean L. Justice, President

State of West Virginia )
                       ) ss.
City/County of Greenbrier )

I, Karen Stanley, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Medical Institute, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of Jan , 2020.

_____
Notary Public

My Commission expires: 12-30-22
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

7

**Oakhurst Club, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Jillean L. Justice, Member

State of _West Virginia_
                                              ) ss.
City/County of _Gbr_                  )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is a Member of Oakhurst Club, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _Jan_ , 2020

_____
Notary Public

My Commission expires: _12-30-22_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

**The Greenbrier Sporting Club, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Name: Jillean L. Justice
Title: President

State of _West Virginia_
                                              ) ss.
City/County of _Gbr._                )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club, Inc. a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _Jan_ , 2020.

_____
Notary Public

My Commission expires: _12-30-22_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

8

The   Greenbrier   Sporting   Club   Development
Company, Inc., a Delaware corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
                         ) ss.
City/County of _GbR_     )

I, _Karen Stanley_ , a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company,
Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due
execution of this Agreement on behalf of the corporation. She [*check one*] ☒ is personally known to me
or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _Jan.,_ . 2020.

_Karen Stanley_
Notary Public

My Commission expires: _12-30-22_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission expires
December 30, 2022
HC 66 Box 314
Renick, WV 24966

Bellwood Corporation,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _____ )
                          ) ss.
City/County of _____ )

I, _____ , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.    He [*check one*] ☐ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this _____ **day of** _____ . 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

9

The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation

By: _____ (SEAL)
   Jillean L. Justice, President

State of _____ )
                            ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
          Notary Public

My Commission expires: _____
Notary Registration Number: _____

Bellwood Corporation,
a West Virginia corporation

By _____ (SEAL)
   James C. Justice, III, President

State of Virginia )
                  ) ss.
City/County of Roanoke )

I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January, 2020.

_____
          Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

9

Bluestone Energy Sales Corporation,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_____ )
                        ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Energy Sales Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this _30th_ day of _January_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

Justice Low Seam Mining Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_____ )
                        ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Low Seam Mining Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _January_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

10

Bluestone Resources Inc.,
a Delaware corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_        )
                           ) ss.
City/County of _Roanoke_   )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Bluestone Resources Inc., a Delaware corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _January_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Tams Management, Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_        )
                           ) ss.
City/County of _Roanoke_   )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Tams Management, Inc., a West Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _January_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

11

**Justice Farms of North Carolina, LLC,**
**a Virginia limited liability company**

By: _[signature]_                                    (SEAL)

James C. Justice, III, President

State of Virginia                )
                                  ) ss.
City/County of Roanoke           )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Farms of North Carolina, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January _____, 2020.

_[signature]_ Leslie Ann Wells

Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

```
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021
```

**James C. Justice Companies, Inc.,**
**a Delaware corporation**

By: _[signature]_                                    (SEAL)

James C. Justice, III, President

State of Virginia                )
                                  ) ss.
City/County of Roanoke           )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of James C. Justice Companies, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January _____, 2020.

_[signature]_ Leslie Ann Wells

Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

```
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021
```

12

Twin Fir Estates, LLC,
a Virginia limited liability company

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia          )
                           ) ss.
City/County of Roancke     )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Twin Fir Estates, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January, 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

Wilcox Industries, Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia          )
                           ) ss.
City/County of Roanoke     )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wilcox Industries, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January, 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

13

Triple J, LLC,
a Virginia limited liability company

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                         ) ss.
City/County of Roanoke )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Triple J, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January , 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

_____ (SEAL)
James C. Justice, III

State of Virginia )
                         ) ss.
City/County of Roanoke )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III personally appeared before me this day and acknowledged the due execution of this Agreement. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January , 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

14

_____ (SEAL)

James C. Justice, II

State of _West Virginia_
                                    ) ss.
City/County of _Gbr._    )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II personally appeared before me this day and acknowledged the due execution of this Agreement.  He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _Jan._____ . 2020.

_____
                                    Notary Public

My Commission expires: _12-30-22_

Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

_____ (SEAL)

Cathy L. Justice

State of _West Virginia_
                                    ) ss.
City/County of _Gbr._    )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Cathy L. Justice personally appeared before me this day and acknowledged the due execution of this Agreement.  She [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _Jan._____ , 2020.

_____
                                    Notary Public

My Commission expires: _12-30-22_

Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

15

The Chesapeake and Ohio Traveler, Inc.,
a Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
City/County of Roanoke ) ss.

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January, 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires 2021

The Greenbrier Resort and Club Management Company, a Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of Virginia )
City/County of Roanoke ) ss.

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

16

The Chesapeake and Ohio Traveler, Inc.,
a Virginia corporation

By: _____ (SEAL)
          James C. Justice, III, President

State of _____ )
                                        ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation. He [check one] ☐ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
                    Notary Public

My Commission expires: _____
Notary Registration Number: _____

The Greenbrier Resort and Club Management
Company, a Virginia corporation

By: _____ (SEAL)
          Jillean L. Justice, President

State of West Virginia )
                                    ) ss.
City/County of Gbr )

I, Karen Stanley, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company,
a Virginia corporation, personally appeared before me this day and acknowledged the due execution of
this Agreement on behalf of the corporation. She [check one] ☒ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of Jan, 2020.

_____
Karen Stanley
                    Notary Public

My Commission expires: 12-30-22
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

16

Greenbrier IA, Inc.,
a Delaware corporation

By: _____ (SEAL)
Jillean L. Justice / President

State of West Virginia )
                        ) ss.
City/County of Mbe      )

I, Karen Stanley _____, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally
appeared before me this day and acknowledged the due execution of this Agreement on behalf of the
corporation.   She [*check one*] ☒ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this 30 day of Jan. _____, 2020.

_____
Notary Public

My Commission expires: 12-30-22
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

Old White Club Corporation,
a West Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of West Virginia )
                        ) ss.
City/County of Mbe      )

I, Karen Stanley _____, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Old White Club Corporation, a West Virginia
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation.   She [*check one*] ☒ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of Jan. _____, 2020.

_____
Notary Public

My Commission expires: 12-30-22
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

17

**The Old White Development Company,**
**a West Virginia corporation**

By _Jillean L. Justice_ (SEAL)
Jillean L. Justice, President

State of West Virginia )
                       ) ss.
City/County of Fdn )

I, Karen Stanley, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 3rd day of Jan., 2020.

_Karen Stanley_
Notary Public

My Commission expires: 12-30-27
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2027
HC 66 Box 316
Renick, WV 24966

**Southeast Cotton, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _____ )
                            ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____. 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

18

**The Old White Development Company,**
**a West Virginia corporation**

By: _____ (SEAL)
            Jillean L. Justice, President

State of _____ )
                     ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
               Notary Public

My Commission expires: _____
Notary Registration Number: _____

**Southeast Cotton, Inc.,**
**a West Virginia corporation**

By _____ (SEAL)
       James C. Justice, III, President

State of Virginia )
                  ) ss.
City/County of Roanoke )

I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January, 2020.

_____
               Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

18

**American Turf Grass Corporation,**
**a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
) ss.
City/County of Roanoke )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of American Turf Grass Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January, 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Rapidan, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
) ss.
City/County of Roanoke )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Rapidan, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January, 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

19

Blue Ridge Farm Center, Inc.,
a Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                              ) ss.
City/County of Roanoke )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Blue Ridge Farm Center, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January , 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Justice Family Farms, LLC,
a West Virginia limited liability company

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                              ) ss.
City/County of Roanoke )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III, who is President of Justice Family Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January , 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

20

**Greenthorn LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Greenthorn LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _January_____, 2020.

_____
Notary Public

My Commission expires: _5/31/2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 202?

**Black River Coal, LLC,**
**a Delaware limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Coal, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _January_____, 2020.

_____
Notary Public

My Commission expires: _5/31/2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 202?

21

Kirby Land Company, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III, President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Kirby Land Company, a West Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this 30th day of January , 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20__

S and H Mining, Inc.,
a Tennessee corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of S and H Mining, Inc., a Tennessee corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this 30th day of January , 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

Wintergreen Partners, Inc.,

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

22

a Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wintergreen Partners, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _January_ , 2020.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5/31/2021_
Notary Registration Number: _7560729_

| LESLIE ANN WELLS |
| NOTARY PUBLIC |
| Commonwealth of Virginia |
| Registration No. 7560729 |
| My Commission Expires May 31, 2021 |

Grain Development, Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Grain Development, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _January_ , 2020.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5/31/2021_
Notary Registration Number: _7560729_

| LESLIE ANN WELLS |
| NOTARY PUBLIC |
| Commonwealth of Virginia |
| Registration No. 7560729 |
| My Commission Expires May 31, 2021 |

Environmental Fund, LLC,

23

a Virginia limited liability company

By:    Wintergreen Hospitality Partners, LLC, Sole
Member

        By:    Wintergreen Partners, Inc., Sole
           Member

           By: _____ (SEAL)
               James C. Justice, III, President

State of _Virginia_____ )
                  ) ss.
City/County of _Roanoke_ )

    I, _Leslie  A. Wells_____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Wintergreen Partners, Inc., Sole Member of
Wintergreen Hospitality Partners, LLC, Sole Member of Environmental Fund, LLC, a Virginia limited
liability company, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or
☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _31st_ day of _January___, 2020.

                                     Notary Public

My Commission expires: _5/31/2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

24

**Black River Farms, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
                             ) ss.
City/County of Roanoke )

I, Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January, 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Evergreen Turf Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
                             ) ss.
City/County of Roanoke )

I, Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Evergreen Turf Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January, 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

25

Justice Farm Supply, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
 ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Justice Farm Supply, Inc., a West Virginia
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January , 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Stoney Brook Plantation, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
 ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Stoney Brook Plantation, Inc., a West Virginia
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January , 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

26

**Ten Mile Bay, LLC,**
**a West Virginia limited liability company**

By _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia__ )
                                              ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Ten Mile Bay, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of __January__ , 2020.

_____
Notary Public

My Commission expires: __5/31/2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Greenbrier Resort and Club Management, Inc.,**
**a _____ corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of _____ )
                                              ) ss.
City/County of _____ )

I, _____ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Resort and Club Management, Inc., a _____ corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

27

Ten Mile Bay, LLC,
a West Virginia limited liability company

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____ )
                          ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Ten Mile Bay, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____. 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

Greenbrier Resort and Club Management, Inc.,
a ___WV___ corporation

By: _____ (SEAL)
Jillean L. Justice President

State of _West Virginia_ )
                          ) ss.
City/County of _Gbe._ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Resort and Club Management, Inc., a ___WV___ corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _Jan._. 2020.

_____
Notary Public

My Commission expires: _12-30-22_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

27

Greenbrier Golf and Tennis Club, Inc.,
a _____ W/V _____ corporation

By: _____ (SEAL)
        Jillean L. Justice, President

State of _West Virginia_ )
City/County of _Gbr_ ) ss.
                              )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club, Inc., a _____ W/V _____ corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _Jan_ , 2020.

_____
                          Notary Public

My Commission expires: _12-30 22_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

Greenbrier IA [Intellectual Assets], Inc.,
a Delaware corporation

By: _____ (SEAL)
Name: Jillean L. Justice
Title: President

State of _West Virginia_ )
City/County of _Gbr_ ) ss.
                              )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA [Intellectual Assets], Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _Jan_ , 2020.

_____
                          Notary Public

My Commission expires: _12-30-22_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

28

Greenbrier IA, Inc.,
a Delaware corporation

By: _____ (SEAL)
Name: Jillean L. Justice
Title: President

State of _West Virginia_
                              ) ss.
City/County of _Alba_   )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   She  [*check one*]   ☒  is  personally  known  to  me  or  ☐  has  produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _June_, 2020.

_____
Notary Public

My Commission expires: _12-30-22_
Notary Registration Number:

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

Old White Charities, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _West Virginia_
                              ) ss.
City/County of _Alba_   )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Old White Charities, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   She  [*check one*]   ☒  is  personally  known  to  me  or  ☐  has  produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _June_, 2020.

_____
Notary Public

My Commission expires: _12-30-22_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

29

**Southern Coal Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of __Virginia__ )
                                    ) ss.
City/County of __Roanoke__ )

    I, __Leslie A. Wells__, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southern Coal Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 30th day of __January__, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**A&G Coal Corporation,**
**a Virginia corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of __Virginia__ )
                                    ) ss.
City/County of __Roanoke__ )

    I, __Leslie A. Wells__, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of A&G Coal Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 30th day of __January__, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

30

Bardo Mining, LLC,
a Kentucky limited liability company

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                                )  ss.
City/County of _Roancke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bardo Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _January_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

31

Liggett Mining, LLC,
a Kentucky limited liability company

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
                   ) ss.
City/County of Roancke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Liggett Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Sequoia Energy, LLC,
a Kentucky limited liability company

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
                   ) ss.
City/County of Roancke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Sequoia Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

32

Infinity Energy, LLC,
a Kentucky limited liability company

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                              ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Infinity Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of _January_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

33

Cane Patch Mining Company, Inc.,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
                  ) ss.
City/County of Roanoke )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Cane Patch Mining Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January, 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Meg-Lynn Land Company, Inc.,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
                  ) ss.
City/County of Roanoke )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Meg-Lynn Land Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification

Witness my hand and official stamp or seal, this 30th day of January, 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

34

**Premium Coal Company, Incorporated,**
**a Tennessee corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia          )
                           ) ss.
City/County of Roanoke     )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Premium Coal Company, Incorporated, a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification

Witness my hand and official stamp or seal, this 30th day of January _____, 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

35

**Baden Reclamation Company,
a Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
                          ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Baden Reclamation Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Nine Mile Mining, Inc.,
a Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
                          ) ss.
City/County of 5-31-2021 )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Nine Mile Mining, Inc. a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January , 2020.

_____
Notary Public

My Commission expires: 7560729 5-31-21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

36

Justice Coal of Alabama, LLC,
formerly known as Alabama Carbon, LLC,
an Alabama limited liability company

By: _James C. Justice, II_ (SEAL)
Name: James C. Justice, II
Title: Member

By: _Jillean L. Justice_ (SEAL)
Name: Jillean L. Justice
Title: Member

By: _____ (SEAL)
Name: James C. Justice, III
Title: Member

State of _West Virginia_
                              ) ss.
City/County of _Elbe_      )

I, _Karen Stanley_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _3 0_ day of _Jan._ _____ 2020.

_Karen Stanley_
Notary Public

My Commission expires: _12-30-22_
Notary Registration Number: _____

OFFICIAL SEAL
Karen Stanley
Notary Public
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

37

**Justice Coal of Alabama, LLC,**
**formerly known as Alabama Carbon, LLC,**
an Alabama limited liability company

By: _____ (SEAL)
Name:  James C. Justice, II
Title:  Member


By: _____ (SEAL)
Name:  Jillean L. Justice
Title:  Member

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  Member

State of _____ )
                                ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.


_____
Notary Public

My Commission expires:_____
Notary Registration Number:_____

37

State of _West Virginia_

City/County of _Alba_ ) ss.

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillian L. Justice who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 3rd day of _Jan_, 2020.

OFFICIAL SEAL
State of West Virginia
My Commission Expires
December 30, 2022
HC 66 Box 316
Renick, WV 24966

_Karen Stanley_
Notary Public

My Commission expires: _12-30-22_

Notary Registration Number: _____

State of _____ )

City/County of _____ ) ss.

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____

Notary Registration Number: _____

38

State of _____ )
                              ) ss.
City/County of _____ )

      I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillian L. Justice who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  She [check one] ☐ is personally known to me or ☐ has produced _____ as identification.

      Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

State of Virginia )
                    ) ss.
City/County of Roanoke )

      I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

      Witness my hand and official stamp or seal, this 30th day of January, 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

38

Virginia Fuel Corporation,
a Delaware corporation

By _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of Virginia )
                 ) ss.
City/County of Roanoke )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Virginia Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Kentucky Fuel Corporation,
a Delaware corporation

By _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of Virginia )
                 ) ss.
City/County of Roanoke )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Kentucky Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of January , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

39

National Resources Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

   I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of National Resources Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

   Witness my hand and official stamp or seal, this _30th_ day of _January_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

40