# EXHIBIT 1.N

## RELEASE AND REAFFIRMATION AGREEMENT

Each of the undersigned persons or entities (individually and collectively, the "Justice Entities") has executed and/or delivered to **CARTER BANK & TRUST**, a Virginia banking corporation (the "Bank") loan agreements, promissory notes, security agreements, pledge agreements, negative pledge agreements, deeds of trust, assignments, guaranties and/or other documents, instruments and/or agreements that evidence, guarantee, secure or otherwise were executed and/or delivered in connection with loans, financial accommodations and/or other extensions of credit by the Bank to one or more of the Justice Entities (collectively, the "Loan Documents").

In consideration of the Bank's agreement to extend one or more additional loans to one or more of the Justice Entities on or after the date hereof (which loans shall be made only in the sole and absolute discretion of the Bank), the adequacy and sufficiency of which consideration is hereby expressly acknowledged by each of the Justice Entities, each of the Justice Entities hereby agrees as follows:

1.       Each of the Justice Entities, on behalf of itself and its respective agents, directors, shareholders, members, managers, attorneys, accountants, consultants, insurers, administrators, successors and/or assigns, hereby releases, acquits and forever discharges the Bank, and all of its affiliates, employees, officers, directors, shareholders, agents, attorneys, accountants, appraisers, consultants, insurers, successors and/or assigns (collectively, the "Bank Parties"), from any and all claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, and all liabilities and responsibilities of every kind or character (all such claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, liabilities and responsibilities shall collectively be referred to as the "Liabilities"), howsoever arising, whether now existing or hereafter arising, including without limitation Liabilities arising out of or in connection with the Loan Documents and/or any and all indebtedness, liabilities and obligations evidenced by, arising from or associated with any of Loan Documents (collectively, the "Obligations"), regardless of whether the Liabilities are known or unknown, now existing or hereafter arising, joint or several, at law or in equity, arising by statute, contract, warranty or tort, and regardless of whether the Liabilities have heretofore been asserted.

2.       Each of the Justice Entities hereby represents, warrants and agrees that it will not commence, join in, prosecute or participate in any suit or other proceeding in a position that is adverse to the Bank in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents.  Each of the Justice Entities hereby agrees, jointly and severally, to indemnify and hold the Bank Parties harmless from any and all Liabilities, howsoever arising, out of or in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents, and each hereby agrees to pay all amounts payable under this Section 2 upon demand by the Bank.

3.       None of the Justice Entities has any defenses, affirmative or otherwise, rights of setoff, rights of recoupment, claims, counterclaims, actions or causes of action of any kind or nature whatsoever against any of the Bank Parties, directly or indirectly, arising out of, based upon, or in any manner connected with, any transaction, event, circumstance, action, failure to act, or occurrence of any sort or type, whether known or unknown, which occurred, existed, was taken, permitted, or began prior to or on the date of this Agreement or accrued, existed, was taken, permitted or begun in accordance with, pursuant to, or by virtue of any of the Obligations or any of the Loan Documents, or which directly or indirectly relate to or arise out of or in any manner are connected with any of the Obligations or any of the Loan Documents, including without limitation under or in connection with the Equal Credit Opportunity Act, 15 U.S.C. Sections 1691 et seq., or Regulation B, 12 CFR Part 202; TO THE EXTENT THAT ANY SUCH DEFENSES, AFFIRMATIVE OR OTHERWISE, RIGHTS OF SETOFF, RIGHTS OF RECOUPMENT, CLAIMS, COUNTERCLAIMS,

ACTIONS OR CAUSES OF ACTION EXIST, SUCH DEFENSES, RIGHTS, CLAIMS, COUNTERCLAIMS, ACTIONS AND CAUSES OF ACTION ARE HEREBY FOREVER WAIVED, DISCHARGED AND RELEASED BY EACH OF THE JUSTICE ENTITIES.

4.      Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) each of the Loan Documents constitutes the legal, valid and binding obligation of each of the Justice Entities to the extent each is a party thereto, enforceable against each of the Justice Entities to the extent each is a party thereto in accordance with its respective terms, and (ii) none of the Loan Documents, nor the execution, delivery or performance of this Agreement or any of the Loan Documents by each of the Justice Entities to the extent each is a party thereto (A) violates any law, rule or regulation, or any order of any governmental authority or entity having jurisdiction over any of the Justice Entities or any of their respective properties or assets, (B) conflicts with or results in the termination of, constitutes a default or event of default under, or accelerates any performance required by any indenture, mortgage, deed of trust, lease, agreement or any other instrument to which any of the Justice Entities is a party or by which any of the Justice Entities or any of their respective properties or assets is bound or (C) results in the creation or imposition of any lien, charge or encumbrance upon any of the assets of any of the Justice Entities, except for the liens in favor of the Bank. Furthermore, each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) all information provided by any of the Justice Entities prior to or on the date hereof to the Bank, including, without limitation, all financial statements, was, at the date of delivery, and is as of the date hereof, true, correct and complete in all respects, and (ii) none of such information contains any material misstatement of fact or omits to state any fact necessary to make the statement contained therein not misleading.

5.      Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that CERTAIN OF THE LOAN DOCUMENTS CONTAIN A CONFESSION OF JUDGMENT PROVISION, AND EACH SUCH CONFESSION OF JUDGMENT PROVISION HAS NOT BEEN MODIFIED, ALTERED OR AMENDED IN ANY WAY AND REMAINS IN FULL FORCE AND EFFECT IN ALL RESPECTS. Furthermore, each of the Justice Entities hereby affirms, confirms and reaffirms each of its obligations, covenants and agreements under each of the Loan Documents to which it is a party.

6.      Each of the Justice Entities hereby acknowledges and agrees that any default under this Agreement or any of the Loan Documents shall be an immediate default and event of default under all of the Loan Documents for which there shall be no notice, grace or cure period, and, upon the occurrence of any such default, the Bank shall have the immediate right to exercise one or more of the rights and remedies contained in any of the Loan Documents, at law and/or in equity, all of which rights and remedies are hereby expressly reserved.

7.      Each of the Justice Entities hereby agrees that Bluestone Resources, Inc. is in the process of marketing through Goldman Sachs the sale of certain of its real estate coal assets. In the event of any sale of the Bluestone Resources real estate coal assets, the Bank shall be entitled to 50% of the Net Proceeds (as defined below) above One Hundred and Ninety-Two Million Nine Hundred and Thirty-One Thousand Two Hundred and Fifty Dollars ($192,931,250.00) from such sale. The Justice Entities hereby acknowledge and agree that the Bank shall have the right to apply such proceeds received by the Bank to such of the debts of one or more Justice Entities owed to the Bank and in such order of application as the Bank shall determine, each in the Bank's sole and absolute discretion. Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of the marketing and/or sale of the Bluestone Resources, Inc. real estate coal assets including, but not limited to, all marketing data, all sale-related communications, all offers or counter-offers, all closing documents, all direct or indirect communication with Goldman Sachs marketing representatives and closing attorneys,

and all presentations made to bidders or prospective bidders for all or any portion of the Bluestone Resources, Inc. real estate coal assets.

"Net Proceeds" is defined as gross sales proceeds resulting from the sale of the Bluestone Resources, Inc. real estate coal assets presently being marketed by Goldman Sachs minus (a) the amount necessary to pay in full the lien held by Greensill Capital (UK) Limited, as Financial Institution, (b) capital gains taxes associated with the sale of such real estate coal assets not to exceed 27.5% of the gross sales proceeds, (c) obligations, if any, associated with such real estate coal assets owed to Mechel not to exceed 12.5% of the gross sales proceeds, (d) Goldman Sachs' fees not to exceed $6,000,000.00 plus 2% of the gross sales proceeds in excess of $400,000,000.00, (e) Goldman Sachs' expenses not to exceed $50,000.00, (f) employee bonuses not to exceed $2,500,000.00, (g) attorney's fees associated with the sale of such real estate coal assets not to exceed $1,500,000.00 and (h) engineering and accounting fees not to exceed $700,000.00; provided, that, prior to the payment of any such deductions from the gross sales proceeds, the Justice Entities shall provide to the Bank, and the Bank shall have confirmed, proof of the actual amount of and appropriate documentation for each such expense.

8.      Each of the Justice Entities hereby agrees that the Bank shall have right to engage a consultant of its choosing to (1) interview the management of the Justice Entities, (2) review any plan of the Justice Entities, (3) review and monitor past, present and future transactions of the Justice Entities, (4) review and monitor bank account balances at all financial institutions at which any of the Justice Entities maintains accounts, (5) review cash management procedures and controls, (6) prepare reports and (7) perform such other and further services as the Bank shall determine in its sole and absolute opinion are necessary or desirable (collectively, the "Consulting Services"). Each of the Justice Entities shall assist and cooperate fully, and cause all of its officers, members, managers, employees, agents and all other persons under its control, to assist and cooperate fully with such consultant's provision of the Consulting Services; and the Justice Entities, jointly and severally, shall pay to the Bank on demand for all costs, fees and other charges associated with the Consulting Services.

9.      Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of (a) the prosecution of insurance claims relating to the damage to the Greenbrier Hotel and environs caused by or associated with the flood that occurred in 2016, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (b) the defense of the "New London" litigation presently pending in the United States District Court, Eastern District of Kentucky, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (c) the refinancing of any indebtedness owed by Greenbrier Hotel Corporation and/or its affiliates, including but not limited to all communications and correspondence associated with term sheets, loan documents, collateral documents, and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (d) the defense of the law suit styled United States of America v. Southern Coal Corporation et al., Case No. 7:19cv354 filed in the United States District Court for the Western District of Virginia, Roanoke Division, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (e) the prosecution of the law suit styled James C. Justice III et al. v. Office of Surface Mining Reclamation and Enforcement, United States Department of the Interior, Case No. 7:19cv381 filed in the United States District Court for the Western District of Virginia, Roanoke Division, (f) all of the other civil, criminal, administrative, mediation, arbitration or other matters or proceedings to which any of the Justice Entities is a plaintiff, defendant or other party, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities and (g) all of the unsatisfied or unreleased judgments entered against any of the Justice Entities in an amount greater than $50,000, including but not limited to all communications and correspondence and

direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities.

10.      This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which constitute one and the same instrument.

11.      This Agreement shall be construed according to the laws of the Commonwealth of Virginia. Each of the Justice Entities hereby irrevocably agrees that any legal action or proceeding arising out of or relating to this Agreement shall be instituted in the Circuit Court of the City of Martinsville, Virginia, or the United States District Court for the Western District of Virginia, or in such other appropriate court and venue as the Bank may choose in its sole discretion. Each of the Justice Entities hereby consents to the jurisdiction of such courts and waives any objection relating to the basis for personal or in rem jurisdiction or to venue which each of the undersigned may now or hereafter have in any such legal action or proceedings.

14.      UNLESS EXPRESSLY PROHIBITED BY APPLICABLE LAW, EACH OF THE JUSTICE ENTITIES HEREBY WAIVES THE RIGHT TO TRIAL BY JURY OF ANY MATTERS OR CLAIMS ARISING OUT OF THIS AGREEMENT OR ANY OF THE LOAN DOCUMENTS OR OUT OF THE CONDUCT OF OR THE RELATIONSHIP BETWEEN EACH OF THE JUSTICE ENTITIES AND THE BANK, IN EACH CASE WHETHER SOUNDING IN CONTRACT OR TORT OR OTHERWISE. EACH OF THE JUSTICE ENTITIES AGREES AND CONSENTS THAT ANY SUCH CLAIM, DEMAND, ACTION OR CAUSE OF ACTION SHALL BE DECIDED BY COURT TRIAL WITHOUT A JURY, AND THAT THE BANK MAY FILE AN ORIGINAL COUNTERPART OR A COPY OF THIS PARAGRAPH WITH ANY COURT AS WRITTEN EVIDENCE OF THE CONSENT OF EACH OF THE JUSTICE ENTITIES TO THE WAIVER OF ITS RIGHT TO TRIAL BY JURY. THIS PROVISION IS A MATERIAL INDUCEMENT FOR THE BANK TO ENTER INTO THIS AGREEMENT. FURTHER, EACH OF THE JUSTICE ENTITIES HEREBY CERTIFIES THAT NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT THE BANK WOULD NOT SEEK TO ENFORCE THIS WAIVER OF RIGHT TO JURY TRIAL PROVISION. NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS THE AUTHORITY TO WAIVE, CONDITION OR MODIFY THIS PROVISION. EACH OF THE JUSTICE ENTITIES ACKNOWLEDGES IT HAS HAD THE OPPORTUNITY TO CONSULT WITH COUNSEL REGARDING THIS PARAGRAPH, THAT IT FULLY UNDERSTANDS ITS TERMS, CONTENT AND EFFECT, AND THAT IT VOLUNTARILY AND KNOWINGLY AGREES TO THE TERMS OF THIS PARAGRAPH.

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, each of the Justice Entities has executed this Agreement or caused this Agreement to be executed by its duly authorized officer, member or manager under seal as of this 19th day of March, 2020.

**Greenbrier Hotel Corporation,
a West Virginia corporation**

By: _Jillean Justice_ (SEAL)

Jillean L. **Justice, President**

State of _W V_ )
)  .ss.
City/County of _Greenbrier_ )

I, _Karen Stanley_ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Hotel Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She *[check one]* ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19_ day of _March_____, 2020.

_Karen Stanley_

**Notary Public**

My Commission expires: _12/30/2022_
Notary Registration Number: _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

5

Justice Family Group, LLC,
a Delaware limited liability company

By: _____ (SEAL)
Jillean L. Justice, President

State of __W V__ )
) ss.
City/County of __Greenbrier__ )

I, __Karen Stanley__, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Justice Family Group, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __19__ day of __March__, 2020.

_____

My Commission expires: __12 | 30 | 2022__
Notary Registration Number: _____

> OFFICIAL SEAL
> NOTARY PUBLIC
> STATE OF WEST VIRGINIA
> KAREN STANLEY
> 3117 Spring Creek Station Road
> Renick, WV 24966
> My Comm. Expires Dec. 30, 2022

Players Club, LLC,
a Delaware limited liability company

By: _____ (SEAL)
Jillean L. Justice, President

State of __W V__ )
) ss.
City/County of __Greenbrier__ )

I, __Karen Stanley__, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Players Club, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __19__ day of __March__, 2020.

_____
Notary Public

My Commission expires: __12 | 30 | 2022__
Notary Registration Number: _____

> OFFICIAL SEAL
> NOTARY PUBLIC
> STATE OF WEST VIRGINIA
> KAREN STANLEY
> 3117 Spring Creek Station Road
> Renick, WV 24966
> My Comm. Expires Dec. 30, 2022

6

**Greenbrier Golf and Tennis Club Corporation,**
**a West Virginia corporation**

By: _Jillean Justice_ (SEAL)
     Jillean L. Justice, President

State of _WV_ )
                                    ) ss.
City/County of _Greenbrier_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19_ day of _March_, 2020.

_Karen Stanley_

My Commission expires: _12/30/2022_
Notary Registration **Number:** _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

**Greenbrier Medical Institute, LLC,**
**a West Virginia limited liability company**

By: _Jillean Justice_ (SEAL)
     Jillean L. Justice, President

State of _WV_ )
                                    ) ss.
City/County of _Glbe_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Medical Institute, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19_ day of _March_, 2020.

_Karen Stanley_
Notary Public

My Commission expires: _12/30/2022_
Notary Registration **Number:** _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

7

Oakhurst Club, LLC,
a West Virginia limited liability company

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, Member

State of _WV_ )
) ss.
City/County of _Gbe_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is a Member of Oakhurst Club, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19_ day of _March_, 2020

_Karen Stanley_
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

My Commission expires: _12/30/2022_
Notary Registration Number: _____

The Greenbrier Sporting Club, Inc.,
a West Virginia corporation

By: _Jillean Justice_ (SEAL)
Name: Jillean L. Justice
Title: President

State of _WV_ )
) ss.
City/County of _Gbe_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club, Inc. a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19_ day of _March_, 2020.

_Karen Stanley_
Notary Public

My Commission expires: _12/30/2022_
Notary Registration Number: _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

8

The Greenbrier Sporting Club Development
Company, Inc., a Delaware corporation

By: _____ (SEAL)
    Jillean L. Justice, President

State of ___W V___ )
                   ) ss.
City/County of __Gbr__ )

I, __Karen Stanley__, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company,
Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due
execution of this Agreement on behalf of the corporation. She [check one] ☒ is personally known to me
or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __19__ day of __March__, 2020.

_____

My Commission expires: _12_/_30_/_2022_
Notary Registration Number: _____

Bellwood Corporation,
a West Virginia corporation

By: _____ (SEAL)
    James C. Justice, III, President

State of _____ )
                           ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation. He [check one] ☐ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

9

The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation

By: _____ (SEAL)
     Jillean L. Justice, President

State of _____ )
                           ) ss.
City/County of _____ )

     I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

     Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

Bellwood Corporation,
a West Virginia corporation

By: _____ (SEAL)
     James C. Justice, III, President

State of Virginia )
                  ) ss.
City/County of Roanoke )

     I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

     Witness my hand and official stamp or seal, this 19th day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 756 0729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

9

**Bluestone Energy Sales Corporation,**
**a Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Energy Sales Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this 19th day of March _____, 2020.

_____
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

**Justice Low Seam Mining Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Low Seam Mining Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March _____, 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

10

Bluestone Resources Inc.,
a Delaware corporation

By _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Bluestone Resources Inc., a Delaware corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this _19th_ day of _March_, 2020.

_____
Notary Public

My Commission expires: _5/31/2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

Tams Management, Inc.,
a West Virginia corporation

By _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Tams Management, Inc., a West Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this _19th_ day of _March_, 2020.

_____
Notary Public

My Commission expires: _5/31/2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

11

Justice Farms of North Carolina, LLC,
a Virginia limited liability company

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia                )
                                 ) ss.
City/County of Roanoke           )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Farms of North Carolina, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

James C. Justice Companies, Inc.,
a Delaware corporation

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia                )
                                 ) ss.
City/County of Roanoke           )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of James C. Justice Companies, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

12

**Twin Fir Estates, LLC,**
**a Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                  ) ss.
City/County of Roanoke )

I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Twin Fir Estates, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March, 2020.

_____
Notary Public

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

**Wilcox Industries, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                  ) ss.
City/County of Roanoke )

I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wilcox Industries, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March, 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

13

Triple J, LLC,
a Virginia limited liability company

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Triple J, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March , 2020.

_____
Notary Public

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

_____ (SEAL)
James C. Justice, III

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III personally appeared before me this day and acknowledged the due execution of this Agreement. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

14

_____ (SEAL)
James C. Justice, II

State of _West Virginia_ )
                          ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, II personally appeared before me this day and acknowledged the due
execution of this Agreement.  He [*check one*] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this _19_ day of _March_ ___, 2020.

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

_____
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

_____ (SEAL)
Cathy L. Justice

State of _West Virginia_ )
                          ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid,
certify that Cathy L. Justice personally appeared before me this day and acknowledged the due execution
of this Agreement.  She [*check one*] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this _19_ day of _March_ ___, 2020.

_____
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

15

—

The Chesapeake and Ohio Traveler, Inc.,
a Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                  ) ss.
City/County of Roanoke )

I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March, 2020.

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

The Greenbrier Resort and Club Management Company, a Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _____ )
                           ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

The Chesapeake and Ohio Traveler, Inc.,
a Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _____ )
                            ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation.  He [*check one*] ☐ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

The Greenbrier Resort and Club Management
Company, a Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of ___WV_____ )
                              ) ss.
City/County of __Hbr_____ )

I, __Karen Stanley__, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company,
a Virginia corporation, personally appeared before me this day and acknowledged the due execution of
this Agreement on behalf of the corporation. She [*check one*] ☒ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this _19_ day of _March_, 2020.

_____
Notary Public

My Commission expires: 12/30/2022
Notary Registration Number: _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

16

Greenbrier IA, Inc.,
a Delaware corporation

By: _____ (SEAL)
    Jillean L. Justice , President

State of _W V_____ )
                        ) ss.
City/County of _Gbr___ )

I, _Karen Stanley____, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally
appeared before me this day and acknowledged the due execution of this Agreement on behalf of the
corporation.    She [*check one*] ☒ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this _19_ day of _March_____, 2020.

_____
                    Notary Public

My Commission expires: _12/30/2022_
Notary Registration Number: _____

Old White Club Corporation,
a West Virginia corporation

By: _____ (SEAL)
    Jillean L. Justice, President

State of _W V_____ )
                        ) ss.
City/County of _Gbr___ )

I, _Karen Stanley____, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Old White Club Corporation, a West Virginia
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation.  She [*check one*] ☒ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this _19_ day of _March_____, 2020.

_____
                    Notary Public

My Commission expires: _12/30/2022_
Notary Registration Number: _____

17

**The Old White Development Company,**
**a West Virginia corporation**

By: _____ (SEAL)
       Jillean L. Justice, President

State of __WV_____ )
                                        ) ss.
City/County of __Hba_____ )

I, __Karen Stanley_____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __19__ day of __March_____, 2020.

My Commission expires: __12 / 30 / 2022__
Notary Registration Number: _____

**Southeast Cotton, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
       James C. Justice, III, President

State of _____ )
                                    ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

18

**The Old White Development Company,
a West Virginia corporation**

By: _____ (SEAL)
          Jillean L. Justice, President

State of _____ )
                       ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
                             Notary Public

My Commission expires: _____
Notary Registration Number: _____

**Southeast Cotton, Inc.,
a West Virginia corporation**

By _____ (SEAL)
          James C. Justice, III, President

State of Virginia )
                   ) ss.
City/County of Roanoke )

    I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 19th day of March, 2020.

_____
                             Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

American Turf Grass Corporation,
a Virginia corporation

By _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                  ) ss.
City/County of Roanoke )

I, Leslie A Wells , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of American Turf Grass Corporation, a Virginia
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation. He [check one] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Rapidan, LLC,
a West Virginia limited liability company

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                  ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Rapidan, LLC, a West Virginia limited liability
company, personally appeared before me this day and acknowledged the due execution of this Agreement
on behalf of the limited liability company. He [check one] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

19

**Blue Ridge Farm Center, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Blue Ridge Farm Center, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March, 2020.

_____
Notary Public

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

**Justice Family Farms, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III, who is President of Justice Family Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March, 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

20

Greenthorn LLC,
a Kentucky limited liability company

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Greenthorn LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Black River Coal, LLC,
a Delaware limited liability company

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Coal, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

21

Kirby Land Company, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III, President

State of _Virginia_ )
                           ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Kirby Land Company, a West Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this _19th_ day of _March_ , 2020.

_____
Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

S and H Mining, Inc.,
a Tennessee corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                           ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of S and H Mining, Inc., a Tennessee corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this _19th_ day of _March_ , 2020.

_____
Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

22

Wintergreen Partners, Inc.,
a Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                                    ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wintergreen Partners, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March , 2020.

_____
Notary Public

My Commission expires: 5-31-21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Grain Development, Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                                    ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Grain Development, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

23

Environmental Fund, LLC,
a Virginia limited liability company

By:   Wintergreen Hospitality Partners, LLC, Sole
Member

By:   Wintergreen Partners, Inc., Sole
Member

By:   _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                      ) ss.
City/County of _Roanoke_ )

    I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wintergreen Partners, Inc., Sole Member of Wintergreen Hospitality Partners, LLC, Sole Member of Environmental Fund, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _19th_ day of _March_, 2020.

_____
Notary Public

My Commission expires: _5-31-21_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

Black River Farms, LLC,
a West Virginia limited liability company

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                                          ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19th_ day of _March_, 2020.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

Evergreen Turf Corporation,
a Delaware corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                                          ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Evergreen Turf Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19th_ day of _March_, 2020.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7530729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7530729
> My Commission Expires May 31, 2021

25

Justice Farm Supply, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Farm Supply, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19th_ day of _March_, 2020.

_____
Notary Public   LESLIE ANN WELLS

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Stoney Brook Plantation, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Stoney Brook Plantation, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19th_ day of _March_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

26

Ten Mile Bay, LLC,
a West Virginia limited liability company

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of Virginia )
 ) ss.
City/County of Roanoke )

I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Ten Mile Bay, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March, 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Greenbrier Resort and Club Management, Inc.,
a _____ corporation

By: _____ (SEAL)
 Jillean L. Justice, President

State of Virginia )
 ) ss.
City/County of Roanoke )

I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Resort and Club Management, Inc., a _____ corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of March, 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

27

**Ten Mile Bay, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____ )
                                            ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Ten Mile Bay, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

**Greenbrier Resort and Club Management, Inc.,**
a _____ corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of WV )
                                            ) ss.
City/County of GHbR )

    I, Karen Stanley, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Resort and Club Management, Inc., a _____ corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 19 day of March, 2020.

Karen Stanley
Notary Public

My Commission expires: 12/30/2022
Notary Registration Number: _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24965
My Comm. Expires Dec. 30, 2022

Greenbrier Golf and Tennis Club, Inc.,
a _____ corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of ___N√___ )
                   ) ss.
City/County of _Gbr___ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club, Inc., a _____ corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] [X] is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19_ day of _March_, 2020.

My Commission expires: _12/30/2022_
Notary Registration Number: _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

Greenbrier IA [Intellectual Assets], Inc.,
a Delaware corporation

By: _____ (SEAL)
Name: Jillean L. Justice
Title: President

State of ___WV√___ )
                    ) ss.
City/County of_Gbr___ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA [Intellectual Assets], Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] [X] is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19_ day of _March_, 2020.

_____
Notary Public

My Commission expires: _12/30/2022_
Notary Registration Number: _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

28

Greenbrier IA, Inc.,
a Delaware corporation

By: _____ (SEAL)
Name: Jillean L. Justice
Title: President

State of _W V_ )
) ss.
City/County of _Hbr_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19_ day of _March_, 2020.

My Commission expires: _12/30/2022_
Notary Registration Number: _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

Old White Charities, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _W V_ )
) ss.
City/County of _Hbr_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Old White Charities, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19_ day of _March_, 2020.

_Karen Stanley_
Notary Public

My Commission expires: _12/30/2022_
Notary Registration Number: _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

29

Southern Coal Corporation,
a Delaware corporation

By _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
                      ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Southern Coal Corporation, a Delaware corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation. He [check one] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this 19th day of March , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

A&G Coal Corporation,
a Virginia corporation

By _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
                      ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of A&G Coal Corporation, a Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation. He [check one] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this 19th day of March , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

30

**Bardo Mining, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of __Virginia__ )
                                        ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bardo Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __19th__ day of __March__, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

31

Liggett Mining, LLC,
a Kentucky limited liability company

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of __Virginia__ )
                                          ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Liggett Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __19th__ day of __March__ , 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Sequoia Energy, LLC,
a Kentucky limited liability company

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of __Virginia__ )
                                          ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Sequoia Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __19th__ day of __March__ , 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

32

Infinity Energy, LLC,
a Kentucky limited liability company

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                           ) ss.
City/County of _Roanoke_ )

    I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Infinity Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _19th_ day of _March_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

33

**Cane Patch Mining Company, Inc.,**
**a Virginia corporation**

By _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _Virginia_ )
                                          ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Cane Patch Mining Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19th_ day of _March_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Meg-Lynn Land Company, Inc.,**
**a Virginia corporation**

By _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _Virginia_ )
                                          ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Meg-Lynn Land Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification

Witness my hand and official stamp or seal, this _19th_ day of _March_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

34

Premium Coal Company, Incorporated,
a Tennessee corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of ___Virginia___ )
                         ) ss.
City/County of ___Roanoke___ )

I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Premium Coal Company, Incorporated, a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification

Witness my hand and official stamp or seal, this 19th day of March, 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

35

Baden Reclamation Company,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Baden Reclamation Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.    He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19th_ day of _March_ , 2020.

_____
Notary Public

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

Nine Mile Mining, Inc.,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Nine Mile Mining, Inc. a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.    He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19th_ day of _March_ , 2020.

_____
Notary Public

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

Justice Coal of Alabama, LLC,
formerly known as Alabama Carbon, LLC,
an Alabama limited liability company

By: _____ (SEAL)
Name:  James C. Justice, II
Title:  Member

By: _____ (SEAL)
Name:  Jillean L. Justice
Title:  Member

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  Member

State of  Virginia           )
                             )  ss.
City/County of  Roanoke      )

        I,  Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited
liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the limited liability company.  He [check one] ☑ is personally known to me or ☐ has produced
_____ as identification.

        Witness my hand and official stamp or seal, this  19th  day of  March _____, 2020.

                                        _____
                                                    Notary Public

My Commission expires:  5-31-2021
Notary Registration Number:  7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

37

State of _____ )
                            ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillian L. Justice who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
                  Notary Public

My Commission expires:_____
Notary Registration Number:_____

State of *Virginia* )
                    ) ss.
City/County of *Roanoke* )

    I, *Leslie A. Wells*, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this *19th* day of *March*, 2020.

*Leslie Ann Wells*
                  Notary Public

My Commission expires: *5-31-2021*
Notary Registration Number: *7560729*

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Justice Coal of Alabama, LLC,
formerly known as Alabama Carbon, LLC,
an Alabama limited liability company

By: _____ (SEAL)
Name: James C. Justice, II
Title: Member

By: _____ (SEAL)
Name: Jillean L. Justice
Title: Member

By: _____ (SEAL)
Name: James C. Justice, III
Title: Member

State of ___WV_____ )
                         ) ss.
City/County of _Mbr____ )

I, _Karen Stanley___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19_ day of _March_____, 2020.

_Karen Stanley_____
                    Notary Public

My Commission expires: _12/30/2022_
Notary Registration Number: _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

State of __W V_____ )
                          ) ss.
City/County of __H be.___ )

I, __Karen Stanley_____, a Notary Public of the City/County and State aforesaid, certify that Jillian L. Justice who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19_ day of _March_____, 2020.

_Karen Stanley_
Notary Public

My Commission expires: _12|30|2022_
Notary Registration Number:_____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

State of _____ )
                          ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires:_____
Notary Registration Number:_____

38

**Virginia Fuel Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Virginia Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _19th_ day of _March_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7530729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7530729
My Commission Expires May 31, 2021

39

Kentucky Fuel Corporation,
a Delaware corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of ___Virginia___ )
                        ) ss.
City/County of ___Roanoke___ )

I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Kentucky Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 19th day of ___March___, 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

40

National Resources Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of ___Virginia___ )
                        ) ss.
City/County of ___Roanoke___ )

I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of National Resources Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 9th day of March , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

41

## RELEASE AND REAFFIRMATION AGREEMENT

Each of the undersigned persons or entities (individually and collectively, the "Justice Entities") has executed and/or delivered to **CARTER BANK & TRUST**, a Virginia banking corporation (the "Bank") loan agreements, promissory notes, security agreements, pledge agreements, negative pledge agreements, deeds of trust, assignments, guaranties, loan payment deferral agreements and/or other documents, instruments and/or agreements that evidence, guarantee, secure or otherwise were executed and/or delivered in connection with loans, financial accommodations and/or other extensions of credit by the Bank to one or more of the Justice Entities (collectively, the "Loan Documents").

In consideration of the Bank's agreement to extend one or more additional loans to one or more of the Justice Entities on or after the date hereof (which loans shall be made only in the sole and absolute discretion of the Bank), the adequacy and sufficiency of which consideration is hereby expressly acknowledged by each of the Justice Entities, each of the Justice Entities hereby agrees as follows:

1.      Each of the Justice Entities, on behalf of itself and its respective agents, directors, shareholders, members, managers, attorneys, accountants, consultants, insurers, administrators, successors and/or assigns, hereby releases, acquits and forever discharges the Bank, and all of its affiliates, employees, officers, directors, shareholders, agents, attorneys, accountants, appraisers, consultants, insurers, successors and/or assigns (collectively, the "Bank Parties"), from any and all claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, and all liabilities and responsibilities of every kind or character (all such claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, liabilities and responsibilities shall collectively be referred to as the "Liabilities"), howsoever arising, whether now existing or hereafter arising, including without limitation Liabilities arising out of or in connection with the Loan Documents and/or any and all indebtedness, liabilities and obligations evidenced by, arising from or associated with any of Loan Documents (collectively, the "Obligations"), regardless of whether the Liabilities are known or unknown, now existing or hereafter arising, joint or several, at law or in equity, arising by statute, contract, warranty or tort, and regardless of whether the Liabilities have heretofore been asserted.

2.      Each of the Justice Entities hereby represents, warrants and agrees that it will not commence, join in, prosecute or participate in any suit or other proceeding in a position that is adverse to the Bank in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents. Each of the Justice Entities hereby agrees, jointly and severally, to indemnify and hold the Bank Parties harmless from any and all Liabilities, howsoever arising, out of or in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents, and each hereby agrees to pay all amounts payable under this Section 2 upon demand by the Bank.

3.      None of the Justice Entities has any defenses, affirmative or otherwise, rights of setoff, rights of recoupment, claims, counterclaims, actions or causes of action of any kind or nature whatsoever against any of the Bank Parties, directly or indirectly, arising out of, based upon, or in any manner connected with, any transaction, event, circumstance, action, failure to act, or occurrence of any sort or type, whether known or unknown, which occurred, existed, was taken, permitted, or began prior to or on the date of this Agreement or accrued, existed, was taken, permitted or begun in accordance with, pursuant to, or by virtue of any of the Obligations or any of the Loan Documents, or which directly or indirectly relate to or arise out of or in any manner are connected with any of the Obligations or any of the Loan Documents, including without limitation under or in connection with the Equal Credit Opportunity Act, 15 U.S.C. Sections 1691 et seq., or Regulation B, 12 CFR Part 202; TO THE EXTENT THAT ANY SUCH DEFENSES, AFFIRMATIVE OR OTHERWISE, RIGHTS OF SETOFF, RIGHTS OF RECOUPMENT, CLAIMS, COUNTERCLAIMS,

ACTIONS OR CAUSES OF ACTION EXIST, SUCH DEFENSES, RIGHTS, CLAIMS, COUNTERCLAIMS, ACTIONS AND CAUSES OF ACTION ARE HEREBY FOREVER WAIVED, DISCHARGED AND RELEASED BY EACH OF THE JUSTICE ENTITIES.

4.     Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) each of the Loan Documents constitutes the legal, valid and binding obligation of each of the Justice Entities to the extent each is a party thereto, enforceable against each of the Justice Entities to the extent each is a party thereto in accordance with its respective terms, and (ii) none of the Loan Documents, nor the execution, delivery or performance of this Agreement or any of the Loan Documents by each of the Justice Entities to the extent each is a party thereto (A) violates any law, rule or regulation, or any order of any governmental authority or entity having jurisdiction over any of the Justice Entities or any of their respective properties or assets, (B) conflicts with or results in the termination of, constitutes a default or event of default under, or accelerates any performance required by any indenture, mortgage, deed of trust, lease, agreement or any other instrument to which any of the Justice Entities is a party or by which any of the Justice Entities or any of their respective properties or assets is bound or (C) results in the creation or imposition of any lien, charge or encumbrance upon any of the assets of any of the Justice Entities, except for the liens in favor of the Bank. Furthermore, each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) all information provided by any of the Justice Entities prior to or on the date hereof to the Bank, including, without limitation, all financial statements, was, at the date of delivery, and is as of the date hereof, true, correct and complete in all respects, and (ii) none of such information contains any material misstatement of fact or omits to state any fact necessary to make the statement contained therein not misleading.

5.     Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that CERTAIN OF THE LOAN DOCUMENTS CONTAIN A CONFESSION OF JUDGMENT PROVISION, AND EACH SUCH CONFESSION OF JUDGMENT PROVISION HAS NOT BEEN MODIFIED, ALTERED OR AMENDED IN ANY WAY AND REMAINS IN FULL FORCE AND EFFECT IN ALL RESPECTS. Furthermore, each of the Justice Entities hereby affirms, confirms and reaffirms each of its obligations, covenants and agreements under each of the Loan Documents to which it is a party.

6.     Each of the Justice Entities hereby acknowledges and agrees that any default under this Agreement or any of the Loan Documents shall be an immediate default and event of default under all of the Loan Documents for which there shall be no notice, grace or cure period, and, upon the occurrence of any such default, the Bank shall have the immediate right to exercise one or more of the rights and remedies contained in any of the Loan Documents, at law and/or in equity, all of which rights and remedies are hereby expressly reserved.

7.     Each of the Justice Entities hereby agrees that Bluestone Resources, Inc. is in the process of marketing through Goldman Sachs the sale of certain of its real estate coal assets. In the event of any sale of the Bluestone Resources real estate coal assets, the Bank shall be entitled to 50% of the Net Proceeds (as defined below) above One Hundred and Ninety-Two Million Nine Hundred and Thirty-One Thousand Two Hundred and Fifty Dollars ($192,931,250.00) from such sale. The Justice Entities hereby acknowledge and agree that the Bank shall have the right to apply such proceeds received by the Bank to such of the debts of one or more Justice Entities owed to the Bank and in such order of application as the Bank shall determine, each in the Bank's sole and absolute discretion. Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of the marketing and/or sale of the Bluestone Resources, Inc. real estate coal assets including, but not limited to, all marketing data, all sale-related communications, all offers or counter-offers, all closing documents, all direct or indirect communication with Goldman Sachs marketing representatives and closing attorneys,

and all presentations made to bidders or prospective bidders for all or any portion of the Bluestone Resources, Inc. real estate coal assets.

"Net Proceeds" is defined as gross sales proceeds resulting from the sale of the Bluestone Resources, Inc. real estate coal assets presently being marketed by Goldman Sachs minus (a) the amount necessary to pay in full the lien held by Greensill Capital (UK) Limited, as Financial Institution, (b) capital gains taxes associated with the sale of such real estate coal assets not to exceed 27.5% of the gross sales proceeds, (c) obligations, if any, associated with such real estate coal assets owed to Mechel not to exceed 12.5% of the gross sales proceeds, (d) Goldman Sachs' fees not to exceed $6,000,000.00 plus 2% of the gross sales proceeds in excess of $400,000,000.00, (e) Goldman Sachs' expenses not to exceed $50,000.00, (f) employee bonuses not to exceed $2,500,000.00, (g) attorney's fees associated with the sale of such real estate coal assets not to exceed $1,500,000.00 and (h) engineering and accounting fees not to exceed $700,000.00; provided, that, prior to the payment of any such deductions from the gross sales proceeds, the Justice Entities shall provide to the Bank, and the Bank shall have confirmed, proof of the actual amount of and appropriate documentation for each such expense.

8.      Each of the Justice Entities hereby agrees that the Bank shall have right to engage a consultant of its choosing to (1) interview the management of the Justice Entities, (2) review any plan of the Justice Entities, (3) review and monitor past, present and future transactions of the Justice Entities, (4) review and monitor bank account balances at all financial institutions at which any of the Justice Entities maintains accounts, (5) review cash management procedures and controls, (6) prepare reports and (7) perform such other and further services as the Bank shall determine in its sole and absolute opinion are necessary or desirable (collectively, the "Consulting Services"). Each of the Justice Entities shall assist and cooperate fully, and cause all of its officers, members, managers, employees, agents and all other persons under its control, to assist and cooperate fully with such consultant's provision of the Consulting Services; and the Justice Entities, jointly and severally, shall pay to the Bank on demand for all costs, fees and other charges associated with the Consulting Services.

9.      Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of (a) the prosecution of insurance claims relating to the damage to the Greenbrier Hotel and environs caused by or associated with the flood that occurred in 2016, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (b) the defense of the "New London" litigation presently pending in the United States District Court, Eastern District of Kentucky, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (c) the refinancing of any indebtedness owed by Greenbrier Hotel Corporation and/or its affiliates, including but not limited to all communications and correspondence associated with term sheets, loan documents, collateral documents, and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (d) the defense of the law suit styled United States of America v. Southern Coal Corporation et al., Case No. 7:19cv354 filed in the United States District Court for the Western District of Virginia, Roanoke Division, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (e) the prosecution of the law suit styled James C. Justice III et al. v. Office of Surface Mining Reclamation and Enforcement, United States Department of the Interior, Case No. 7:19cv381 filed in the United States District Court for the Western District of Virginia, Roanoke Division, (f) all of the other civil, criminal, administrative, mediation, arbitration or other matters or proceedings to which any of the Justice Entities is a plaintiff, defendant or other party, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities and (g) all of the unsatisfied or unreleased judgments entered against any of the Justice Entities in an amount greater than $50,000, including but not limited to all communications and correspondence and

3

direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities.

10.     This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which constitute one and the same instrument.

11.     This Agreement shall be construed and enforced according to the laws of the Commonwealth of Virginia. Each of the Justice Entities hereby irrevocably agrees that any legal action or proceeding arising out of or relating to this Agreement or any of the Loan Documents shall be instituted in the Circuit Court of the City of Martinsville, Virginia, or the United States District Court for the Western District of Virginia, or in such other appropriate court and venue as the Bank may choose in its sole discretion. Each of the Justice Entities hereby consents to the jurisdiction of such courts and waives any objection relating to the basis for personal or in rem jurisdiction or to venue which each of the undersigned may now or hereafter have in any such legal action or proceedings.

14.     UNLESS EXPRESSLY PROHIBITED BY APPLICABLE LAW, EACH OF THE JUSTICE ENTITIES HEREBY WAIVES THE RIGHT TO TRIAL BY JURY OF ANY MATTERS OR CLAIMS ARISING OUT OF THIS AGREEMENT OR ANY OF THE LOAN DOCUMENTS OR OUT OF THE CONDUCT OF OR THE RELATIONSHIP BETWEEN EACH OF THE JUSTICE ENTITIES AND THE BANK, IN EACH CASE WHETHER SOUNDING IN CONTRACT OR TORT OR OTHERWISE. EACH OF THE JUSTICE ENTITIES AGREES AND CONSENTS THAT ANY SUCH CLAIM, DEMAND, ACTION OR CAUSE OF ACTION SHALL BE DECIDED BY COURT TRIAL WITHOUT A JURY, AND THAT THE BANK MAY FILE AN ORIGINAL COUNTERPART OR A COPY OF THIS PARAGRAPH WITH ANY COURT AS WRITTEN EVIDENCE OF THE CONSENT OF EACH OF THE JUSTICE ENTITIES TO THE WAIVER OF ITS RIGHT TO TRIAL BY JURY. THIS PROVISION IS A MATERIAL INDUCEMENT FOR THE BANK TO ENTER INTO THIS AGREEMENT. FURTHER, EACH OF THE JUSTICE ENTITIES HEREBY CERTIFIES THAT NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT THE BANK WOULD NOT SEEK TO ENFORCE THIS WAIVER OF RIGHT TO JURY TRIAL PROVISION.     NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS THE AUTHORITY TO WAIVE, CONDITION OR MODIFY THIS PROVISION. EACH OF THE JUSTICE ENTITIES ACKNOWLEDGES IT HAS HAD THE OPPORTUNITY TO CONSULT WITH COUNSEL REGARDING THIS PARAGRAPH, THAT IT FULLY UNDERSTANDS ITS TERMS, CONTENT AND EFFECT, AND THAT IT VOLUNTARILY AND KNOWINGLY AGREES TO THE TERMS OF THIS PARAGRAPH.

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, each of the Justice Entities has executed this Agreement or caused this Agreement to be executed by its duly authorized officer, member or manager under seal as of this 30th day of March, 2020.

**Greenbrier Hotel Corporation,**
**a West Virginia corporation**

By: _Jillian L. Justice_ (SEAL)
Jillean L. Justice, President

State of _West Virginia_)
                                          ) ss.
City/County of _Greenbrier_)

I, _Kelley Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Hotel Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_, 2020.

_Kelley K. Henthorn_
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
**KELLEY K HENTHORN**
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

5

**Justice Family Group, LLC,**
**a Delaware limited liability company**

By: _____ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_ a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Justice Family Group, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_, 2020.

_____
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

**Players Club, LLC,**
**a Delaware limited liability company**

By: _____ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Players Club, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_, 2020.

_____
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

6

**Greenbrier Golf and Tennis Club Corporation,**
**a West Virginia corporation**

By: _Jillean Justice_ (SEAL)
    Jillean L. Justice, President

State of _West Virginia_ )
                         ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_, 2020.

_Kelley K. Henthorn_
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

**Greenbrier Medical Institute, LLC,**
**a West Virginia limited liability company**

By: _Jillean Justice_ (SEAL)
    Jillean L. Justice, President

State of _West Virginia_ )
                         ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Medical Institute, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_, 2020.

_Kelley K. Henthorn_
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

7

**Oakhurst Club, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Jillean L. Justice, Member

State of _West Virginia_ )
) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is a Member of Oakhurst Club, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_, 2020

_____
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

> OFFICIAL SEAL
> Notary Public, State of West Virginia
> KELLEY K HENTHORN
> Greenbrier County Schools
> 202 Chestnut Street
> Lewisburg, WV 24901
> My commission expires October 29, 2022

**The Greenbrier Sporting Club, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Name: Jillean L. Justice
Title: President

State of _West Virginia_ )
) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_ a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club, Inc. a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_, 2020.

_____
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

> OFFICIAL SEAL
> Notary Public, State of West Virginia
> KELLEY K HENTHORN
> Greenbrier County Schools
> 202 Chestnut Street
> Lewisburg, WV 24901
> My commission expires October 29, 2022

8

The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
                                          ) ss.
City/County of _Greenbrier_ )

I, _Kelley K Henthorn_ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_ , 2020.

_Kelley K Henthorn_
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

Bellwood Corporation,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _____ )
                                          ) ss.
City/County of _____ )

I, _____ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____ , 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

9

**The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation**

By: _____ (SEAL)
      Jillean L. Justice, President

State of _____ )
                    ) ss.
City/County of _____ )

     I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

     Witness my hand and official stamp or seal, this _____ day of _____, 2020.

                       _____
                              Notary Public

My Commission expires: _____
Notary Registration Number: _____

**Bellwood Corporation,
a West Virginia corporation**

By: _____ (SEAL)
      James C. Justice, III, President

State of Virginia )
                   ) ss.
City/County of Roanoke )

     I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

     Witness my hand and official stamp or seal, this 30 day of March, 2020.

                       Leslie Ann Wells
                              Notary Public

My Commission expires: 5/31/2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

9

**Bluestone Energy Sales Corporation,
a Virginia corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Energy Sales Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this _30_ day of _March_ , 2020.

_____
Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Justice Low Seam Mining Inc.,
a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Low Seam Mining Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_ , 2020.

_____
Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: _7560709_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

10

**Bluestone Resources Inc.,**
**a Delaware corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                              ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Resources Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_, 2020.

_____
Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Tams Management, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                              ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Tams Management, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_, 2020.

_____
Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

11

**Justice Farms of North Carolina, LLC,
a Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Farms of North Carolina, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_ , 2020.

_____
Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**James C. Justice Companies, Inc.,
a Delaware corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of James C. Justice Companies, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_ , 2020.

_____
Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

12

**Twin Fir Estates, LLC,**
**a Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                 ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Twin Fir Estates, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Wilcox Industries, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                 ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wilcox Industries, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

13

**Triple J, LLC,**
**a Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                   ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Triple J, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

_____ (SEAL)
James C. Justice, III

State of Virginia )
                   ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III personally appeared before me this day and acknowledged the due execution of this Agreement.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

14

_____(SEAL)

James C. Justice, II

State of Virginia )
                              ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II personally appeared before me this day and acknowledged the due execution of this Agreement. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of March , 2020.

Leslie Ann Wells

Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

_____ (SEAL)
**Cathy L. Justice**

State of _____ )
                              ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Cathy L. Justice personally appeared before me this day and acknowledged the due execution of this Agreement. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

15

_____ (SEAL)

**James C. Justice, II**

State of _West Virginia_ )
                            ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II personally appeared before me this day and acknowledged the due execution of this Agreement.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_, 2020.

_Kelley K. Henthorn_
Notary Public

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

_____ (SEAL)

**Cathy L. Justice**

State of _West Virginia_ )
                            ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Cathy L. Justice personally appeared before me this day and acknowledged the due execution of this Agreement.  She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _March_, 2020.

_Kelley K. Henthorn_
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

15

**The Chesapeake and Ohio Traveler, Inc.,
a Virginia corporation**

By _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                          ) ss.
City/County of Roanoke )

I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of March, 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**The Greenbrier Resort and Club Management Company, a Virginia corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of _____ )
                                      ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

16

**The Chesapeake and Ohio Traveler, Inc.,
a Virginia corporation**

By: _____ (SEAL)
          James C. Justice, III, President

State of _____ )
                           ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [check one] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

                          _____
                                  Notary Public

My Commission expires: _____
Notary Registration Number: _____

**The Greenbrier Resort and Club Management
Company, a Virginia corporation**

By: _____ (SEAL)
          Jillean L. Justice, President

State of _West Virginia_ )
                           ) ss.
City/County of _Greenbrier_ )

    I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _30_ day of _March_, 2020.

                          _Kelley K Henthorn_
                                    Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

> OFFICIAL SEAL
> Notary Public, State of West Virginia
> **KELLEY K HENTHORN**
> Greenbrier County Schools
> 202 Chestnut Street
> Lewisburg, WV 24901
> My commission expires October 29, 2022

16

**Greenbrier IA, Inc.,
a Delaware corporation**

By: _____ (SEAL)
Jillean L. Justice , President

State of _West Virginia_ )
                         ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_ , a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally
appeared before me this day and acknowledged the due execution of this Agreement on behalf of the
corporation.   She  [check one]  ☑ is personally known to me or  ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_ , 2020.

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

**Old White Club Corporation,
a West Virginia corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
                         ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_ a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Old White Club Corporation, a West Virginia
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation.   She [check one] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_ , 2020.

_____
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

17

**The Old White Development Company,**
**a West Virginia corporation**

By: _Jillean L. Justice_ (SEAL)
      Jillean L. Justice, President

State of _West Virginia_
               ) ss.
City/County of _Greenbrier_

    I, _Kelley K. Henthorn_ a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _30_ day of _March_, 2020.

                                _Kelley K_ Notary Public

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

**Southeast Cotton, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
      James C. Justice, III, President

State of _____)
               ) ss.
City/County of _____)

    I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

                  _____
                            Notary Public

My Commission expires: _____
Notary Registration Number: _____

18

**The Old White Development Company,
a West Virginia corporation**

By: _____ (SEAL)
          Jillean L. Justice, President

State of _____ )
                         ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

                         _____
                                Notary Public

My Commission expires: _____
Notary Registration Number: _____

**Southeast Cotton, Inc.,
a West Virginia corporation**

By: _____ (SEAL)
          James C. Justice, III, President

State of Virginia )
                      ) ss.
City/County of Roanoke )

    I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 30 day of March, 2020.

                         _Leslie Ann Wells_____
                                  Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

18

**American Turf Grass Corporation,
a Virginia corporation**

By _____ (SEAL)
James C. Justice, III, President

State of Virginia )
City/County of Roanoke ) ss.

I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of American Turf Grass Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of March, 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Rapidan, LLC,
a West Virginia limited liability company**

By _____ (SEAL)
James C. Justice, III, President

State of Virginia )
City/County of Roanoke ) ss.

I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Rapidan, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of March, 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

19

**Blue Ridge Farm Center, Inc.,
a Virginia corporation**

By _____ (SEAL)
James C. Justice, III, President

State of _Virginia_  )
                              ) ss.
City/County of _Roanoke_  )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Blue Ridge Farm Center, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30ᵗʰ day of _March_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Justice Family Farms, LLC,
a West Virginia limited liability company**

By _____ (SEAL)
James C. Justice, III, President

State of _Virginia_  )
                              ) ss.
City/County of _Roanoke_  )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III, who is President of Justice Family Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30ᵗʰ day of _March_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

20

**Greenthorn LLC,**
**a Kentucky limited liability company**

By _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                            ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Greenthorn LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of March , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Black River Coal, LLC,**
**a Delaware limited liability company**

By _____ (SEAL)
James C. Justice, III, President

State of Virginia )
                            ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Coal, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of March , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

21

**Kirby Land Company, Inc.,
a West Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III, President

State of Virginia )
                          ) ss.
City/County of Roanoke )

I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Kirby Land Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**S and H Mining, Inc.,
a Tennessee corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title:  President

State of Virginia )
                          ) ss.
City/County of Roanoke )

I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of S and H Mining, Inc., a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

22

**Wintergreen Partners, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wintergreen Partners, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _March_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Grain Development, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
City/County of _Roanoke_ ) ss.

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Grain Development, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _March_, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

23

**Environmental Fund, LLC,**
**a Virginia limited liability company**

By:     Wintergreen   Hospitality   Partners,   LLC,   Sole
Member

By:     Wintergreen Partners, Inc., Sole
Member

By: _____(SEAL)
James C. Justice, III, President

State of _Virginia_ )
                                        ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Wintergreen Partners, Inc., Sole Member of
Wintergreen Hospitality Partners, LLC, Sole Member of Environmental Fund, LLC, a Virginia limited
liability company, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or
☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_ , 2020.

_____
Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Black River Farms, LLC,**
**a West Virginia limited liability company**

By _(signature)_ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_ , 2020.

_(signature)_
Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Evergreen Turf Corporation,**
**a Delaware corporation**

By _(signature)_ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ . a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Evergreen Turf Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_ , 2020.

_(signature)_
Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

25

Justice Farm Supply, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of Virginia )
                        ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Justice Farm Supply, Inc., a West Virginia
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 31 day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

```
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021
```

Stoney Brook Plantation, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of Virginia )
                        ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Stoney Brook Plantation, Inc., a West Virginia
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

```
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021
```

26

**Ten Mile Bay, LLC,**
**a West Virginia limited liability company**

By _____ (SEAL)
Name: James C. Justice, III
Title:  President

State of __Virginia__ )
                                    ) ss.
City/County of __Roanoke__ )

    I, __Leslie A. Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Ten Mile Bay, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __30__ day of __March__ , 2020.

_____
Notary Public

My Commission expires: __5/31/21__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> Commission Expires May 31, 20__

**Greenbrier Resort and Club Management, Inc.,**
a _____ **corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of _____ )
                                       ) ss.
City/County of _____ )

    I, _____ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Resort and Club Management, Inc., a _____ corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____ , 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

27

**Ten Mile Bay, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
    Name:  James C. Justice, III
    Title:  President

State of _____ )
                              ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Ten Mile Bay, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [check one] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

**Greenbrier Resort and Club Management, Inc.,**
**a** _Virginia_ **corporation**

By: _Jillean L. Justice_ (SEAL)
    Jillean L. Justice, President

State of _West Virginia_ )
                         ) ss.
City/County of _Greenbrier_ )

    I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Resort and Club Management, Inc., a _Virginia_ corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _30_ day of _March_, 2020.

_Kelley K Henthorn_
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

27

**Greenbrier Golf and Tennis Club, Inc.,**
a _____ WV _____ corporation

By: _____ (SEAL)
        Jillean L. Justice, President

State of _West Virginia_
                                    ) ss.
City/County of _Greenbrier_

I, _Kelley K. Henthorn_ a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club, Inc., a _____ WV _____ corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_ , 2020.

_____
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public. State of West Virginia
**KELLEY K HENTHORN**
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

**Greenbrier IA [Intellectual Assets], Inc.,**
**a Delaware corporation**

By: _____ (SEAL)
Name: Jillean L. Justice
Title: President

State of _West Virginia_
                                    ) ss.
City/County of _Greenbrier_

I, _Kelley K. Henthorn_ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA [Intellectual Assets], Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_ , 2020.

_____
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public. State of West Virginia
**KELLEY K HENTHORN**
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

28

**Greenbrier IA, Inc.,**
**a Delaware corporation**

By: _(signature)_ (SEAL)
Name: Jillean L. Justice
Title: President

State of _West Virginia_
              ) ss.
City/County of _Greenbrier_

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_, 2020.

_(signature)_
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

**Old White Charities, Inc.,**
**a West Virginia corporation**

By: _(signature)_ (SEAL)
Jillean L. Justice, President

State of _West Virginia_
              ) ss.
City/County of _Greenbrier_

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Old White Charities, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_, 2020.

_(signature)_
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

29

**Southern Coal Corporation,**
**a Delaware corporation**

By _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
                  ) ss.
City/County of Roanoke )

    I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southern Coal Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 30 day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**A&G Coal Corporation,**
**a Virginia corporation**

By _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
                  ) ss.
City/County of Roanoke )

    I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of A&G Coal Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 30 day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

30

**Bardo Mining, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of  Virginia        )
                                    ) ss.
City/County of  Roanoke )

I,  Leslie A. Wells          , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Bardo Mining, LLC, a Kentucky limited liability
company, personally appeared before me this day and acknowledged the due execution of this Agreement
on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of March          , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

31

**Liggett Mining, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
Name: James C. Justice, III
Title:  President

State of Virginia )
                        ) ss.
City/County of Roanoke )

    I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Liggett Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 30 day of March , 2020.

_____
Notary Public

My Commission expires: 3/31/21
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Sequoia Energy, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
Name: James C. Justice III
Title:  President

State of Virginia )
                        ) ss.
City/County of Roanoke )

    I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Sequoia Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 30 day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

32

**Infinity Energy, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of __Virginia__                )
                                     ) ss.
City/County of __Roanoke__           )

I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Infinity Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of March_____, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Cane Patch Mining Company, Inc.,
a Virginia corporation

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of ___Virginia___ )
                                        ) ss.
City/County of ___Roanoke___ )

I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Cane Patch Mining Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of March , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

Meg-Lynn Land Company, Inc.,
a Virginia corporation

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of ___Virginia___ )
                                        ) ss.
City/County of ___Roanoke___ )

I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Meg-Lynn Land Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification

Witness my hand and official stamp or seal, this 30th day of March , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

34

**Premium Coal Company, Incorporated,
a Tennessee corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of Virginia _____ )
                                      ) ss.
City/County of Roanoke _____ )

    I,  Leslie A. Wells _____ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Premium Coal Company, Incorporated, a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] [✓] is personally known to me or [ ] has produced _____ as identification

    Witness my hand and official stamp or seal, this 30th day of March _____ , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

35

**Baden Reclamation Company,**
**a Virginia corporation**

By _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of Virginia )
                                    ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Baden Reclamation Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

```
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021
```

**Nine Mile Mining, Inc.,**
**a Virginia corporation**

By _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of Virginia )
                                    ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Nine Mile Mining, Inc. a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

```
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021
```

36

**Justice Coal of Alabama, LLC,**
**formerly known as Alabama Carbon, LLC,**
**an Alabama limited liability company**

By: _____ (SEAL)
Name: James C. Justice, II
Title: Member

By: _____ (SEAL)
Name:  Jillean L. Justice
Title:  Member

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  Member

State of  Virginia        )
                          ) ss.
City/County of Roanoke    )

I,  Leslie A. Wells , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited
liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this 30 day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

37

**Justice Coal of Alabama, LLC,**
**formerly known as Alabama Carbon, LLC,**
**an Alabama limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, II
Title: Member

By: _____ (SEAL)
Name:  Jillean L. Justice
Title: Member

By: _____ (SEAL)
Name:  James C. Justice, III
Title: Member

State of _West Virginia_
                            ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_ , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited
liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _March_ , 2020.

_____
Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

37

State of _West Virginia_ )
                              ) ss.
City/County of _Greenbrier_ )

   I, _Kelley K. Henthorn_ , a Notary Public of the City/County and State aforesaid, certify that Jillian L. Justice who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

   Witness my hand and official stamp or seal, this _30_ day of _March_ , 2020.

                                                _Kelley K Henthorn_
                                                Notary Public

My Commission expires: _October 29, 2022_
Notary Registration Number: _____

```
                    OFFICIAL SEAL
          Notary Public, State of West Virginia
               KELLEY K HENTHORN
              Greenbrier County Schools
                  202 Chestnut Street
                 Lewisburg, WV 24901
        My commission expires October 23, 2022
```

State of _____ )
                          ) ss.
City/County of _____ )

   I, _____ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

   Witness my hand and official stamp or seal, this _____ day of _____, 2020.

                                      _____
                                      Notary Public

My Commission expires: _____
Notary Registration Number: _____

38

**Justice Coal of Alabama, LLC,**
**formerly known as Alabama Carbon, LLC,**
**an Alabama limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, II
Title:  Member

By: _____ (SEAL)
Name:  Jillean L. Justice
Title:  Member

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  Member

State of _____ )
                                               ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.


_____
Notary Public

My Commission expires:_____
Notary Registration Number:_____

37

State of _____ )
                           ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillian L. Justice who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires:_____
Notary Registration Number:_____

State of Virginia )
                  ) ss.
City/County of Roanoke )

    I, Leslie A. Wells, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 30 day of March, 2020.

_Leslie Ann Wells_
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

38

**Virginia Fuel Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
                                    ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Virginia Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

39

**Kentucky Fuel Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title:  President

State of Virginia                )
City/County of Roanoke )  ss.

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Kentucky Fuel Corporation, a Delaware corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.   He [*check one*]  ☑ is personally known to me or  ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this 30 day of March , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

40

**National Resources Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of Virginia )
                ) ss.
City/County of Roanoke )

    I, Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of National Resources Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 30 day of March ____, 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

41

## RELEASE AND REAFFIRMATION AGREEMENT

Each of the undersigned persons or entities (individually and collectively, the "Justice Entities") has executed and/or delivered to **CARTER BANK & TRUST**, a Virginia banking corporation (the "Bank") loan agreements, promissory notes, security agreements, pledge agreements, negative pledge agreements, deeds of trust, assignments, guaranties, loan payment deferral agreements and/or other documents, instruments and/or agreements that evidence, guarantee, secure or otherwise were executed and/or delivered in connection with loans, financial accommodations and/or other extensions of credit by the Bank to one or more of the Justice Entities (collectively, the "Loan Documents").

In consideration of the Bank's agreement to extend one or more additional loans to one or more of the Justice Entities on or after the date hereof (which loans shall be made only in the sole and absolute discretion of the Bank), the adequacy and sufficiency of which consideration is hereby expressly acknowledged by each of the Justice Entities, each of the Justice Entities hereby agrees as follows:

1.      Each of the Justice Entities, on behalf of itself and its respective agents, directors, shareholders, members, managers, attorneys, accountants, consultants, insurers, administrators, successors and/or assigns, hereby releases, acquits and forever discharges the Bank, and all of its affiliates, employees, officers, directors, shareholders, agents, attorneys, accountants, appraisers, consultants, insurers, successors and/or assigns (collectively, the "Bank Parties"), from any and all claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, and all liabilities and responsibilities of every kind or character (all such claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, liabilities and responsibilities shall collectively be referred to as the "Liabilities"), howsoever arising, whether now existing or hereafter arising, including without limitation Liabilities arising out of or in connection with the Loan Documents and/or any and all indebtedness, liabilities and obligations evidenced by, arising from or associated with any of Loan Documents (collectively, the "Obligations"), regardless of whether the Liabilities are known or unknown, now existing or hereafter arising, joint or several, at law or in equity, arising by statute, contract, warranty or tort, and regardless of whether the Liabilities have heretofore been asserted.

2.      Each of the Justice Entities hereby represents, warrants and agrees that it will not commence, join in, prosecute or participate in any suit or other proceeding in a position that is adverse to the Bank in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents. Each of the Justice Entities hereby agrees, jointly and severally, to indemnify and hold the Bank Parties harmless from any and all Liabilities, howsoever arising, out of or in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents, and each hereby agrees to pay all amounts payable under this Section 2 upon demand by the Bank.

3.      None of the Justice Entities has any defenses, affirmative or otherwise, rights of setoff, rights of recoupment, claims, counterclaims, actions or causes of action of any kind or nature whatsoever against any of the Bank Parties, directly or indirectly, arising out of, based upon, or in any manner connected with, any transaction, event, circumstance, action, failure to act, or occurrence of any sort or type, whether known or unknown, which occurred, existed, was taken, permitted, or began prior to or on the date of this Agreement or accrued, existed, was taken, permitted or begun in accordance with, pursuant to, or by virtue of any of the Obligations or any of the Loan Documents, or which directly or indirectly relate to or arise out of or in any manner are connected with any of the Obligations or any of the Loan Documents, including without limitation under or in connection with the Equal Credit Opportunity Act, 15 U.S.C. Sections 1691 et seq., or Regulation B, 12 CFR Part 202; TO THE EXTENT THAT ANY SUCH DEFENSES, AFFIRMATIVE OR OTHERWISE, RIGHTS OF SETOFF, RIGHTS OF RECOUPMENT, CLAIMS, COUNTERCLAIMS,

ACTIONS OR CAUSES OF ACTION EXIST, SUCH DEFENSES, RIGHTS, CLAIMS, COUNTERCLAIMS, ACTIONS AND CAUSES OF ACTION ARE HEREBY FOREVER WAIVED, DISCHARGED AND RELEASED BY EACH OF THE JUSTICE ENTITIES.

4.     Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) each of the Loan Documents constitutes the legal, valid and binding obligation of each of the Justice Entities to the extent each is a party thereto, enforceable against each of the Justice Entities to the extent each is a party thereto in accordance with its respective terms, and (ii) none of the Loan Documents, nor the execution, delivery or performance of this Agreement or any of the Loan Documents by each of the Justice Entities to the extent each is a party thereto (A) violates any law, rule or regulation, or any order of any governmental authority or entity having jurisdiction over any of the Justice Entities or any of their respective properties or assets, (B) conflicts with or results in the termination of, constitutes a default or event of default under, or accelerates any performance required by any indenture, mortgage, deed of trust, lease, agreement or any other instrument to which any of the Justice Entities is a party or by which any of the Justice Entities or any of their respective properties or assets is bound or (C) results in the creation or imposition of any lien, charge or encumbrance upon any of the assets of any of the Justice Entities, except for the liens in favor of the Bank. Furthermore, each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) all information provided by any of the Justice Entities prior to or on the date hereof to the Bank, including, without limitation, all financial statements, was, at the date of delivery, and is as of the date hereof, true, correct and complete in all respects, and (ii) none of such information contains any material misstatement of fact or omits to state any fact necessary to make the statement contained therein not misleading.

5.     Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that CERTAIN OF THE LOAN DOCUMENTS CONTAIN A CONFESSION OF JUDGMENT PROVISION, AND EACH SUCH CONFESSION OF JUDGMENT PROVISION HAS NOT BEEN MODIFIED, ALTERED OR AMENDED IN ANY WAY AND REMAINS IN FULL FORCE AND EFFECT IN ALL RESPECTS. Furthermore, each of the Justice Entities hereby affirms, confirms and reaffirms each of its obligations, covenants and agreements under each of the Loan Documents to which it is a party.

6.     Each of the Justice Entities hereby acknowledges and agrees that any default under this Agreement or any of the Loan Documents shall be an immediate default and event of default under all of the Loan Documents for which there shall be no notice, grace or cure period, and, upon the occurrence of any such default, the Bank shall have the immediate right to exercise one or more of the rights and remedies contained in any of the Loan Documents, at law and/or in equity, all of which rights and remedies are hereby expressly reserved.

7.     Each of the Justice Entities hereby agrees that Bluestone Resources, Inc. is in the process of marketing through Goldman Sachs the sale of certain of its real estate coal assets. In the event of any sale of the Bluestone Resources real estate coal assets, the Bank shall be entitled to 50% of the Net Proceeds (as defined below) above One Hundred and Ninety-Two Million Nine Hundred and Thirty-One Thousand Two Hundred and Fifty Dollars ($192,931,250.00) from such sale. The Justice Entities hereby acknowledge and agree that the Bank shall have the right to apply such proceeds received by the Bank to such of the debts of one or more Justice Entities owed to the Bank and in such order of application as the Bank shall determine, each in the Bank's sole and absolute discretion. Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of the marketing and/or sale of the Bluestone Resources, Inc. real estate coal assets including, but not limited to, all marketing data, all sale-related communications, all offers or counter-offers, all closing documents, all direct or indirect communication with Goldman Sachs marketing representatives and closing attorneys,

and all presentations made to bidders or prospective bidders for all or any portion of the Bluestone Resources, Inc. real estate coal assets.

"Net Proceeds" is defined as gross sales proceeds resulting from the sale of the Bluestone Resources, Inc. real estate coal assets presently being marketed by Goldman Sachs minus (a) the amount necessary to pay in full the lien held by Greensill Capital (UK) Limited, as Financial Institution, (b) capital gains taxes associated with the sale of such real estate coal assets not to exceed 27.5% of the gross sales proceeds, (c) obligations, if any, associated with such real estate coal assets owed to Mechel not to exceed 12.5% of the gross sales proceeds, (d) Goldman Sachs' fees not to exceed $6,000,000.00 plus 2% of the gross sales proceeds in excess of $400,000,000.00, (e) Goldman Sachs' expenses not to exceed $50,000.00, (f) employee bonuses not to exceed $2,500,000.00, (g) attorney's fees associated with the sale of such real estate coal assets not to exceed $1,500,000.00 and (h) engineering and accounting fees not to exceed $700,000.00; provided, that, prior to the payment of any such deductions from the gross sales proceeds, the Justice Entities shall provide to the Bank, and the Bank shall have confirmed, proof of the actual amount of and appropriate documentation for each such expense.

8.     Each of the Justice Entities hereby agrees that the Bank shall have right to engage a consultant of its choosing to (1) interview the management of the Justice Entities, (2) review any plan of the Justice Entities, (3) review and monitor past, present and future transactions of the Justice Entities, (4) review and monitor bank account balances at all financial institutions at which any of the Justice Entities maintains accounts, (5) review cash management procedures and controls, (6) prepare reports and (7) perform such other and further services as the Bank shall determine in its sole and absolute opinion are necessary or desirable (collectively, the "Consulting Services"). Each of the Justice Entities shall assist and cooperate fully, and cause all of its officers, members, managers, employees, agents and all other persons under its control, to assist and cooperate fully with such consultant's provision of the Consulting Services; and the Justice Entities, jointly and severally, shall pay to the Bank on demand for all costs, fees and other charges associated with the Consulting Services.

9.     Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of (a) the prosecution of insurance claims relating to the damage to the Greenbrier Hotel and environs caused by or associated with the flood that occurred in 2016, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (b) the defense of the "New London" litigation presently pending in the United States District Court, Eastern District of Kentucky, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (c) the refinancing of any indebtedness owed by Greenbrier Hotel Corporation and/or its affiliates, including but not limited to all communications and correspondence associated with term sheets, loan documents, collateral documents, and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (d) the defense of the law suit styled United States of America v. Southern Coal Corporation et al., Case No. 7:19cv354 filed in the United States District Court for the Western District of Virginia, Roanoke Division, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (e) the prosecution of the law suit styled James C. Justice III et al. v. Office of Surface Mining Reclamation and Enforcement, United States Department of the Interior, Case No. 7:19cv381 filed in the United States District Court for the Western District of Virginia, Roanoke Division, (f) all of the other civil, criminal, administrative, mediation, arbitration or other matters or proceedings to which any of the Justice Entities is a plaintiff, defendant or other party, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities and (g) all of the unsatisfied or unreleased judgments entered against any of the Justice Entities in an amount greater than $50,000, including but not limited to all communications and correspondence and

direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities.

10.   This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which constitute one and the same instrument.

11.   This Agreement shall be construed and enforced according to the laws of the Commonwealth of Virginia. Each of the Justice Entities hereby irrevocably agrees that any legal action or proceeding arising out of or relating to this Agreement or any of the Loan Documents shall be instituted in the Circuit Court of the City of Martinsville, Virginia, or the United States District Court for the Western District of Virginia, or in such other appropriate court and venue as the Bank may choose in its sole discretion. Each of the Justice Entities hereby consents to the jurisdiction of such courts and waives any objection relating to the basis for personal or in rem jurisdiction or to venue which each of the undersigned may now or hereafter have in any such legal action or proceedings.

14.   **UNLESS EXPRESSLY PROHIBITED BY APPLICABLE LAW, EACH OF THE JUSTICE ENTITIES HEREBY WAIVES THE RIGHT TO TRIAL BY JURY OF ANY MATTERS OR CLAIMS ARISING OUT OF THIS AGREEMENT OR ANY OF THE LOAN DOCUMENTS OR OUT OF THE CONDUCT OF OR THE RELATIONSHIP BETWEEN EACH OF THE JUSTICE ENTITIES AND THE BANK, IN EACH CASE WHETHER SOUNDING IN CONTRACT OR TORT OR OTHERWISE. EACH OF THE JUSTICE ENTITIES AGREES AND CONSENTS THAT ANY SUCH CLAIM, DEMAND, ACTION OR CAUSE OF ACTION SHALL BE DECIDED BY COURT TRIAL WITHOUT A JURY, AND THAT THE BANK MAY FILE AN ORIGINAL COUNTERPART OR A COPY OF THIS PARAGRAPH WITH ANY COURT AS WRITTEN EVIDENCE OF THE CONSENT OF EACH OF THE JUSTICE ENTITIES TO THE WAIVER OF ITS RIGHT TO TRIAL BY JURY. THIS PROVISION IS A MATERIAL INDUCEMENT FOR THE BANK TO ENTER INTO THIS AGREEMENT. FURTHER, EACH OF THE JUSTICE ENTITIES HEREBY CERTIFIES THAT NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT THE BANK WOULD NOT SEEK TO ENFORCE THIS WAIVER OF RIGHT TO JURY TRIAL PROVISION. NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS THE AUTHORITY TO WAIVE, CONDITION OR MODIFY THIS PROVISION. EACH OF THE JUSTICE ENTITIES ACKNOWLEDGES IT HAS HAD THE OPPORTUNITY TO CONSULT WITH COUNSEL REGARDING THIS PARAGRAPH, THAT IT FULLY UNDERSTANDS ITS TERMS, CONTENT AND EFFECT, AND THAT IT VOLUNTARILY AND KNOWINGLY AGREES TO THE TERMS OF THIS PARAGRAPH.**

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, each of the Justice Entities has executed this Agreement or caused this Agreement to be executed by its duly authorized officer, member or manager under seal as of this 30th day of April, 2020.

**Greenbrier Hotel Corporation,**
**a West Virginia corporation**

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of _W V_ )
) ss.
City/County of _The_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Hotel Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _3 0_ day of _April_____, 2020.

_Karen Stanley_
Notary Public

My Commission expires: _12/30/22_
Notary Registration Number: _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

5

**Justice Family Group, LLC,**
**a Delaware limited liability company**

By: _____ (SEAL)
Jillean L. Justice, President

State of ___W√_____ )
                        ) ss.
City/County of _Hbr_____ )

I, __Karen Stanley____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Justice Family Group, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

_____ hand and official stamp or seal, this _30_ day of _April_____, 2020.

_Karen Stanley_
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

My Commission expires: _12/30/22_
Notary Registration Number: _____

**Players Club, LLC,**
**a Delaware limited liability company**

By: _____ (SEAL)
Jillean L. Justice, President

State of ___W√_____ )
                        ) ss.
City/County of _Hbr_____ )

I, __Karen Stanley____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Players Club, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

____ hand and official stamp or seal, this _30_ day of _April_____, 2020.

_Karen Stanley_
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

My Commission expires: _12/30/22_
Notary Registration Number: _____

6

**Greenbrier Golf and Tennis Club Corporation,**
**a West Virginia corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of _io U_ )
                          ) ss.
City/County of _Sfbe_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 3D day of April, 2020.

_____
Notary Public

My Commission expires: 12/30/22
Notary Registration Number: _____

**Greenbrier Medical Institute, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Jillean L. Justice, President

State of _WV_ )
                          ) ss.
City/County of _Gbr_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Medical Institute, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 3v day of April, 2020.

_____
Notary Public

My Commission expires: 12/30/22
Notary Registration Number: _____

7

Oakhurst Club, LLC,
a West Virginia limited liability company

By: _Jillean L. Justice_ (SEAL)
Jillean L. Justice, Member

State of __WV__ )
) ss.
City/County of __Kbe__ )

I, __Karen Stanley__, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is a Member of Oakhurst Club, LLC, a West Virginia limited liability
company, personally appeared before me this day and acknowledged the due execution of this Agreement
on behalf of the limited liability company. She [*check one*] ☒ is personally known to me or ☐ has
produced _____ as identification.

OFFICIAL SEAL hand and official stamp or seal, this 3 0 day of _April_, 2020
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

_Karen Stanley_
Notary Public

My Commission expires: 12/30/22
Notary Registration Number: _____

The Greenbrier Sporting Club, Inc.,
a West Virginia corporation

By: _Jillean L. Justice_ (SEAL)
Name: Jillean L. Justice
Title: President

State of __WV__ )
) ss.
City/County of __Kbe__ )

I, __Karen Stanley__, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of The Greenbrier Sporting Club, Inc. a West Virginia
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation. She [*check one*] ☒ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this 3 0 day of _April_, 2020.
OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

_Karen Stanley_
Notary Public

My Commission expires: 12/30/22
Notary Registration Number: _____

8

The   Greenbrier   Sporting   Club   Development
Company, Inc., a Delaware corporation

By: _Jilleem Lnustan_ (SEAL)
Jillean L. Justice, President

State of _W V_ )
                         ) ss.
City/County of _Hbe_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company,
Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due
execution of this Agreement on behalf of the corporation. She [*check one*] ☒ is personally known to me
or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _April_, 2020.

_Karen Stanley_
Notary Public

My Commission expires: _12/30/22_
Notary Registration Number: _____

Bellwood Corporation,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _____ )
                                             ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.   He [*check one*] ☐ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

9

The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _____ )
                          ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

Bellwood Corporation,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                     ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _April_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

9

**Bluestone Energy Sales Corporation,**
**a Virginia corporation**

By: _____ (SEAL)
Name:   James C. Justice, III
Title:  President

State of ___Virginia_____ )
                                 ) ss.
City/County of ___Roanoke_____ )

I, ___Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Energy Sales Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this _30th_ day of ___April_____, 2020.

_____
Notary Public

My Commission expires: ___5-31-2021_____
Notary Registration Number: ___7560729____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Justice Low Seam Mining Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of ___Virginia_____ )
                                 ) ss.
City/County of ___Roanoke_____ )

I, ___Leslie A. Well_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Low Seam Mining Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of ___April_____, 2020.

_____
Notary Public

My Commission expires: ___5-31-2021_____
Notary Registration Number: ___7560729____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

10

**Bluestone Resources Inc.,**
**a Delaware corporation**

By: _(signature)_ (SEAL)

James C. Justice, III, President

State of ___Virginia___ )
                         ) ss.
City/County of ___Roanoke___ )

    I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Resources Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __30th__ day of __April__, 2020.

_(signature)_
Notary Public

My Commission expires: ___5-31-2021___
Notary Registration Number: ___7560729___

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20**21**

**Tams Management, Inc.,**
**a West Virginia corporation**

By: _(signature)_ (SEAL)

James C. Justice, III, President

State of ___Virginia___ )
                         ) ss.
City/County of ___Roanoke___ )

    I, ___Leslie A. Well___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Tams Management, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __30th__ day of __April__, 2020.

_(signature)_
Notary Public

My Commission expires: ___5-31-2021___
Notary Registration Number: ___7560729___

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20**21**

11

**Justice Farms of North Carolina, LLC,
a Virginia limited liability company**

By: _____ (SEAL)
    James C. Justice, III, President

State of __Virginia__ )
                  ) ss.
City/County of __Roanoke__ )

    I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Farms of North Carolina, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __30th__ day of __April_____, 2020.

_____
Notary Public

My Commission expires: __5-31-2021____
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

**James C. Justice Companies, Inc.,
a Delaware corporation**

By: _____ (SEAL)
    James C. Justice, III, President

State of __Virginia_____ )
                       ) ss.
City/County of __Roanoke_____ )

    I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of James C. Justice Companies, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __30th__ day of __April_____, 2020.

_____
Notary Public

My Commission expires: __5-31-2021____
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

12

**Twin Fir Estates, LLC,**
**a Virginia limited liability company**

By: _____ (SEAL)
    James C. Justice, III, President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

    I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Twin Fir Estates, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _30th_ day of _April_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

**Wilcox Industries, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
    James C. Justice, III, President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

    I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wilcox Industries, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _30th_ day of _April_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

**Triple J, LLC,**
**a Virginia limited liability company**

By: _____ (SEAL)
    James C. Justice, III, President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Well_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Triple J, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _April_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

_____ (SEAL)
James C. Justice, III

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III personally appeared before me this day and acknowledged the due execution of this Agreement. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _April_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

14

_____ (SEAL)

**James C. Justice, II**

State of _____ )
                          ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II personally appeared before me this day and acknowledged the due execution of this Agreement.  He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

_____ *Cathy L. Justice* (SEAL)

**Cathy L. Justice**

State of __ W V _____ )
                          ) ss.
City/County of __ Gbe __ )

    I, KAREN STANley _____, a Notary Public of the City/County and State aforesaid, certify that Cathy L. Justice personally appeared before me this day and acknowledged the due execution of this Agreement.  She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 30 day of April, 2020.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

Karen Stanley
Notary Public

My Commission expires: 12/30/22
Notary Registration Number: _____

15

_____ (SEAL)
James C. Justice, II

State of  N V                        )
                                     ) ss.
City/County of  Gbr                  )

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

I, Karen Stanley _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II personally appeared before me this day and acknowledged the due execution of this Agreement.  He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 30 day of April _____, 2020.

Karen Stanley
Notary Public

My Commission expires: 12/30/22
Notary Registration Number: _____

_____ (SEAL)
**Cathy L. Justice**

State of _____         )
                                 ) ss.
City/County of _____   )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Cathy L. Justice personally appeared before me this day and acknowledged the due execution of this Agreement.  She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

15

**The Chesapeake and Ohio Traveler, Inc.,
a Virginia corporation**

By: _____ (SEAL)
　　　James C. Justice, III, President

State of _Virginia_____ )
　　　　　　　　　　　　　　　　) ss.
City/County of _Roanoke_____ )

　　　I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

　　　Witness my hand and official stamp or seal, this _30th_ day of _April_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729____

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

**The Greenbrier Resort and Club Management Company, a Virginia corporation**

By: _____ (SEAL)
　　　Jillean L. Justice, President

State of _Virginia_____ )
　　　　　　　　　　　　　　　　) ss.
City/County of _Roanoke_____ )

　　　I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

　　　Witness my hand and official stamp or seal, this _30th_ day of _April_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729____

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

16

**The Chesapeake and Ohio Traveler, Inc.,
a Virginia corporation**

By: _____ (SEAL)
        James C. Justice, III, President

State of _____ )
                                                    ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia
corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation.  He [*check one*] ☐ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
                                                    Notary Public

My Commission expires: _____
Notary Registration Number: _____

**The Greenbrier Resort and Club Management
Company, a Virginia corporation**

By: _____ (SEAL)
        Jillean L. Justice, President

State of _W V ._____ )
                                                    ) ss.
City/County of _Gbr_____ )

I, _Karen Stanley_____, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company,
a Virginia corporation, personally appeared before me this day and acknowledged the due execution of
this Agreement on behalf of the corporation.  She [*check one*] ☑ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _April_____, 2020.

_Karen Stanley_____
                                                    Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

My Commission expires: _12/30/22_
Notary Registration Number: _____

16

**Greenbrier IA, Inc.,**
**a Delaware corporation**

By: _Jilleam Justice_ (SEAL)
Jillean L. Justice, President

State of ___WV___ )
                          ) ss.
City/County of ___Hbr___ )

I, ___Karen Stanley___, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

_____ hand and official stamp or seal, this _30_ day of _April_ , 2020.

_Karen Stanley_
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

My Commission expires: _12/30/_
Notary Registration Number: _____

**Old White Club Corporation,**
**a West Virginia corporation**

By: _Jilleam Justice_ (SEAL)
Jillean L. Justice, President

State of ___W V___ )
                          ) ss.
City/County of ___Hbr___ )

I, ___Karen Stanley___, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Old White Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

_____ hand and official stamp or seal, this _3r_ day of _April_ , 2020.

_Karen Stanley_
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

My Commission expires: _12/30/22_
Notary Registration Number: _____

17

**The Old White Development Company,**
a West Virginia corporation

By: _____ (SEAL)
    Jillean L. Justice, President

State of _W V_ )
            ) ss.
City/County of _H b R_ )

    I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _April_, 2020.

> OFFICIAL SEAL
> NOTARY PUBLIC
> STATE OF WEST VIRGINIA
> KAREN STANLEY
> 3117 Spring Creek Station Road
> Renick, WV 24966
> My Comm. Expires Dec. 30, 2022

_____
Notary Public

My Commission expires: _12 | 30 | 22_
Notary Registration Number: _____

**Southeast Cotton, Inc.,**
a West Virginia corporation

By: _____ (SEAL)
    James C. Justice, III, President

State of _____ )
            ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

18

**The Old White Development Company,**
**a West Virginia corporation**

By: _____ (SEAL)
          Jillean L. Justice, President

State of _____ )
                    ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

                                 _____
                                      Notary Public

My Commission expires: _____
Notary Registration Number: _____

**Southeast Cotton, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
          James C. Justice, III, President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

    I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _30th_ day of _April_, 2020.

                                   _____
                                      Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20**21**

18

**American Turf Grass Corporation,**
**a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
)  ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of American Turf Grass Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _April_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

```
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021
```

**Rapidan, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
)  ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Rapidan, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _April_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

```
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021
```

19

**Blue Ridge Farm Center, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                                  ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Blue Ridge Farm Center, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] [X] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _April_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

**Justice Family Farms, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                                  ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III, who is President of Justice Family Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] [X] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _April_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

20

**Greenthorn LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
    James C. Justice, III, President

State of __Virginia__ )
                      ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Greenthorn LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __30th__ day of __April_____, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20**21**

**Black River Coal, LLC,**
**a Delaware limited liability company**

By: _____ (SEAL)
    James C. Justice, III, President

State of __Virginia__ )
                      ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Coal, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __30th__ day of __April_____, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20**21**

21

**Kirby Land Company, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III, President

State of _Virginia_ )
                            ) ss.
City/County of _Roanoke_ )

     I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Kirby Land Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

     Witness my hand and official stamp or seal, this _30th_ day of _April_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20*21*

**S and H Mining, Inc.,**
**a Tennessee corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                            ) ss.
City/County of _Roanoke_ )

     I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of S and H Mining, Inc., a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

     Witness my hand and official stamp or seal, this _30th_ day of _April_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20*21*

22

**Wintergreen Partners, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of __Virginia_____ )
                                               ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wintergreen Partners, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __30th__ day of __April_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_____
Notary Registration Number: _7560729_____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Grain Development, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of __Virginia_____ )
                                               ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Grain Development, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __30th__ day of __April_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_____
Notary Registration Number: _7560729_____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

23

**Environmental Fund, LLC,**
**a Virginia limited liability company**

By:    Wintergreen Hospitality Partners, LLC, Sole Member

       By:    Wintergreen Partners, Inc., Sole Member

           By: _____ (SEAL)
               James C. Justice, III, President

State of _Virginia_        )
                    ) ss.
City/County of _Roanoke_  )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wintergreen Partners, Inc., Sole Member of Wintergreen Hospitality Partners, LLC, Sole Member of Environmental Fund, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _April_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20**21**

24

**Black River Farms, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of  Virginia                      )
                                        ) ss.
City/County of  Roanoke                 )

    I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

    Witness my hand and official stamp or seal, this _30th_ day of _April_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 _21_

**Evergreen Turf Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of  Virginia                      )
                                        ) ss.
City/County of  Roanoke                 )

    I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Evergreen Turf Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

    Witness my hand and official stamp or seal, this _30th_ day of _April_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 _21_

25

**Justice Farm Supply, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of ___Virginia___ )
                        ) ss.
City/County of ___Roanoke___ )

I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Farm Supply, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __30th__ day of ___April___, 2020.

_____
Notary Public

My Commission expires: ___5-31-2021___
Notary Registration Number: ___7560729___

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20*21*

**Stoney Brook Plantation, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of ___Virginia___ )
                        ) ss.
City/County of ___Roanoke___ )

I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Stoney Brook Plantation, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __30th__ day of ___April___, 2020.

_____
Notary Public

My Commission expires: ___5-31-2021___
Notary Registration Number: ___7560729___

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20*21*

26

**Ten Mile Bay, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia_____ )
                                                       ) ss.
City/County of __Roanoke____ )

I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Ten Mile Bay, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __30th__day of __April_____, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20**21**

**Greenbrier Resort and Club Management, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of _____ )
                                                   ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Resort and Club Management, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

27

**Ten Mile Bay, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _____ )
                                                    ) ss.
City/County of _____ )

         I, _____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Ten Mile Bay, LLC, a West Virginia limited liability
company, personally appeared before me this day and acknowledged the due execution of this Agreement
on behalf of the corporation.  He [*check one*] ☐ is personally known to me or ☐ has produced
_____ as identification.

         Witness my hand and official stamp or seal, this _____ day of _____, 2020.

                                         _____
                                                        Notary Public

My Commission expires: _____
Notary Registration Number: _____

**Greenbrier Resort and Club Management, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
      Jillean L. Justice, President

State of  W V )
                              ) ss.
City/County of  Hbr )

         I,  Karen Stanley , a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Greenbrier Resort and Club Management, Inc., a West
Virginia corporation, personally appeared before me this day and acknowledged the due execution of this
Agreement on behalf of the corporation.  She [*check one*] ☑ is personally known to me or ☐ has
produced _____ as identification.

         Witness my hand and official stamp or seal, this 30 day of April , 2020.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

                                         _____
                                                        Notary Public

My Commission expires: 12/30/22
Notary Registration Number: _____

27

**Greenbrier Golf and Tennis Club, Inc.,**
**a West Virginia corporation**

By: _Jillean Justice_ (SEAL)
    Jillean L. Justice, President

State of __WV__ )
                        ) ss.
City/County of __Gbr__ )

I, __KAREN STANLEY__, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

_____ hand and official stamp or seal, this __3 0__ day of __April__, 2020.

_Karen Stanley_
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

My Commission expires: __12/30/22__
Notary Registration Number: _____

**Greenbrier IA [Intellectual Assets], Inc.,**
**a Delaware corporation**

By: _Jillean Justice_ (SEAL)
Name: Jillean L. Justice
Title:  President

State of __WV__ )
                        ) ss.
City/County of __Gbr__ )

I, __KAREN STANLEY__, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA [Intellectual Assets], Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

_____ hand and official stamp or seal, this __3 0__ day of __April__, 2020.

_Karen Stanley_
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

My Commission expires: __12/30/22__
Notary Registration Number: _____

**Greenbrier IA, Inc.,**
**a Delaware corporation**

By: _Jillean Justice_ (SEAL)
Name: Jillean L. Justice
Title: President

State of __WV__ )
                        ) ss.
City/County of __Hbe__ )

I, __Karen Stanley__, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally
appeared before me this day and acknowledged the due execution of this Agreement on behalf of the
corporation. She [check one] ☑ is personally known to me or ☐ has produced
_____ as identification.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

___ and official stamp or seal, this __30__ day of __April__, 2020.

_Karen Stanley_
Notary Public

My Commission expires: __12/30/22__
Notary Registration Number: _____

**Old White Charities, Inc.,**
**a West Virginia corporation**

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of __WV__ )
                        ) ss.
City/County of __Hbe__ )

I, __Karen Stanley__, a Notary Public of the City/County and State aforesaid,
certify that Jillean L. Justice who is President of Old White Charities, Inc., a West Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation. She [check one] ☑ is personally known to me or ☐ has produced
_____ as identification.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

___ and official stamp or seal, this __30__ day of __April__, 2020.

_Karen Stanley_
Notary Public

My Commission expires: __12/30/22__
Notary Registration Number: _____

29

**Southern Coal Corporation,
a Delaware corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia__ )
                      ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southern Coal Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*]  [x] is personally known to me or  [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of __April__ , 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 _21_

**A&G Coal Corporation,
a Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia__ )
                      ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of A&G Coal Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*]  [x] is personally known to me or  [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this 30th day of __April__ , 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 _21_

30

Bardo Mining, LLC,
a Kentucky limited liability company

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia_____ )
                                )  ss.
City/County of __Roanoke__     )

    I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bardo Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He *[check one]* ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __30th__ day of __April_____, 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No 7560729
My Commission Expires May 31, 2021

31

**Liggett Mining, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia__ )
                                        ) ss.
City/County of __Roanoke__ )

    I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Liggett Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

    Witness my hand and official stamp or seal, this __30th__ day of __April_____, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

**Sequoia Energy, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia__ )
                                        ) ss.
City/County of __Roanoke__ )

    I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Sequoia Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

    Witness my hand and official stamp or seal, this __30th__ day of __April_____, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

32

**Infinity Energy, LLC,**
**a Kentucky limited liability company**

By: _____  (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_____  )
                              ) ss.
City/County of _Roanoke____  )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Infinity Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30th_ day of _April_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021___
Notary Registration Number: 7560729___

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Cane Patch Mining Company, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of ___Virginia___ )
                                        ) ss.
City/County of ___Roanoke___ )

I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Cane Patch Mining Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] [X] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this ___30th___day of ___April___, 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: ___7560729___

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 ∂1

**Meg-Lynn Land Company, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of ___Virginia___ )
                                        ) ss.
City/County of ___Roanoke___ )

I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Meg-Lynn Land Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] [X] is personally known to me or [ ] has produced _____ as identification

Witness my hand and official stamp or seal, this 30th day of ___April___, 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: ___7560729___

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 ∂1

34

**Premium Coal Company, Incorporated,
a Tennessee corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of __Virginia__ )
                                      ) ss.
City/County of __Roanoke__ )

    I, __Leslie A. Wells__, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Premium Coal Company, Incorporated, a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification

    Witness my hand and official stamp or seal, this __30th__ day of __April__, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

```
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21
```

35

**Baden Reclamation Company,**
**a Virginia corporation**

By _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _Virginia_____ )
                     ) ss.
City/County of _Roanoke_____ )

I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Baden Reclamation Company, a Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.   He [*check one*] ⊠ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this 30th day of ___April_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

**Nine Mile Mining, Inc.,**
**a Virginia corporation**

By _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _Virginia_____ )
                     ) ss.
City/County of _Roanoke_____ )

I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Nine Mile Mining, Inc. a Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.   He [*check one*] ⊠ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this 30th day of ___April_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

**Justice Coal of Alabama, LLC,**
**formerly known as Alabama Carbon, LLC,**
**an Alabama limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, II
Title:  Member


By: _____ (SEAL)
Name:  Jillean L. Justice
Title:  Member

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  Member

State of _____)
                                               ) ss.
City/County of _____)

      I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

      Witness my hand and official stamp or seal, this _____ day of _____, 2020.


_____
Notary Public

My Commission expires:_____
Notary Registration Number:_____

37

State of _____ )
                             ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillian L. Justice who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.


                            _____
                                   Notary Public

My Commission expires:_____
Notary Registration Number:_____


State of _Virgina_ )
                   ) ss.
City/County of _Roanoke_ )

    I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _30th_ day of _April_, 2020.


                            _____
                               Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

**Justice Coal of Alabama, LLC,**
**formerly known as Alabama Carbon, LLC,**
**an Alabama limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, II
Title:  Member

By: _____ (SEAL)
Name:  Jillean L. Justice
Title:  Member

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  Member

State of ___WV___ )
                                    ) ss.
City/County of ___Alba___ )

I, ___Karen Stanley___, a Notary Public of the City/County and State aforesaid, certify that ~~James C. Justice, II~~ who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _3 0_ day of _April_____, 2020.

_____
Notary Public

My Commission expires: _12/30/22_
Notary Registration Number: _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec 30, 2022

**Justice Coal of Alabama, LLC,**
**formerly known as Alabama Carbon, LLC,**
**an Alabama limited liability company**

By: _____ (SEAL)
Name: James C. Justice, II
Title: Member

By: _____ (SEAL)
Name: Jillean L. Justice
Title: Member

By: _____ (SEAL)
Name: James C. Justice, III
Title: Member

State of _WV_ )
                              ) ss.
City/County of _Gbr_ )

I, _Karen Stanley_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _30_ day of _April_, 2020.

_____
Notary Public

My Commission expires: _12/30/22_
Notary Registration Number: _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
8117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

37

**Virginia Fuel Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of ___Virginia_____ )
                                   ) ss.
City/County of ___Roanoke_____ )

    I, ___Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Virginia Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] [X] is personally known to me or [ ] has produced _____ as identification.

    Witness my hand and official stamp or seal, this __30th_ day of __April_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31. 20*21*

**Kentucky Fuel Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia_____ )
                              ) ss.
City/County of __Roanoke_____ )

      I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Kentucky Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

      Witness my hand and official stamp or seal, this __30th_ day of __April_____, 2020.

_____
Notary Public

My Commission expires: __5-31-2021___
Notary Registration Number: __7560729___

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 **21**

40

National Resources Inc.,
a West Virginia corporation

By: _____    (SEAL)
Name:  James C. Justice, III
Title:  President

State of _Virginia_____  )
                                                 ) ss.
City/County of _Roanoke_____  )

     I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of National Resources Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*]  ☒ is personally known to me  or  ☐ has produced _____ as identification.

     Witness my hand and official stamp or seal, this _30th_ day of ___April_____, 2020.

                                     Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

41

## RELEASE AND REAFFIRMATION AGREEMENT

Each of the undersigned persons or entities (individually and collectively, the "Justice Entities") has executed and/or delivered to **CARTER BANK & TRUST**, a Virginia banking corporation (the "Bank") loan agreements, promissory notes, security agreements, pledge agreements, negative pledge agreements, deeds of trust, assignments, guaranties, loan payment deferral agreements and/or other documents, instruments and/or agreements that evidence, guarantee, secure or otherwise were executed and/or delivered in connection with loans, financial accommodations and/or other extensions of credit by the Bank to one or more of the Justice Entities (collectively, the "Loan Documents").

In consideration of the Bank's agreement to extend one or more additional loans to one of more of the Justice Entities on or after the date hereof (which loans shall be made only in the sole and absolute discretion of the Bank), the adequacy and sufficiency of which consideration is hereby expressly acknowledged by each of the Justice Entities, each of the Justice Entities hereby agrees as follows:

1. Each of the Justice Entities, on behalf of itself and its respective agents, directors, shareholders, members, managers, attorneys, accountants, consultants, insurers, administrators, successors and/or assigns, hereby releases, acquits and forever discharges the Bank, and all of its affiliates, employees, officers, directors, shareholders, agents, attorneys, accountants, appraisers, consultants, insurers, successors and/or assigns (collectively, the "Bank Parties"), from any and all claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, and all liabilities and responsibilities of every kind or character (all such claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, liabilities and responsibilities shall collectively be referred to as the "Liabilities"), howsoever arising, whether now existing or hereafter arising, including without limitation Liabilities arising out of or in connection with the Loan Documents and/or any and all indebtedness, liabilities and obligations evidenced by, arising from or associated with any of Loan Documents (collectively, the "Obligations"), regardless of whether the Liabilities are known or unknown, now existing or hereafter arising, joint or several, at law or in equity, arising by statute, contract, warranty or tort, and regardless of whether the Liabilities have heretofore been asserted.

2. Each of the Justice Entities hereby represents, warrants and agrees that it will not commence, join in, prosecute or participate in any suit or other proceeding in a position that is adverse to the Bank in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents. Each of the Justice Entities hereby agrees, jointly and severally, to indemnify and hold the Bank Parties harmless from any and all Liabilities, howsoever arising, out of or in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents, and each hereby agrees to pay all amounts payable under this Section 2 upon demand by the Bank.

3. None of the Justice Entities has any defenses, affirmative or otherwise, rights of setoff, rights of recoupment, claims, counterclaims, actions or causes of action of any kind or nature whatsoever against any of the Bank Parties, directly or indirectly, arising out of, based upon, or in any manner connected with, any transaction, event, circumstance, action, failure to act, or occurrence of any sort or type, whether known or unknown, which occurred, existed, was taken, permitted, or began prior to or on the date of this Agreement or accrued, existed, was taken, permitted or begun in accordance with, pursuant to, or by virtue of any of the Obligations or any of the Loan Documents, or which directly or indirectly relate to or arise out of or in any manner are connected with any of the Obligations or any of the Loan Documents, including without limitation under or in connection with the Equal Credit Opportunity Act, 15 U.S.C. Sections 1691 et seq., or Regulation B, 12 CFR Part 202; TO THE EXTENT THAT ANY SUCH DEFENSES, AFFIRMATIVE OR OTHERWISE, RIGHTS OF SETOFF, RIGHTS OF RECOUPMENT, CLAIMS, COUNTERCLAIMS,

ACTIONS OR CAUSES OF ACTION EXIST, SUCH DEFENSES, RIGHTS, CLAIMS, COUNTERCLAIMS, ACTIONS AND CAUSES OF ACTION ARE HEREBY FOREVER WAIVED, DISCHARGED AND RELEASED BY EACH OF THE JUSTICE ENTITIES.

4.     Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) each of the Loan Documents constitutes the legal, valid and binding obligation of each of the Justice Entities to the extent each is a party thereto, enforceable against each of the Justice Entities to the extent each is a party thereto in accordance with its respective terms, and (ii) none of the Loan Documents, nor the execution, delivery or performance of this Agreement or any of the Loan Documents by each of the Justice Entities to the extent each is a party thereto (A) violates any law, rule or regulation, or any order of any governmental authority or entity having jurisdiction over any of the Justice Entities or any of their respective properties or assets, (B) conflicts with or results in the termination of, constitutes a default or event of default under, or accelerates any performance required by any indenture, mortgage, deed of trust, lease, agreement or any other instrument to which any of the Justice Entities is a party or by which any of the Justice Entities or any of their respective properties or assets is bound or (C) results in the creation or imposition of any lien, charge or encumbrance upon any of the assets of any of the Justice Entities, except for the liens in favor of the Bank. Furthermore, each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) all information provided by any of the Justice Entities prior to or on the date hereof to the Bank, including, without limitation, all financial statements, was, at the date of delivery, and is as of the date hereof, true, correct and complete in all respects, and (ii) none of such information contains any material misstatement of fact or omits to state any fact necessary to make the statement contained therein not misleading.

5.     Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that CERTAIN OF THE LOAN DOCUMENTS CONTAIN A CONFESSION OF JUDGMENT PROVISION, AND EACH SUCH CONFESSION OF JUDGMENT PROVISION HAS NOT BEEN MODIFIED, ALTERED OR AMENDED IN ANY WAY AND REMAINS IN FULL FORCE AND EFFECT IN ALL RESPECTS. Furthermore, each of the Justice Entities hereby affirms, confirms and reaffirms each of its obligations, covenants and agreements under each of the Loan Documents to which it is a party.

6.     Each of the Justice Entities hereby acknowledges and agrees that any default under this Agreement or any of the Loan Documents shall be an immediate default and event of default under all of the Loan Documents for which there shall be no notice, grace or cure period, and, upon the occurrence of any such default, the Bank shall have the immediate right to exercise one or more of the rights and remedies contained in any of the Loan Documents, at law and/or in equity, all of which rights and remedies are hereby expressly reserved.

7.     Each of the Justice Entities hereby agrees that Bluestone Resources, Inc. is in the process of marketing through Goldman Sachs the sale of certain of its real estate coal assets. In the event of any sale of the Bluestone Resources real estate coal assets, the Bank shall be entitled to 50% of the Net Proceeds (as defined below) above One Hundred and Ninety-Two Million Nine Hundred and Thirty-One Thousand Two Hundred and Fifty Dollars ($192,931,250.00) from such sale. The Justice Entities hereby acknowledge and agree that the Bank shall have the right to apply such proceeds received by the Bank to such of the debts of one or more Justice Entities owed to the Bank and in such order of application as the Bank shall determine, each in the Bank's sole and absolute discretion. Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of the marketing and/or sale of the Bluestone Resources, Inc. real estate coal assets including, but not limited to, all marketing data, all sale-related communications, all offers or counter-offers, all closing documents, all direct or indirect communication with Goldman Sachs marketing representatives and closing attorneys,

2

and all presentations made to bidders or prospective bidders for all or any portion of the Bluestone Resources, Inc. real estate coal assets.

"Net Proceeds" is defined as gross sales proceeds resulting from the sale of the Bluestone Resources, Inc. real estate coal assets presently being marketed by Goldman Sachs minus (a) the amount necessary to pay in full the lien held by Greensill Capital (UK) Limited, as Financial Institution, (b) capital gains taxes associated with the sale of such real estate coal assets not to exceed 27.5% of the gross sales proceeds, (c) obligations, if any, associated with such real estate coal assets owed to Mechel not to exceed 12.5% of the gross sales proceeds, (d) Goldman Sachs' fees not to exceed $6,000,000.00 plus 2% of the gross sales proceeds in excess of $400,000,000.00, (e) Goldman Sachs' expenses not to exceed $50,000.00, (f) employee bonuses not to exceed $2,500,000.00, (g) attorney's fees associated with the sale of such real estate coal assets not to exceed $1,500,000.00 and (h) engineering and accounting fees not to exceed $700,000.00; provided, that, prior to the payment of any such deductions from the gross sales proceeds, the Justice Entities shall provide to the Bank, and the Bank shall have confirmed, proof of the actual amount of and appropriate documentation for each such expense.

8.      Each of the Justice Entities hereby agrees that the Bank shall have right to engage a consultant of its choosing to (1) interview the management of the Justice Entities, (2) review any plan of the Justice Entities, (3) review and monitor past, present and future transactions of the Justice Entities, (4) review and monitor bank account balances at all financial institutions at which any of the Justice Entities maintains accounts, (5) review cash management procedures and controls, (6) prepare reports and (7) perform such other and further services as the Bank shall determine in its sole and absolute opinion are necessary or desirable (collectively, the "Consulting Services"). Each of the Justice Entities shall assist and cooperate fully, and cause all of its officers, members, managers, employees, agents and all other persons under its control, to assist and cooperate fully with such consultant's provision of the Consulting Services; and the Justice Entities, jointly and severally, shall pay to the Bank on demand for all costs, fees and other charges associated with the Consulting Services.

9.      Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of (a) the prosecution of insurance claims relating to the damage to the Greenbrier Hotel and environs caused by or associated with the flood that occurred in 2016, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (b) the defense of the "New London" litigation presently pending in the United States District Court, Eastern District of Kentucky, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (c) the refinancing of any indebtedness owed by Greenbrier Hotel Corporation and/or its affiliates, including but not limited to all communications and correspondence associated with term sheets, loan documents, collateral documents, and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (d) the defense of the law suit styled United States of America v. Southern Coal Corporation et al., Case No. 7:19cv354 filed in the United States District Court for the Western District of Virginia, Roanoke Division, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (e) the prosecution of the law suit styled James C. Justice III et al. v. Office of Surface Mining Reclamation and Enforcement, United States Department of the Interior, Case No. 7:19cv381 filed in the United States District Court for the Western District of Virginia, Roanoke Division, (f) all of the other civil, criminal, administrative, mediation, arbitration or other matters or proceedings to which any of the Justice Entities is a plaintiff, defendant or other party, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities and (g) all of the unsatisfied or unreleased judgments entered against any of the Justice Entities in an amount greater than $50,000, including but not limited to all communications and correspondence and

3

direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities.

10.      This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which constitute one and the same instrument.

11.      This Agreement shall be construed and enforced according to the laws of the Commonwealth of Virginia. Each of the Justice Entities hereby irrevocably agrees that any legal action or proceeding arising out of or relating to this Agreement or any of the Loan Documents shall be instituted in the Circuit Court of the City of Martinsville, Virginia, or the United States District Court for the Western District of Virginia, or in such other appropriate court and venue as the Bank may choose in its sole discretion. Each of the Justice Entities hereby consents to the jurisdiction of such courts and waives any objection relating to the basis for personal or in rem jurisdiction or to venue which each of the undersigned may now or hereafter have in any such legal action or proceedings.

14.      UNLESS EXPRESSLY PROHIBITED BY APPLICABLE LAW, EACH OF THE JUSTICE ENTITIES HEREBY WAIVES THE RIGHT TO TRIAL BY JURY OF ANY MATTERS OR CLAIMS ARISING OUT OF THIS AGREEMENT OR ANY OF THE LOAN DOCUMENTS OR OUT OF THE CONDUCT OF OR THE RELATIONSHIP BETWEEN EACH OF THE JUSTICE ENTITIES AND THE BANK, IN EACH CASE WHETHER SOUNDING IN CONTRACT OR TORT OR OTHERWISE. EACH OF THE JUSTICE ENTITIES AGREES AND CONSENTS THAT ANY SUCH CLAIM, DEMAND, ACTION OR CAUSE OF ACTION SHALL BE DECIDED BY COURT TRIAL WITHOUT A JURY, AND THAT THE BANK MAY FILE AN ORIGINAL COUNTERPART OR A COPY OF THIS PARAGRAPH WITH ANY COURT AS WRITTEN EVIDENCE OF THE CONSENT OF EACH OF THE JUSTICE ENTITIES TO THE WAIVER OF ITS RIGHT TO TRIAL BY JURY. THIS PROVISION IS A MATERIAL INDUCEMENT FOR THE BANK TO ENTER INTO THIS AGREEMENT. FURTHER, EACH OF THE JUSTICE ENTITIES HEREBY CERTIFIES THAT NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT THE BANK WOULD NOT SEEK TO ENFORCE THIS WAIVER OF RIGHT TO JURY TRIAL PROVISION. NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS THE AUTHORITY TO WAIVE, CONDITION OR MODIFY THIS PROVISION. EACH OF THE JUSTICE ENTITIES ACKNOWLEDGES IT HAS HAD THE OPPORTUNITY TO CONSULT WITH COUNSEL REGARDING THIS PARAGRAPH, THAT IT FULLY UNDERSTANDS ITS TERMS, CONTENT AND EFFECT, AND THAT IT VOLUNTARILY AND KNOWINGLY AGREES TO THE TERMS OF THIS PARAGRAPH.

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, each of the Justice Entities has executed this Agreement or caused this Agreement to be executed by its duly authorized officer, member or manager under seal as of this 8th day of May, 2020.

Greenbrier Hotel Corporation,
a West Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _West Virginia_
) ss.
City/County of _Greenbrier_

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Hotel Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _8_ day of _May_, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

5

**Justice Family Group, LLC,**
**a Delaware limited liability company**

By: _____ (SEAL)
        Jillean L. Justice, President

State of _West Virginia_ )
                                        ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Justice Family Group, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _8_ day of _May_ , 2020.

_____
                    Notary Public

My Commission expires: _____
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
**KELLEY K HENTHORN**
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

**Players Club, LLC,**
**a Delaware limited liability company**

By: _____ (SEAL)
        Jillean L. Justice, President

State of _West Virginia_ )
                                        ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Players Club, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _8_ day of _May_ , 2020.

_____
                    Notary Public

My Commission expires: _____
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
**KELLEY K HENTHORN**
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

6

**Greenbrier Golf and Tennis Club Corporation,**
**a West Virginia corporation**

By: _____ (SEAL)
       Jillean L. Justice, President

State of _West Virginia_ )
                                    ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _8_ day of _May_____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

> OFFICIAL SEAL
> Notary Public, State of West Virginia
> **KELLEY K HENTHORN**
> Greenbrier County Schools
> 202 Chestnut Street
> Lewisburg, WV 24901
> My commission expires October 29, 2022

**Greenbrier Medical Institute, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
       Jillean L. Justice, President

State of _West Virginia_ )
                                    ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Medical Institute, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _8_ day of _May_____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

> OFFICIAL SEAL
> Notary Public, State of West Virginia
> **KELLEY K HENTHORN**
> Greenbrier County Schools
> 202 Chestnut Street
> Lewisburg, WV 24901
> My commission expires October 29, 2022

7

**Oakhurst Club, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
        Jillean L. Justice, Member

State of *West Virginia* )
                                    ) ss.
City/County of *Greenbrier* )

I, *Kelley K. Henthorn* , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is a Member of Oakhurst Club, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __8__ day of __May_____, 2020

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

_____
                            Notary Public

My Commission expires: _____
Notary Registration Number: _____

**The Greenbrier Sporting Club, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Name: Jillean L. Justice
Title:  President

State of *West Virginia* )
                                    ) ss.
City/County of *Greenbrier* )

I, *Kelley K. Henthorn* , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club, Inc. a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __8__ day of __May_____, 2020.

_____
                            Notary Public

My Commission expires: _____
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

8

The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
                        ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _8_ day of _May_, 2020.

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My Commission expires October 29, 2022

My Commission expires: _____
Notary Registration Number: _____

_____
Notary Public

Bellwood Corporation,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _____ )
                          ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

9

**The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of _____ )
                          ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

**Bellwood Corporation, a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _8th_ day of _May_, 2020.

_____
Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

9

**Bluestone Energy Sales Corporation,
a Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of ____Virginia_____ )
                                                      ) ss.
City/County of __Roanoke_____ )

     I, ____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Energy Sales Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

     Witness my hand and official stamp or seal, this __8th__ day of __May_____, 2020.

_____
Notary Public

My Commission expires: __5/31/21_____
Notary Registration Number: _7560729___

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 _21_

**Justice Low Seam Mining Inc.,
a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of ____Virginia_____ )
                                                      ) ss.
City/County of __Roanoke_____ )

     I, ____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Low Seam Mining Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

     Witness my hand and official stamp or seal, this __8th__ day of __May_____, 2020.

_____
Notary Public

My Commission expires: __5/31/21_____
Notary Registration Number: _7560729___

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 _21_

10

**Bluestone Resources Inc.,**
**a Delaware corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                )  ss.
City/County of _Roanoke_ )

    I, ____Leslie A. Wells____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Resources Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] [x] is personally known to me or [ ] has produced _____ as identification.

    Witness my hand and official stamp or seal, this _8_ day of ____May____, 2020.

_____
Notary Public

My Commission expires: __5/31/21__
Notary Registration Number:7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 _21_

**Tams Management, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                )  ss.
City/County of _Roanoke_ )

    I, ____Leslie A. Wells____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Tams Management, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] [x] is personally known to me or [ ] has produced _____ as identification.

    Witness my hand and official stamp or seal, this _8_ day of ____May____, 2020.

_____
Notary Public

My Commission expires: __5/31/21__
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 _21_

11

Justice **Farms** of North **Carolina, LLC,**
a Virginia **limited liability company**

By _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
_____ ) ss.
City/County of __Roanoke__ )

  I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Farms of North Carolina, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] [X] is personally known to me or ☐ has produced _____ as identification.

  Witness my hand and official stamp or seal, this __8__ day of ____May____, 2020.

_____
Notary Public

My Commission expires: ___5/31/21___
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

James C. Justice Companies, Inc.,
a Delaware corporation

By _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
_____ ) ss.
City/County of __Roanoke__ )

  I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of James C. Justice Companies, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] [X] is personally known to me or ☐ has produced _____ as identification.

  Witness my hand and official stamp or seal, this __8__ day of ____May____, 2020.

_____
Notary Public

My Commission expires: ___5/31/21___
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

12

Twin Fir Estates, LLC,
a Virginia limited liability company

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                ) ss.
City/County of __Roanoke_____ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Twin Fir Estates, LLC, a Virginia limited liability
company, personally appeared before me this day and acknowledged the due execution of this Agreement
on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this __8__ day of __May_____, 2020.

_____
Notary Public

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20⅌

My Commission expires: ___5/31/21___
Notary Registration Number: 7560729

Wilcox Industries, Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                ) ss.
City/County of __Roanoke_____ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Wilcox Industries, Inc., a West Virginia corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.   He [*check one*] ☒ is personally known to me or ☐ has produced
_____ as identification.

Witness my hand and official stamp or seal, this __8__ day of __May_____, 2020.

_____
Notary Public

My Commission expires: ___5/31/21___
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20⅌

13

**Triple J, LLC,**
**a Virginia limited liability company**

By: _____(SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                    ) ss.
City/County of __Roanoke__ )

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Triple J, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this __8__ day of __May_____. 2020.

_____
Notary Public

My Commission expires: ____5/31/21____
Notary Registration Number: 7560729

_____(SEAL)
James C. Justice, III

State of _____Virginia_____ )
                                    ) ss.
City/County of __Roanoke__ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III personally appeared before me this day and acknowledged the due execution of this Agreement. He [*check one*] [ ] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this __8__ day of __May_____, 2020.

_____
Notary Public

My Commission expires: ____5/31/21____
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

14

_(signature)_ (SEAL)

James C. Justice, II

State of _West Virginia_ )
                        ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II personally appeared before me this day and acknowledged the due execution of this Agreement.   He [_check one_] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __8__ day of __May_____, 2020.

**OFFICIAL SEAL**
Notary Public, State of West Virginia
**KELLEY K HENTHORN**
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

_(signature)_
Notary Public

My Commission expires: _____
Notary Registration Number: _____

_(signature)_ (SEAL)

**Cathy L. Justice**

State of _West Virginia_ )
                        ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Cathy L. Justice personally appeared before me this day and acknowledged the due execution of this Agreement.   She [_check one_] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __8__ day of __May_____, 2020.

_(signature)_
Notary Public

My Commission expires: _____
Notary Registration Number: _____

**OFFICIAL SEAL**
Notary Public, State of West Virginia
**KELLEY K HENTHORN**
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

15

The Chesapeake and Ohio Traveler, Inc.,
a Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                   ) ss.
City/County of ___Roanoke___       )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He *[check one]* ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this   8   day of ___May___, 2020.

_____
Notary Public

My Commission expires: ___5/31/21___
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

The Greenbrier Resort and Club Management Company, a Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _____ )
                                   ) ss.
City/County of _____  )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She *[check one]* ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20

16

**The Chesapeake and Ohio Traveler, Inc.,
a Virginia corporation**

By: _____ (SEAL)
       James C. Justice, III, President

State of _____ )
                ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.


                        _____
                        Notary Public

My Commission expires: _____
Notary Registration Number: _____

**The Greenbrier Resort and Club Management
Company, a Virginia corporation**

By: *Jillean Justice* (SEAL)
       Jillean L. Justice, President

State of *West Virginia* )
                ) ss.
City/County of *Greenbrier* )

    I, *Kelley K. Henthorn*, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _8_ day of _May_, 2020.


                  *Kelley K Henthorn*
                  Notary Public

My Commission expires: _____
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

16

**Greenbrier IA, Inc.,**
**a Delaware corporation**

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
                                    ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.    She  [check one]  ☑  is  personally  known  to  me  or  ☐  has  produced _____ as identification.

Witness my hand and official stamp or seal, this _8_ day of _May_, 2020.

OFFICIAL SEAL
Notary Public. State of West Virginia
**KELLEY K HENTHORN**
Greenbrier County Schools
202 Chestnut Street
Lewisburg. WV  24901
My Commission expires October 23, 2022

_Kelley K. Henthorn_
Notary Public

My Commission expires:
Notary Registration Number:

**Old White Club Corporation,**
**a West Virginia corporation**

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
                                    ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Old White Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She  [check one]  ☑  is personally known to me or  ☐  has produced _____ as identification.

Witness my hand and official stamp or seal, this _8_ day of _May_, 2020.

_Kelley K. Henthorn_
Notary Public

My Commission expires: _____
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public. State of West Virginia
**KELLEY K HENTHORN**
Greenbrier County Schools
202 Chestnut Street
Lewisburg. WV  24901
My commission expires October 23, 2022

17

**The Old White Development Company,**
**a West Virginia corporation**

By: _Jillean L. Justice_ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
                                    ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _8_ day of _May_ , 2020.

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

_Kelley K. Hentho_
Notary Public

Notary Registration Number: _____

**Southeast Cotton, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _____ )
                                    ) ss.
City/County of _____ )

I, _____ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____ , 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

18

**The Old White Development Company,
a West Virginia corporation**

By: _____ (SEAL)
          Jillean L. Justice, President

State of _____ )
                                                 ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [check one] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

                                                   _____
                                                               Notary Public

My Commission expires: _____
Notary Registration Number: _____

**Southeast Cotton, Inc.,
a West Virginia corporation**

By: _____ (SEAL)
          James C. Justice, III, President

State of _____ Virginia _____ )
                                                 ) ss.
City/County of _Roanoke_ )

    I, ____ Leslie A. Wells ____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _8_ day of ____ May ____, 2020.

                                                   _____
                                                               Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

18

**American Turf Grass Corporation,**
**a Virginia corporation**

By: _____ (SEAL)
 James C. Justice, III, President

State of _____Virginia_____ )
                                   ) ss.
City/County of __Roanoke__         )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of American Turf Grass Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He *[check one]* ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 8 day of ___May___, 2020.

_____
Notary Public

My Commission expires: ___5/31/21___
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

**Rapidan, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
 James C. Justice, III, President

State of _____Virginia_____ )
                                   ) ss.
City/County of __Roanoke__         )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Rapidan, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He *[check one]* ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 8 day of ___May___, 2020.

_____
Notary Public

My Commission expires: ___5/31/21___
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

19

**Blue Ridge Farm Center, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                ) ss.
City/County of __Roanoke____ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Blue Ridge Farm Center, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __8__ day of ___May_____, 2020.

_____
Notary Public

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

My Commission expires: _____5/31/21_____
Notary Registration Number: __7560729__

**Justice Family Farms, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                ) ss.
City/County of __Roanoke____ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III, who is President of Justice Family Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __8__ day of ___May_____, 2020.

_____
Notary Public

My Commission expires: _____5/31/21_____
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

20

**Greenthorn LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _____ Virginia _____ )
                                   ) ss.
City/County of __Roanoke__         )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Greenthorn LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] [x] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this __8__ day of __May_____, 2020.

_____
Notary Public

My Commission expires: ___5/31/21___
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_1/

**Black River Coal, LLC,**
**a Delaware limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _____ Virginia _____ )
                                   ) ss.
City/County of __Roanoke__         )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Coal, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] [x] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this __8__ day of __May_____, 2020.

_____
Notary Public

My Commission expires: ___5/31/21___
Notary Registration Number 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_1/

21

**Kirby Land Company, Inc.,
a West Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III, President

State of _____Virginia_____ )
                                    ) ss.
City/County of ___Roanoke___       )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Kirby Land Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this __8__ day of ___May___, 2020.

_____
Notary Public

My Commission expires: ____5/31/21____
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

**S and H Mining, Inc.,
a Tennessee corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                    ) ss.
City/County of ___Roanoke___       )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of S and H Mining, Inc., a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this __8__ day of __May__, 2020.

_____
Notary Public

My Commission expires: ____5/31/21____
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

22

**Wintergreen Partners, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                   ) ss.
City/County of __Roanoke___ )

     I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wintergreen Partners, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

     Witness my hand and official stamp or seal, this _8__ day of ___May_____, 2020.

_____
Notary Public

My Commission expires: _____5/31/21____
Notary Registration Number: _7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Grain Development, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                   ) ss.
City/County of __Roanoke___ )

     I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Grain Development, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] [X] is personally known to me or [ ] has produced _____ as identification.

     Witness my hand and official stamp or seal, this _8__ day of ___May_____, 2020.

_____
Notary Public

My Commission expires: _____5/31/21____
Notary Registration Number: _7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

23

**Environmental Fund, LLC,**
**a Virginia limited liability company**

By:    Wintergreen Hospitality Partners, LLC, Sole
Member

        By:    Wintergreen Partners, Inc., Sole
Member

            By: _____ (SEAL)
            James C. Justice, III, President

State of _____ Virginia _____ )
                      ) ss.
City/County of __Roanoke__ )

    I, _____ Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wintergreen Partners, Inc., Sole Member of Wintergreen Hospitality Partners, LLC, Sole Member of Environmental Fund, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __8__ day of ___May___, 2020.

                              Notary Public

My Commission expires: _____ 5/31/21 _____
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

24

**Black River Farms, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____ Virginia _____ )
                                           ) ss.
City/County of __Roanoke__ )

    I, _____ Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __8__ day of ____May____, 2020.

_____
Notary Public

My Commission expires: _____5/31/21_____
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20*21*

**Evergreen Turf Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____ Virginia _____ )
                                           ) ss.
City/County of __Roanoke__ )

    I, _____ Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Evergreen Turf Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _8_ day of ____May____, 2020.

_____
Notary Public

My Commission expires: _____5/31/21_____
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20*21*

25

**Justice Farm Supply, Inc.,**
**a West Virginia corporation**

By _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _____Virginia_____ )
                                                          ) ss.
City/County of ___Roanoke___ )

    I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Farm Supply, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __8th__ day of ___May___, 2020.

_____
Notary Public

My Commission expires: ___5/31/21___
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 2/

**Stoney Brook Plantation, Inc.,**
**a West Virginia corporation**

By _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _____Virginia_____ )
                                                          ) ss.
City/County of ___Roanoke___ )

    I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Stoney Brook Plantation, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __8th__ day of ___May___, 2020.

_____
Notary Public

My Commission expires: ___5/31/21___
Notary Registration Number: _7560729_

26

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 2/

**Ten Mile Bay, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Name: James C. Justice, III
Title:  President

State of _____Virginia_____ )
                                    ) ss.
City/County of __Roanoke__ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Ten Mile Bay, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __8th__ day of _____May_____, 2020.

_____
Notary Public

My Commission expires: ____5/31/21____
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Greenbrier Resort and Club Management, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
     Jillean L. Justice, President

State of _____ )
                           ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Resort and Club Management, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

27

**Ten Mile Bay, LLC,**
**a West Virginia limited liability company**


By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President


State of _____ )
                                                          ) ss.
City/County of _____ )


     I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Ten Mile Bay, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

     Witness my hand and official stamp or seal, this _____ day of _____, 2020.


_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____


**Greenbrier Resort and Club Management, Inc.,**
**a West Virginia corporation**


By: _~~Jillean Justice~~_ (SEAL)
    Jillean L. Justice, President


State of _West Virginia_ )
                                              ) ss.
City/County of _Greenbrier_ )


     I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Resort and Club Management, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

     Witness my hand and official stamp or seal, this _8_ day of _May_, 2020.


_~~Kelley K. Henthorn~~_
Notary Public

My Commission expires: _____
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
**KELLEY K HENTHORN**
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV  24901
My commission expires October 29, 2022

**Greenbrier Golf and Tennis Club, Inc.,**
**a West Virginia corporation**

By: _Jillean L. Justice_ (SEAL)

Jillean L. Justice, President

State of _WEST VIRGINIA_ )
                ) ss.
City/County of _GREENBRIER_ )

    I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _8_ day of _May_____, 2020.

OFFICIAL SEAL
Notary Public, State of West Virginia
**KELLEY K HENTHORN**
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

_Kelley K. Henthorn_
              Notary Public

My Commission expires: _____
Notary Registration Number: _____

**Greenbrier IA [Intellectual Assets], Inc.,**
**a Delaware corporation**

By: _Jillean L. Justice_ (SEAL)
Name: Jillean L. Justice
Title: President

State of _WEST VIRGINIA_ )
                ) ss.
City/County of _GREENBRIER_ )

    I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA [Intellectual Assets], Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _8_ day of _May_____, 2020.

_Kelley K. Henthorn_
              Notary Public

My Commission expires: _____
Notary Registration Number: _____

OFFICIAL SEAL
Notary Public, State of West Virginia
**KELLEY K HENTHORN**
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

28

**Greenbrier IA, Inc.,
a Delaware corporation**

By: _____ (SEAL)
Name: Jillean L. Justice
Title: President

State of _West Virginia_ )
                                      ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _8_ day of _May_, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

> OFFICIAL SEAL
> Notary Public, State of West Virginia
> **KELLEY K HENTHORN**
> Greenbrier County Schools
> 202 Chestnut Street
> Lewisburg, WV 24901
> My commission expires October 29, 2022

**Old White Charities, Inc.,
a West Virginia corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of _West Virginia_ )
                                      ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Old White Charities, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _8_ day of _May_, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

> OFFICIAL SEAL
> Notary Public, State of West Virginia
> **KELLEY K HENTHORN**
> Greenbrier County Schools
> 202 Chestnut Street
> Lewisburg, WV 24901
> My commission expires October 29, 2022

**Southern Coal Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                 ) ss.
City/County of __Roanoke__       )

    I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southern Coal Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this ___8th___ day of _____May_____, 2020.

_____
Notary Public

My Commission expires: ___5/31/21___
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**A&G Coal Corporation,**
**a Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                 ) ss.
City/County of __Roanoke__       )

    I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of A&G Coal Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this ___8th___ day of _____May_____, 2020.

_____
Notary Public

My Commission expires: ___5/31/21___
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

30

**Bardo Mining, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____ Virginia _____ )
                                                    ) ss.
City/County of ___ Roanoke ___ )

I, _____ Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bardo Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this ___ 8th day of May _____, 2020.

_____
Notary Public

My Commission expires: ___ 5/31/21 ___
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

31

Liggett Mining, LLC,
a Kentucky limited liability company

By _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                 ) ss.
City/County of __Roanoke__ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Liggett Mining, LLC, a Kentucky limited liability
company, personally appeared before me this day and acknowledged the due execution of this Agreement
on behalf of the limited liability company. He [check one] ☒ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this ___8th___ day of __May_____ . 2020.

_____
Notary Public

My Commission expires: ___5/31/21___
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

Sequoia Energy, LLC,
a Kentucky limited liability company

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                 ) ss.
City/County of __Roanoke__ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Sequoia Energy, LLC, a Kentucky limited liability
company, personally appeared before me this day and acknowledged the due execution of this Agreement
on behalf of the limited liability company. He [check one] ☒ is personally known to me or ☐ has
produced _____ as identification.

Witness my hand and official stamp or seal, this ___8th___ day of __May_____ , 2020.

_____
Notary Public

My Commission expires: ___5/31/21___
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

32

Infinity Energy, LLC,
a Kentucky limited liability company

B: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                      ) ss.
City/County of __Roanoke__           )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Infinity Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this ___8th__day of _May_____. 2020.

_____
Notary Public

My Commission expires: __5/31/21__
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

33

**Cane Patch Mining Company, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                 ) ss.
City/County of _Roanoke_____ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Cane Patch Mining Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __8th__ day of ___May___, 2020.

_____
Notary Public

My Commission expires: _____5/31/21_____
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

**Meg-Lynn Land Company, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                 ) ss.
City/County of _Roanoke_____ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Meg-Lynn Land Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification

Witness my hand and official stamp or seal, this __8th__ day of ___May___, 2020.

_____
Notary Public

My Commission expires: _____5/31/21_____
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

34

**Premium Coal Company, Incorporated,**
**a Tennessee corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                    ) ss.
City/County of __Roanoke__ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Premium Coal Company, Incorporated, a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification

Witness my hand and official stamp or seal, this __8th__ day of ____May____, 2020.

_____
Notary Public

My Commission expires: ____5/31/21____
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20*21*

35

**Baden Reclamation Company,**
**a Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                ) ss.
City/County of __Roanoke__ )

    I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Baden Reclamation Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

    Witness my hand and official stamp or seal, this __8th__ day of __May_____, 2020.

_____
Notary Public

My Commission expires: ___5/31/21___
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

**Nine Mile Mining, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                ) ss.
City/County of __Roanoke__ )

    I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Nine Mile Mining, Inc. a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

    Witness my hand and official stamp or seal, this __8th__ day of __May_____, 2020.

_____
Notary Public

My Commission expires: ___5/31/21___
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

36

**Justice Coal of Alabama, LLC,**
**formerly known as Alabama Carbon, LLC,**
**an Alabama limited liability company**

By: _____ (SEAL)
Name: James C. Justice, II
Title: Member

By: _____ (SEAL)
Name: Jillean L. Justice
Title: Member

By: _____ (SEAL)
Name: James C. Justice, III
Title: Member

State of _West Virginia_ )
               ) ss.
City/County of _Greenbrier_ )

I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __8__ day of __May__, 2020.

_____
Notary Public

My Commission expires:_____
Notary Registration Number:_____

OFFICIAL SEAL
Notary Public, State of West Virginia
**KELLEY K HENTHORN**
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

37

State of _West Virginia_)
                        ) ss.
City/County of _Greenbrier_)

    I, _Kelley K. Henthorn_, a Notary Public of the City/County and State aforesaid, certify that Jillian L. Justice who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __8__ day of __May_____, 2020.

                                              Notary Public

My Commission expires:_____
Notary Registration Number:_____

OFFICIAL SEAL
Notary Public, State of West Virginia
KELLEY K HENTHORN
Greenbrier County Schools
202 Chestnut Street
Lewisburg, WV 24901
My commission expires October 29, 2022

State of _____)
                             ) ss.
City/County of_____)

    I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

                                              Notary Public

My Commission expires:_____
Notary Registration Number:_____

**Justice Coal of Alabama, LLC,**
**formerly known as Alabama Carbon, LLC,**
**an Alabama limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, II
Title:  Member

By: _____ (SEAL)
Name:  Jillean L. Justice
Title:  Member

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  Member

State of _____ )
                                       ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires:_____
Notary Registration Number:_____

State of _____ )
                             ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillian L. Justice who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
                              Notary Public

My Commission expires:_____
Notary Registration Number:_____

State of _____Virginia_____ )
                                ) ss.
City/County of _Roanoke_____ )

I, ____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __8th__ day of ___May_____, 2020.

*Leslie Ann Wells*
                              Notary Public

My Commission expires:___5/31/21___
Notary Registration Number:7560729_____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

38

**Virginia Fuel Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                                    ) ss.
City/County of __Roanoke__ )

     I, _____Leslie A. Wells_____ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Virginia Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*]  ⌧ is personally known to me or  ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 8th day of ____May____ , 2020.

_____
Notary Public

My Commission expires: __5/31/21__
Notary Registration Number:7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

39

**Kentucky Fuel Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                                        ) ss.
City/County of __Roanoke__ )

I, _____Leslie A. Wells_____ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Kentucky Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __8th__ day of __May_____, 2020.

_____
Notary Public

My Commission expires:____5/31/21____
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

40

**National Resources Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                )  ss.
City/County of __Roanoke__      )

    I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of National Resources Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

    Witness my hand and official stamp or seal, this 8th day of May _____, 2020.

_____
Notary Public

My Commission expires: ___5/31/21___
Notary Registration Number:_7560729____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

41

## RELEASE AND REAFFIRMATION AGREEMENT

Each of the undersigned persons or entities (individually and collectively, the "Justice Entities") has executed and/or delivered to **CARTER BANK & TRUST**, a Virginia banking corporation (the "Bank") loan agreements, promissory notes, security agreements, pledge agreements, negative pledge agreements, deeds of trust, assignments, guaranties, loan payment deferral agreements and/or other documents, instruments and/or agreements that evidence, guarantee, secure or otherwise were executed and/or delivered in connection with loans, financial accommodations and/or other extensions of credit by the Bank to one or more of the Justice Entities (collectively, the "Loan Documents").

In consideration of the Bank's agreement to extend one or more additional loans to one or more of the Justice Entities on or after the date hereof (which loans shall be made only in the sole and absolute discretion of the Bank), the adequacy and sufficiency of which consideration is hereby expressly acknowledged by each of the Justice Entities, each of the Justice Entities hereby agrees as follows:

1.      Each of the Justice Entities, on behalf of itself and its respective agents, directors, shareholders, members, managers, attorneys, accountants, consultants, insurers, administrators, successors and/or assigns, hereby releases, acquits and forever discharges the Bank, and all of its affiliates, employees, officers, directors, shareholders, agents, attorneys, accountants, appraisers, consultants, insurers, successors and/or assigns (collectively, the "Bank Parties"), from any and all claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, and all liabilities and responsibilities of every kind or character (all such claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, liabilities and responsibilities shall collectively be referred to as the "Liabilities"), howsoever arising, whether now existing or hereafter arising, including without limitation Liabilities arising out of or in connection with the Loan Documents and/or any and all indebtedness, liabilities and obligations evidenced by, arising from or associated with any of Loan Documents (collectively, the "Obligations"), regardless of whether the Liabilities are known or unknown, now existing or hereafter arising, joint or several, at law or in equity, arising by statute, contract, warranty or tort, and regardless of whether the Liabilities have heretofore been asserted.

2.      Each of the Justice Entities hereby represents, warrants and agrees that it will not commence, join in, prosecute or participate in any suit or other proceeding in a position that is adverse to the Bank in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents. Each of the Justice Entities hereby agrees, jointly and severally, to indemnify and hold the Bank Parties harmless from any and all Liabilities, howsoever arising, out of or in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents, and each hereby agrees to pay all amounts payable under this Section 2 upon demand by the Bank.

3.      None of the Justice Entities has any defenses, affirmative or otherwise, rights of setoff, rights of recoupment, claims, counterclaims, actions or causes of action of any kind or nature whatsoever against any of the Bank Parties, directly or indirectly, arising out of, based upon, or in any manner connected with, any transaction, event, circumstance, action, failure to act, or occurrence of any sort or type, whether known or unknown, which occurred, existed, was taken, permitted, or began prior to or on the date of this Agreement or accrued, existed, was taken, permitted or begun in accordance with, pursuant to, or by virtue of any of the Obligations or any of the Loan Documents, or which directly or indirectly relate to or arise out of or in any manner are connected with any of the Obligations or any of the Loan Documents, including without limitation under or in connection with the Equal Credit Opportunity Act, 15 U.S.C. Sections 1691 et seq., or Regulation B, 12 CFR Part 202; TO THE EXTENT THAT ANY SUCH DEFENSES, AFFIRMATIVE OR OTHERWISE, RIGHTS OF SETOFF, RIGHTS OF RECOUPMENT, CLAIMS, COUNTERCLAIMS,

ACTIONS OR CAUSES OF ACTION EXIST, SUCH DEFENSES, RIGHTS, CLAIMS, COUNTERCLAIMS, ACTIONS AND CAUSES OF ACTION ARE HEREBY FOREVER WAIVED, DISCHARGED AND RELEASED BY EACH OF THE JUSTICE ENTITIES.

4. Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) each of the Loan Documents constitutes the legal, valid and binding obligation of each of the Justice Entities to the extent each is a party thereto, enforceable against each of the Justice Entities to the extent each is a party thereto in accordance with its respective terms, and (ii) none of the Loan Documents, nor the execution, delivery or performance of this Agreement or any of the Loan Documents by each of the Justice Entities to the extent each is a party thereto (A) violates any law, rule or regulation, or any order of any governmental authority or entity having jurisdiction over any of the Justice Entities or any of their respective properties or assets, (B) conflicts with or results in the termination of, constitutes a default or event of default under, or accelerates any performance required by any indenture, mortgage, deed of trust, lease, agreement or any other instrument to which any of the Justice Entities is a party or by which any of the Justice Entities or any of their respective properties or assets is bound or (C) results in the creation or imposition of any lien, charge or encumbrance upon any of the assets of any of the Justice Entities, except for the liens in favor of the Bank. Furthermore, each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) all information provided by any of the Justice Entities prior to or on the date hereof to the Bank, including, without limitation, all financial statements, was, at the date of delivery, and is as of the date hereof, true, correct and complete in all respects, and (ii) none of such information contains any material misstatement of fact or omits to state any fact necessary to make the statement contained therein not misleading.

5. Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that CERTAIN OF THE LOAN DOCUMENTS CONTAIN A CONFESSION OF JUDGMENT PROVISION, AND EACH SUCH CONFESSION OF JUDGMENT PROVISION HAS NOT BEEN MODIFIED, ALTERED OR AMENDED IN ANY WAY AND REMAINS IN FULL FORCE AND EFFECT IN ALL RESPECTS. Furthermore, each of the Justice Entities hereby affirms, confirms and reaffirms each of its obligations, covenants and agreements under each of the Loan Documents to which it is a party.

6. Each of the Justice Entities hereby acknowledges and agrees that any default under this Agreement or any of the Loan Documents shall be an immediate default and event of default under all of the Loan Documents for which there shall be no notice, grace or cure period, and, upon the occurrence of any such default, the Bank shall have the immediate right to exercise one or more of the rights and remedies contained in any of the Loan Documents, at law and/or in equity, all of which rights and remedies are hereby expressly reserved.

7. Each of the Justice Entities hereby agrees that Bluestone Resources, Inc. is in the process of marketing through Goldman Sachs the sale of certain of its real estate coal assets. In the event of any sale of the Bluestone Resources real estate coal assets, the Bank shall be entitled to 50% of the Net Proceeds (as defined below) above One Hundred and Ninety-Two Million Nine Hundred and Thirty-One Thousand Two Hundred and Fifty Dollars ($192,931,250.00) from such sale. The Justice Entities hereby acknowledge and agree that the Bank shall have the right to apply such proceeds received by the Bank to such of the debts of one or more Justice Entities owed to the Bank and in such order of application as the Bank shall determine, each in the Bank's sole and absolute discretion. Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of the marketing and/or sale of the Bluestone Resources, Inc. real estate coal assets including, but not limited to, all marketing data, all sale-related communications, all offers or counter-offers, all closing documents, all direct or indirect communication with Goldman Sachs marketing representatives and closing attorneys,

and all presentations made to bidders or prospective bidders for all or any portion of the Bluestone Resources, Inc. real estate coal assets.

"Net Proceeds" is defined as gross sales proceeds resulting from the sale of the Bluestone Resources, Inc. real estate coal assets presently being marketed by Goldman Sachs minus (a) the amount necessary to pay in full the lien held by Greensill Capital (UK) Limited, as Financial Institution, (b) capital gains taxes associated with the sale of such real estate coal assets not to exceed 27.5% of the gross sales proceeds, (c) obligations, if any, associated with such real estate coal assets owed to Mechel not to exceed 12.5% of the gross sales proceeds, (d) Goldman Sachs' fees not to exceed $6,000,000.00 plus 2% of the gross sales proceeds in excess of $400,000,000.00, (e) Goldman Sachs' expenses not to exceed $50,000.00, (f) employee bonuses not to exceed $2,500,000.00, (g) attorney's fees associated with the sale of such real estate coal assets not to exceed $1,500,000.00 and (h) engineering and accounting fees not to exceed $700,000.00; provided, that, prior to the payment of any such deductions from the gross sales proceeds, the Justice Entities shall provide to the Bank, and the Bank shall have confirmed, proof of the actual amount of and appropriate documentation for each such expense.

8.      Each of the Justice Entities hereby agrees that the Bank shall have right to engage a consultant of its choosing to (1) interview the management of the Justice Entities, (2) review any plan of the Justice Entities, (3) review and monitor past, present and future transactions of the Justice Entities, (4) review and monitor bank account balances at all financial institutions at which any of the Justice Entities maintains accounts, (5) review cash management procedures and controls, (6) prepare reports and (7) perform such other and further services as the Bank shall determine in its sole and absolute opinion are necessary or desirable (collectively, the "Consulting Services"). Each of the Justice Entities shall assist and cooperate fully, and cause all of its officers, members, managers, employees, agents and all other persons under its control, to assist and cooperate fully with such consultant's provision of the Consulting Services; and the Justice Entities, jointly and severally, shall pay to the Bank on demand for all costs, fees and other charges associated with the Consulting Services.

9.      Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of (a) the prosecution of insurance claims relating to the damage to the Greenbrier Hotel and environs caused by or associated with the flood that occurred in 2016, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (b) the defense of the "New London" litigation presently pending in the United States District Court, Eastern District of Kentucky, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (c) the refinancing of any indebtedness owed by Greenbrier Hotel Corporation and/or its affiliates, including but not limited to all communications and correspondence associated with term sheets, loan documents, collateral documents, and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (d) the defense of the law suit styled United States of America v. Southern Coal Corporation et al., Case No. 7:19cv354 filed in the United States District Court for the Western District of Virginia, Roanoke Division, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (e) the prosecution of the law suit styled James C. Justice III et al. v. Office of Surface Mining Reclamation and Enforcement, United States Department of the Interior, Case No. 7:19cv381 filed in the United States District Court for the Western District of Virginia, Roanoke Division, (f) all of the other civil, criminal, administrative, mediation, arbitration or other matters or proceedings to which any of the Justice Entities is a plaintiff, defendant or other party, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities and (g) all of the unsatisfied or unreleased judgments entered against any of the Justice Entities in an amount greater than $50,000, including but not limited to all communications and correspondence and

direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities.

10.    This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which constitute one and the same instrument.

11.    This Agreement shall be construed and enforced according to the laws of the Commonwealth of Virginia. Each of the Justice Entities hereby irrevocably agrees that any legal action or proceeding arising out of or relating to this Agreement or any of the Loan Documents shall be instituted in the Circuit Court of the City of Martinsville, Virginia, or the United States District Court for the Western District of Virginia, or in such other appropriate court and venue as the Bank may choose in its sole discretion. Each of the Justice Entities hereby consents to the jurisdiction of such courts and waives any objection relating to the basis for personal or in rem jurisdiction or to venue which each of the undersigned may now or hereafter have in any such legal action or proceedings.

**14.    UNLESS EXPRESSLY PROHIBITED BY APPLICABLE LAW, EACH OF THE JUSTICE ENTITIES HEREBY WAIVES THE RIGHT TO TRIAL BY JURY OF ANY MATTERS OR CLAIMS ARISING OUT OF THIS AGREEMENT OR ANY OF THE LOAN DOCUMENTS OR OUT OF THE CONDUCT OF OR THE RELATIONSHIP BETWEEN EACH OF THE JUSTICE ENTITIES AND THE BANK, IN EACH CASE WHETHER SOUNDING IN CONTRACT OR TORT OR OTHERWISE. EACH OF THE JUSTICE ENTITIES AGREES AND CONSENTS THAT ANY SUCH CLAIM, DEMAND, ACTION OR CAUSE OF ACTION SHALL BE DECIDED BY COURT TRIAL WITHOUT A JURY, AND THAT THE BANK MAY FILE AN ORIGINAL COUNTERPART OR A COPY OF THIS PARAGRAPH WITH ANY COURT AS WRITTEN EVIDENCE OF THE CONSENT OF EACH OF THE JUSTICE ENTITIES TO THE WAIVER OF ITS RIGHT TO TRIAL BY JURY. THIS PROVISION IS A MATERIAL INDUCEMENT FOR THE BANK TO ENTER INTO THIS AGREEMENT. FURTHER, EACH OF THE JUSTICE ENTITIES HEREBY CERTIFIES THAT NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT THE BANK WOULD NOT SEEK TO ENFORCE THIS WAIVER OF RIGHT TO JURY TRIAL PROVISION.    NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS THE AUTHORITY TO WAIVE, CONDITION OR MODIFY THIS PROVISION. EACH OF THE JUSTICE ENTITIES ACKNOWLEDGES IT HAS HAD THE OPPORTUNITY TO CONSULT WITH COUNSEL REGARDING THIS PARAGRAPH, THAT IT FULLY UNDERSTANDS ITS TERMS, CONTENT AND EFFECT, AND THAT IT VOLUNTARILY AND KNOWINGLY AGREES TO THE TERMS OF THIS PARAGRAPH.**

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, each of the Justice Entities has executed this Agreement or caused this Agreement to be executed by its duly authorized officer, member or manager under seal as of this 14th day of May, 2020.

**Greenbrier Hotel Corporation,**
**a West Virginia corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of ___W V___ )
                                    ) ss.
City/County of ___Gbr___ )

I, ___Karen Stanley___, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Hotel Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 18 day of ___May___, 2020.

_____
Notary Public

My Commission expires: ___12/30/22___
Notary Registration Number: _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

**Justice Family Group, LLC,**
**a Delaware limited liability company**

By: _____ (SEAL)
Jillean L. Justice, President

State of __WV__ )
                     ) ss.
City/County of __Gbr__ )

I, __Karen Stanley__, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Justice Family Group, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __18__ day of __May__, 2020.

_____
Notary Public

My Commission expires: __12/30/22__
Notary Registration Number: _____

**Players Club, LLC,**
**a Delaware limited liability company**

By: _____ (SEAL)
Jillean L. Justice, President

State of __WV__ )
                     ) ss.
City/County of __Gbr__ )

I, __Karen Stanley__, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Players Club, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __18__ day of __May__, 2020.

_____
Notary Public

My Commission expires: __12/30/22__
Notary Registration Number: _____

6

**Greenbrier Golf and Tennis Club Corporation,**
**a West Virginia corporation**

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of __WV__ )
) ss.
City/County of __Gbr__ )

I, __Karen Stanley__, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __18__ day of __May__, 2020.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

_Karen Stanley_
Notary Public

My Commission expires: __12/30/22__
Notary Registration Number: _____

**Greenbrier Medical Institute, LLC,**
**a West Virginia limited liability company**

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of __WV__ )
) ss.
City/County of __Gbr__ )

I, __Karen Stanley__, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Medical Institute, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __18__ day of __May__, 2020.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Rd.
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

_Karen Stanley_
Notary Public

My Commission expires: __12/30/22__
Notary Registration Number: _____

**Oakhurst Club, LLC,**
**a West Virginia limited liability company**

By: _Jillean L. Justice_ (SEAL)
     Jillean L. Justice, Member

State of __W V__         )
                     ) ss.
City/County of __Gbr__      )

I, __Karen Stanley__ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is a Member of Oakhurst Club, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _18_ day of _May_ , 2020

> OFFICIAL SEAL
> NOTARY PUBLIC
> STATE OF WEST VIRGINIA
> KAREN STANLEY
> 3117 Spring Creek Station Road
> Renick, WV 24966
> My Comm. Expires Dec. 30, 2022

_Karen Stanley_
Notary Public

My Commission expires: _12/30/22_
Notary Registration Number: _____

**The Greenbrier Sporting Club, Inc.,**
**a West Virginia corporation**

By: _Jillean L. Justice_ (SEAL)
Name: Jillean L. Justice
Title: President

State of __W V__         )
                     ) ss.
City/County of __Gbr__      )

I, __Karen Stanley__ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club, Inc. a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _18_ day of _May_ , 2020.

> OFFICIAL SEAL
> NOTARY PUBLIC
> STATE OF WEST VIRGINIA
> KAREN STANLEY
> 3117 Spring Creek Station Road
> Renick, WV 24966
> My Comm. Expires Dec. 30, 2022

_Karen Stanley_
Notary Public

My Commission expires: _12/30/22_
Notary Registration Number: _____

8

The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of ___w√_____ )
                         ) ss.
City/County of _Gbi_____ )

I, __Karen Stanley____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _18_ day of _May_____, 2020.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

_____
Notary Public

My Commission expires: _12/30/22_
Notary Registration Number: _____

Bellwood Corporation,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _____ )
                           ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

9

**The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation**

By: _____ (SEAL)
        Jillean L. Justice, President

State of _____ )
                                                          ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
                    Notary Public

My Commission expires: _____
Notary Registration Number: _____

**Bellwood Corporation, a West Virginia corporation**

By: _____ (SEAL)
        James C. Justice, III, President

State of _____Virginia_____ )
                                                          ) ss.
City/County of __Roanoke__ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __18th__ day of __May__, 2020.

_____
                    Notary Public

My Commission expires: ____5-31-2021____
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

9

Bluestone Energy Sales Corporation,
a Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                    ) ss.
City/County of __Roanoke__          )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Energy Sales Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

Witness my hand and official stamp or seal, this __18th_ day of ____May_____, 2020.

_____
Notary Public

My Commission expires: _____5-31-2021_____
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

Justice Low Seam Mining Inc.,
a West Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                    ) ss.
City/County of __Roanoke__          )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Low Seam Mining Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __18th_ day of ____May_____, 2020.

_____
Notary Public

My Commission expires: _____5-31-2021_____
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

10

**Bluestone Resources Inc.,
a Delaware corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                ) ss.
City/County of _Roanoke_____ )

    I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Resources Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __18th_ day of ___May___, 2020.

_____
Notary Public

My Commission expires: _____5-31-2021_____
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

**Tams Management, Inc.,
a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                ) ss.
City/County of _Roanoke_____ )

    I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Tams Management, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _18th_ day of ___May___, 2020.

_____
Notary Public

My Commission expires: _____5-31-2021_____
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

11

**Justice Farms of North Carolina, LLC,**
**a Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                  ) ss.
City/County of __Roanoke__ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Farms of North Carolina, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] [x] is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __18th__ day of __May__, 2020.

_____
Notary Public

My Commission expires: ___5-31-2021___
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**James C. Justice Companies, Inc.,**
**a Delaware corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                  ) ss.
City/County of __Roanoke__ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of James C. Justice Companies, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] [x] is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __18th__ day of __May__, 2020.

_____
Notary Public

My Commission expires: ___5-31-2021___
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

12

**Twin Fir Estates, LLC,**
**a Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                 ) ss.
City/County of _Roanoke_         )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Twin Fir Estates, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this __18th day of __May_____, 2020.

_____
Notary Public

My Commission expires: _____5-31-2021_____
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

**Wilcox Industries, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                 ) ss.
City/County of _Roanoke_         )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wilcox Industries, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this __18th day of __May_____, 2020.

_____
Notary Public

My Commission expires: _____5-31-2021_____
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

13

**Triple J, LLC,**
**a Virginia limited liability company**

By _____ (SEAL)
　　James C. Justice, III, President

State of _____Virginia_____ )
　　　　　　　　　　　　　　　) ss.
City/County of __Roanoke__ )

　　　　I, _____Leslie A. Wells_____ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Triple J, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] [X] is personally known to me or [ ] has produced _____ as identification.

　　　　Witness my hand and official stamp or seal, this __18th__ day of __May_____ , 2020.

　　　　　　　　　　　　　　　　　　　LESLIE ANN WELLS
　　　　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　　Commonwealth of Virginia
　　　　　　　　　　　　　　　　　　Registration No. 7560729
　　　　　　　　　　　　　　　My Commission Expires May 31, 20 21

My Commission expires: ____5-31-2021____
Notary Registration Number: __7560729__

_____ (SEAL)
James C. Justice, III

State of _____Virginia_____ )
　　　　　　　　　　　　　　　) ss.
City/County of __Roanoke__ )

　　　　I, _____Leslie A. Wells_____ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III personally appeared before me this day and acknowledged the due execution of this Agreement. He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

　　　　Witness my hand and official stamp or seal, this __18th__ day of __May_____ , 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Notary Public

My Commission expires: ____5-31-2021____
Notary Registration Number: __7560729__

　　　　　　　　　　　　　LESLIE ANN WELLS
　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　Commonwealth of Virginia
　　　　　　　　　　　　Registration No. 7560729
　　　　　　　　　My Commission Expires May 31, 20 21

14

_____ (SEAL)

James C. Justice, II

State of _West Virginia_____ )
                              ) ss.
City/County of _Charleston_ / _Kanawha_

I, _Felicia M. Swecker_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II personally appeared before me this day and acknowledged the due execution of this Agreement. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _18th_ day of _May_____, 2020.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Felicia M. Swecker
West Virginia Governor's Office
1900 Kanawha Boulevard East
Charleston, WV 25305
My Commission Expires October 10, 2023

_Felicia   M.  Swecker_____
Notary Public

My Commission expires: _10/10/2023_
Notary Registration Number: _356978_


_____ (SEAL)

**Cathy L. Justice**

State of _____ )
                          ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Cathy L. Justice personally appeared before me this day and acknowledged the due execution of this Agreement. She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

15

_____ (SEAL)
**James C. Justice, II**

State of _____ )
                                ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II personally appeared before me this day and acknowledged the due execution of this Agreement.  He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

_____ (SEAL)
**Cathy L. Justice**

State of _ꟺY_____ )
                          ) ss.
City/County of _Gbr____ )

I, _Karen Stanley____, a Notary Public of the City/County and State aforesaid, certify that Cathy L. Justice personally appeared before me this day and acknowledged the due execution of this Agreement.  She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _18_ day of _May_____, 2020.

_____
Notary Public

My Commission expires: _12/30/22_
Notary Registration Number: _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

**The Chesapeake and Ohio Traveler, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                  ) ss.
City/County of ___Roanoke___ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this _18th_ day of ___May___, 2020.

_____
Notary Public

My Commission expires: ___5-31-2021___
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No 7560729
My Commission Expires May 31, 20**21**

**The Greenbrier Resort and Club Management**
**Company, a Virginia corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of _____ )
                            ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] [ ] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

16

**The Chesapeake and Ohio Traveler, Inc.,
a Virginia corporation**

By: _____ (SEAL)
　　　James C. Justice, III, President

State of _____ )
　　　　　　　　　　　　　　　 ) ss.
City/County of _____ )

　　　I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

　　　Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
　　　　　　　　　　　　　　Notary Public

My Commission expires: _____
Notary Registration Number: _____

**The Greenbrier Resort and Club Management Company, a Virginia corporation**

By: _____ (SEAL)
　　　Jillean L. Justice, President

State of _ω√_____ )
　　　　　　　　　　　　　　 ) ss.
City/County of _Gbr_____ )

　　　I, _Karen Stanley_____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

　　　Witness my hand and official stamp or seal, this _18_ day of _May____, 2020.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

_____
　　　　　　　　　　　　　　Notary Public

My Commission expires: _12/30/22_____
Notary Registration Number: _____

16

**Greenbrier IA, Inc.,**
**a Delaware corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of ___LV___ )
                    ) ss.
City/County of ___Gbr___ )

    I, ___Karen Stanley___, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   She [*check one*]  ☒  is personally known to me or  ☐  has produced _____ as identification.

    Witness my hand and official stamp or seal, this _18_ day of _May_, 2020.

_____
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

My Commission expires: _12/30/22_
Notary Registration Number: _____

**Old White Club Corporation,**
**a West Virginia corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of ___LV___ )
                    ) ss.
City/County of ___Gbr___ )

    I, ___Karen Stanley___, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Old White Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   She [*check one*]  ☒  is personally known to me or  ☐  has produced _____ as identification.

    Witness my hand and official stamp or seal, this _18_ day of _May_, 2020.

_____
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

My Commission expires: _12/30/22_
Notary Registration Number: _____

17

**The Old White Development Company,**
**a West Virginia corporation**

By _____ (SEAL)
   Jillean L. Justice, President

State of _____ )
                                ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

**Southeast Cotton, Inc.,**
**a West Virginia corporation**

By _____ (SEAL)
   James C. Justice, III, President

State of _____ Virginia _____ )
                                   ) ss.
City/County of __ Roanoke __ )

    I, __ Leslie A. Wells __, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __18th__ day of __ May __, 2020.

_____
Notary Public

My Commission expires: ___ 5-31-2021 ___
Notary Registration Number: ___ 7560729 ___

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

18

**The Old White Development Company,**
**a West Virginia corporation**

By: _Jillean L. Justice_ (SEAL)
Jillean L. Justice, President

State of ___WV___ )
                             ) ss.
City/County of ___Gbr___ )

I, ___Karen Stanley___, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _18_ day of _May_, 2020.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

_Karen Stanley_
Notary Public

My Commission expires: _12/30/22_
Notary Registration Number: _____

**Southeast Cotton, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _____ )
                             ) ss.
City/County of _____ )

I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
Notary Public

My Commission expires: _____
Notary Registration Number: _____

18

**American Turf Grass Corporation,**
**a Virginia corporation**

By _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                ) ss.
City/County of __Roanoke___ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of American Turf Grass Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] [x] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this __18th day of ___May_____, 2020.

_____
Notary Public

My Commission expires: _____5-31-2021_____
Notary Registration Number: __7560729____

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

**Rapidan, LLC,**
**a West Virginia limited liability company**

By _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                ) ss.
City/County of __Roanoke___ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Rapidan, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] [x] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this __18th day of ___May_____, 2020.

_____
Notary Public

My Commission expires: _____5-31-2021_____
Notary Registration Number: __7560729____

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

19

Blue Ridge Farm Center, Inc.,
a Virginia corporation

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                 ) ss.
City/County of __Roanoke__       )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Blue Ridge Farm Center, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __18th day of __May_____, 2020.

_____
Notary Public

My Commission expires: _____5-31-2021_____
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

Justice Family Farms, LLC,
a West Virginia limited liability company

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                                 ) ss.
City/County of __Roanoke__       )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III, who is President of Justice Family Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __18th day of __May_____, 2020.

_____
Notary Public

My Commission expires: _____5-31-2021_____
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

20

**Greenthorn LLC,**
**a Kentucky limited liability company**

By _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                              ) ss.
City/County of __Roanoke__ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Greenthorn LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this __18th__ day of ____May____, 2020.

_____
Notary Public

My Commission expires: ____5-31-2021____
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

**Black River Coal, LLC,**
**a Delaware limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _____Virginia_____ )
                              ) ss.
City/County of __Roanoke__ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Coal, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this __18th__ day of ____May____, 2020.

_____
Notary Public

My Commission expires: ____5-31-2021____
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

21

**Kirby Land Company, Inc.,
a West Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III, President

State of _____Virginia_____ )
                               ) ss.
City/County of __Roanoke__ )

     I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Kirby Land Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

     Witness my hand and official stamp or seal, this __18th__ day of __May_____, 2020.

                                                   Notary Public

My Commission expires: _____5-31-2021_____
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 _21_

**S and H Mining, Inc.,
a Tennessee corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                               ) ss.
City/County of __Roanoke__ )

     I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of S and H Mining, Inc., a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

     Witness my hand and official stamp or seal, this __18th__ day of __May_____, 2020.

                                                   Notary Public

My Commission expires: _____5-31-2021_____
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 _21_

22

**Wintergreen Partners, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
    James C. Justice, III, President

State of _____Virginia_____ )
                                 ) ss.
City/County of _Roanoke_____ )

    I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wintergreen Partners, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __18th_ day of __May_____, 2020.

_____
Notary Public

My Commission expires: _____5-31-2021_____
Notary Registration Number: _7560729_____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 _21_

**Grain Development, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
    James C. Justice, III, President

State of _____Virginia_____ )
                                 ) ss.
City/County of _Roanoke_____ )

    I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Grain Development, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __18th_ day of __May_____, 2020.

_____
Notary Public

My Commission expires: _____5-31-2021_____
Notary Registration Number: _7560729_____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 _21_

23

**Environmental Fund, LLC,**
**a Virginia limited liability company**

By:    Wintergreen Hospitality Partners, LLC, Sole
Member

        By:    Wintergreen Partners, Inc., Sole
            Member

            By:_____(SEAL)
               James C. Justice, III, President

State of _____Virginia_____ )
                      ) ss.
City/County of __Roanoke___ )

    I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wintergreen Partners, Inc., Sole Member of Wintergreen Hospitality Partners, LLC, Sole Member of Environmental Fund, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] [x] is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __18th day of ___May_____, 2020.

                               _____
                                 Notary Public

My Commission expires: ____5-31-2021___
Notary Registration Number: __7560729___

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

24

**Black River Farms, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                              ) ss.
City/County of __Roanoke__ )

    I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __18th__ day of __May_____, 2020.

_____
Notary Public
LESLIE ANN WELLS

My Commission expires: _____5-31-2021_____
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 _21_

**Evergreen Turf Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                              ) ss.
City/County of __Roanoke__ )

    I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Evergreen Turf Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __18th__ day of __May_____, 2020.

_____
Notary Public

My Commission expires: _____5-31-2021_____
Notary Registration Number: __7560729__

25

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 _21_

Justice Farm Supply, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                    ) ss.
City/County of __Roanoke__         )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Farm Supply, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __18th day of ___May_____, 2020.

_____
Notary Public

My Commission expires: _____5-31-2021_____
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

Stoney Brook Plantation, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                    ) ss.
City/County of _Roanoke_           )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Stoney Brook Plantation, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __18th day of ___May_____, 2020.

_____
Notary Public

My Commission expires: _____5-31-2021_____
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

26

**Ten Mile Bay, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _____Virginia_____ )
                                              ) ss.
City/County of _Roanoke___ )

      I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Ten Mile Bay, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

      Witness my hand and official stamp or seal, this __18th_ day of ___May_____, 2020.

_____
                  Notary Public

My Commission expires: ___5-31-2021___
Notary Registration Number: 7560729_____

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Greenbrier Resort and Club Management, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
        Jillean L. Justice, President

State of _____ )
                                                      ) ss.
City/County of _____ )

      I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Resort and Club Management, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [*check one*] [ ] is personally known to me or [ ] has produced _____ as identification.

      Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
                  Notary Public

My Commission expires: _____
Notary Registration Number: _____

27

**Ten Mile Bay, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _____ )
                               ) ss.
City/County of _____ )

    I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Ten Mile Bay, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
                             Notary Public

My Commission expires: _____
Notary Registration Number: _____

**Greenbrier Resort and Club Management, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
    Jillean L. Justice, President

State of  W V _____ )
                               ) ss.
City/County of  Gbr _____ )

    I, Karen Stanley _____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Resort and Club Management, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this  18  day of  May _____, 2020.

NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

_____
                             Notary Public

My Commission expires:  12/30/22
Notary Registration Number: _____

27

**Greenbrier Golf and Tennis Club, Inc.,**
**a West Virginia corporation**

By: _Jillean L. Justice_ (SEAL)
Jillean L. Justice, President

State of ___W V___ )
                                    ) ss.
City/County of ___Alba___ )

I, ___Karen Stanley___, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _18_ day of ___May___, 2020.

NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

_Karen Stanley_
Notary Public

My Commission expires: _12/30/22_
Notary Registration Number: _____

**Greenbrier IA [Intellectual Assets], Inc.,**
**a Delaware corporation**

By: _Jillean L. Justice_ (SEAL)
Name: Jillean L. Justice
Title: President

State of ___W V___ )
                                    ) ss.
City/County of ___Alba___ )

I, ___Karen Stanley___, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA [Intellectual Assets], Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _18_ day of ___May___, 2020.

NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

_Karen Stanley_
Notary Public

My Commission expires: _12/30/22_
Notary Registration Number: _____

Greenbrier IA, Inc.,
a Delaware corporation

By: _____ (SEAL)
Name: Jillean L. Justice
Title: President

State of _WV_____ )
                          ) ss.
City/County of _Gbr_____ )

I, _Karen Stanley_____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   She [*check one*]  ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _18_ day of _May_____, 2020.

_____
Notary Public

My Commission expires: _12/30/22_
Notary Registration Number: _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

Old White Charities, Inc.,
a West Virginia corporation

By: _____ (SEAL)
Jillean L. Justice, President

State of _WV_____ )
                          ) ss.
City/County of _Gbr_____ )

I, _Karen Stanley_____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Old White Charities, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   She [*check one*]  ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _18_ day of _May_____, 2020.

_____
Notary Public

My Commission expires: _12/30/22_
Notary Registration Number: _____

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KAREN STANLEY
3117 Spring Creek Station Road
Renick, WV 24966
My Comm. Expires Dec. 30, 2022

29

**Southern Coal Corporation,
a Delaware corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                 ) ss.
City/County of _Roanoke_____ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southern Coal Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 18th day of _____May_____, 2020.

_____
Notary Public

My Commission expires: _____5-31-2021____
Notary Registration Number: _7560729____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

**A&G Coal Corporation,
a Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                 ) ss.
City/County of _Roanoke_____ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of A&G Coal Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 18th day of _May_____, 2020.

_____
Notary Public

My Commission expires:_____5-31-2021____
Notary Registration Number:__7560729____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

30

**Bardo Mining, LLC,**
**a Kentucky limited liability company**

By _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                               ) ss.
City/County of __Roanoke__ )

    I, ____Leslie A. Wells____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bardo Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] [x] is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __18th__ day of __May_____, 2020.

_____
Notary Public

My Commission expires: ___5-31-2021___
Notary Registration Number: 7560729_____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

31

**Liggett Mining, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                  ) ss.
City/County of _Roanoke_____ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Liggett Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this __18th day of ___May_____, 2020.

_____
Notary Public

My Commission expires: ___5-31-2021___
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

**Sequoia Energy, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                  ) ss.
City/County of _Roanoke_____ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Sequoia Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] [x] is personally known to me or [ ] has produced _____ as identification.

Witness my hand and official stamp or seal, this __18th day of ___May_____, 2020.

_____
Notary Public

My Commission expires: ___5-31-2021___
Notary Registration Number: ___7560729___

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

32

Infinity Energy, LLC,
a Kentucky limited liability company

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                                  ) ss.
City/County of __Roanoke__ )

     I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Infinity Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

     Witness my hand and official stamp or seal, this __18th__ day of ____May____, 2020.

_____
Notary Public

My Commission expires:____5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

33

**Cane Patch Mining Company, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                ) ss.
City/County of _Roanoke_____ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Cane Patch Mining Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _18th_ day of ___May_____, 2020.

_____
Notary Public

My Commission expires: ___5-31-2021___
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

**Meg-Lynn Land Company, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                ) ss.
City/County of _Roanoke_____ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Meg-Lynn Land Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification

Witness my hand and official stamp or seal, this _18th_ day of ___May_____, 2020.

_____
Notary Public

My Commission expires: ___5-31-2021___
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

34

**Premium Coal Company, Incorporated,
a Tennessee corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _____Virginia_____ )
                                ) ss.
City/County of _Roanoke_____ )

    I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Premium Coal Company, Incorporated, a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification

    Witness my hand and official stamp or seal, this _18th_ day of __May_____, 2020.

_____
Notary Public

My Commission expires:_____5-31-2021_
Notary Registration Number:_7560729_____

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

35

**Baden Reclamation Company,
a Virginia corporation**

By _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                 ) ss.
City/County of _Roanoke_____ )

I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Baden Reclamation Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _18th_ day of __May_____, 2020.

_____
Notary Public

My Commission expires:____5-31-2021___
Notary Registration Number: _7560729___

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 _21_

**Nine Mile Mining, Inc.,
a Virginia corporation**

By _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                 ) ss.
City/County of _Roanoke_____ )

I, ____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Nine Mile Mining, Inc. a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _18th_ day of __May_____, 2020.

_____
Notary Public

My Commission expires:____5-31-2021___
Notary Registration Number: _7560729___

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 _21_

36

**Justice Coal of Alabama, LLC,**
**formerly known as Alabama Carbon, LLC,**
**an Alabama limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, II
Title:  Member

By: _____ (SEAL)
Name:  Jillean L. Justice
Title:  Member

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  Member

State of _W V_____ )
                                                    ) ss.
City/County of _Hbr_____ )

   I, _Karen Stanley_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.   He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

   Witness my hand and official stamp or seal, this _18_ day of _May_____, 2020.

My Commission expires: _12/30/22_
Notary Registration Number: _____

**Justice Coal of Alabama, LLC,**
**formerly known as Alabama Carbon, LLC,**
**an Alabama limited liability company**

By: _James C. Justice_ (SEAL)
Name:  James C. Justice, II
Title:  Member

By: _____ (SEAL)
Name:  Jillean L. Justice
Title:  Member

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  Member

State of West Virginia )
                                     ) ss.
City/County of Charleston/Kanawha

    I, Felicia M. Swecker, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 18th day of May , 2020.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Felicia M. Swecker
West Virginia Governor's Office
1900 Kanawha Boulevard East
Charleston, WV 25305
My Commission Expires October 10, 2023

_Felicia M. Swecker_
Notary Public

My Commission expires: 10/10/2023
Notary Registration Number: 356978

37

**Justice Coal of Alabama, LLC,**
**formerly known as Alabama Carbon, LLC,**
**an Alabama limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, II
Title:  Member


By: _____ (SEAL)
Name:  Jillean L. Justice
Title:  Member


By: _____ (SEAL)
Name:  James C. Justice, III
Title:  Member


State of _____ )
                                      ) ss.
City/County of _____ )

     I, _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☐ is personally known to me or ☐ has produced _____ as identification.

     Witness my hand and official stamp or seal, this _____ day of _____, 2020.


_____
Notary Public

My Commission expires:_____
Notary Registration Number:_____

37

State of _____ )
                              ) ss.
City/County of _____ )

     I, _____, a Notary Public of the City/County and State aforesaid, certify that Jillian L. Justice who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [check one] ☐ is personally known to me or ☐ has produced _____ as identification.

     Witness my hand and official stamp or seal, this _____ day of _____, 2020.

_____
                 Notary Public

My Commission expires:_____
Notary Registration Number:_____

State of _____Virginia_____ )
                                 ) ss.
City/County of _Roanoke_____ )

     I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [check one] ☒ is personally known to me or ☐ has produced _____ as identification.

     Witness my hand and official stamp or seal, this _18th day of __May_____, 2020.

_____
                 Notary Public

My Commission expires:____5-31-2021____
Notary Registration Number:_7560729_____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

38

**Virginia Fuel Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title:  President


State of _____Virginia_____ )
                                    ) ss.
City/County of _Roanoke_____ )


    I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid,
certify that James C. Justice, III who is President of Virginia Fuel Corporation, a Delaware corporation,
personally appeared before me this day and acknowledged the due execution of this Agreement on behalf
of the corporation.   He [*check one*] [x] is personally known to me or [ ] has produced
_____ as identification.

    Witness my hand and official stamp or seal, this __18th_day of ___May_____, 2020.


                                    _____
                                         Notary Public


My Commission expires:___5-31-2021___
Notary Registration Number:7560729____

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 _21_


39

**Kentucky Fuel Corporation,
a Delaware corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _____Virginia_____ )
                                ) ss.
City/County of ___Roanoke___ )

    I, _____Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Kentucky Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☒ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this __18th__ day of __May_____, 2020.

_____
Notary Public

My Commission expires: _____5-31-2021
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20⎽21

40

**National Resources Inc.,
a West Virginia corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _____ Virginia _____ )
                                                                            ) ss.
City/County of _____ Roanoke _____ )

     I, _____ Leslie A. Wells _____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of National Resources Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] [x] is  personally  known  to  me  or  ☐  has  produced _____ as identification.

     Witness my hand and official stamp or seal, this 18th day of May _____, 2020.

_____
Notary Public

My Commission expires: _____ 5-31-2021 _____
Notary Registration Number: _____ 7560729 _____

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 _21_

41

## RELEASE AND REAFFIRMATION AGREEMENT

Each of the undersigned persons or entities (individually and collectively, the "Justice Entities") has executed and/or delivered to **CARTER BANK & TRUST**, a Virginia banking corporation (the "Bank") loan agreements, promissory notes, security agreements, pledge agreements, negative pledge agreements, deeds of trust, assignments, guaranties, loan payment deferral agreements and/or other documents, instruments and/or agreements that evidence, guarantee, secure or otherwise were executed and/or delivered in connection with loans, financial accommodations and/or other extensions of credit by the Bank to one or more of the Justice Entities (collectively, the "Loan Documents").

In consideration of the Bank's agreement to extend one or more additional loans to one of more of the Justice Entities on or after the date hereof (which loans shall be made only in the sole and absolute discretion of the Bank), the adequacy and sufficiency of which consideration is hereby expressly acknowledged by each of the Justice Entities, each of the Justice Entities hereby agrees as follows:

1.      Each of the Justice Entities, on behalf of itself and its respective agents, directors, shareholders, members, managers, attorneys, accountants, consultants, insurers, administrators, successors and/or assigns, hereby releases, acquits and forever discharges the Bank, and all of its affiliates, employees, officers, directors, shareholders, agents, attorneys, accountants, appraisers, consultants, insurers, successors and/or assigns (collectively, the "Bank Parties"), from any and all claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, and all liabilities and responsibilities of every kind or character (all such claims, counterclaims, demands, rights of action, causes of action, debts, damages (actual or punitive), costs, expenses, attorneys' fees, liabilities and responsibilities shall collectively be referred to as the "Liabilities"), howsoever arising, whether now existing or hereafter arising, including without limitation Liabilities arising out of or in connection with the Loan Documents and/or any and all indebtedness, liabilities and obligations evidenced by, arising from or associated with any of Loan Documents (collectively, the "Obligations"), regardless of whether the Liabilities are known or unknown, now existing or hereafter arising, joint or several, at law or in equity, arising by statute, contract, warranty or tort, and regardless of whether the Liabilities have heretofore been asserted.

2.      Each of the Justice Entities hereby represents, warrants and agrees that it will not commence, join in, prosecute or participate in any suit or other proceeding in a position that is adverse to the Bank in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents.  Each of the Justice Entities hereby agrees, jointly and severally, to indemnify and hold the Bank Parties harmless from any and all Liabilities, howsoever arising, out of or in connection with the making, closing, administering, collecting or enforcing by the Bank of any of the Obligations and/or any of the Loan Documents, and each hereby agrees to pay all amounts payable under this Section 2 upon demand by the Bank.

3.      None of the Justice Entities has any defenses, affirmative or otherwise, rights of setoff, rights of recoupment, claims, counterclaims, actions or causes of action of any kind or nature whatsoever against any of the Bank Parties, directly or indirectly, arising out of, based upon, or in any manner connected with, any transaction, event, circumstance, action, failure to act, or occurrence of any sort or type, whether known or unknown, which occurred, existed, was taken, permitted, or began prior to or on the date of this Agreement or accrued, existed, was taken, permitted or begun in accordance with, pursuant to, or by virtue of any of the Obligations or any of the Loan Documents, or which directly or indirectly relate to or arise out of or in any manner are connected with any of the Obligations or any of the Loan Documents, including without limitation under or in connection with the Equal Credit Opportunity Act, 15 U.S.C. Sections 1691 et seq., or Regulation B, 12 CFR Part 202; TO THE EXTENT THAT ANY SUCH DEFENSES, AFFIRMATIVE OR OTHERWISE, RIGHTS OF SETOFF, RIGHTS OF RECOUPMENT, CLAIMS, COUNTERCLAIMS,

ACTIONS OR CAUSES OF ACTION EXIST, SUCH DEFENSES, RIGHTS, CLAIMS, COUNTERCLAIMS, ACTIONS AND CAUSES OF ACTION ARE HEREBY FOREVER WAIVED, DISCHARGED AND RELEASED BY EACH OF THE JUSTICE ENTITIES.

4.      Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) each of the Loan Documents constitutes the legal, valid and binding obligation of each of the Justice Entities to the extent each is a party thereto, enforceable against each of the Justice Entities to the extent each is a party thereto in accordance with its respective terms, and (ii) none of the Loan Documents, nor the execution, delivery or performance of this Agreement or any of the Loan Documents by each of the Justice Entities to the extent each is a party thereto (A) violates any law, rule or regulation, or any order of any governmental authority or entity having jurisdiction over any of the Justice Entities or any of their respective properties or assets, (B) conflicts with or results in the termination of, constitutes a default or event of default under, or accelerates any performance required by any indenture, mortgage, deed of trust, lease, agreement or any other instrument to which any of the Justice Entities is a party or by which any of the Justice Entities or any of their respective properties or assets is bound or (C) results in the creation or imposition of any lien, charge or encumbrance upon any of the assets of any of the Justice Entities, except for the liens in favor of the Bank. Furthermore, each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that (i) all information provided by any of the Justice Entities prior to or on the date hereof to the Bank, including, without limitation, all financial statements, was, at the date of delivery, and is as of the date hereof, true, correct and complete in all respects, and (ii) none of such information contains any material misstatement of fact or omits to state any fact necessary to make the statement contained therein not misleading.

5.      Each of the Justice Entities hereby represents, warrants, affirms, confirms and reaffirms that CERTAIN OF THE LOAN DOCUMENTS CONTAIN A CONFESSION OF JUDGMENT PROVISION, AND EACH SUCH CONFESSION OF JUDGMENT PROVISION HAS NOT BEEN MODIFIED, ALTERED OR AMENDED IN ANY WAY AND REMAINS IN FULL FORCE AND EFFECT IN ALL RESPECTS. Furthermore, each of the Justice Entities hereby affirms, confirms and reaffirms each of its obligations, covenants and agreements under each of the Loan Documents to which it is a party.

6.      Each of the Justice Entities hereby acknowledges and agrees that any default under this Agreement or any of the Loan Documents shall be an immediate default and event of default under all of the Loan Documents for which there shall be no notice, grace or cure period, and, upon the occurrence of any such default, the Bank shall have the immediate right to exercise one or more of the rights and remedies contained in any of the Loan Documents, at law and/or in equity, all of which rights and remedies are hereby expressly reserved.

7.      Each of the Justice Entities hereby agrees that Bluestone Resources, Inc. is in the process of marketing through Goldman Sachs the sale of certain of its real estate coal assets. In the event of any sale of the Bluestone Resources real estate coal assets, the Bank shall be entitled to 50% of the Net Proceeds (as defined below) above One Hundred and Ninety-Two Million Nine Hundred and Thirty-One Thousand Two Hundred and Fifty Dollars ($192,931,250.00) from such sale. The Justice Entities hereby acknowledge and agree that the Bank shall have the right to apply such proceeds received by the Bank to such of the debts of one or more Justice Entities owed to the Bank and in such order of application as the Bank shall determine, each in the Bank's sole and absolute discretion. Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of the marketing and/or sale of the Bluestone Resources, Inc. real estate coal assets including, but not limited to, all marketing data, all sale-related communications, all offers or counter-offers, all closing documents, all direct or indirect communication with Goldman Sachs marketing representatives and closing attorneys,

and all presentations made to bidders or prospective bidders for all or any portion of the Bluestone Resources, Inc. real estate coal assets.

"Net Proceeds" is defined as gross sales proceeds resulting from the sale of the Bluestone Resources, Inc. real estate coal assets presently being marketed by Goldman Sachs minus (a) the amount necessary to pay in full the lien held by Greensill Capital (UK) Limited, as Financial Institution, (b) capital gains taxes associated with the sale of such real estate coal assets not to exceed 27.5% of the gross sales proceeds, (c) obligations, if any, associated with such real estate coal assets owed to Mechel not to exceed 12.5% of the gross sales proceeds, (d) Goldman Sachs' fees not to exceed $6,000,000.00 plus 2% of the gross sales proceeds in excess of $400,000,000.00, (e) Goldman Sachs' expenses not to exceed $50,000.00, (f) employee bonuses not to exceed $2,500,000.00, (g) attorney's fees associated with the sale of such real estate coal assets not to exceed $1,500,000.00 and (h) engineering and accounting fees not to exceed $700,000.00; provided, that, prior to the payment of any such deductions from the gross sales proceeds, the Justice Entities shall provide to the Bank, and the Bank shall have confirmed, proof of the actual amount of and appropriate documentation for each such expense.

8.      Each of the Justice Entities hereby agrees that the Bank shall have right to engage a consultant of its choosing to (1) interview the management of the Justice Entities, (2) review any plan of the Justice Entities, (3) review and monitor past, present and future transactions of the Justice Entities, (4) review and monitor bank account balances at all financial institutions at which any of the Justice Entities maintains accounts, (5) review cash management procedures and controls, (6) prepare reports and (7) perform such other and further services as the Bank shall determine in its sole and absolute opinion are necessary or desirable (collectively, the "Consulting Services"). Each of the Justice Entities shall assist and cooperate fully, and cause all of its officers, members, managers, employees, agents and all other persons under its control, to assist and cooperate fully with such consultant's provision of the Consulting Services; and the Justice Entities, jointly and severally, shall pay to the Bank on demand for all costs, fees and other charges associated with the Consulting Services.

9.      Each of the Justice Entities hereby agrees that the Bank shall have complete and unfettered access to all information regarding all aspects of (a) the prosecution of insurance claims relating to the damage to the Greenbrier Hotel and environs caused by or associated with the flood that occurred in 2016, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (b) the defense of the "New London" litigation presently pending in the United States District Court, Eastern District of Kentucky, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (c) the refinancing of any indebtedness owed by Greenbrier Hotel Corporation and/or its affiliates, including but not limited to all communications and correspondence associated with term sheets, loan documents, collateral documents, and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (d) the defense of the law suit styled United States of America v. Southern Coal Corporation et al., Case No. 7:19cv354 filed in the United States District Court for the Western District of Virginia, Roanoke Division, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities, (e) the prosecution of the law suit styled James C. Justice III et al. v. Office of Surface Mining Reclamation and Enforcement, United States Department of the Interior, Case No. 7:19cv381 filed in the United States District Court for the Western District of Virginia, Roanoke Division, (f) all of the other civil, criminal, administrative, mediation, arbitration or other matters or proceedings to which any of the Justice Entities is a plaintiff, defendant or other party, including but not limited to all communications and correspondence and direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities and (g) all of the unsatisfied or unreleased judgments entered against any of the Justice Entities in an amount greater than $50,000, including but not limited to all communications and correspondence and

3

direct access to and cooperation from counsel handling the aforesaid matters and/or proceedings for the Justice Entities.

10.     The Justice Entities hereby agree to provide the Bank reports on or before the fifth (5th) day of each calendar month commencing on July 5, 2020 concerning the status of the application for all Virginia income tax credits in which James C. Justice Companies, Inc. ("JCJC") now or hereafter has rights (collectively, the "Tax Credits"), the allocation or award of the Tax Credits (including without limitation providing copies of all applications, approvals and any other communications from applicable Virginia governmental authorities with respect to the application for, allocation, grant or award of Tax Credits), the identification and negotiations with each tax credit syndicator or broker, and all other matters associated with the Tax Credits; and to promptly respond to any and all questions from the Bank about any of the foregoing.

11.     The Justice Entities hereby agree to provide to the Bank reports on the first (1st) and fifteenth (15th ) day of each calendar month commencing on July 15, 2020 concerning the status of the refinancing and/or refinancing efforts of any of the Justice Entities with Greensill Capital (UK) Limited or any of its affiliates with respect to indebtedness owed by any of the Justice Entities, including but not limited to all communications and correspondence associated with term sheets, loan documents, collateral documents, and direct access to and cooperation from counsel handling the aforesaid matters for the Justice Entities.

12.     This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which constitute one and the same instrument.

13.     This Agreement shall be construed and enforced according to the laws of the Commonwealth of Virginia.  Each of the Justice Entities hereby irrevocably agrees that any legal action or proceeding arising out of or relating to this Agreement or any of the Loan Documents shall be instituted in the Circuit Court of the City of Martinsville, Virginia, or the United States District Court for the Western District of Virginia, or in such other appropriate court and venue as the Bank may choose in its sole discretion.  Each of the Justice Entities hereby consents to the jurisdiction of such courts and waives any objection relating to the basis for personal or in rem jurisdiction or to venue which each of the undersigned may now or hereafter have in any such legal action or proceedings.

14.     **UNLESS EXPRESSLY PROHIBITED BY APPLICABLE LAW, EACH OF THE JUSTICE ENTITIES HEREBY WAIVES THE RIGHT TO TRIAL BY JURY OF ANY MATTERS OR CLAIMS ARISING OUT OF THIS AGREEMENT OR ANY OF THE LOAN DOCUMENTS OR OUT OF THE CONDUCT OF OR THE RELATIONSHIP BETWEEN EACH OF THE JUSTICE ENTITIES AND THE BANK, IN EACH CASE WHETHER SOUNDING IN CONTRACT OR TORT OR OTHERWISE.  EACH OF THE JUSTICE ENTITIES AGREES AND CONSENTS THAT ANY SUCH CLAIM, DEMAND, ACTION OR CAUSE OF ACTION SHALL BE DECIDED BY COURT TRIAL WITHOUT A JURY, AND THAT THE BANK MAY FILE AN ORIGINAL COUNTERPART OR A COPY OF THIS PARAGRAPH WITH ANY COURT AS WRITTEN EVIDENCE OF THE CONSENT OF EACH OF THE JUSTICE ENTITIES TO THE WAIVER OF ITS RIGHT TO TRIAL BY JURY.  THIS PROVISION IS A MATERIAL INDUCEMENT FOR THE BANK TO ENTER INTO THIS AGREEMENT. FURTHER, EACH OF THE JUSTICE ENTITIES HEREBY CERTIFIES THAT NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT THE BANK WOULD NOT SEEK TO ENFORCE THIS WAIVER OF RIGHT TO JURY TRIAL PROVISION.  NO REPRESENTATIVE OR AGENT OF THE BANK, NOR THE BANK'S COUNSEL, HAS THE AUTHORITY TO WAIVE, CONDITION OR MODIFY THIS PROVISION.  EACH OF THE**

4

**JUSTICE ENTITIES ACKNOWLEDGES IT HAS HAD THE OPPORTUNITY TO CONSULT WITH COUNSEL REGARDING THIS PARAGRAPH, THAT IT FULLY UNDERSTANDS ITS TERMS, CONTENT AND EFFECT, AND THAT IT VOLUNTARILY AND KNOWINGLY AGREES TO THE TERMS OF THIS PARAGRAPH.**

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, each of the Justice Entities has executed this Agreement or caused this Agreement to be executed by its duly authorized officer, member or manager under seal as of this 30th day of June, 2020.

**Greenbrier Hotel Corporation,**
**a West Virginia corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of Virginia )
City/County of Roanoke ) ss.

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Hotel Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of July , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

6

**Justice Family Group, LLC,**
**a Delaware limited liability company**

By: _Jillean L. Justice_ (SEAL)
Jillean L. Justice, President

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Justice Family Group, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_, 2020.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

**Players Club, LLC,**
**a Delaware limited liability company**

By: _Jillean L. Justice_ (SEAL)
Jillean L. Justice, President

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Players Club, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_, 2020.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

**Greenbrier Golf and Tennis Club Corporation,**
**a West Virginia corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of Virginia )
                      ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of July , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

**Greenbrier Medical Institute, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Jillean L. Justice, President

State of Virginia )
                      ) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Medical Institute, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of July , 2020.

_____
Notary Public

My Commission expires: 5/31/21
Notary Registration Number: 7560729

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

8

**Oakhurst Club, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Jillean L. Justice, Member

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is a Member of Oakhurst Club, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_, 2020

_____
Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: _7560729_

```
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021
```

**The Greenbrier Sporting Club, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Name:  Jillean L. Justice
Title:  President

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club, Inc. a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_, 2020.

_____
Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: _7560729_

```
LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021
```

9

**The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation**

By: _Jillean Justice_ (SEAL)
Jillean L. Justice, President

State of _Virginia_ )
                              ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Sporting Club Development Company, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_, 2020.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5/31/21_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Bellwood Corporation, a West Virginia corporation**

By: _James Justice_ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                              ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bellwood Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_, 2020.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

10

**Bluestone Energy Sales Corporation,**
**a Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of ___Virginia___ )
                           ) ss.
City/County of ___Roanoke___ )

    I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Energy Sales Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.

    Witness my hand and official stamp or seal, this 15th day of July, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Justice Low Seam Mining Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of ___Virginia___ )
                           ) ss.
City/County of ___Roanoke___ )

    I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Low Seam Mining Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 15th day of July, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

11

**Bluestone Resources Inc.,**
**a Delaware corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bluestone Resources Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 _21_

**Tams Management, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Tams Management, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 _21_

12

**Justice Farms of North Carolina, LLC,**
**a Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                                        ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Farms of North Carolina, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

**James C. Justice Companies, Inc.,**
**a Delaware corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                                        ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of James C. Justice Companies, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

13

**Twin Fir Estates, LLC,**
**a Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of __Virginia__ )
                                         ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Twin Fir Estates, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __15th__ day of __July__, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20__21__

**Wilcox Industries, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of __Virginia__ )
                                         ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wilcox Industries, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __15th__ day of __July__, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20__21__

14

**Triple J, LLC,**
**a Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                          ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Triple J, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

_____ (SEAL)
James C. Justice, III

State of _Virginia_ )
                          ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III personally appeared before me this day and acknowledged the due execution of this Agreement.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

15

_____ (SEAL)

James C. Justice, II

State of ___Virginia___ )
                        ) ss.
City/County of ___Roanoke___ )

I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II personally appeared before me this day and acknowledged the due execution of this Agreement.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of ___July___, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

_____ (SEAL)

Cathy L. Justice

State of ___Virginia___ )
                        ) ss.
City/County of ___Roanoke___ )

I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that Cathy L. Justice personally appeared before me this day and acknowledged the due execution of this Agreement.   She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of ___July___, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

16

**The Chesapeake and Ohio Traveler, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of ___Virginia___ )
                        ) ss.
City/County of ___Roanoke___ )

I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of The Chesapeake and Ohio Traveler, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of ___July___, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**The Greenbrier Resort and Club Management**
**Company, a Virginia corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of ___Virginia___ )
                        ) ss.
City/County of ___Roanoke___ )

I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Greenbrier Resort and Club Management Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of ___July___, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

17

**Greenbrier IA, Inc.,**
**a Delaware corporation**

By: _Jillean L. Justice_   (SEAL)
Jillean L. Justice, President

State of _Virginia_ )
                              ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_, 2020.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Old White Club Corporation,**
**a West Virginia corporation**

By: _Jillean L. Justice_   (SEAL)
Jillean L. Justice, President

State of _Virginia_ )
                              ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Old White Club Corporation, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_, 2020.

_Leslie Ann Wells_
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

18

**The Old White Development Company,
a West Virginia corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of The Old White Development Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of July , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Southeast Cotton, Inc.,
a West Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of Virginia )
) ss.
City/County of Roanoke )

I, Leslie A. Wells , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southeast Cotton, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of July , 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

19

**American Turf Grass Corporation,**
**a Virginia corporation**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of American Turf Grass Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Rapidan, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Rapidan, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Blue Ridge Farm Center, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)

James C. Justice, III, President

State of __Virginia__ )
                                          ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Blue Ridge Farm Center, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __15th__ day of __July__ , 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

**Justice Family Farms, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)

James C. Justice, III, President

State of __Virginia__ )
                                          ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III, who is President of Justice Family Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __15th__ day of __July__ , 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

21

**Greenthorn LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
 ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Greenthorn LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_ , 2020.

_____
Notary Public

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

**Black River Coal, LLC,**
**a Delaware limited liability company**

By: _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
 ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Coal, LLC, a Delaware limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_ , 2020.

_____
Notary Public

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

22

**Kirby Land Company, Inc.,
a West Virginia corporation**

By: _____ (SEAL)
Name: James C. Justice, III, President

State of __Virginia__ )
                                         ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Kirby Land Company, a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __15th__ day of __July__ , 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20**21**

**S and H Mining, Inc.,
a Tennessee corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of __Virginia__ )
                                         ) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of S and H Mining, Inc., a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this __15th__ day of __July__ , 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20**21**

23

**Wintergreen Partners, Inc.,**
**a Virginia corporation**

By _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                                                ) ss.
City/County of _Roanoke_ )

    I, _Leslie A. Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wintergreen Partners, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _15th_ day of _July_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No 7560729
> My Commission Expires May 31, 20_21_

**Grain Development, Inc.,**
**a West Virginia corporation**

By _____ (SEAL)
James C. Justice, III, President

State of _Virginia_ )
                                                ) ss.
City/County of _Roanoke_ )

    I, _Leslie Ann Wells_, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Grain Development, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _15th_ day of _July_, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

24

**Environmental Fund, LLC,**
**a Virginia limited liability company**

By:    Wintergreen Hospitality Partners, LLC, Sole
Member

        By:    Wintergreen Partners, Inc., Sole
        Member

            By:_____(SEAL)
               James C. Justice, HI, President

State of _Virginia_ )
                  ) ss.
City/County of _Roanoke_ )

    I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Wintergreen Partners, Inc., Sole Member of Wintergreen Hospitality Partners, LLC, Sole Member of Environmental Fund, LLC, a Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _15th_ day of _July_ , 2020.

               _Leslie Ann Wells_
               Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

                        LESLIE ANN WELLS
                        NOTARY PUBLIC
                   Commonwealth of Virginia
                    Registration No. 7560729
             My Commission Expires May 31, 2021

**Black River Farms, LLC,**
**a West Virginia limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of ___Virginia___ )
                                          ) ss.
City/County of ___Roanoke___ )

    I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Black River Farms, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 15th day of ___July___, 2020.

_____
Notary Public

My Commission expires: ___5-31-2021___
Notary Registration Number: ___7560729___

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No 7560729
My Commission Expires May 31, 2021

**Evergreen Turf Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of ___Virginia___ )
                                          ) ss.
City/County of ___Roanoke___ )

    I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Evergreen Turf Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 15th day of ___July___, 2020.

_____
Notary Public

My Commission expires: ___5-31-2021___
Notary Registration Number: ___7560729___

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

26

**Justice Farm Supply, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of  Virginia  )
                                    ) ss.
City/County of  Roanoke  )

I,  Leslie A. Wells  , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Justice Farm Supply, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of  July  , 2020.

_____
Notary Public

My Commission expires:  5-31-2021
Notary Registration Number:  7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Stoney Brook Plantation, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of  Virginia  )
                                    ) ss.
City/County of  Roanoke  )

I,  Leslie A. Wells  , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Stoney Brook Plantation, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of  July  , 2020.

_____
Notary Public

My Commission expires:  5-31-2021
Notary Registration Number:  756729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

27

**Ten Mile Bay, LLC,**
**a West Virginia limited liability company**

By: _(signature)_ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                                        ) ss.
City/County of _Roanoke_ )

    I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Ten Mile Bay, LLC, a West Virginia limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _15th_ day of _July_ , 2020.

_(signature)_ 
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Greenbrier Resort and Club Management, Inc.,**
**a West Virginia corporation**

By: _(signature)_ (SEAL)
Jillean L. Justice, President

State of _Virginia_ )
                                        ) ss.
City/County of _Roanoke_ )

    I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Resort and Club Management, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _15th_ day of _July_ , 2020.

_(signature)_ 
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

28

Greenbrier Golf and Tennis Club, Inc.,
a West Virginia corporation

By: _Jillean L. Justice_ (SEAL)
Jillean L. Justice, President

State of __Virginia__ )
) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier Golf and Tennis Club, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of __July__, 2020.

_Leslie Ann Wells_
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

Greenbrier IA [Intellectual Assets], Inc.,
a Delaware corporation

By: _Jillean L. Justice_ (SEAL)
Name: Jillean L. Justice
Title: President

State of __Virginia__ )
) ss.
City/County of __Roanoke__ )

I, __Leslie A. Wells__, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA [Intellectual Assets], Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of __July__, 2020.

_Leslie Ann Wells_
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20 21

29

**Greenbrier IA, Inc.,**
**a Delaware corporation**

By: _____ (SEAL)
Name: Jillean L. Justice
Title: President

State of _Virginia_ )
                                  ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Greenbrier IA, Inc., a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of _July_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Old White Charities, Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Jillean L. Justice, President

State of _Virginia_ )
                                  ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that Jillean L. Justice who is President of Old White Charities, Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of _July_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

30

**Southern Coal Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title:  President

State of ___Virginia___ )
                                            ) ss.
City/County of ___Roanoke___ )

    I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Southern Coal Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.    He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 15th day of ___July___, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 21

**A&G Coal Corporation,**
**a Virginia corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of ___Virginia___ )
                                            ) ss.
City/County of ___Roanoke___ )

    I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of A&G Coal Corporation, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.    He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 15th day of ___July___, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7568729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 51

31

**Bardo Mining, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
Name:   James C. Justice, III
Title:  President

State of ___Virginia___ )
                                          ) ss.
City/County of ___Roanoke___ )

       I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Bardo Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

       Witness my hand and official stamp or seal, this _15th_ day of ___July___, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20_21_

32

**Liggett Mining, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of  Virginia                    )
                                      ) ss.
City/County of  Roanoke               )

I,  Leslie A. Wells                    , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Liggett Mining, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of  July          , 2020.

_____
Notary Public

My Commission expires:  5-31-2021
Notary Registration Number:  7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Sequoia Energy, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of  Virginia                    )
                                      ) ss.
City/County of  Roanoke               )

I,  Leslie A. Wells                    , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Sequoia Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of  July          , 2020.

_____
Notary Public

My Commission expires:  5-31-2021
Notary Registration Number:  7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

33

**Infinity Energy, LLC,**
**a Kentucky limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of ___Virginia___ )
City/County of ___Roanoke___ ) ss.

    I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Infinity Energy, LLC, a Kentucky limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 15th day of July, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

34

**Cane Patch Mining Company, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _Virginia_ )
                                      ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Cane Patch Mining Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 _21_

**Meg-Lynn Land Company, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _Virginia_ )
                                      ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Meg-Lynn Land Company, Inc., a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification

Witness my hand and official stamp or seal, this _15th_ day of _July_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 20 _21_

35

**Premium Coal Company, Incorporated,**
**a Tennessee corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of ____Virginia____ )
                                            ) ss.
City/County of ___Roanoke___ )

I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Premium Coal Company, Incorporated, a Tennessee corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification

Witness my hand and official stamp or seal, this 15th day of ___July___, 2020.

_____
Notary Public

My Commission expires: __5-31-2021__
Notary Registration Number: __7560729__

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

36

**Baden Reclamation Company,**
**a Virginia corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Baden Reclamation Company, a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

**Nine Mile Mining, Inc.,**
**a Virginia corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Nine Mile Mining, Inc. a Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 2021

37

**Justice Coal of Alabama, LLC,**
**formerly known as Alabama Carbon, LLC,**
**an Alabama limited liability company**

By: _____ (SEAL)
Name:  James C. Justice, II
Title:  Member

By: _____ (SEAL)
Name:  Jillean L. Justice
Title:  Member

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  Member

State of ___Virginia___ )
                                          ) ss.
City/County of ___Roanoke___ )

    I, ___Leslie A. Wells___, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, II who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company.  He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 15th day of July, 2020.

_____
Notary Public

My Commission expires: 5-31-2021
Notary Registration Number: 7560729

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

38

State of _Virginia_ )
                        ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that Jillian L. Justice who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. She [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

State of _Virginia_ )
                        ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is a Member of Justice Coal of Alabama, LLC, an Alabama limited liability company, formerly known as Alabama Carbon, LLC, an Alabama limited liability company, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the limited liability company. He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this _15th_ day of _July_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

> LESLIE ANN WELLS
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7560729
> My Commission Expires May 31, 20_21_

39

**Virginia Fuel Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name: James C. Justice, III
Title: President

State of _Virginia_ )
                                    ) ss.
City/County of _Roanoke_ )

I, _Leslie A. Wells_ , a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Virginia Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

Witness my hand and official stamp or seal, this 15th day of _July_ , 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

**Kentucky Fuel Corporation,**
**a Delaware corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _____Virginia_____ )
                                              ) ss.
City/County of __Roanoke__ )

    I, __Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of Kentucky Fuel Corporation, a Delaware corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*]  ☑ is personally known to me or  ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this 15th day of _July_____, 2020.

_____
Notary Public

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

41

**National Resources Inc.,**
**a West Virginia corporation**

By: _____ (SEAL)
Name:  James C. Justice, III
Title:  President

State of _Virginia_ )
                              ) ss.
City/County of _Roanoke_ )

     I, _Leslie A. Wells_____, a Notary Public of the City/County and State aforesaid, certify that James C. Justice, III who is President of National Resources Inc., a West Virginia corporation, personally appeared before me this day and acknowledged the due execution of this Agreement on behalf of the corporation.   He [*check one*] ☑ is personally known to me or ☐ has produced _____ as identification.

    Witness my hand and official stamp or seal, this _15th_ day of _July_____, 2020.

_____
~~Notary Public~~

My Commission expires: _5-31-2021_
Notary Registration Number: _7560729_

LESLIE ANN WELLS
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7560729
My Commission Expires May 31, 2021

42