# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### Beckley Division

| | |
|---|---|
| BELLWOOD CORP.,<br>GREENBRIER HOTEL CORP.,<br>GREENBRIER GOLF AND TENNIS CLUB CORP.,<br>GREENBRIER MEDICAL INSTITUTE, LLC,<br>THE GREENBRIER SPORTING CLUB DEVELOPMENT COMPANY, INC.,<br>THE GREENBRIER SPORTING CLUB, INC.,<br>JUSTICE FAMILY GROUP, LLC,<br>JAMES C. JUSTICE COMPANIES, INC.<br>JUSTICE FARMS OF NORTH CAROLINA, LLC,<br>JUSTICE LOW SEAM MINING, INC.,<br>OAKHURST CLUB, LLC,<br>TAMS MANAGEMENT, INC.<br>TRIPLE J PROPERTIES LLC,<br>JAMES C. JUSTICE II,<br>CATHY L. JUSTICE, AND<br>JAMES C. JUSTICE III<br><br>                Plaintiffs,<br><br>    v.<br><br>CARTER BANK & TRUST, et al.<br><br>                Defendants. | Civil Action No. 5:21-cv-00320 |

**DIRECTOR DEFENDANTS' MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION**

Defendants Michael R. Bird, Kevin S. Bloomfield, Robert M. Bolton, Robert W. Conner, Gregory W. Feldmann, Chester A. Gallimore, Charles E. Hall,[1] James W. Haskins, Phyllis Q. Karavatakis, Lanny A. Kyle, E. Warren Matthews, Catharine L. Midkiff, Joseph E. Pigg, Litz H. Van Dyke, and Elizabeth Lester Walsh (the "Director Defendants"), by counsel and pursuant to

---

[1] Defendant Charles E. Hall passed away after the Complaint was filed and served on him. His position on the Carter Bank Board of Directors has not been filled.

117355187v1

Rule 12(b)(2) of the Federal Rules of Civil Procedure, and Local Rule 7.1(a)(2), move to dismiss Plaintiffs' Complaint for lack of personal jurisdiction. The reasons supporting this Motion are set forth in the accompanying Memorandum in Support and the exhibits attached hereto.

Dated: July 14, 2021	Respectfully submitted,

   /s/ R. Booth Goodwin II
R. Booth Goodwin II (WVSB # 7165)
Carrie Goodwin Fenwick (WVSB #7164)
Goodwin & Goodwin, LLP
300 Summers Street, Suite 500
Charleston, West Virginia 25301
Telephone: (304) 346-9700
Facsimile: (304) 344-9692
E-mail: rbg@goodwingoodwin.com

John C. Lynch (WVSB # 6627)
Megan E. Burns (WVSB #13290)
Troutman Sanders Hamilton Pepper LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: john.lynch@trotuman.com
Email: megan.burns@troutman.com

*Counsel for Defendant Carter Bank & Trust*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

BELLWOOD CORP., et al.,

   Plaintiffs,

v.             Civil Action No. 5:21-cv-00320
              Honorable Frank W. Volk, Judge

CARTER BANK & TRUST, et al.,

   Defendants.

## CERTIFICATE OF SERVICE

I, Carrie Goodwin Fenwick, hereby certify that I served a true and correct copy of the foregoing **Director Defendants' Motion to Dismiss The Complaint Pursuant to Rule 12(b)(2) For Lack of Personal Jurisdiction** upon the following counsel of record on July 14, 2021, via the Court's CM/ECF system.

| | |
|---|---|
| Steven R. Ruby | H. Rodgin Cohen |
| David R. Pogue | James L. Bromley |
| Carey, Douglas, Kessler, & Ruby, PLLC | Benjamin S. Beller |
| 707 Virginia Street, East | Sullivan & Cromwell, LLP |
| 901 Chase Tower | 125 Broad Street |
| Charleston, WV 25301 | New York, NY 10004 |
| sruby@cdkrlaw.com | cohenhr@sullcrom.com |
| dpogue@cdkrlaw.com | bromleyj@sullcrom.com |
| *Counsel for Plaintiffs* | bellerb@sullcrom.com |
| | *Counsel for Plaintiffs* |

Christopher Schroeck
Bluestone Resources, Inc.
302 S. Jefferson Street
Roanoke, VA 24011
chris.schroek@bluestone-coal.com
*Counsel for Plaintiffs*

             /s/ Carrie Goodwin Fenwick
             Carrie Goodwin Fenwick (W. Va. Bar No. 7164)

117355187v1