IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

|  |  |  |
|---|---|---|
| BELLWOOD CORP., *et al.* | : | Civil Action No. 5:21-cv-00320 |
|  | : | Honorable Frank W. Volk, Judge |
| *Plaintiffs.* | : |  |
| v. | : |  |
| CARTER BANK & TRUST, *et al.* | : |  |
| *Defendants.* | : |  |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EXPEDITED MOTION FOR (I) LEAVE TO CONDUCT LIMITED JURISDICTIONAL AND VENUE DISCOVERY AND (II) ENTRY OF A SCHEDULING ORDER**

The Court having duly considered all pleadings and documents filed in support and in opposition to *Plaintiffs' Expedited Motion for (I) Leave to Conduct Limited Jurisdictional and Venue Discovery and (II) Entry of a Scheduling Order* [Doc. ●], filed July 27, 2021 (the "Motion"), and the facts and circumstances and record of this action. For good cause appearing therefore,

IT IS HEREBY ORDERED THAT the Motion is hereby granted.

IT IS FURTHER ORDERED that Plaintiffs are hereby authorized to conduct limited discovery on the subject of personal jurisdictional issues as they relate to the Director Defendants and on the subject of venue issues as they relate to Carter Bank & Trust, including, without limitation, depositions of each of the Director Defendants. Document discovery shall be substantially completed by October 1, 2021. Oral depositions of the Director Defendants shall be completed by October 15, 2021. The deadline for Plaintiffs to file a response to *Carter Bank's Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue to the*

*Western District of Virginia* [Doc. 49] and *Director Defendants' Motion to Dismiss the Complaint Pursuant to Rule 12(B)(2) for Lack of Personal Jurisdiction* [Doc. 51] shall be October 29, 2021.

ENTERED:  [●], 2021

 

_____
Frank W. Volk
United States District Judge