UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

BELLWOOD CORP., et al.,

    Plaintiffs,

v.

                                    CIVIL ACTION NO.  5:21-cv-00320

CARTER BANK & TRUST, et al.,

    Defendants.

## ORDER

Pending is Plaintiffs' Motion to Extend Response Deadlines to Permit Ruling on Motion for Limited Discovery [Doc. 54], filed August 3, 2021. Plaintiffs note that Defendants oppose the Motion. [*Id.* at 2].

### I.

Plaintiffs move to extend the response deadline to Defendants' motions to dismiss until twenty-one days after the Court rules on Plaintiffs' pending motion for jurisdictional discovery.  Plaintiffs contend they are unable to adequately respond to Defendants' motions to dismiss without such discovery. As noted, Defendants oppose the instant motion.

Upon review, the Court **DENIES** the Motion [**Doc. 54**]. The Court will address the necessity, if any, of a period of jurisdictional discovery following full briefing of all extant motions. The Plaintiffs are thus **ORDERED** to respond to Defendants' motions to dismiss on or before **August 13, 2021**.

The Clerk is directed to send a copy of this Order to counsel of record and to any unrepresented party.

                                            ENTERED: August 4, 2021

