IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

|  |  |  |
|---|---|---|
| _____ x | | |
| | : | |
| BELLWOOD CORP., *et al.* | : | Civil Action No. 5:21-cv-00320 |
| | : | Honorable Frank W. Volk, Judge |
| | : | |
| *Plaintiffs.* | : | |
| | : | |
| v. | : | |
| | : | |
| CARTER BANK & TRUST, *et al.* | : | |
| | : | |
| | : | |
| *Defendants*. | : | |
| | x | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS'**
**MOTION TO CONTINUE JULY 1 INITIAL SCHEDULING ORDER**

On August 16, 2021, Defendants filed a motion (the "Motion," Dkt. No. 59) to continue

the Court's initial scheduling order, dated July 1 (Dkt. No. 41), until resolution of Defendants'

pending Rule 12(b) motions (and, necessarily, Plaintiffs' motion for limited jurisdictional and

venue discovery (the "Discovery Motion," Dkt. No. 53)).

Plaintiffs do not oppose the relief requested in Defendants' Motion given the current

posture of this action.  As set forth in the Discovery Motion, Plaintiffs continue to believe that

limited discovery is warranted with respect to the jurisdictional and venue issues raised in

Defendants' pending Rule 12(b) motions, and Plaintiffs look forward to the Court's ruling on that

motion now that briefing on the Rule 12(b) motions is complete, as provided in the Court's order,

dated August 4, 2021 (Dkt. No. 55).  In the event the Court grants such relief, as Plaintiffs believe

the Court should, Plaintiffs agree with Defendants that the current deadlines in the initial

scheduling order (to the extent not already superseded) would be rendered premature.  Therefore,

4818-3396-6327 v.1.2

Plaintiffs consent to the relief requested by Defendants in their Motion.


Dated:  August 27, 2021
        Beckley, WV

Respectfully submitted,

/s/ *Steven R. Ruby*
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WWVSB No. 10806)
Carey, Douglas, Kessler & Ruby, PLLC
707 Virginia Street, East
901 Chase Tower
Charleston, West Virginia 25301
Telephone: (304) 345-1234
sruby@cdkrlaw.com
dpogue@cdkrlaw.com

Christopher Schroeck
Bluestone Resources, Inc.
302 S. Jefferson Street
Roanoke, VA 24011
Telephone:  (540) 492-4080, x211
Cellular:      (540) 986-5354
Email:         Chris.schroeck@bluestone-coal.com

-and-

**SULLIVAN & CROMWELL LLP**
H. Rodgin Cohen (WVSB 767)
James L. Bromley (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588
Email:         cohenhr@sullcrom.com
                    bromleyj@sullcrom.com
                    bellerb@sullcrom.com

*Counsel to the Plaintiffs*

4818-3396-6327 v.1.2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

BELLWOOD CORP., et al.

Plaintiffs,

v.                                                    Civil Action No. 5:21-cv-00320
                                                      Honorable Frank W. Volk, Judge

CARTER BANK & TRUST, et al.

Defendants.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of August, 2021, the foregoing "Plaintiffs' Response to Defendants' Motion to Continue July 1 Initial Scheduling Order" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                        /s/ Steven R. Ruby
                                        Steven R. Ruby (WVSB No. 10752)

4818-3396-6327 v.1.2