UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

BELLWOOD CORP., et al.,

    Plaintiffs,

v.                                        CIVIL ACTION NO.  5:21-cv-00320

CARTER BANK & TRUST, et al.,

    Defendants.

## ORDER

    Pending is Defendant's Motion to Continue July 1 Initial Scheduling Order [Doc. 59]. Therein, Defendants request a continuance of the deadlines generally, pending the Court's ruling on the Rule 12(b) motions. Upon review of the motion and without objection from the Plaintiffs, the Court **GRANTS** the motion [Doc. 59]. The Court **ORDERS** the initial scheduling Order [Doc. 41] suspended pending further Order of the Court.

    The Clerk is directed to send a copy of this Order to counsel of record and to any unrepresented party.

    ENTERED: August 31, 2021

    Frank W. Volk
    United States District Judge