IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| BELLWOOD CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CARTER BANK & TRUST, *et al.*,<br><br>Defendants. | Civil Action No. 5:21-cv-320 |

### AGREED MOTION TO DISMISS CIVIL ACTION WITH PREJUDICE

**NOW COMES** Defendant, Carter Bank & Trust and pursuant to the Agreed Order Dismissing Civil Action with Prejudice which is attached as Exhibit A and incorporated herein moves this Court for entry of the attached Order dismissing this case with prejudice.

Dated: September 2, 2021.                                 Respectfully submitted,

   /s/ R. Booth Goodwin II
R. Booth Goodwin II (WVSB #7165)
Carrie Goodwin Fenwick (WVSB #7164)
Goodwin & Goodwin, LLP
300 Summers Street, Suite 500
Charleston, West Virginia 25301
Telephone: (304) 346-9700
Facsimile: (304) 344-9692
E-mail: rbg@goodwingoodwin.com

John C. Lynch (WVSB # 6627)
Megan E. Burns (WVSB #13290)
Troutman Sanders Hamilton Pepper LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: john.lynch@trotuman.com
Email: megan.burns@troutman.com
*Counsel for Defendant Carter Bank & Trust*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

BELLWOOD CORP., et al.,

      Plaintiffs,

v().                                         Civil Action No. 5:21-cv-00320
                                         Honorable Frank W. Volk, Judge

CARTER BANK & TRUST, et al.,

      Defendants.

## CERTIFICATE OF SERVICE

I, R. Booth Goodwin II, hereby certify that I served a true and correct copy of the foregoing **AGREED MOTION TO DISMISS CIVIL ACTION WITH PREJUDICE** upon the following counsel of record on September 2, 2021, via the Court's CM/ECF system:

Steven R. Ruby
David R. Pogue
Carey, Douglas, Kessler, & Ruby, PLLC
707 Virginia Street, East
901 Chase Tower
Charleston, WV 25301
sruby@cdkrlaw.com
dpogue@cdkrlaw.com
*Counsel for Plaintiffs*

H. Rodgin Cohen
James L. Bromley
Benjamin S. Beller
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004
cohenhr@sullcrom.com
bromleyj@sullcrom.com
bellerb@sullcrom.com
*Counsel for Plaintiffs*

Christopher Schroeck
Bluestone Resources, Inc.
302 S. Jefferson Street
Roanoke, VA 24011
chris.schroek@bluestone-coal.com
*Counsel for Plaintiffs*

                                            /s/ R. Booth Goodwin II
                                            R. Booth Goodwin II (WVSB #7165)