IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Beckley Division

| | |
|---|---|
| BELLWOOD CORP., <br> GREENBRIER HOTEL CORP., <br> GREENBRIER GOLF AND TENNIS CLUB CORP., <br> GREENBRIER MEDICAL INSTITUTE, LLC, <br> THE GREENBRIER SPORTING CLUB DEVELOPMENT COMPANY, INC., <br> THE GREENBRIER SPORTING CLUB, INC., <br> JUSTICE FAMILY GROUP, LLC, <br> JAMES C. JUSTICE COMPANIES, INC. <br> JUSTICE FARMS OF NORTH CAROLINA, LLC, <br> JUSTICE LOW SEAM MINING, INC., <br> OAKHURST CLUB, LLC, <br> TAMS MANAGEMENT, INC. <br> TRIPLE J PROPERTIES LLC, <br> JAMES C. JUSTICE II, <br> CATHY L. JUSTICE, AND <br> JAMES C. JUSTICE III <br><br> Plaintiffs, <br><br> v. <br><br> CARTER BANK & TRUST, et al. <br><br> Defendants. | Civil Action No. 5:21-cv-00320 |

## AGREED ORDER DISMISSING CIVIL ACTION WITH PREJUDICE

THIS DAY CAME the Plaintiffs, Bellwood Corp., Greenbrier Hotel Corporation, Greenbrier Golf & Tennis Club Corporation, Greenbrier Medical Institute, LLC, The Greenbrier Sporting Development Company, Inc., The Greenbrier Sporting Club, Inc., Justice Family Group, Inc., James C. Justice Companies, Inc., Justice Farms of North Carolina, LLC, Justice Low Seam Mining, Inc., Oakhurst Club, LLC, Tams Management, Inc., Triple J Properties, LLC, Jamces C. Justice, II, Cathy L. Justice and James C. Justice, III (collectively, "Plaintiffs"), and the Defendant,

Carter Bank & Trust ("Carter Bank"), by counsel, and hereby move the Court to dismiss with prejudice all claims that Plaintiffs have or may have against Carter Bank in the above-styled civil action.

UPON CONSIDERATION WHEREOF, by agreement for counsel for Plaintiffs and Carter Bank on behalf of their respective clients and for good cause shown, it is, hereby

ORDERED, ADJUDGED, and DECREED that this civil action and the Complaint herein against Carter Bank be and it hereby is dismissed with prejudice. This civil action shall be placed among the ended causes and removed from the docket.

Entered this  8th  day of September 2021.

*Frank W. Volk*
Frank W. Volk
United States District Judge

/s/ Steven R. Ruby
Steven R. Ruby
David R. Pogue
Carey, Douglas, Kessler & Ruby, PLLC
707 Virginia Street, East
901 Chase Tower
Charleston, WV 25301
sruby@cdkrlaw.com
dpogue@cdkrlaw.com

Christopher Schroeck
Bluestone Resources, Inc.
302 S. Jefferson Street
Roanoke, VA 24011
Chris.schroek@bluestone-coal.com

H. Rodgin Cohen
James L. Bromley
Benjamin S. Beller
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004
choenhr@sullcrom.com
bromleyj@sullcrom.com
bellerb@sullcom.com

*Counsel for Plaintiffs*

/s/ R. Booth Goodwin II
R. Booth Goodwin II (WVSB #7165)
Carrie Goodwin Fenwick (WVSB #7164)
Goodwin & Goodwin, LLP
300 Summers Street, Suite 500
Charleston, West Virginia 25301
Telephone: (304) 346-9700
Facsimile: (304) 344-9692
E-mail: rbg@goodwingoodwin.com

John C. Lynch (WVSB # 6627)
Megan E. Burns (WVSB #13290)
Troutman Sanders Hamilton Pepper LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: john.lynch@trotuman.com
Email: megan.burns@troutman.com

*Counsel for Defendants*